UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| IN RE: SOUTHEASTERN MILK | ) | MDL No. 1899 |
| ANTITRUST LITIGATION | ) | Master File No. 2:08-MD-1000 |
| | ) | |
| | ) | Judge J. Ronnie Greer |
| THIS DOCUMENT RELATES TO: | ) | Magistrate Judge Dennis H. |
| | ) | Inman |
| ALL CASES | ) | |
| | ) | |

**O R D E R**

This antitrust matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 115]. The defendant has filed no objections to this report although he has filed a Notice of Appeal which could be construed as an untimely objection. The plaintiff's claims that he is receiving "rotten expired milk and cows" and that his "milk does not fit with honey" are nonsensical and frivolous. He also alleges that because the defendants will not serve him "Youhoo" that he is subjected to cruel and unusual punishment, which is also a frivolous claim. In addition, he is an inmate in a federal facility at FCI Williamsburg in Salters, South Carolina, and there is no allegation that the defendants in the above-captioned case have any control over milk that is served by the Bureau of Prisons.

After careful consideration of the Report and Recommendation of the

United States Magistrate Judge, [Doc. 115], it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to intervene, [Doc. 113], is **DENIED**.

ENTER:

                                            s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE

2

Case 2:08-md-01000-JRG   Document 118   Filed 09/09/08   Page 2 of 2   PageID #: 2757