# EXHIBIT 2

## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF TENNESSEE

AT GREENEVILLE

IN RE: SOUTHEASTERN    MDL No. 1899

MILK ANTITRUST         Master File No.

LITIGATION             2:08-MD-1000

                       The Honorable J. Ronnie

                       Greer, United States

                       District Judge

                       The Honorable Dennis

                       H. Inman, United States

                       Magistrate Judge

The videotaped deposition of JOHN C. BEYER, Ph.D., called by the Defendants for examination, pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, was convened on Thursday, June 18, 2009, commencing at 9:10 a.m., at the offices of Williams & Connolly, 555 Twelfth Street, Northwest, Washington, D.C., before Paula G.

Case 2:08-md-01000-JRG   Document 446-2   Filed 09/08/09   Page 2 of 83   PageID #: 9786

## Page 2

1 Satkin, Registered Professional Reporter and
2 Notary Public.
3
4 - - - - -
5
6
7 A P P E A R A N C E S
8
9 ON BEHALF OF DFA, DMS, AND MID-AM:
   STEVEN R. KUNEY, ATTORNEY AT LAW
10 KEVIN HARDY, ATTORNEY AT LAW
   SIMON A. LATCOVICH, ATTORNEY AT LAW
11 WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
12 Washington, DC 20005
   slatcovich@wc.com
13
14 ON BEHALF OF THE CLASS PLAINTIFFS:
   ROBERT J. BROOKHISER, ATTORNEY AT LAW
15 HOWREY LLP
   1299 Pennsylvania Avenue, Northwest
16 Washington, DC 20004-2402
   (202) 383-6598
17 brookhiserb@howrey.com
18 ON BEHALF OF THE DEFENDANT SOUTHERN MARKETING
   AGENCY, INC.:
19 KARI ROLLINS, ATTORNEY AT LAW
   WINSTON & STRAWN LLP
20 35 West Wacker Drive
   Chicago, Illinois 60601
21 (312) 558-5600
   karollins@winston.com
22
23
24

## Page 3

1 ON BEHALF OF THE DEFENDANT DEAN FOODS COMPANY:
   PAUL D. FRANGIE, ATTORNEY AT LAW
2 DECHERT LLP
   1775 I Street, Northwest
3 Washington, DC 2006-2401
   (202) 261-33300
4 paul.frangie@dechert.com
5
ON BEHALF OF DEFENDANT NATIONAL DAIRY:
6 KAY LYNN BRUMBAUGH, ATTORNEY AT LAW
   ANDREWS KURTH
7 1717 Main Street
   Suite 3700
8 Dallas, Texas 75201
   (214) 659-4702
9 kaylynnbrumbaugh@andrewskurth.com
10 ON BEHALF OF DEFENDANT FOOD LION:
   MICHAEL CONVERSE, ATTORNEY AT LAW
11 HUNTON & WILLIAMS
   1900 K Street, NW
12 Washington, DC 20006-1109
   (202) 955-1500
13 mconverse@hunton.com
14 ON BEHALF OF DEFENDANT GARY HANMAN:
   DAVID E. EVERSON, ATTORNEY AT LAW
15 STINSON MORRISON HECKER LLP
   10975 Benson, Suite 550
16 12 Corporate Woods
   Overland Park, Kansas 66210
17 (816) 691-3108
   deverson@stinson.com
18
ON BEHALF OF DEFENDANT GERALD BOS:
19 BRANDON J.B. BOULWARE, ATTORNEY AT LAW
   ROUSE HENDRICKS GERMAN MAY PC
20 One Petticoat Lane Building
   1010 Walnut Street, Suite 400
21 Kansas City, Missouri 64106
   (816) 471-7700
22
23 THOMPSON COURT REPORTERS:
   PAULA G. SATKIN, RPR
24 MIA MARBURY, VIDEOGRAPHER

## Page 4

1 C O N T E N T S
2
3 JOHN BEYER                EXAMINATION
   BY MR. KUNEY              7
4
DEPOSITION EXHIBITS
5 NUMBER/DESCRIPTION            IDENTIFIED
6 Exhibit 407
   Report of John C. Beyer        7
7
Exhibit 408          157
8 Letter from Michelle
   Goolsby - Dean Foods
9
Exhibit 409          190
10 Dairy Production in FL &
   Southeast Orders
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## Page 5

1 P R O C E E D I N G S
2
3       THE VIDEOGRAPHER:  Good morning.
4 Here begins the videotaped deposition of
5 Dr. John Beyer, tape one, Volume I, in the
6 matter of In Re:  Southeastern Milk Antitrust,
7 In the United States District Court, For the
8 Eastern District of Tennessee, Greeneville
9 Division, Case Number 2:08-MD-1000.
10       Today's date is June 18th, 2009.
11 The time on the video screen is 9:09:52.
12       My name is Mia Marbury, and the
13 court reporter today is Paula Satkin of Thompson
14 Court Reporters.
15       Today's deposition is being taken
16 on behalf of the Defendant and it's taking place
17 at Williams & Connolly in Washington, D.C.
18       Will counsel please introduce
19 themselves and state whom they represent,
20 beginning with the noticing party.
21       MR. KUNEY:  This is Steven Kuney
22 from Williams & Connolly.  We represent DFA, DMS
23 and Mid-Am Capital.
24       MR. HARDY:  Kevin Hardy, also from

Page 6

1  Williams & Connolly, and also representing DFA,
2  DMS, and Mid-Am.
3       MR. FRANGIE: Paul Frangie from
4  Dechert LLP, representing Dean Foods Company.
5       MS. BRUMBAUGH: Kay Lynn Brumbaugh
6  from Andrews Kurth, representing National Dairy.
7       MS. ROLLINS: Kari Rollins from
8  Winston & Strawn, representing Defendant SMA.
9       MR. LATCOVICH: Simon Latcovich,
10 from Williams & Connolly, also representing DFA,
11 DMS, and Mid-Am Capital.
12      MR. BROOKHISER: Bob Brookhiser
13 from Howrey LLP on behalf of the Dairy Farmer
14 Plaintiffs.
15      MR. CONVERSE: Michael Converse
16 from Hunton & Williams representing Retail
17 Plaintiffs, Food Lion and Fidel Breta.
18      THE VIDEOGRAPHER: Thank you,
19 ladies and gentlemen.
20      Will the court reporter please
21 swear in the witness, after which we can begin.
22 Whereupon--
23
24      JOHN C. BEYER, Ph.D.

Page 7

1  a witness, called for examination, having been
2  first duly sworn, was examined and testified as
3  follows:
4
5           EXAMINATION
6
7  BY MR. KUNEY:
8       Q.  Could you state your name, please?
9       A.  John C. Beyer.
10      Q.  Dr. Beyer, my name is Steve Kuney.
11 I know you've been through this deposition
12 process a number of times before. I'm not going
13 to bother with a lengthy reminder of the rules,
14 except for one, which is if I ask a question you
15 don't understand, please ask me to clarify and
16 I'll do the best I can to make sure that you
17 understand the question before you answer. Is
18 that acceptable?
19      A.  Yes, it is.
20      MR. KUNEY: I understand we are
21 about to be on Defendant's Exhibit Number 407.
22 I would like to have Dr. Beyer's report marked
23 as 407, please.
24      (Defendant's Exhibit Number 407

Page 8

1  was marked for identification.)
2  BY MR. KUNEY:
3       Q.  Dr. Beyer, you have Defendant's
4  Exhibit 407 in front of you?
5       A.  I do.
6       Q.  And is that a copy of the report
7  you've submitted regarding Class certification
8  in this matter?
9       A.  It is.
10      Q.  And is there -- before we get
11 started, anything in the report that since you
12 submitted it you would like to amend or correct?
13      A.  There's only one thing. I noticed
14 in preparing for this deposition that footnote
15 55 inadvertently cites an incorrect source, and
16 that is on page 22, and the source should be the
17 Complaint, paragraph 73.
18      Q.  Complaint, paragraph 73?
19      A.  Yes.
20      Q.  Okay. Is that it in terms of
21 corrections that you would like to make before
22 we get started?
23      A.  It is.
24      Q.  Dr. Beyer, would you turn to the

Page 9

1  section of your report that begins at the bottom
2  of page 44, entitled, Feasibility of Assessing
3  Damages on a Class-Wide Basis.
4       For purposes of this section of
5  your report are you -- were you assuming that
6  Defendant's conduct was anticompetitive in the
7  manner that the Plaintiffs alleged?
8       A.  Yes. In fact, for both the impact
9  analysis and for the assessment of damage
10 methodologies, as I state in my report, I've
11 assumed that the allegations in the Complaint
12 are true.
13      Q.  Did you make any use of any of
14 these damages methodologies as part of reaching
15 the conclusion that you could assess liability
16 on a class-wide basis?
17      A.  First, I have not been asked to do
18 that and I would have -- I have not in
19 circumstance of previous cases used damage
20 methodologies as a means of -- in economic terms
21 of demonstrating that liability or the
22 anticompetitive conduct occurred.
23      Q.  Are you proposing this morning
24 that any of your damages methodologies could be

Page 10

1    used to assess whether there was liability on a
2    class-wide basis?
3        A.   I'm not.
4        Q.   So this is just the damages part
5    of your report and we can treat it as such?
6        A.   As the title says it is.
7        Q.   Take a look if you would to
8    paragraph 93.  It's on page 47.
9             Why does -- looking at your first
10   sentence, why does economic theory suggest that
11   an equilibrium should exist between the price
12   processors in the Southeast are willing to pay
13   for milk produced in Orders 5 and 7 and the
14   price processors would have to pay to purchase
15   milk from outside Orders 5 and 7, plus charges
16   for transportation?
17       A.   In an unfettered market the basic
18   theorems of economics state that the pricing
19   system will lead to an equilibrium between the
20   quantity demanded and the quantity supplied, and
21   that's all that is stated here.
22       Q.   Is it your assumption in this
23   first proposed methodology that if processors
24   thought the price for milk produced in Orders 5

Page 11

1    and 7 was too high that they could turn to milk
2    from outside those orders as an alternative?
3        A.   They could in a hypothetical
4    situation, but what this is really suggesting,
5    this economic theorem, is that, again, in an
6    unfettered marketplace that a processor or
7    handler would have a choice in securing milk
8    from the least cost source and would look to
9    those least cost sources, whether they be
10   domestically procured or from outside the
11   Orders.
12       Q.   Have you investigated the question
13   of whether during the Class period processors
14   located within Orders 5 and 7 did, in fact, turn
15   to what they considered to be lower cost milk
16   from outside?
17       A.   During the Class period with the
18   data I've looked at processors did not have a
19   choice.  By and large the processors were under
20   contracts, at least the processors who
21   collectively, jointly had market power in Orders
22   5 and 7, were able to -- they had no choice.
23   They didn't choose between one alternative and
24   another.

Page 12

1        If they had, in fact, had a choice
2    they might have looked to others, other areas,
3    other alternatives to take the least cost
4    alternative.
5        Q.   Is it your understanding of the
6    allegations in the Complaint that processors
7    were prohibited by some contract they had
8    entered into from buying milk from outside
9    Orders 5 and 7 if they found it to be lower cost
10   than milk from within the Orders?
11       A.   The Defendant processors were
12   under contract most -- as far as I could tell,
13   to procure their milk under full supply
14   agreements from DFA, or other sources, DMS, for
15   example, and to the extent that that occurred
16   they did not have alternatives to choose from
17   other than the organization, DFA, DMS, who were
18   providing the full supply of that processors.
19       Q.   As you understood or understand
20   those full supply did they prohibit Dean from
21   buying milk from outside Orders 5 and 7 if it
22   could find such milk at a lower price than DFA
23   was offering?
24       A.   Effectively, yes, because they

Page 13

1    looked -- their contractual arrangements, for
2    example, a processor in that full supply
3    agreement with DFA needed to, unless it was
4    going to change that contract, buy all of its
5    Grade A raw milk from DFA.  Where DFA procured
6    that milk was a different matter, but they
7    needed to procure it from DFA.
8        Furthermore, most of these
9    contracts that I have seen, I haven't seen all
10   of them, provided for a -- an MFN clause so that
11   if DFA were, for example, to offer milk from an
12   outside source at a lower price that it would
13   then be required under these provisions to
14   sell -- if that became known, to extend that
15   price to all processors.
16       Q.   Let me try to be clearer about my
17   question.
18       Is it your understanding that the
19   full supply agreement between Dean and DFA
20   prohibited Dean from going outside Orders 5 and
21   7 and outside DFA to procure cheaper milk if it
22   could find it?
23       A.   Where Dean had the full supply
24   agreement with DFA my understanding is they did

Page 14

1   not have that option.  They had to purchase milk
2   from DFA.
3       Q.   Have you investigated whether
4   there were occasions when, notwithstanding the
5   full supply agreement, Dean went outside Orders
6   5 and 7 to procure milk that it believed it
7   could obtain cheaper than DFA was offering?
8       A.   I've not done systematic analysis
9   of that.  I've looked at invoices that both Dean
10  and DFA have provided, but not on a systematic
11  basis.
12      Q.   Well, putting aside systematic,
13  are you aware of anecdote information that on
14  occasion Dean went outside of Orders 5 and 7 to
15  procure milk from people other than DFA when it
16  believed it could find that milk more cheaply?
17      A.   I'm not aware of that.
18      Q.   And it's your understanding that
19  the full supply agreement wouldn't permit that
20  conduct; is that correct?
21          MR. BROOKHISER:  Objection, asked
22  and answered.
23          THE WITNESS:  That's correct.
24  BY MR. KUNEY:

Page 15

1       Q.   When you look to your formula, if
2   I may call it that, just below paragraph 93,
3   PLOCAL equals P*LOCAL, where P*LOCAL equals PIMPORT plus
4   hauling cost, times mileage.  Do you see that?
5       A.   Yes.
6           MR. BROOKHISER:  Paragraph 93?
7           MR. KUNEY:  Just below — I guess
8   it's in the middle of paragraph 93.
9   BY MR. KUNEY:
10      Q.   Is PIMPORT meant to represent the
11  lowest price at which processors could procure
12  milk from outside Orders 5 and 7?
13      A.   No.  It would depend — if you
14  wanted to look at the lowest price one could,
15  but there would probably be an array of prices
16  that would be milk procured from outside and it
17  is — it is the sum of those prices that would
18  provide — at a given time, whether it be a year
19  or a quarter, would provide a weighted average
20  of what that price would be.
21      Q.   And would you look for actual
22  transactions in order to determine what P*LOCAL
23  should be if you were going to implement this
24  first methodology?

Page 16

1       A.   Well, there weren't actual
2   transactions for Orders 5 — processors in
3   Orders 5 and 7 that did follow the least cost
4   acquisition, so --
5       Q.   Or at least there's none that you
6   know of?
7       A.   Not enough to systematically
8   fulfill the requirements of Orders 5 and 7,
9   consumption and demand.  But, nonetheless, it
10  would be based upon the acquisition cost in a
11  particular area outside of 5 and 7.  That would
12  be the actual price at which milk in a given
13  time period was procured, given the hauling and
14  mileage rate from that point of acquisition.
15      Q.   Is P*LOCAL, if you were using your
16  first methodology, is P*LOCAL a number that could
17  be estimated, or an array of numbers?
18      A.   Well, here it is intended to be a
19  representative formula way of expressing it.
20  All this is saying is that in an unfettered
21  marketplace the price of imports would be the
22  cost of acquisition in the least — the lowest
23  cost alternative available to the processor at
24  that point in time, plus the hauling cost and

Page 17

1   the mileage from that point to the processing.
2   And the P* — the local price is the price that
3   would be prevailing in the marketplace, domestic
4   production.
5       Q.   And how would you propose, if you
6   were going to utilize this first methodology,
7   for example, for 2003, to go back and
8   reconstruct what P*LOCAL should be?
9       A.   P*LOCAL is — would be the actual
10  price that a given set of processors would be
11  paying for milk that is produced domestically.
12          The question is where does —
13  where would, in this particular methodology,
14  would the processors acquire the incremental
15  milk that they needed to satisfy their
16  requirements.  And the difference between what
17  was done and what would be done is a measure of
18  damages.
19      Q.   I think I understand that.  I'm
20  just trying to understand how I would
21  operationalize, if I might, this methodology.
22  So, 2003 is a year within the Class period.  We
23  can agree on that, I take it?
24      A.   Yes.

Page 18

1    Q.   And you have told us that you
2  don't believe there were actual transactions
3  whereby processors brought milk in from the
4  outside, apart from DFA or a DFA related entity.
5  That's correct; isn't it?
6    A.   Well, if there were and you're
7  implying in your question that there were, there
8  were so few that they would not represent a
9  requirement, a basis on which to estimate prices
10 for a period.
11   Q.   So from going back in time to
12 2003, and if I don't have transactions or enough
13 actual transactions to develop P*LOCAL, what data
14 would I look at in order to implement this first
15 proposed methodology?
16   A.   P*LOCAL would be — and in various
17 methods, Mr. Baird used some, Mr. Sims used
18 some, it could be done on a systematic basis
19 through a linear programming model to identify
20 the 9, 10, or 12 potential sources of
21 acquisition, and through that linear programming
22 model find the quantity of milk that is acquired
23 outside of Orders 5 and 7, and the price at
24 which it is acquired that would represent the

Page 19

1  actual prices, the actual hauling rate, and the
2  mileage involved.
3         Or, in the absence of a linear
4  programming it could be done — I'm calling it
5  manually, but it would be done with computerized
6  tools where selected sources of acquisition that
7  were probably used in part in the actual
8  procurement during say 2003, would serve as a
9  basis of identifying acquisition for all
10 requirements and the cost of acquisition and
11 then compare that cost of acquisition, this is
12 in a but-for setting, to the actual cost of
13 acquisition. It could be expressed ultimately
14 in a weighted average price that the processors
15 would have paid and the actual price the
16 processors did pay.
17   Q.   What data would you use if you
18 were trying to actually implement this
19 methodology to identify the 9, 10, 12 potential
20 least cost sources of milk for outside Orders 5
21 and 7?
22   A.   I would use much of the data that
23 has been produced thus far and which is a
24 combination of the sources of information that

Page 20

1  come from DFA and DMS, but I would also look
2  toward, if I were doing it, I'm not sure I would
3  be doing it, I would look toward other sources
4  of information, for example, Mr. Sims did this.
5  In fact, it may well turn out that some of the
6  sources, although he did it for a particular
7  point in time, I think it was 2003, if I'm not
8  mistaken, but would serve as a starting point to
9  analyze where are places, geographic areas,
10 where milk could be procured by the processors
11 of Orders 5 and 7 and identify with the data
12 that exists what it cost to buy that milk and
13 what it cost to bring it to a given set of
14 processors, the hauling and mileage rate.
15   Q.   Let's say, for example, you sited
16 that Ohio was a place outside Orders 5 and 7
17 where there might be milk available for purposes
18 of your PIMPORT variable. How would you determine
19 today the price at which, in what you call an
20 unfettered market, processors in the Southeast
21 could have bought some quantity of milk from
22 Ohio in 2003?
23   A.   The actual prices?
24         What is unfettered in this

Page 21

1  methodology is that processors have a choice of
2  where they purchase the milk outside of Orders 5
3  and 7, and by my judgment they did not have
4  that, from what I've seen, by and large, they
5  didn't have that choice during much of the Class
6  period.
7    Q.   Understood.
8    A.   So the surplus milk would be in
9  line — or the milk for acquisition would be in
10 line with for each of the years, what was being
11 produced, the prices at the point that were in
12 place at the time, actual prices at which milk
13 was being procured and sold in Ohio to
14 processors, and then the question of hauling and
15 mileage from that point of acquisition would be
16 applied, also.
17   Q.   Is it your understanding that data
18 has already been produced in this case that
19 would give you a price at which processors were
20 acquiring milk in Ohio, for example, in 2003 or
21 2004?
22   A.   There was — there is some data
23 that, although I have not — again, examined
24 this data systematically, but there is some data

Page 22

1  whereby DFA, for example, was able -- did, to
2  meet its contractual requirements, procure milk
3  from outside in areas, Indiana, Ohio,
4  Pennsylvania, a variety of sources, and this is
5  in effect replicating for the totality of the
6  requirements the acquisition costs of milk. If,
7  in fact, looking at the marketplace as it
8  existed, minus the alleged anticompetitive
9  behavior, whether milk for Orders 5 and 7 could
10  be procured at a lower cost. That is not just
11  the milk itself, but the transportation of the
12  milk to the point that it is going to be used.
13      Q.   So are you saying that at least in
14  part you could use actual data from DFA's
15  purchases of milk from outside Orders 5 and 7 in
16  order to determine what processors could have
17  paid in this unfettered market, had they gone
18  outside Orders 5 and 7, themselves, to buy that
19  milk?
20      A.   That would be one source. DFA
21  would be one source of information.
22      Q.   Is the -- is the P*LOCAL that you're
23  talking about the same for every plant in the
24  Southeast?

Page 23

1      A.   No. It probably would vary,
2  obviously, because each location has a different
3  mileage dimension from the alternative sources.
4      Q.   Okay. And there might even be
5  different sources that were the most sensible
6  source of outside milk, depending on whether the
7  plant is in Arkansas, for example, as opposed to
8  Virginia?
9      A.   That's correct. Let me -- excuse
10  me. If a linear programming model is used, part
11  of the process would be to -- because each plant
12  has certain areas to which it -- for each
13  processor, areas to which it is better situated
14  in terms of the transportation cost of moving
15  that raw milk and a linear programming model is
16  able to take into account all of the costs that
17  a given processor would have to pay for milk
18  from a given location outside of Orders 5 and 7.
19      It may be that -- let me just
20  hypothetically, a plant may be located closer to
21  a source of milk which is priced higher and,
22  therefore, the distance and geography does not
23  necessarily mean that the cost of acquisition is
24  thereby lowered simply because it is closer, the

Page 24

1  plant is closer to a source of raw milk.
2      Q.   So if I'm understanding you, we
3  have to identify these alternative sources and
4  perhaps do this linear programming model for
5  each of the plants in the Southeast, because
6  they won't all have the same least cost
7  alternative sources from outside Orders 5 and 7?
8      A.   No, we would not need to do it for
9  each plant. A linear programming model or even
10  if it's done manually, although computer
11  technology would be involved, would be to
12  include a number of processing plants that would
13  serve as the point of acquisition for Orders 5
14  and 7.
15      Q.   Well, why wouldn't you have to use
16  each plant if you were going to determine what
17  each plant's alternative was in this unfettered
18  market, in your hypothesis?
19      A.   Because you changed the objective
20  in your question. You said, each plant's cost
21  of acquisition. It is not each plant, it's
22  Orders 5 and 7.
23      In this whole area what is the
24  cost of acquiring the supplemental or the

Page 25

1  imported milk, and you can look at that issue.
2      It doesn't matter whether I've
3  answered that question for each and every plant.
4  The question is answering it for 4, 5, and 7 in
5  its entirety.
6      Q.   And explain how you answer it for
7  Orders 5, and 7 in its entirety without, as a
8  step first, answering it for each individual
9  plant?
10      A.   Because in -- first report, as
11  part of the process, one would include,
12  hypothetically, five processing plants that are
13  the likely recipients of this incremental amount
14  of imports. That can all be looked at in one
15  analytical process, not each of those processing
16  plants sequentially.
17      In fact, it may turn out that if
18  you were to look at each of those plants
19  incrementally, processing facilities, that you
20  could end up with a solution or a cost which is
21  low for that plant, but when examined in the
22  context of alternatives for the other five
23  plants or the four plants, in this case, might
24  yield, because there's some interaction between

1  these plants where they get their source of
2  supply.
3  Q.  Why not just pick one plant in the
4  Southeast and use that as the basis in this
5  first methodology for the determination of
6  P*LOCAL?
7  A.  I would not do that.  It doesn't
8  give you -- to me it answers a question only
9  which someone that has a curiosity to understand
10  this processing plant, where would it otherwise
11  in an unfettered market acquire its milk and
12  what's the cost of doing so, compared to where
13  it did.
14  That doesn't carry us very far,
15  and if it involves some additional work, then as
16  an economist I'm not sure that there is any
17  benefit in doing it for that single plant.
18  Q.  So you're not telling us you would
19  take one plant and use that for purposes of this
20  methodology as representative of the entire area
21  covered by Orders 5 and 7?
22  A.  I wouldn't.
23  Q.  How would you know how many plants
24  you would have to do in order to represent the

1  entire area covered by Orders 5 and 7?
2  A.  That is part of the implementation
3  of the methodology that, as far as I'm
4  concerned, would be done at the next stage.
5  Q.  Well, just help me out and tell me
6  when you were going through it without -- I know
7  you don't have the data in front of you, I'm not
8  asking that.  A method question.  As you look at
9  the results of this methodology how do you know
10  when you stop and say, okay, I've got enough
11  plants.  I've now got a good representation of
12  the entire area covered by Orders 5 and 7?
13  A.  Well, you call it a method
14  question, the current question, but
15  hypothetically I could describe it to you, let's
16  say there are 40 plants throughout Class 1
17  bottling processing plants in Orders 5 and 7.
18  It's changed over time, obviously, but let's use
19  that as a hypothetical.
20  I might well be able to
21  identify -- once I see what the location,
22  spatially, and demand I probably would select
23  a -- what I would call a representative sample
24  of those that are most distant and those that

1  are the outer range of Orders 5 and 7.  How many
2  that would be, I don't know at this point, but
3  that's the empirical question, but it can be
4  easily and readily determined.
5  Q.  In looking for what you've called
6  the representative sample, what criteria would
7  you be looking at, other than the distance from
8  outside sources of milk?
9  A.  I've indicated, two, that the
10  spatial dimension is one, because that affects
11  mileage, the hauling cost and mileage.
12  It also affects -- the other it is
13  the location of processing plants near large
14  centers of demand.  And to a certain extent
15  processing facilities have been so located.
16  So there are two criteria that I
17  would use at the outset for that.
18  Q.  Would you want a mix of how close
19  the processing plants were to the sources of
20  demand?  Is that what you're saying?
21  A.  In part, yes.  It would be
22  inappropriate to take processing plants -- this
23  is a single processing plant.  It would be
24  inappropriate to take all processing plants that

1  are in proximity to the borders of 5 and 7,
2  because that does not necessarily meet all of
3  the key needs of demand in Orders 5 and 7.
4  So I think you need -- one needs
5  in looking at the number of processing plants,
6  those that are affected by demand and where they
7  are located, as well as others that are near the
8  outer reaches of Orders 5 and 7.
9  Q.  Would, if we were trying to
10  implement your first methodology, would PLOCAL be
11  the same for each plant that we would include in
12  this representative sample?
13  A.  No, it would not, but the reason
14  for looking at a set of plants rather than a
15  single plant is that it becomes a weighted
16  average of the plants that are included in the
17  problem set, and weighted average simply means
18  pounds of milk imported and the price at which
19  it is acquired, which is at the source of supply
20  plus the mileage and so forth, and that is going
21  to vary for a given plant.  It's going to vary
22  over time for that plant and it's going to vary
23  in a given point in time for the number of
24  plants that are included in this -- in this set

Page 30

1  of plants for which acquisition costs are going
2  to be determined.
3       Q.    And if we're -- we tried to use
4  this first methodology and we got this
5  representative sample that you've been
6  describing, at the end of the process would we
7  be looking for the difference between PLOCAL and
8  P*LOCAL; is that correct?
9       A.    Yes, but I would put it so that
10  you don't end up with a necessarily negative
11  number, yes.
12             P*LOCAL, which in effect is the
13  but-for acquisition cost -- price, minus the
14  actual price of acquisition.
15       Q.    That difference would be a measure
16  of the undercharge in using this first method;
17  is that correct?
18       A.    Yes, it's a partial measure.
19       Q.    What would be missing to make it
20  an actual measure?
21       A.    Because it only deals with
22  acquisition.  This is one methodology.
23       Q.    I understand, but even to finish
24  that methodology are there some other steps that

Page 31

1  we have to take once we had that undercharge
2  calculation?
3       A.    No.  This is one methodology.
4       Q.    Well, how would we -- the
5  undercharge that you would calculate here, as I
6  understand it, is an undercharge in what the
7  processors pay for milk; is that correct?
8       A.    You turn it around.  It's an
9  undercharge that farmers would have received,
10  but did not.
11       Q.    In proposing this method are you
12  positing that if you calculated a dollar
13  undercharge in what the processors paid for milk
14  that would translate into a dollar less than the
15  farmers received?
16       A.    Yes, by the nature of the way in
17  which prices have been and are determined in
18  Orders 5 and 7.
19       Q.    So dollar in the door -- $1 less
20  in the door from processes in this model, in
21  this methodology, means $1 less out the door to
22  farmers; is that right?
23       A.    That's how it would be translated,
24  yes.

Page 32

1       Q.    And is that the way it works today
2  in Orders 5 and 7, as you understand it?
3       A.    Well, with SMA it's important to
4  understand this, the institutional and pricing
5  system, which I know you do, well, but SMA,
6  which is a starting point for all of the
7  cooperatives in Orders 5 and 7, or nearly all,
8  and we get to the relationship for independence
9  through DMS.  The cost of cooperative milk
10  procured by the various -- regardless of where
11  it's procured from, is affected -- finds itself
12  in the SMA, either the cost or the revenues in
13  SMA and, therefore, the blended price, which SMA
14  sets and is a basis on which various
15  cooperatives who are members of SMA and, in
16  turn, DMS price, that is the mechanism by which
17  the additional -- the saved acquisition costs
18  are reflected.
19       Q.    Based on your investigation of the
20  marketplace to date is it your understanding
21  that all of the co-ops who are members of SMA
22  use the same methodology in determining what the
23  pay price for their farmer members will be?
24       A.    No, they do not, but they start

Page 33

1  with SMA blended price.  They can't -- the
2  blended price specified by SMA, which applies to
3  five or six other cooperatives, it is exactly
4  that starting point.
5       Q.    Would there be any difference, as
6  you understand it, if there were -- if there
7  were a dollar less paid by processors as a
8  result of the conduct and how much of that
9  dollar got through to the Lone Star member as
10  opposed to a DFA member?
11       A.    That's an interesting question --
12  well, the reason I'm talking about pass-thru,
13  the way of pass-thru is because of pricing
14  mechanisms that are in place now in -- with the
15  allegations of the Plaintiffs.
16             In a but-for environment, absent
17  these various allegations, if there is a savings
18  of -- by the principal cooperatives who deal
19  with dairy farmers, in Orders 5 and 7 of
20  X amount, that's paid by processors, saved by
21  processors, is therefore resources that are
22  available for the various cooperatives who would
23  be serving the processors to pass-thru on a
24  patronage basis to their farmers as they do

## Page 34

1 with, increased cost, decreased cost, increased
2 revenue, increased service and have.
3    Q.   So if there's an extra dollar
4 available to DFA and to Lone Star is it your
5 view in trying to implement this methodology to
6 estimate impact on the farmers that that extra
7 dollar to a DFA member -- excuse me, that extra
8 dollar to DFA would have the same consequence
9 for a member of DFA as an extra dollar to Lone
10 Star would have to a Lone Star member?
11    A.   Lone Star -- right now Lone Star
12 is a question for me because we don't have data
13 from Lone Star to identify whether any or if
14 there are some who are members of the Class.
15        Lone Star is part of SMA.  In a
16 but-for environment SMA would not exist, or at
17 least not in its present form, most likely, and
18 the question of Lone Star's relationship with
19 processors would be part of calculating what the
20 cost of acquisition of milk would be in an
21 unfettered market.
22        So whether -- I can't answer the
23 question on Lone Star, because I don't have the
24 data.

## Page 35

1    Q.   Can you answer the question with
2 respect to Maryland & Virginia?  If the
3 processors paid an extra dollar would the
4 consequence for a farmer member of Maryland &
5 Virginia be the same as the consequence for a
6 farmer member of DFA if we were trying to
7 implement here first methodology?
8    A.   For that segment, Maryland &
9 Virginia, who are members of the Class, in other
10 words, members of the Class are dairy farmers
11 who produce milk in 5 and 7 and sell their milk
12 in 5 and 7.
13    Q.   It would be the same?
14    A.   Yes.
15    Q.   And how do you know that?
16    A.   Because the pricing systems that
17 are -- how do I know that?
18    Q.   Yeah.
19    A.   Because we're dealing with a
20 hypothetical, but it -- the pricing systems as
21 they have existed all begin with a uniform
22 pricing system and it goes up or down, depending
23 upon various events, circumstances and
24 institutional arrangements.  Therefore, in my

## Page 36

1 judgment the undercharge would apply equally to
2 all dairy farmers, not necessarily to the
3 cooperatives involved, but to the dairy farmers
4 who are members of the Class.
5    Q.   So just to make sure I understood
6 this point, it wouldn't make any difference to
7 you in applying this first methodology what
8 particular co-op a dairy farmer happened to be a
9 member of during the Class period?
10    A.   No.
11    Q.   So what you said a few minutes ago
12 about you couldn't answer for Lone Star because
13 you didn't have the data?
14    A.   I don't know -- excuse me for
15 interrupting.
16        It is not clear that Lone Star has
17 any members who are -- any members of its
18 cooperative who are members of the Class.
19    Q.   Is that the only thing for which
20 you would need Lone Star data before you would
21 be prepared to conclude that the effect of the
22 undercharge on the dollars that reached farmers
23 would be the same for Lone Star members as it
24 would be for DFA members?

## Page 37

1    A.   Let's just make it very clear.
2        The damages in this methodology,
3 indeed, in all three of the methodologies that I
4 set out, would be ultimately addressed,
5 calculated probably in hundred -- the difference
6 in hundred weight price, per hundred weight.
7 For all dairy farmers who are members of the
8 Class, regardless of what cooperative they
9 belong to, independents, whether they are DMS,
10 or those very few farmers who may not be part of
11 any of those institutions.
12    Q.   I understand you think that,
13 Dr. Beyer, and that's the opinion you expressed
14 in your report.  I'm just trying to understand
15 how you got there.
16        So I just want to be clear, if I
17 can, that in your view if we use methodology one
18 and somehow calculate an undercharge for the
19 areas covered by Orders 5 and 7, that to you it
20 would make no difference in terms of the impact
21 on an actual dairy farmer what co-op they had
22 belonged to during the Class period or even
23 whether they belonged to a co-op during the
24 Class period.  Am I understanding you correctly?

Page 38

1      A.   That's correct.
2      Q.   And would it make any difference
3  whether they were a DMS shipper during the Class
4  period if we were trying to actually implement
5  your first proposed methodology?
6      A.   No.
7      Q.   Would it make any difference if
8  they were -- you've heard the expression Dean
9  Direct?
10      A.   Yes.
11      Q.   Okay.  So would it make any
12  difference if they were Dean Direct?
13      A.   No.
14      Q.   Would it make any difference if
15  they were an independent supplying milk to Dairy
16  Fresh?
17      A.   No.
18      Q.   Would it make any difference if
19  they were a member of Cobblestone?  You've heard
20  of the Cobblestone Cooperative?
21      A.   Very small one, yes, in Virginia.
22      Q.   Would it make any difference if
23  they were a member of Cobblestone?
24      A.   No.  If the dairy farmer of

Page 39

1  Cobblestone is a Class member, no.
2      Q.   You've heard of a co-op called
3  SMI?
4      A.   Yes.
5      Q.   Would it make any difference in
6  applying the first methodology if the farmer was
7  a member of SMI?
8      A.   If the farmer is a member of the
9  Class it doesn't matter what the institutional
10  arrangement is.
11      Q.   That's because, as you understand
12  it, the undercharge from the processor
13  historically has had the same effect on the mail
14  box check of every farmer in the Southeast,
15  without regard to whether they're in DFA, Lone
16  Star, Maryland & Virginia, DMS, Cobblestone or
17  SMI?
18      A.   No.  No.
19          MR. BROOKHISER:  Objection, asked
20  and answered.
21          THE WITNESS:  And I stated this in
22  my report.  It's on the next page.  Number 1,
23  the difference between DMS, Dean Direct, other
24  independents, the way systems operate, and

Page 40

1  particularly in terms of an unfettered market,
2  the cooperatives would not be able to pay a
3  better price to the producers through the
4  cooperatives without also recognizing that that
5  price has to apply, as well, to the
6  independents, or there would be a form of
7  arbitrage that would be, to use a word that is
8  bandied about frequently, destabilization in the
9  market.  But everything that I have looked at in
10  this marketplace tells me that in the end the
11  pricing of milk is done in a way -- whether
12  through a cooperative or DMS, in a way in which
13  the effect of higher or lower costs, higher or
14  lower revenue, gets expressed in a dollars per
15  hundred weight.
16          And what I have seen, and this is
17  reflected throughout my report, what I have seen
18  in looking over time is that the pricing systems
19  result in very similar outcomes under the actual
20  environment, therefore the hundred weight, the
21  common measure, the one that is used by
22  everyone, this reduced cost would be reflected
23  in -- in my judgment, we can call it an
24  undercharge, but it would be in effect a set of

Page 41

1  resources not currently available that would be
2  available in the but-for environment.
3  BY MR. KUNEY:
4      Q.   And that you believe would have
5  been available historically but-for the alleged
6  conduct?
7      A.   Given this dimension, yes.
8      Q.   So am I understanding this piece
9  of this first methodology, that the mail box
10  price actually received by farmers, depending on
11  what particular organization they belong to, is
12  not something that you need to put into your
13  calculations?
14      A.   The difference between --
15  ultimately, the difference between the estimated
16  cost of acquisition in an unfettered market, the
17  but-for, and what was actually the case,
18  acquisition of imports, let's assume that there
19  is a difference, that can be -- those are
20  resources that would not otherwise be incurred
21  and that difference would be -- would take the
22  form of an undercharge per hundred weight for
23  all dairy farmers or it would be a sum of
24  resources that are saved for the Class as a

Page 42

1  whole.
2      Q.   Am I correct that as I go through
3  the first methodology that you propose I don't
4  need to introduce any data on the actual mail
5  box price received by any farmer in the
6  Southeast?
7      A.   That's correct.
8      Q.   I don't need to be concerned about
9  differences in mail box prices between, for
10  example, DFA members and DFA shippers.  I don't
11  need to be concerned about that in using your
12  methodology?
13      A.   No.
14      Q.   I don't need to be concerned about
15  differences in mail box prices between DFA
16  members and members of SMI, to the extent that
17  members -- I don't need to worry about that
18  either?
19      A.   No.
20      Q.   If -- if a processor had -- let me
21  back up.
22          As you used the terminology, is it
23  possible for a processor to lawfully acquire
24  monopsony power?

Page 43

1      A.   In theory.
2          MR. BROOKHISER:  I object to that
3  legal conclusion.
4          THE WITNESS:  Yes.
5  BY MR. KUNEY:
6      Q.   Yes, it's possible?
7      A.   Yes.
8      Q.   And if a processor lawfully
9  acquired monopsony power and we used your
10  comparison between P*LOCAL and PLOCAL we would
11  calculate a difference; wouldn't we?
12      A.   If the legal monopsony -- may or
13  may not.  If the legal monopsony -- if it's
14  attempting to -- the monopsony being the
15  processors.
16      Q.   Yes.
17      A.   To maximize their profits they
18  would be acquiring at the least cost sources.
19      Q.   And would you expect if there were
20  lawful monopsony power that PLOCAL would be less
21  than P*LOCAL in using your first methodology?
22      A.   They may be the same.
23      Q.   Well, did I understand that the
24  difference between P*LOCAL and PLOCAL was in this

Page 44

1  methodology a measure of the monopsony
2  undercharge?
3      A.   Yes.
4      Q.   So could a lawful monopsonist
5  benefit from an undercharge?
6      A.   Yes, but not in this way.
7          The reality -- as soon as you make
8  it a lawful monopsony the range of potential
9  options for the monopsonist is to maximize its
10  profit, and if it's operating by itself it may
11  not have options, alternative courses of action,
12  which it does have -- which actually did occur,
13  according to the Complaint, requiring other
14  institutions, other actors, to support the
15  pricing in this case of imports from --
16      Q.   Is it your understanding that
17  there are no allegations in this place -- in
18  this case about the unilateral exercise of
19  monopsony power?
20      A.   You're going to have to explain
21  that question.  It's a loaded --
22          Unilateral -- who is the
23  monopsonist in your question?
24      Q.   Well, I assumed from reading your

Page 45

1  report that you thought the processors were or
2  were alleged to be monopsonists?
3      A.   And they're not unilateral.
4      Q.   I understand that.  I'm just
5  asking -- well, I'm not sure if I do understand
6  that.  That's the question I'm asking.
7          Is it your understanding that
8  there are no allegations in this case about the
9  unilateral exercise of monopsony power by any of
10  the processors in the Southeast?
11      A.   I can't answer that.  Given your
12  question, I don't understand.
13      Q.   Well, you said a few moments ago
14  that you understood all the monopsony power in
15  this case was exercised in collaboration with
16  other people.  It's a paraphrase, but is that in
17  the ballpark of what you said a minute ago?
18          MR. BROOKHISER:  Object to the
19  form of the question.
20          THE WITNESS:  The allegations in
21  the Complaint involves coordinated behavior, and
22  the monopsony that has occurred is one, in my
23  judgment -- that in order to have the market
24  power, as required, collective action, joint

Page 46

1  action, unilateral. There is -- if you're
2  talking about unilateral monopsony, I don't know
3  what that means, but there is no single firm, at
4  least for Orders 5 and 7, that exercises that
5  monopsony.
6  BY MR. KUNEY:
7      Q.   You've never seen it? You said
8  you didn't understand the term unilateral
9  monopsony. Have you never in your many years of
10  being involved as an economist ever seen a
11  situation where there was a firm that had
12  unilateral monopsony power?
13      A.   That's a very different question.
14  I have.
15      Q.   So you do have some -- that term
16  has meaning to you?
17      A.   Yes.
18      Q.   And it's your understanding that
19  that's not this case. This case is all about,
20  as you understand it, collaborative conduct; is
21  that correct?
22      A.   Well, to use a phrase that comes
23  out frequently by lawyers, the Complaint speaks
24  for itself. I haven't memorized each and every

Page 47

1  paragraph, but the thrust of the Plaintiffs'
2  allegations are that collectively the Defendants
3  have monopsony power in the procurement of and
4  marketing of Grade A raw milk.
5      Q.   As you understand the Complaint --
6      A.   As I understand it, yes.
7      Q.   Sorry, that was the introduction
8  to the next question.
9          As you understand the Complaint
10  are the Plaintiffs alleging that the Dean/Suiza
11  merger created an entity that had monopsony
12  power?
13      A.   By itself, I don't know.
14      Q.   Don't know?
15      A.   It is part of the fabric that
16  proceeds to the conclusion in the Complaint, but
17  whether the Dean/Suiza merger by itself,
18  standing alone, created a -- without any of the
19  follow-on actions that came from that, created a
20  monopsony, I'm not aware of that. But it may
21  be. It's not part of my analysis.
22      Q.   I understand. I'm trying to find
23  out if you -- what you understand the Complaint
24  to be saying. Do you have an understanding, one

Page 48

1  way or another, about whether the allegations in
2  the Complaint include the allegation that the
3  Dean/Suiza merger created an entity with
4  monopsony power?
5          MR. BROOKHISER: Objection. Asked
6  and answered.
7          MR. KUNEY: Asked, but not
8  answered.
9          MR. BROOKHISER: I think it's been
10  asked and answered, maybe twice.
11          THE WITNESS: I'm not aware that
12  in my reading of the Complaint that there is an
13  allegation that the Dean/Suiza merger, by
14  itself, created a monopsony. It clearly is part
15  of the fabric. Or, to put it another way, if
16  you take that merger away there would be -- and
17  all of the subsequent actions related to it,
18  there could be a very different structural
19  marketplace in existence in Orders 5 and 7.
20  BY MR. KUNEY:
21      Q.   You said a few minutes ago that in
22  the but-for world or the unfettered market SMA
23  would not exist or would not exist in its
24  current form. Did I hear that correctly?

Page 49

1      A.   Yes. What you didn't hear was
2  what I also said, but that's a determination I
3  haven't yet made or somebody in -- if it's not
4  me, somebody else who -- if it goes to another
5  phase of litigation will undertake.
6      Q.   You said either SMA would not
7  exist or not exist in its current form, but you
8  haven't actually analyzed that question yet?
9      A.   No, because that is part of the
10  damage implementation, which I -- which is to
11  examine with more precision what is the
12  institutional framework of the but-for
13  marketplace.
14      Q.   So you don't -- this morning,
15  anyway, you don't have a position about what
16  that but-for marketplace would look like?
17      A.   Well, I do in the sense that the
18  coordinated behavior as alleged would not be
19  existing, would not be in place. That's the
20  only assumption that I can make.
21      Q.   And do you have an opinion as of
22  this morning about whether in the absence of
23  that coordinated behavior SMA would exist in
24  some form or other?

**Page 50**

1    A.   I have a preliminary opinion, but
2 since I have not yet estimated damages under
3 this or any other methodology, that preliminary
4 opinion, as far as I'm concerned, may not be
5 worth too much.
6    Q.   What is that preliminary opinion?
7    A.   That as -- my preliminary opinion
8 would be that SMA in its current form probably
9 would not be in existence.
10    Q.   Why is that?
11    A.   Because the key to SMA was its
12 ability to gain sufficient cooperative
13 membership that accounted for a very large
14 proportion of all cooperative dairy farmers and,
15 at least in one instance, the largest, Maryland
16 & Virginia, probably would not have been willing
17 in a but-for marketplace to have -- become a
18 member of SMA.  Therefore, even if it had --
19 even if it were being proposed by DFA and others
20 it is unlikely that in its current form it would
21 exist.
22    Q.   And the one difference that you're
23 talking about at this point is whether Maryland
24 & Virginia would, in fact, have become a member?

**Page 51**

1    A.   I use that as an example.
2    Q.   I see.  What else would be
3 different about SMA in the but-for world?
4    A.   Now you're asking my preliminary
5 opinion to give you a final determination.  It
6 may not exist.
7    Q.   Will -- will whoever goes about
8 trying to estimate damages on a class-wide or
9 individual basis have to decide whether SMA
10 would exist in a but-for world?
11    A.   The estimate of damages does not
12 require that.  I believe that a reasonable
13 structure of the institutions that would exist
14 in a but-for environment need to be -- needs to
15 be established, just to understand how the
16 marketplace would operate.
17    Q.   Based upon your work in the case
18 to date are there any efficiencies that you have
19 seen associated with the operations of SMA?
20    A.   I've not addressed that question.
21    Q.   Is it your understanding that the
22 pooling of cost and revenues is part of the
23 collaborative conduct that the Plaintiffs are
24 challenging in this case as unlawful?

**Page 52**

1    A.   Pooling by whomever?
2    Q.   Pooling of cost and revenues
3 through SMA?
4    A.   Well, part of it is -- for
5 example, if the allegations by the Plaintiffs
6 are true that milk from the -- Grade A raw milk
7 from the Southwest was acquired in volumes
8 that -- this is a term that is within the
9 industry, it's not my term, flooded the market
10 of the Southeast, and in which -- and for which
11 SMA, i.e., DFA farmers paid the transportation
12 of that milk, this is all part of the
13 allegations, so the answer is, yes.
14    Q.   As you understand what the
15 Plaintiffs are alleging, are they alleging that
16 it is necessarily unlawful for the member co-ops
17 of SMA to collaborate in procuring milk from
18 outside Orders 5 and 7?
19        MR. BROOKHISER:  Could you read
20 that question back, please?
21        (The record was read as
22 requested.)
23        THE WITNESS:  My understanding is
24 no, they are not.

**Page 53**

1 BY MR. KUNEY:
2    Q.   Is it your understanding that it
3 is unlawful because of this flooding that you
4 described a moment ago?
5    A.   No.  I think they've claimed that
6 there's an antitrust violation here because the
7 members -- the dairy farmers who are a part --
8 who are the Class, in the end are receiving --
9 having to bear the burden in two ways:
10        One is that collectively milk is
11 being procured from the Southwest in excess of
12 needs and, therefore, it has flooded the market
13 in the Southeast, and that this milk would only
14 become available, as I've indicated in my
15 report, economically available because the
16 transportation costs were paid in large part or
17 in full by the members of SMA.
18    Q.   So is it your understanding that
19 it would not be economical for the member co-ops
20 of SMA to procure milk from the Southwest unless
21 they paid the transportation costs?
22    A.   I haven't reached that
23 determination.  That's what the first
24 methodology would be doing, first damage

Page 54

1  methodology. So it may turn out that there
2  is -- when looking at the full acquisition
3  costs, that some milk from the Southwest would
4  still be part of the least cost solution.
5       Q.  Is it your understanding that
6  throughout the Class period the member co-ops of
7  SMA bore the cost of transporting milk from the
8  Southwest to the Southeast?
9       A.  Throughout the full Class period,
10  I don't know, because I haven't had access to
11  all the documents, but I've seen the contracts
12  for 2004, which refers to 2003. I haven't seen
13  the contract for that particular year.
14          2005, 2006.
15       And Mr. Baird confirms that in, I
16  think it was his Department of Justice
17  deposition, that they wouldn't be shipping milk
18  to the Southeast, Orders 5 and 7, without the
19  huge transportation costs being covered.
20       Q.  Let's take a look if we could at a
21  document that was previously marked, I think
22  it's Plaintiffs' 185.
23       THE REPORTER:  You don't want it
24  remarked?

Page 55

1       MR. LATCOVICH:  No.
2       MR. KUNEY:  We don't need to
3  remark it.
4  BY MR. KUNEY:
5       Q.  Dr. Beyer, have you seen
6  Plaintiffs' 185 before?
7       A.  I have.
8       Q.  And is this the contract between
9  GSA and SMA for the calendar year 2004?
10       A.  Yes.
11       Q.  Take a look at paragraph 3, if you
12  would, on that first page. See where it says,
13  "milk will be priced at Birmingham, Alabama,
14  local delivered price and seller will provide
15  freight to Birmingham." Do you see that?
16       A.  Yes.
17       Q.  Is that one of the provisions that
18  you -- and contracts that you reviewed in
19  concluding that the Southeast bore the cost of
20  transporting milk from the Southwest?
21       A.  Yes.
22       Q.  Do you read, "seller will provide
23  freight to Birmingham," to somehow mean that the
24  Southeast is bearing the cost of transporting

Page 56

1  the milk?
2       MR. BROOKHISER:  Where are you
3  referring to, counsel?
4       MR. KUNEY:  Paragraph 3.
5       THE WITNESS:  Yes. I'm not
6  interpreting this contract. I'm just agreeing
7  with what you read.
8  BY MR. KUNEY:
9       Q.  Well, I'm asking you a question.
10       You've made comments about whether
11  it would be economical for milk to move from
12  Southwest to Southeast unless the Southeast
13  bears the cost of transportation, and you said
14  you looked at this contract. I'm just asking
15  you whether it's not clear from the face of this
16  contract that for calendar year 2004 the seller,
17  namely Greater Southwest Agency, in fact, bore
18  the cost of transportation?
19       A.  Whether it did or didn't will come
20  out in a damage calculation.
21       I'm not going -- I or somebody
22  else would not begin with an assumption, I would
23  not do that. I would look at the lowest
24  areas -- surplus areas, as I described before,

Page 57

1  of acquisition, and this could include West
2  Texas and New Mexico, and the cost of hauling,
3  the mileage, would be part of that. As I said
4  in my prior answers, it may turn out that the
5  but-for price of acquiring milk in the
6  Southwest -- for Orders 5 and 7 may include some
7  milk from the Southwest. That's -- there's
8  nothing in that arrangement that suggests that
9  it would not be part of the analysis.
10       You were asking me different
11  questions about assumptions, about conditions in
12  the Complaint that would affect acquisition.
13       Q.  I'm actually asking you about your
14  report, Dr. Beyer. Take a look at paragraph
15  100.
16       A.  Now you are, okay.
17       Q.  Paragraph 100, page 50. The
18  second sentence of paragraph 100 you wrote, "if
19  the transportation costs were not subsidized by
20  Southeastern producers it would not have been
21  economical for Lone Star and GSA to transport
22  milk from the Southwest to Orders 5 and 7."
23  That's part of the text of your report; correct?
24       A.  That's correct.

Page 58

1    Q.   And is it not apparent that, at
2  least for calendar year 2004, GSA bore the cost
3  of transporting milk from the Southwest to the
4  Southeast?
5        MR. BROOKHISER: Objection.
6  You're asking him -- the best evidence is all of
7  the evidence. You've picked one sentence out of
8  one document and tried to characterize it.
9        MR. KUNEY: That's fine.
10        THE WITNESS: Excuse me.
11  BY MR. KUNEY:
12    Q.   By all means. Go ahead.
13    A.   **If it turns out that, in fact, the**
14  **detailed records comport with this particular**
15  **year's contract then that will be reflected in**
16  **the damage analysis. Under three, methodology**
17  **three or under methodology one.**
18        **There are years in which the**
19  **Southwest, GSA or Lone Star milk was subsidized**
20  **by SMA and Mr. Baird has — who was the**
21  **principal involved in that, has agreed -- stated**
22  **that was the case. There are other contracts**
23  **where they clearly demonstrate that but, in any**
24  **event, what actually occurred is going to be**

Page 59

1  **ultimately, when all the data -- transaction**
2  **data are available, will be determined.**
3    Q.   Let's take a look at another
4  document that was previously marked Plaintiffs'
5  677.
6        Is this one of the contracts
7  between the Southeast and Southwest that you
8  reviewed in preparing your report, Dr. Beyer?
9    A.   **I don't think I've seen this one.**
10    Q.   If you look toward the middle of
11  the first page there you'll see, "this agreement
12  is entered into this first day of January 2003."
13  Do you see that?
14    A.   **Yes, I do. Toward the bottom?**
15    Q.   Yes. And then a little farther
16  down it talks about, under Dallas to Birmingham,
17  seller to supply buyer, and then it refers to
18  the time period January 1, 2003 to December 31,
19  2003; is that correct?
20    A.   **Yes.**
21    Q.   So this would appear to be the
22  2003 contract or a 2003 contract between SMA and
23  GSA; is that correct?
24    A.   **Yes, it would appear to be.**

Page 60

1    Q.   Take a look, if you would, at I
2  suppose it's numbered 2 (2), in other words the
3  very bottom of the first page, Dallas to
4  Birmingham, and then the subparagraph 2 which
5  spills on over to the next page. Are you
6  looking at that?
7    A.   **Yes.**
8    Q.   Do you see where it says, "milk
9  will be priced at Birmingham, Alabama local
10  delivered price and seller will provide freight
11  to Birmingham or equivalent distance from origin
12  to point of Dallas, Texas." Do you see that?
13    A.   **Yes.**
14    Q.   So according to the contract,
15  apparently in 2003, the Southeast was not
16  subsidizing the transported milk pursuant to
17  this agreement?
18        MR. BROOKHISER: I'll make the
19  same objection I did with the last document.
20        THE WITNESS: The same answers
21  that I gave to you, Exhibit 185, would apply to
22  Exhibit 677.
23  BY MR. KUNEY:
24    Q.   So the -- your proposed use of the

Page 61

1  third methodology and your statement in
2  paragraph 100 that, "if transportation costs
3  were not subsidized by Southeastern producers it
4  would not have been economical for Lone Star and
5  GSA to transport milk from the Southwest to
6  Orders 5 and 7." Am I understanding you that
7  you stand by that as a valid methodology for use
8  in this case, notwithstanding the contractual
9  arrangements whereby GSA was bearing the cost of
10  moving the milk in at least 2003 and 2004?
11        MR. BROOKHISER: Objection.
12  Misstates the evidence. Assumes facts not in
13  evidence.
14        THE WITNESS: The detailed records
15  and information that they provide would be the
16  basis for determining whether and to what extent
17  imports from the Southwest, over whatever period
18  it applies, would or would not in particular
19  time frames be economical alternatives for
20  Southeast in Orders 5 and 7.
21  BY MR. KUNEY:
22    Q.   And your third methodology, the
23  validity of using your third methodology, does
24  it turn on the outcome of that evaluation,

Page 62

1    ultimately who paid for the cost of transporting
2    milk from the Southwest to the Southeast?
3        **A.   No.  It determines on — it hinges**
4    **on the determination of the pounds of milk that**
5    **would have been imported in a but-for situation**
6    **from the Southwest and determining what**
7    **difference between that number and the actual**
8    **imports from the Southwest, over whatever time**
9    **period, what the effects would be.**
10       Q.   I take it you're not saying that
11   you decided that in the but-for world the number
12   of pounds of milk that would have been imported
13   from the Southwest is zero?  You're not saying
14   that?
15       **A.   Oh, no.  No.  It may turn out that**
16   **way, but I haven't done that analysis and I**
17   **wouldn't go just on the contractual.  I'm just**
18   **saying from what I've seen, maybe the later**
19   **years, Mr. Baird's testimony, which was done in**
20   **2005, so it covered some prior period where he's**
21   **in effect saying, the Southeast is not an**
22   **economical market for us without the assistance**
23   **of SMA.**
24       Q.   Have you in your work in the case

Page 63

1    to date evaluated a lawsuit that Mr. Baird and
2    Lone Star filed against DFA concerning the
3    Southeast?
4        **A.   I'm aware of it, but I have not**
5    **evaluated it, and as an economist I don't make a**
6    **habit of evaluating lawsuits.  I don't know how**
7    **to go about that process.**
8        Q.   Do you have an understanding --
9    any understanding about what Mr. Baird and Lone
10   Star were alleging with respect to their ability
11   to market milk in the Southeast?
12       **A.   At some point I probably read**
13   **about it, I just don't recall.**
14           MR. BROOKHISER:  Steve, would this
15   be an okay time, we've been going for about an
16   hour and a half, to take a short break?
17           MR. KUNEY:  Fine, but she has to
18   tell us we're going off the record.
19           THE VIDEOGRAPHER:  Thank you.
20           Here marks the end of videotape
21   number one, taken in the deposition of Dr. John
22   Beyer.  Going off the record.  The time on the
23   video screen is 10:36:29.
24           (A brief recess was taken.)

Page 64

1            THE VIDEOGRAPHER:  Here begins
2    videotape number two taken in the deposition of
3    Dr. John Beyer.  Going back on the record.  The
4    time on the monitor is 10:48:49.
5            During the break we have been
6    joined by counsel on the phone.  Counsel, please
7    introduce yourselves, one at a time.
8            MR. BOULWARE:  This is Brandon
9    Boulware, counsel for Gerald Bos.
10           MR. EVERSON:  David Everson for
11   Gary Hanman.
12           THE VIDEOGRAPHER:  Thank you.
13   BY MR. KUNEY:
14       Q.   Dr. Beyer, take a look if you
15   would at paragraph 104, it's at the bottom of 51
16   and over onto page 52 of your report.  This is
17   part of your third proposed damages methodology;
18   correct?
19       A.   Yes.
20       Q.   And you wrote, "by estimating the
21   impact Southwest imports had on the price of
22   milk in the Southeast a but-for price of milk in
23   the Southeast can be calculated, absent the
24   imports.  This estimated but-for price can then

Page 65

1    be compared to the actual price to members of
2    the proposed Class.  The difference between the
3    two is an estimate of the undercharge."  Is that
4    correct?
5        A.   Yes.
6        Q.   So the but-for price that you
7    would calculate using your third methodology
8    would be what the price of milk would have been,
9    absent any imports; correct?
10       A.   No.
11       Q.   Absent what portion of the
12   imports?
13       **A.   Absent — we went through this**
14   **with the question prior — the last question**
15   **prior to the break.**
16           **What the actual imports have been**
17   **from the Southwest and what they would have been**
18   **is yet to be determined, so the — and there**
19   **may, in fact, be several numerical values that**
20   **are used in the regression analysis — several**
21   **values for the imports from the Southwest,**
22   **depending on the degree of confidence that I or**
23   **someone else is doing this analysis concludes**
24   **would still occur from the Southwest in a**

Page 66

1   but-for marketplace.
2     Q.   So there's another step beyond
3   what you've mentioned, which is that you have to
4   consider what to do with that coefficient
5   estimate of the variable imports in terms of
6   what imports would have been in your but-for
7   world?
8     **A.   No. The coefficient, which is a**
9   **value from the regression analysis for imports**
10  **from the Southwest, will undoubtedly change as**
11  **the value for imports, the pounds from the**
12  **Southwest are used in the analysis. So just**
13  **hypothetically, if three different values are**
14  **used, 90 percent, 50 percent, 40 percent, the**
15  **coefficient for imports will change.**
16       **Determining what would be the**
17  **appropriate value will in large come out**
18  **of or flow out of the first methodology.**
19    Q.   So are you proposing that you use
20  methodology one and methodology three, together,
21  to arrive at a damages estimate on a class-wide
22  basis?
23    **A.   No. No. The damages in**
24  **methodology one represents costs of acquisition.**

Page 67

1       **In methodology two, assuming that**
2  **some of the imports for purposes of discussion**
3  **right now, assuming that some of the imports**
4  **from the Southwest would not have occurred in**
5  **the but-for marketplace, the ultimate objective**
6  **is to determine what the effect of the excess**
7  **imports that actually took place, which may be**
8  **90 percent in our hypothetical, 50 percent or**
9  **40 percent, has on the price of milk in the**
10  **Southwest.**
11    Q.   Where in your discussion of
12  methodology three do you explain how we're going
13  to determine what part of the imports were
14  excess?
15    **A.   That sentence does not appear in**
16  **the discussion under methodology three, but in**
17  **determining the values for the different**
18  **parameters used in the analysis that would be**
19  **part of the analysis, rather than simply taking**
20  **it as 100 percent of imports.**
21    Q.   I see. So when you wrote at the
22  very top of 52, "a but-for price can be
23  calculated absent the imports," you didn't mean
24  to imply all of the imports?

Page 68

1    **A.   It may turn out that it is all of**
2  **the imports, but it may be less than all of the**
3  **imports.**
4    Q.   And by some method, apparently not
5  described in here, you're going to -- you're
6  positing that someone could determine what
7  portion of the imports should be considered
8  excess?
9    **A.   Methodology one provides in the**
10  **end a source of imports by origination,**
11  **identifying the low cost alternative for**
12  **Southeast processors.**
13       **The same thing would be the case**
14  **in the results from that answer would guide the**
15  **analysis that was being proposed in methodology**
16  **two.**
17       **The outcomes are very different.**
18  **Methodology one is looking at the cost of**
19  **acquisition for raw milk.**
20       **Methodology three is looking at**
21  **the question ultimately what is the effect of**
22  **excess imports from the Southwest on the price**
23  **of milk in the Southeast.**
24    Q.   How do you propose to use your

Page 69

1   first methodology to determine what portion of
2  the imports were excess?
3    **A.   It would be whatever the least**
4  **cost alternative, whatever proportion, if any,**
5  **of milk from the Southwest is part of the least**
6  **cost acquisition, subtract that sum for each**
7  **year from the actual imports, and that would**
8  **be -- that difference would be the value that is**
9  **used -- if I were doing it, in the equations**
10  **that are shown on page 51.**
11    Q.   Are all of the sources of least
12  cost milk for purposes of your first methodology
13  in the Southwest?
14    **A.   I'm sorry, I didn't understand.**
15    Q.   In your first methodology where
16  you talk about the price of acquiring milk from
17  outside Orders 5 and 7, you were not restricting
18  yourself to milk that came from the Southwest;
19  were you?
20    **A.   By no means, no.**
21    Q.   It could be the least cost source
22  of milk might be Ohio, Michigan, Indiana,
23  Pennsylvania. There's a variety of different
24  places?

**Page 70**

1     A.   Which would all be brought
2 together to provide in a but-for marketplace
3 cost of acquisition of all imports into Orders 5
4 and 7, and it may turn out that part of that
5 total aggregation of imports, which would still
6 be required in 5 and 7, would include some
7 imports from the Southwest.
8     Q.   Is there some reason why in your
9 third methodology you're focusing just on
10 imports from the Southwest?
11     A.   Yes.
12     Q.   Why is that?
13     A.   We have gone over it prior to the
14 break.
15         Because allegations in the
16 Complaint are that there were two things:
17 Excessive imports. Excessive in some sense,
18 imports from the Southwest.
19         And, secondly, that for some
20 period of time SMA paid for transportation costs
21 to bring those pounds of milk into the
22 Southeast.
23     Q.   So as you understand the
24 Plaintiffs' Complaint there's no complaint about

**Page 71**

1 flooding by bringing milk in from Ohio or
2 Indiana, or Pennsylvania; is that correct?
3     A.   That's correct, if, in fact, the
4 quantity of milk that is acquired meets the
5 demands, local production, plus imports, without
6 an equilibrium situation. My understanding is
7 that what the Complaint is complaining about is
8 that some of the exports, maybe all of the
9 exports, I just don't recall, from the Southwest
10 were governed more by institutional arrangements
11 than by economics and, therefore, at least some
12 of those imports were not required in the
13 Southeast.
14     Q.   So I'm going through methodology
15 one, your first methodology, and I identify
16 Portales, New Mexico as a possible source of low
17 cost milk from outside Orders 5 and 7, and I
18 somehow find the data for what that milk might
19 have cost in '02, and '03, and '04, and '05, and
20 I run your linear programming model, and I
21 implement methodology one. How do I then use
22 that information in some fashion to decide what
23 part of the exports that came in from Portales,
24 New Mexico were excess and not market driven?

**Page 72**

1     A.   The answer to that would be in the
2 implementation of methodology one.
3     Q.   Where in the implementations will
4 I find the Rosetta Stone to figure out what part
5 of those imports are excess?
6         MR. BROOKHISER: Objection.
7         THE WITNESS: You find the Rosetta
8 Stone by going to the airport and buying it from
9 them. The stock is doing well, by the way.
10         As I visualize what I would do,
11 and I may not be the person or Nathan Associates
12 the entity to do this estimate, but the
13 acquisition cost, which includes necessarily the
14 source and the transportation costs would be
15 part of the answer. And so that for the various
16 procurement areas, and Portales would probably
17 be one of the locations, it may turn out that --
18 it's not just identifying as a source, it's
19 identifying what proportion of
20 the milk acquired would come from Portales.
21         In effect, the answer is,
22 hypothetically, if 3 billion pounds of milk were
23 imported into the Southeast in a given year --
24 that's not all going to come from one source.

**Page 73**

1         Beginning with the lowest cost and
2 a certain number of pounds -- I mean, you can't
3 create milk where there is not milk available,
4 obviously, those are real facts. The cost of
5 acquisition of the milk, you use the word, we
6 might find that data. We know that data. I
7 don't know it all now, but somebody would.
8         And through the nine or ten or
9 however many acquisition sources, there would be
10 a cascade with certain pounds involved so that
11 all the requirements of the Southeast for
12 imports are met.
13         In that, it may turn out that some
14 imports from the Southwest take place. That
15 would be -- the set of information that would go
16 into, in my judgment, in the looking at the
17 price effect on Southeast milk from "excessive"
18 imports from the Southwest.
19 BY MR. KUNEY:
20     Q.   So am I understanding that as we
21 do this linear programming exercise, as long as
22 milk from the Southwest appears as a low cost
23 alternative, compared to other sources those
24 would not be "excess" imports when we move to

Page 74

1   methodology three?
2        A.   I think I understand your
3   question, but let me state it again.
4        If one were to apply the approach
5   for methodology, the one that I am suggesting,
6   there would be an identification of the quantity
7   of milk imported, so out of the 3 billion a
8   certain amount from Indiana and so forth. And
9   it may be that there is a small set of pounds
10  that come out of that analysis coming from the
11  Southwest. So that's part of the total least
12  cost acquisition.
13       That amount would be subtracted
14  from the actual pounds coming from the
15  Southwest, and the difference would be used in
16  the methodology on two.
17       Q.   Have you investigated the relative
18  cost of milk purchased from the Southwest,
19  compared to milk purchased from other places
20  outside of Orders 5 and 7?
21       A.   I have not myself, but I've seen
22  some of the work that Mr. Sims has done, which I
23  think was in 2005, 2006.
24       Q.   And does that work suggest that

Page 75

1   milk from the Southwest is more expensive than
2   milk from other areas outside of Orders 5 and 7?
3        A.   The answer is, yes and no.
4        It's not an either or. It is what
5   are -- you have to think of it in these terms.
6        What are the incremental imports,
7   the last imports. The last imports, meaning
8   they are going to be the higher cost. And it
9   may turn out that the Southwest, even if it is
10  higher cost than alternative locations, is an
11  economical source for imports, for some imports.
12       Q.   And the excess imports that we're
13  trying to identify are only the ones that are
14  not an economical -- would not be economically
15  purchased from the Southwest?
16       A.   Yes.
17       Q.   Have you investigated the
18  availability of the data you would need to
19  implement your third methodology?
20       A.   I believe that -- I'm looking at
21  the independent variables. I believe that all
22  the data are available or would be available
23  from -- for imports from methodology one.
24       I have to say one thing, though.

Page 76

1   We don't have total imports into the Southeast.
2        Q.   And why is that?
3        A.   Because some of the Defendants
4   have not provided this. Also, the processors
5   have not identified -- we don't have a totality
6   of them. And the final source of that
7   information is with the market -- milk market
8   administrator in Order 5 and 7.
9        Q.   Looking at your paragraph 102, and
10  the supply and demand equations, why does the
11  supply of raw milk depend only on imports from
12  the Southwest and not include imports from other
13  areas?
14       A.   The -- I haven't thought of this,
15  but I think you could, except for right now I
16  think you -- let me give you the short answer.
17       The variable of interest and its
18  influence on supply is the coefficient that goes
19  with that particular import, the import from the
20  Southwest.
21       Whether you could include other --
22  all the imports, possibly. I would have to
23  think about that.
24       The only variable of interest is

Page 77

1   to identify quantitatively the relationship
2   initially between imports -- excessive imports,
3   either 100 percent or some portion less on the
4   supply of milk, an actual quantity that we have
5   that's produced in the Southeast and,
6   ultimately, as stated on the bottom of page 51,
7   52, the relationship of the price of milk or the
8   imports from the Southwest on the price of milk
9   in the Southeast.
10       Q.   In developing your system of
11  equations in this third methodology is there
12  some reason why you would want to purposefully
13  leave out the part of the supply of milk to the
14  Southeast that comes from areas other than the
15  Southwest?
16       A.   If one were interested in
17  identifying what effect total imports have on,
18  I'll call it domestic production within Orders 5
19  and 7, you could include that, but that's not a
20  variable interest, because what we're looking at
21  is something that the Complaint alleges is a
22  result of the collective behavior of the
23  Defendants, that is imports, excessive imports
24  from the Southwest.

1     Q.   If you're going to correctly
2 specify a system of equations that lets you
3 estimate the variable of interest, don't you
4 want to include other variables that you know
5 are part of the supply or demand for raw milk?
6     **A.   The way you've worded the**
7 **question, yes. But keep in mind the supply of**
8 **raw milk here, as well as the quantity demanded,**
9 **is of domestically produced milk in what is in**
10 **Orders 5 and 7. Not the total milk, but the**
11 **quantity of milk that is produced in 5 and 7.**
12     **What the equations express is in**
13 **wanting to understand whether the quantity is**
14 **affected by excessive imports, not those that**
15 **have normally occurred as a result of decisions**
16 **that have been made. And so what I'm ultimately**
17 **concerned about is what effect do these**
18 **"excessive" imports of raw milk have on the**
19 **price of raw milk in the Southeast.**
20     Q.   Are you suggesting, Dr. Beyer, by
21 your equation in paragraph 102, that in trying
22 to estimate the impact on price in the Southeast
23 of imports from the Southwest do you think it
24 would be methodologically prudent to exclude

1 from your supply equation, milk that came into
2 the Southeast from other areas?
3     **A.   What was the term you used, the**
4 **methodologically imprudent or prudent?**
5     Q.   Prudent?
6     **A.   To exclude that?**
7     Q.   Prudent to leave it out? You've
8 got supply of milk equals, you've left out milk
9 from anywhere else?
10     **A.   If this were -- the quantity of**
11 **milk, which is the supply, is domestically**
12 **produced milk.**
13     **What I'm trying to --**
14     Q.   Are you saying that the factors in
15 parentheses there after 102, in the middle of
16 paragraph 102, all relate to domestically
17 produced milk?
18     **A.   Yes.**
19     Q.   Including imports from the
20 Southwest that is domestically produced milk?
21     **A.   I want to understand the**
22 **relationship of that independent variable on**
23 **domestic production.**
24     Q.   And your proposal to do that is to

1 leave out other sources of supply to the
2 Southeast. I guess we have established that,
3 haven't we?
4     **A.   Yes.**
5     Q.   Do you know what the correlation
6 is between imports from the Southwest into the
7 Southeast and imports from other areas into the
8 Southeast?
9     **A.   Well, I don't -- the answer is,**
10 **no. I don't have import data except through**
11 **various anecdotal sources.**
12     Q.   So I take it you don't know what
13 the magnitude is of imports from the Southwest
14 into the Southeast versus imports from other
15 areas?
16     **A.   It is probably a relatively modest**
17 **proportion, the imports from the Southwest of**
18 **total imports into the Southeast. Whether it is**
19 **small or large in proportion is not material at**
20 **this point. I'm just trying to identify the**
21 **effect on the quantity of domestically produced**
22 **milk and the effect in the end on the price that**
23 **the farmers receive.**
24     Q.   Did I hear correctly that the

1 quantity coming from the Southwest is probably a
2 relatively modest proportion of the total
3 quantity of imported milk?
4     **A.   Yes.**
5     Q.   Why do you think that?
6     **A.   Some of the preliminary numbers**
7 **that I've seen, though they're subject to a lot**
8 **of estimation, reveal that.**
9     Q.   That there's a lot more milk
10 coming from other places?
11     **A.   When you use that -- those words,**
12 **the proportion of milk coming from other**
13 **sources, geographic, if you add all that**
14 **together, are greater than the quantity of milk**
15 **coming from the Southwest.**
16     Q.   What proportion of the milk, raw
17 milk delivered to processing plants in the
18 Southeast comes from the Southeast?
19     **A.   Well, we don't have -- again, the**
20 **ultimate source of this is the milk market**
21 **administrator in the two Orders. I have not yet**
22 **had access to that data. It's deemed to be**
23 **confidential and the Defendants have not**
24 **provided -- we have not been able to ascertain**

Page 82

1 from the various sources of data that have been
2 provided by the Defendants, the imports or the
3 source of milk.
4    Q.   The market administrator
5 information is deemed confidential by whom?
6    A.   By the market administrator.
7    Q.   I see.  So you have tried to get
8 access, but have been unable to?
9    A.   Yes, for the totality.  Piecing
10 together the information that I have had access
11 to I am able to conclude, as I've just
12 described, that -- this is really trying to
13 recall from memory some numbers that I saw some
14 time ago, that imports from the Southwest, and
15 they varied over time, are a modest proportion
16 of the total imports of Grade A raw milk into
17 Orders 5 and 7.
18    Q.   And even -- do you have in mind
19 even a kind of a ballpark or order of magnitude
20 on the total volume of imports from all the
21 areas of the Southeast versus the volume of
22 local production of milk in the Southeast?
23    A.   Again, the data that we've had to
24 rely on is subject to so much error, but it

Page 83

1 would be in the low 20 percent.
2    Q.   20 percent is the total?
3    A.   Of the total supply.
4    Q.   Is imported?
5    A.   Is imported.
6    Q.   I see.  And just ballparking
7 again, about what part of that 20 percent do you
8 estimate comes from the Southwest?
9    A.   I don't remember.
10    Q.   Do you have in mind a location
11 from -- other than the Southwest, that's the
12 source of that 20 percent or locations?
13    A.   This again is from reading
14 depositions and from work papers that Mr. Sims,
15 that have become part of the deposition record,
16 there are parts of Pennsylvania, Ohio,
17 Indiana -- parts of Indiana that are not within
18 Order 5.  Parts of Michigan, I believe, but
19 again, I would have to go back and look at the
20 underlying sources of information.
21    Q.   Is it -- is it your opinion that
22 the Defendants' conduct as alleged in the
23 Complaint has reduced the local production of
24 milk in the Southeast?

Page 84

1    A.   Over the long-term I think it has,
2 as an economist, because price has been taken
3 out of the equation, and to the extent that
4 Defendants have taken -- have removed price from
5 the equation from the calculus that a farmer
6 uses supply can only go in one direction, and
7 that's down.
8    Q.   Is it -- is it your view that the
9 deficit in the Southeast, the gap between local
10 demand and local production, is the result of
11 the conduct alleged in the Complaint?
12    A.   No.
13    Q.   So --
14    A.   There may -- very straightforward.
15         If you look at the deficit, the
16 difference between using an indicator of demand,
17 such as population or some other method, which
18 has continuously increased for the Southeast, 5
19 and 7, and some measure, which was very rough,
20 but if applied consistently is -- I think, it's
21 in 14 or 15 on exhibit of my report, shows that
22 Grade A raw milk produced in Orders 5 and 7 has
23 consistently declined, and yet price, except in
24 the very latter part of the Class period,

Page 85

1 doesn't seem to have been recognized or adopted
2 as part -- as part of the calculation of how to
3 bring equilibrium to that change.
4         The deficit -- there would
5 continue to be a deficit.  The question is,
6 would it be as large as it is if a different set
7 of prices were in operation, and over what time
8 period, but that's a different set of
9 considerations.
10    Q.   And you're not saying, if I
11 understood you a moment ago, that in the world
12 unfettered by Defendants' conduct that the
13 deficit of the Southeast would be zero?  You're
14 not saying that?
15    A.   No.  The Defendants have a lot of
16 control, but they don't have control over people
17 and what they eat and what they drink.  They can
18 influence the pattern through price, but not
19 otherwise.
20    Q.   Have you -- have you already
21 reached the opinion that Defendants' conduct has
22 led to a reduction in the local supply of milk?
23    A.   That opinion is -- such an opinion
24 is not necessary for the conclusions that I've

## Page 86

1 reached, either on impact or on damage
2 feasibility of class-wide damage.
3     Q.  I understand it's not necessary.
4 I just asked if you've reached that opinion?
5     A.  I've given you the sum total of
6 observations that I've made, and it comes out of
7 my background as an economist.
8     Q.  Let's take a look at paragraph 56,
9 if we could.  It's on page 30.  Do you have that
10 in front of you?
11     A.  I do.
12     Q.  Okay.  You wrote at the beginning
13 of paragraph 56, with respect to the first
14 dimension, and that's I think a reference back
15 to the previous paragraph, "assuming Plaintiffs'
16 allegations are true, I conclude that any
17 analysis performed to assess Defendants' market
18 power and alleged wrongdoing would be common to
19 all members of the proposed Class and
20 sub-Classes." Do you see that?
21     A.  Yes.
22     Q.  Okay.  What is the alleged
23 wrongdoing that you have analyzed such that you
24 can conclude that you could evaluate that

## Page 87

1 alleged wrongdoing using common evidence for all
2 members of the Class?
3     A.  Without going through -- let me do
4 it by way of illustration.
5     Q.  Sure.
6     A.  Because if there is -- if it
7 applies to one allegation it would apply to all
8 of them.
9         Let's assume for purposes of this,
10 of my answer, that one of the allegations is
11 that the Defendants have excluded dairy farmers
12 from their choice of being independents or being
13 part of DFA or some other cooperative member.
14         If that allegation is to assess
15 that allegation and whether or not it is
16 anticompetitive you would need the same set of
17 information for one Class member or -- and for
18 all.  Therefore, the information to assess the
19 anticompetitive nature of that allegation is
20 common.  It's a common proof, and that's all
21 that I mean by that.
22     Q.  Do you mean by the sentence I read
23 that using common proof you could decide whether
24 the alleged wrongdoing was, in fact,

## Page 88

1 anticompetitive conduct?
2     A.  That's a different question.
3         MR. BROOKHISER:  Could I hear that
4 question again then?
5         MR. KUNEY:  Same reaction.
6         THE WITNESS:  It is.  You were
7 saying?
8         MR. BROOKHISER:  He's more
9 attentive than I am.
10         THE WITNESS:  Your first question
11 was -- big difference.
12         Your first question was please
13 tell me what the alleged wrongdoings are and
14 how.
15 BY MR. KUNEY:
16     Q.  Oh, I understand.  I asked a
17 different question than that one.  I'm now
18 trying to understand what you wrote?
19     A.  And now you're asking me if I were
20 assessing whether for one or for the Class as a
21 whole, using common proof how would I come to
22 the conclusion that an allegation of behavior is
23 deemed to be anticompetitive.
24     Q.  I was getting there, but I think

## Page 89

1 at this point I was only asking whether by that
2 sentence you meant that you would be able to
3 determine whether the alleged wrongdoing was, in
4 fact, wrongdoing, based on common proof.  Is
5 that what you're telling us?
6     A.  I'm not going to be asked to do
7 that.
8     Q.  I don't think I asked that
9 question.
10     A.  But whoever does will be using
11 common proof, whether done for the same set of
12 information -- whether done for Mr. Robey or
13 done for the Class of 4,000 and some members.
14     Q.  I understand that you haven't done
15 the opinion yet of whether the alleged
16 wrongdoing was wrongdoing?
17     A.  And I may never.
18     Q.  My question is, are you offering
19 the opinion that when it comes time for someone
20 to do that evaluation they'll be able to do it
21 using common proof?
22     A.  By common proof I mean nothing
23 more than whether one does it for an individual
24 dairy farmer or for all dairy farmers who

Page 90

1    constitute the Class, it's the same.
2        Q.   So we could save a lot of time
3    probably and just do it as to one person and
4    that evaluation of whether the alleged
5    wrongdoing was a wrongdoing in your view, could
6    stand for all?
7        A.   Yes.
8        Q.   And you are offering that opinion
9    today?
10       A.   Yes.
11       Q.   Okay.  Good.
12           I've got copies of the Complaint.
13   I don't really want to mark it, but if you would
14   like to have it in front of you I'm happy to do
15   that?
16           MR. BROOKHISER:  Probably.
17           MR. KUNEY:  Sure.  Not going to do
18   all of them, just want to do a couple.
19   BY MR. KUNEY:
20       Q.   Dr. Beyer, I'm looking at page 5?
21       A.   Of?
22       Q.   Of the Corrected, Amended,
23   Consolidated Complaint, which we are not marking
24   as an exhibit, okay.  Do you have that?

Page 91

1        A.   Yes, I do.
2        Q.   Okay.  Look at subparagraph C,
3    which I think is in the ballpark of the
4    allegation that you referenced a few minutes
5    ago, requiring Southeast dairy farmers to market
6    their fluid Grade A milk through DFA controlled
7    entities such as DMS or SMA to gain access to
8    fluid Grade A milk bottling plants.
9            You're familiar with that being
10   one of the allegations in the Complaint?
11       A.   I am.
12       Q.   We'll try to find some way to
13   shorthand that.  Requiring Southeast dairy
14   farmers to market through a DFA controlled
15   entity.  If I use that shorthand can this stand
16   in for this full subparagraph C?
17       A.   It's still a mouth full.
18       Q.   It still is.
19           So is it your opinion that you
20   could evaluate that allegation by using the
21   example of a single dairy farmer and that
22   evaluation and that proof could stand for every
23   member of the proposed Class?
24       A.   In the end you would have to --

Page 92

1    for the single dairy farmer you would have to
2    look at what happened in the Southeast as a
3    whole, because the dairy farmer -- the effect on
4    the dairy farmer ultimately is what is paid, and
5    whether this dairy farmer and when was denied
6    access, except through a DFA entity, control
7    entity, may not in the end have an impact on his
8    price.  That is going to be effectively
9    determined area wide.  Therefore, the analysis
10   that would need to be done for that single dairy
11   farmer has to look at the whole area, all of the
12   Southeast.
13           So, in effect, even though his
14   particular circumstances may vary, in the end he
15   is paid based on prices that are calculated,
16   determined for the Southeast as a whole.
17       Q.   I don't believe I asked a question
18   about what he was paid.  I asked a question
19   about the allegation that Southeast dairy
20   farmers were required to market their milk
21   through DFA controlled entities such as DMS or
22   SMA, the allegation that's in paragraph 3(c) of
23   the Complaint.
24           Is it your opinion that you can

Page 93

1    evaluate that allegation that farmers were
2    required to market their milk, et cetera, by
3    looking at the proof for a single dairy farmer
4    and that that will stand for all members of the
5    proposed Class?
6            MR. BROOKHISER:  Asked and
7    answered.
8            THE WITNESS:  Without repeating my
9    answer, I'm not sure I can answer it any
10   differently.
11           Though the circumstances for an
12   individual dairy farmer in terms of
13   accessibility may be different in certain time
14   periods than this allegation, or the extent to
15   which it's different.  The effect -- that's what
16   really counts.  The effect of this allegation is
17   what happens in the Southeast as a whole, and
18   the effect is ultimately on the price that that
19   individual dairy farmer receives for the Grade A
20   milk that he or she produces.
21   BY MR. KUNEY:
22       Q.   Were all of the -- have you
23   evaluated the extent to which the named
24   Plaintiffs were required to market their fluid

Page 94

1  Grade A milk through DFA controlled entities
2  such as DMS or SMA?
3       **A.   My recall from reading the**
4  **depositions is that the members -- the named**
5  **Plaintiffs were either DFA members or**
6  **independents that were -- which made them now**
7  **DMS, or in one case I recall, I think this was**
8  **Mr. Robey, became -- went from DMS to Dean**
9  **Direct.**
10      **In the end the prices that they**
11 **receive at various points in the Class period,**
12 **and that's ultimately what this is all about, is**
13 **an area-wide or market-wide analysis.  So**
14 **whether it's Mr. Robey or Mr. Virgil or**
15 **Mr. Bendler or so on and so forth, the extent of**
16 **this allegation, the effect of this allegation**
17 **is ultimately going to be reflected in the**
18 **prices that they receive for the milk they**
19 **produce and sell.**
20      Q.   So am I understanding you
21 correctly that in determining whether Mr. Robey,
22 for example, was required to market his milk
23 through a DFA controlled entity, it's of no
24 moment to you that, in fact, now he's a Dean

Page 95

1  Direct and is not marketing through a DFA
2  controlled entity?
3       MR. BROOKHISER:  Asked and
4  answered.
5       THE WITNESS:  Take an extreme
6  hypothetical.
7  BY MR. KUNEY:
8       Q.   How about just the hypothetical I
9  presented?  It's not even a hypothetical.
10      **A.   Well, for part of it -- for one**
11 **year he may or may not be, but an effect on him**
12 **is in other years -- the effect on him is very**
13 **clear, and one only knows this, can assess this,**
14 **by looking at the area as a whole.**
15      **His price may be affected by this**
16 **allegation even while he is a Dean Direct**
17 **supplier.  If you take the leap of faith that**
18 **Dean is not a Defendant in this particular case**
19 **and, therefore, DFA has no role or say over what**
20 **Dean pays the various farmers.**
21      Q.   Can you decide whether a dairy
22 farmer was required to market through a DFA
23 controlled entity, such as DMS or SMA, without
24 evaluating how that dairy farmer, in fact, sold

Page 96

1  his milk?
2       **A.   Yes, you can.**
3       Q.   Can you evaluate whether a dairy
4  farmer was required to market through a DFA
5  controlled entity without inquiring into whether
6  he is located near a plant that procures
7  independent milk?
8       **A.   Yes, you can, and I've stated it**
9  **very clearly in my report.**
10      Q.   And I take it you can, in your
11 view, determine whether a dairy farmer was
12 required to market his milk through a DFA
13 controlled entity such as DMS or SMA without
14 inquiring into whether that dairy farmer is a
15 member of SMI; correct?
16      **A.   SMI, now that you mention it, is a**
17 **very special case, because there are few, very**
18 **few farmers who are members of the SMI**
19 **cooperative, and SMI, as I understand it, is not**
20 **a Defendant or co-conspirator and its data have**
21 **not been available to me.  But because the**
22 **entities involved, DFA controlled, SMA, DMS,**
23 **because they do have market power as**
24 **traditionally measured, at least 90 percent of**

Page 97

1  **all dairy farmers go through those two entities**
2  **in the Southeast.**
3       **I can conclude that -- and,**
4  **therefore, they are the ones that determine the**
5  **prices, I can conclude that all farmers are**
6  **subject to -- you have to look at the totality**
7  **to look at the anticompetitive behavior.  Just**
8  **-- and so whether you're doing it for one farmer**
9  **you still have to look at the totality.  Just**
10 **looking at the individual farmer is not going to**
11 **tell you anything about the rest of the**
12 **Southeast.**
13      Q.   I thought you told me a few
14 minutes ago that I could look at one individual
15 farmer and determine the veracity of the
16 allegation that farmers were required to market
17 their milk through DFA controlled entities?
18      MR. BROOKHISER:  Objection.
19 You're mischaracterizing the last 15 minutes of
20 his testimony.
21      MR. KUNEY:  I would like to finish
22 the question and you can both say whatever you
23 would like to say.
24 BY MR. KUNEY:

Page 98

1    Q.   DFA controlled entities such as
2  DMS or SMA?
3       A.   You've not been listening to a
4  good part of my answer.
5       Q.   No.  I think I have.  That may be
6  the problem, that I have been listening to the
7  answers?
8       MR. BROOKHISER:  Objection.
9       THE WITNESS:  If one is doing this
10  for an individual farmer, in any event, even if
11  you look at his or her circumstances you must
12  look at the effect of what happens elsewhere in
13  the Southeast to understand why this
14  anticompetitive behavior is occurring.
15       An individual farmer, whether
16  you're doing this for him, let's assume it's a
17  him, or for the Class as a whole, it's the same
18  set of information.
19       I would not be able to, or another
20  economist, to look at the effect of
21  anticompetitive behavior without looking at the
22  totality.  Therefore, it is a common proof.  I
23  need that for the Class.  I would need it for an
24  individual.

Page 99

1  BY MR. KUNEY:
2       Q.   The sentence from your paragraph
3  56 that we began with a few moments ago doesn't
4  talk about effect, it talks about the alleged
5  wrongdoing.  And you wrote that your analysis of
6  the alleged wrongdoing, which you agreed as we
7  were talking, was determining whether there was
8  wrongdoing, could be done with common proof.
9       What I'm now hearing you say is
10  that with respect to a particular dairy farmer
11  you can evaluate whether he was required to
12  market his milk through a DFA controlled entity
13  such as DMS or SMA without having any
14  information about, in fact, how that farmer
15  marketed his milk?
16       MR. BROOKHISER:  Objection.
17  There's no question there.
18       THE WITNESS:  No.  If you are
19  interested in answering a question how does
20  farmer A market his milk over the whole Class
21  period, and it may change, you can answer that
22  question, and it may turn out in -- for some
23  period that an individual farmer, by
24  coincidence, and I'll mention -- and the reason

Page 100

1  why coincidence in a moment, doesn't market
2  through DFA, DMS or an entity controlled by
3  them, but it doesn't enable one to evaluate in
4  his particular circumstances why the access,
5  which he had at certain times was limited.  That
6  has to be examined in the entirety.
7  BY MR. KUNEY:
8       Q.   Is it necessary, in your view in
9  evaluating this allegation we've been talking
10  about, to find out how many farmers in the
11  Southeast, in fact, market their milk not
12  through DFA controlled entities?
13       A.   I've already done that.
14       Q.   You have done that?
15       A.   Yes.
16       Q.   And is it necessary or was it just
17  you happened to do it?
18       A.   Well, it's the inverse of the
19  numbers that I have in the report.
20       Q.   And that's 10 percent you're
21  saying is the inverse?
22       A.   Well, the point in time.  That
23  number comes from a presentation by SMA which
24  was made to -- at the hearing of the USDA in

Page 101

1  2004 or 2005.
2       Q.   And is that number any different
3  in the years after 2004 and 2005?
4       A.   I don't know specifically, but I
5  would expect that the proportion has decreased.
6       Q.   Increased?
7       A.   Decreased.  That 10 percent is, to
8  use a number, maybe 8 percent now.  Or to put it
9  differently, that the proportion of farmers who
10  are involved or required to market through DFA,
11  DMS or entities controlled by them has probably
12  increased over time.
13       Q.   Is it your understanding that the
14  volume of milk being sold through the Dean
15  Directs has decreased since 2004?
16       A.   Well -- no, it hasn't.  Dean
17  Directs didn't start in 2004, they started in
18  2005, with two farmers.
19       Q.   And are there more than two
20  farmers today, as you understand it?
21       A.   There are, at least as of --
22  everything that is in the -- just to make it
23  clear, everything in the present goes no further
24  than 2007.

Page 102

1    Q.   Okay.  Were there more by 2007?
2    **A.   There were a grand total of about**
3  **96.**
4    Q.   How many Dairy Fresh independents
5  were there at any point during the Class period
6  that you're familiar with?
7    **A.   I don't have that information,**
8  **because the data is not available yet, but it's**
9  **small.  It's small.**
10   Q.   I'm sorry.  I just want to
11  understand that penultimate statement.
12        You're saying there is not data
13  available to you about Dairy Fresh independents?
14   **A.   For the last four or five years,**
15  **yes, there is data.**
16   Q.   Yes, there --
17   **A.   There is data.**
18   Q.   There is data.  Okay.  So have you
19  looked at it and don't remember the number, or
20  has it not been necessary to you in the work
21  you've done so far to even look at that number?
22   **A.   Well, Dairy Fresh is now NDH, and**
23  **by all the information I have seen NDH would be**
24  **a DFA controlled entity.**

Page 103

1    Q.   Oh, I see.  So marketing your
2  Grade A -- your fluid Grade A milk through a DFA
3  controlled entity would include selling it as an
4  independent to NDH?
5    **A.   Yes.**
6    Q.   Has that number gone up or down,
7  as you understand it, since 2004?  The number of
8  people who call themselves independents who are
9  selling to NDH?
10   **A.   By recall, I don't know.**
11   Q.   At what point does the percentage
12  of farmers who are not selling through DFA
13  controlled entities, at what point would it
14  become great enough that in your opinion it
15  would rebut the allegation that's in paragraph
16  3(c)?
17   **A.   That's a nifty way of asking the**
18  **question, is there some minimum market share to**
19  **determine whether a firm or a group of firms**
20  **behaving collectively have market power?**
21       **And there is no -- the Courts I**
22  **know have drawn a bright line, economists have**
23  **not, but with the numbers that I have seen, both**
24  **in terms of the marketing of milk and the**

Page 104

1  **processing, it's beyond discussion because the**
2  **proportion is so high on both farmers and**
3  **processors that whether there are five more**
4  **Dairy Fresh or a hundred more Dairy Fresh truly**
5  **independent farmers is immaterial.**
6    Q.   And you can't give us an -- or can
7  you, give us an estimate or a sense of where you
8  as an economist think that line falls?
9    **A.   It depends very much on the**
10  **industry.**
11   Q.   I'm talking about this one.  It is
12  not an abstract question, it is this one?
13   **A.   But, see, that's of no interest.**
14  **That's of no interest to me.  I want to --**
15   Q.   Perhaps --
16   **A.   Perhaps what?**
17   Q.   It may be of interest to some?
18   **A.   Are we interested in what actually**
19  **happened or what --**
20   Q.   I'm interested in just an answer
21  to my question, if you have one?
22   **A.   I haven't bothered to think about**
23  **it.**
24   Q.   Do you understand one of the

Page 105

1  Plaintiffs' allegations to be that farmers in
2  Orders 5 and 7 were foreclosed from the
3  opportunity to sell milk to Class 1 plants?
4    **A.   Do I understand the allegation?**
5    Q.   Do you understand that to be one
6  of the allegations, the farmers were foreclosed?
7    **A.   Yes.**
8    Q.   And do you understand that to mean
9  that farmers were foreclosed from the
10  opportunity to sell their milk to Class 1 plants
11  at a price less than DFA or the member co-ops at
12  SMA were selling their milk?
13       MR. BROOKHISER:  Can you read that
14  question back, please?
15       (The record was read as
16  requested.)
17       THE WITNESS:  I don't -- I don't
18  understand your question, but if I take it at
19  its literal meaning, foreclosure means in the
20  case of a monopsony, that the dairy farmers, if
21  foreclosed, are foreclosed from having the
22  benefits of competition among the processing
23  facilities that would otherwise have existed
24  and, therefore, sold their milk at a higher

Page 106

1  price.
2  BY MR. KUNEY:
3      Q.   So they're foreclosed from selling
4  their milk at a higher price?
5      A.   Yes.
6      Q.   Is that your understanding of the
7  allegation?
8      A.   That's the way I would interpret
9  it. I have -- do you want to point me to a
10 particular part of the Complaint? We can look
11 at it.
12         But my understanding of
13 foreclosure is that the party foreclosed would
14 be better off in selling milk for less than
15 other similarly situated entities would not be
16 my notion of foreclosure.
17     Q.   Would not be?
18     A.   No.
19     Q.   So the foreclosed dairy farmers,
20 as you understand it, were foreclosed from
21 selling their milk for higher prices than the
22 prices that actually obtained in the market?
23     A.   A lot of definitions required
24 there.

Page 107

1          If the allegations in the
2  Complaint are swept away, i.e., there is no
3  behavior that occurs in the but-for marketplace,
4  then farmers would have, if they wished, an
5  opportunity to be with DFA or serve
6  independently, but with more competition for the
7  price of milk the prices to both DFA farmers and
8  to the farmer originally foreclosed would be
9  higher. That's just -- that's a straightforward
10 result from the factual setting of this
11 circumstance, as well as from economics.
12     Q.   As you understand it is the -- are
13 the full supply agreements part of the conduct
14 that forecloses dairy farmers from this
15 opportunity?
16     A.   Yes.
17     Q.   And do you as an economist look at
18 the full supply agreements as a species of
19 exclusive contract?
20     A.   As a species?
21         I've just taken at face value.
22 The full supply contract was the means by which
23 foreclosure occurred. I've not analyzed
24 independently whether those full supply

Page 108

1  agreements by themselves are necessarily
2  anticompetitive or a species of any other type
3  of contract.
4          One that you offered was whether
5  the full supply contract is a species of an
6  exclusive contract.
7      Q.   Have you investigated the question
8  of the extent to which there were full supply
9  agreements in this industry prior to the alleged
10 Class period?
11     A.   There were some.
12     Q.   Have you investigated whether
13 there were full supply agreements outside the
14 Southeast during the Class period?
15     A.   I've not done a special
16 investigation of that, but through either
17 depositions or reading certain materials I'm
18 aware that full supply agreements were
19 introduced, were used outside of the Southeast.
20     Q.   As you understand it are there in
21 some circumstances efficiency justifications for
22 a full supply agreement?
23     A.   I haven't seen that kind of
24 language, but there may be gains in efficiency

Page 109

1  by a full supply agreement. But what it denies,
2  both the farmers and the competitors -- the
3  processors in an unfettered marketplace is the
4  benefits of competition.
5      Q.   Is it your opinion that all full
6  supply agreements are anticompetitive?
7      A.   No.
8      Q.   How do you as an economist
9  distinguish between anticompetitive full supply
10 agreements and other full supply agreements?
11     A.   Well, I haven't been asked to look
12 at that, but I can give you a preliminary
13 observation.
14         A full supply agreement in the
15 context of what happened is that it foreclosed
16 groups of dairies, dairy farmers, from the
17 benefits of competition or from certain --
18 certain processors.
19         An example would be Maryland &
20 Virginia. According to Mr. Bryant he had no
21 choice but to become a member of SMA, because
22 with the arrangement between Dean and DFA he no
23 longer had the option for his members to serve
24 the processing facilities that he was serving.

Page 110

1    MR. KUNEY: Can we go off the
2 record just for a second?
3    THE VIDEOGRAPHER: Going off the
4 record. The time on the video screen is
5 11:55:50.
6    (Discussion off the record.)
7    (Whereupon, at 11:56 a.m., a lunch
8 recess was taken.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 111

1    AFTERNOON SESSION
2    (12:53 p.m.)
3    THE VIDEOGRAPHER: Going back on
4 the record. The time on the video screen is
5 12:53:13. Please continue.
6
7    EXAMINATION (RESUMED)
8
9 BY MR. KUNEY:
10    Q. Dr. Beyer, take a look if you
11 would at paragraph 42 of your report on the
12 bottom of page 23 and runs over onto page 24.
13    You said before that the Southeast
14 is a deficit region in the sense of milk
15 production being less than milk demand; correct?
16    A. Yes.
17    Q. Okay. Why in paragraph 42 do you
18 state that it would not be economically rational
19 for a processing plant to commit to buying
20 100 percent of raw milk from a single
21 organization that did not possess sufficient
22 supply?
23    A. The principal reason for that
24 statement is that processing plants by

Page 112

1 committing to that single source of supply is
2 giving up the benefits that it would have from
3 potential competition in the procurement of
4 Grade A raw milk.
5    Also, there is uncertainty that --
6 some uncertainty that the supplier who enters
7 into that full supply contract must go somewhere
8 else to secure the full supply. Therefore,
9 there is a risk with foregone benefits, and on
10 the surface it strikes me that is not a rational
11 thing to do -- for a processor to do.
12    Q. As you understand the full supply
13 agreement, if a processor enters into one with
14 an organization like DFA, and someone has to go
15 procure additional milk to provide the
16 processor's needs, who bears that cost?
17    A. The way it's structured now, DFA
18 would.
19    Q. So why wouldn't it be economically
20 rational in an environment where there are
21 seasonal fluctuations in supply and demand for a
22 processor to off-load to the producer the burden
23 of leveling out those seasonal variations?
24    A. If the processor can accomplish

Page 113

1 that by having dual or multiple sources of
2 supply of raw milk, and thereby gain the
3 advantages of competition in procurement of its
4 raw milk, there's no a priori reason why it
5 would forego that benefit.
6    Q. And does your -- does your
7 statement about giving up benefits of
8 procurement take us back to -- close to where we
9 began this morning with your understanding about
10 that the full supply agreements prevent the
11 processor from procuring a lower cost supply of
12 milk?
13    A. Well, not necessarily, because the
14 MFN clause, which I go on to discuss in my
15 report, in that same paragraph, was a way of
16 protecting the processor and also keeping prices
17 as they were, because DFA — this is a separate
18 issue, because DFA would be faced with other
19 commitments that it had made if it offered a
20 lower supply.
21    A processor — I'm having to
22 restate this, but a processor can have sources
23 of supply and enter into contracts with more
24 than one supplier.

Page 114

1    Q.   If I'm a processor and I sign a
2  full supply agreement with DFA, and I am
3  permitted under the contract to buy from another
4  source of milk if it's cheaper, how have I given
5  up the benefits of competition?
6    A.   Someone would have to show me that
7  processors were, in fact, looking for
8  alternative sources of supply under these full
9  supply agreements.  My understanding is they
10  were not.
11    Q.   They were not looking for them?
12    A.   Yes.
13    Q.   Is it your understanding that they
14  could have accepted an offer from another
15  supplier, other than DFA, if that other supplier
16  offered a lower price?
17    A.   Right offhand, I don't know.  I
18  would have to go back to the supply agreement.
19    Q.   Don't know.  Do you know whether
20  Maryland & Virginia, in the example that you've
21  mentioned a couple of times, ever went to Dean
22  and offered to continue supplying Dean, but at a
23  lower price than DFA was proposing?
24    A.   I don't know for a fact whether or

Page 115

1  not they did that.
2    Q.   Is part -- in your opinion of what
3  makes the full supply agreements anticompetitive
4  that DFA signs full supply agreements with
5  commitments that exceed the production of its
6  own farmer members?
7    A.   I haven't deemed them to be
8  anticompetitive.
9    Q.   I see.
10    A.   Which we went through at some
11  length.
12    Q.   Does it make a difference in your
13  view, in terms of anything you understand about
14  any of the allegations in the Complaint, if the
15  full supply agreements that DFA signed, the
16  totality of them, were limited to the quantity
17  of milk that DFA members produce?
18    A.   No, not necessarily.
19       The full supply agreement still
20  constrains the choices that a -- under the
21  circumstances that we're looking at where Dean
22  is not truly an entity independent of DFA, and
23  where DFA and its affiliates also have an
24  important role in the marketplace denies the

Page 116

1  processor of having alternatives in -- and the
2  benefits of competition, which is not a lower --
3  which for the processor may be a lower price,
4  but it eliminates from the processor the choices
5  that it can make.
6    Q.   Is it your view that the full
7  supply agreements that Suiza signed with DFA
8  back in 1998 involved Suiza surrendering the
9  opportunity to get the benefits of competition
10  in the procurement of milk?
11    A.   I haven't looked at those
12  agreements.
13    Q.   Is there some reason why those
14  agreements would not involve surrendering the
15  benefits of competition and agreements during
16  the Class period would involve surrendering the
17  benefits of competition?
18    A.   I have not looked at those
19  agreements.  On top of that you're asking me
20  questions about what conduct is or is not
21  anticompetitive, and that is not part of my
22  charge.
23    Q.   What I have understood to be part
24  of your charge is the assertion that

Page 117

1  determinations about what conduct is
2  anticompetitive can be made with common proof.
3  You have said that?
4    A.   Yes.
5    Q.   And I'm trying to understand how
6  you would make those determinations to help me
7  understand your claim that you can do that with
8  common proof?
9    A.   I think I -- let me say it one
10  more time.  It doesn't matter what the
11  allegation is at this point.
12       And what I'm saying is what I said
13  a number of times in response to your questions
14  this morning, that whether for one farmer or
15  several or the Class as a whole, it is necessary
16  to look at what is occurring in the entire
17  marketplace.
18       To begin with, no individual
19  farmer is facing a monopsony that would be
20  deemed by economists or others to be other than,
21  if you look at it in isolation, a single
22  relationship between a processor and that
23  farmer.
24       The question is, do the Defendants

Page 118

1    in this case have market power by the
2    appropriately determined means.  And the only
3    way to look at that is to look at the geography
4    as a whole, and that would be done whether one
5    farmer says this conduct has harmed me or you do
6    it for the Class as a whole, the same thing is
7    required.  That's a starting point, because
8    without market power there cannot be
9    anticompetitive conduct from an economist point
10   of view.  I don't know necessarily from a legal
11   point of view, but from an economist point of
12   view.
13        Q.    You're aware, I take it,
14   Dr. Beyer, that there are monopolization claims
15   in the Plaintiffs' Complaint, as well as
16   monopsonization claims?  Maybe you're not aware
17   of that?
18        A.    I'm trying to think through the
19   many pages of the Amended Consolidated, whatever
20   other.
21        Q.    Corrected.
22        A.    Corrected Complaint.
23              My recollection is that the term
24   monopolization is in the Complaint, but I think

Page 119

1    it is used interchangeably with monopsony.
2        Q.    Do you have an understanding of
3    what the Plaintiffs allege to have been the
4    behavior that constituted unlawful
5    monopolization by the Defendants?
6        A.    Well, there is one dimension.
7    That is acquisition of the market power in the
8    processing of Class 1 milk, and the process of
9    getting to the point of having both market share
10   and then satisfying the other considerations
11   about monopolization, which I discuss, is —
12   involves a series of steps that Defendants
13   jointly undertook for the monopolization of the
14   processing side of the Class 1 drinkable milk.
15        Q.    Do you -- do you explain somewhere
16   in your report whether you can evaluate the
17   allegation that the Defendants were involved in
18   unlawful monopolization by the use of common
19   proof?
20        A.    I don't understand your term,
21   value.  Didn't you say?
22        Q.    Evaluate?
23        A.    Oh, evaluate.
24              I only discuss that in the context

Page 120

1    of measuring or ascertaining whether
2    monopolization has occurred or whether the
3    Defendants jointly have market power in the
4    processing of Class 1 Grade A milk.
5        Q.    Beyond the issue of whether the
6    Defendants have market power are there other
7    issues that relate to the allegations of
8    monopolization that you are opining can be
9    evaluated with common proof?
10        A.    I don't recall if there are any
11   other allegations of monopolization as distinct
12   from monopsonization as the market is concerned.
13        Q.    Let me ask that just so we both
14   are clear.
15              Is there a distinction in your
16   mind between the allegations of monopolization
17   in the Complaint and the allegation of
18   monopsonization?
19        A.    There's a distinction in
20   economics, and I don't know about how the
21   Complaint sets it out.  I mean, I can recall
22   some of it, but I wasn't looking to the
23   Complaint for that distinction.
24              For monopsony —

Page 121

1        Q.    That one, yeah?
2        A.    That side.  It's catching.
3              The ultimate claims are that the
4    Defendants collectively have market power in the
5    purchase of Grade A raw milk, and I've looked at
6    the various measures of that, an economist would
7    look to, and concluded that structurally
8    monopsonization -- don't ask me to say it
9    again — has been evaluated, to use your term.
10   The same thing is done on the market power,
11   which you could call monopolization of the
12   processing plants.  I'm interested in market
13   power.  Do the Defendants collectively have
14   market power in the relevant defined markets?
15   If they do then the conduct alleged needs to be
16   evaluated.  If they don't it seems to me it
17   becomes a moot point.
18        Q.    And if they do have market power
19   is it your opinion that the conduct that has
20   been alleged to amount to unlawful
21   monopsonization can be examined with common
22   proof?
23        A.    Yes, I believe it has to.
24        Q.    And what, as you understand it,

Page 122

1   what is the conduct that is alleged to
2   constitute unlawful monopsonization?
3       A.   Well, there are a variety of
4   alleged unlawful conduct or behaviors.  We
5   talked about one of them before lunch, which is
6   foreclosure of dairy farmers to marketing of
7   their milk, except through DFA, DMS or DFA
8   affiliated institution.  Another would be that
9   DFA, using SMA as the institutional vehicle, and
10  this is the allegations, arranged for imports
11  from the Southwest which were for certain
12  periods of time in excess of the needs of the
13  Southeast and also related to that for certain
14  periods of time where the Southeast producers,
15  the dairy farmers, paid the costs in effect of
16  the imports from the Southwest.
17      I may not have all of the alleged
18  allegations at the tip of my tongue, but these
19  and others would be -- would be under the
20  evaluation of whether they are to be
21  anticompetitive -- an evaluation done, by the
22  not by an economist necessarily, but by others
23  would have to be -- you -- because you begin by
24  necessity with the market power determined for

Page 123

1   the area as a whole, it is only in that context
2   that the conduct or the behavior can be
3   evaluated.
4       There are a variety of reasons why
5   that is the case.
6       Q.   You mentioned the foreclosure of
7   dairy farmers, and I want to make sure I've
8   asked this question not just about Maryland &
9   Virginia.
10      Are you aware of any situation in
11  which a dairy farmer has been foreclosed from
12  selling his milk to a party to a full supply
13  agreement at a lower price than DFA was selling
14  its milk?
15      A.   That specific circumstance I'm not
16  aware.
17      Q.   Is it -- is it typically the case
18  that monopsonists reduce output?
19      A.   By economic theory they would,
20  yes.
21      Q.   Why, as you understand it, did the
22  monopsonists, the alleged monopsonists in this
23  case bring in excess supply to the market
24  through this flooding, to use the term we've

Page 124

1   been using today, through this flooding
2   allegation?
3       A.   Because there were -- I can only
4   say that it would be done because the
5   monopsonists gained from that arrangement.
6       Q.   And do you have some understanding
7   of how even though monopsonists ordinarily try
8   to restrict quantity, in this case the
9   monopsonists, are alleged to have gained by
10  expanding quantity?
11      A.   Actions wouldn't be taken without
12  one or more of the Defendants gaining.  One
13  would need to ask them why did you do it.  I
14  can't intuit why they did it.
15      Q.   Do you see in your evaluation of
16  the case to date any economic motivation or
17  incentive for the alleged monopsonists in the
18  Southeast to have increased supply by bringing
19  in more milk than was needed from outside the
20  region?
21      A.   I would only get into speculation.
22      Q.   In the continuation of paragraph
23  42 you mention the MFN clauses, which I think
24  you started to talk about a moment ago, and you

Page 125

1   say in paragraph 43, "the result of these
2   clauses was in effect to fix prices for a
3   majority of processing plants within the
4   Southeast .
5       What did you mean when you wrote,
6   the result was in effect to fix prices?
7       A.   When DFA established this MFN
8   where it had full supply contracts, the price at
9   which it was selling de facto became the floor
10  price.
11      Q.   Became the?
12      A.   The floor price for DFA supplied
13  milk, because if there were any lower price
14  by -- offered by DFA it would affect all other
15  processing plants that it supplied.  And because
16  of the affiliation of DMS, which is DFA
17  controlled, and NDH, which is DFA controlled,
18  would soon become common knowledge and applied
19  to all processing plants.  Therefore,
20  effectively de facto DFA's actions through the
21  MFN clause, whatever the prices were, was the
22  price for the entire Southeast region.
23      Q.   Is it, as you've evaluated the
24  market to date, is it your understanding that

Page 126

1   DFA sought the inclusion of the MFNs in its full
2   supply agreements?
3       A.   Whether it did or not, and it
4   could have been, either party is immaterial, as
5   far as I'm concerned.  The result of the MFN
6   clause is as I've just described it.
7       Q.   Am I -- am I understanding your
8   report and your testimony that one of the
9   consequences of having multiple MFNs is that if
10  DFA gives a price reduction to any one of its
11  customers it will end up having to give the same
12  price reduction to everybody?
13      A.   No.  That's not what I just
14  described.
15           If DFA to one processor provides
16  at a given point in time a price which it does
17  not give to the other DFA supply and processors,
18  but with whom it has this Most Favored Nation
19  clause, then DFA contractually anyway is
20  compelled to offer that lower price to all of
21  its plants.
22           And since -- just an extension
23  here, since DMS and NDH are DFA controlled
24  entities it will soon become apparent that that

Page 127

1   same credit or discount, or however you want to
2   describe it, becomes de facto, the price
3   applying to these others so that the price that
4   DFA with these MFN sets for one processor
5   becomes the price in the entire marketplace, or
6   at least in the share of the marketplace that
7   the Defendants jointly control.
8       Q.   Would that be true if DFA raised
9   the price to one particular processor?  Would
10  that increased price also become de facto, the
11  market price as a result of what you understand
12  to be the effect of these MFN clauses?
13      A.   With or without this?
14      Q.   With?
15      A.   That question would have to be
16  addressed.  Easily answered, if these conditions
17  did not exist then my response is other
18  processors would need to match DFA, just in the
19  nature of the marketplace working.
20      Q.   Your report, as I understand it,
21  says that these clauses do exist; correct?
22      A.   Yes.
23      Q.   So I'm not trying now to ask about
24  some hypothetical situation.  I'm trying to ask

Page 128

1   about the clauses that you say do exist?
2       A.   No.  I was talking about the
3   allegations of the anticompetitive conduct and
4   the market power which necessarily emanates from
5   the structure of these Defendants.
6            If those conditions are not
7   present for import in a but-for marketplace,
8   even with MFN clause the matching of upward
9   prices is likely to occur in a competitive
10  marketplace.
11           What happens in the marketplace as
12  it is, as it was during this period of time,
13  with the structural conditions of the
14  anticompetitive conduct in place, I can't
15  determine that because that is something that's
16  effectively determined by the cartel, the
17  alleged cartel.
18      Q.   So you're saying you can't tell me
19  whether as a result of the MFN clauses in the
20  marketplace that existed if DFA agreed to a
21  higher price with one of its processor customers
22  whether as a result of the MFNs that would
23  become the market price?  You can't answer that
24  question?

Page 129

1       A.   No, I can't.  Because the cartel
2   is in place and it's the cartel, a joint
3   decision about how far and how wide and what
4   extent that price increase is going to ramify.
5       Q.   Well, if there is a cartel setting
6   the prices why does anyone even need an MFN?
7   Why don't they just agree on prices and
8   implement their agreement?
9       A.   Are you asking me a theory?
10      Q.   I'm asking you --
11      A.   That question should be posed to
12  the actual alleged cartel members.
13      Q.   Well, is it your opinion, based on
14  your evaluation of the market to date, that the
15  MFN clauses actually had no effect because they
16  took place in an environment in which there was
17  an existing cartel?
18      A.   No.  You're confusing things.
19      Q.   I'm listening to you.
20           MR. BROOKHISER:  Objection, move
21  to strike.
22           THE WITNESS:  Do you want to argue
23  a bit about this?
24  BY MR. KUNEY:

Page 130

1    Q.   No.
2    A.   Then stop those comments.
3         The MFN clause was put into place
4    by either the purchaser or the seller of the
5    Grade A raw milk in order to protect the
6    processor, ostensibly, in the event of a lower
7    price that DFA charged to a competitive
8    "processor".
9         There was no need for MFN clause
10   in terms of higher price because the processor,
11   all things considered, is not going to be
12   concerned about that.  So the -- what is of
13   interest here to the processors is to have this
14   MFN clause.
15        The fact of the matter is, once
16   it's in place the consequences are as I
17   described.  It establishes a price that all
18   DFA -- DFA itself and all DFA controlled
19   entities, de facto are going to use as a floor.
20   Because if DFA goes below that price all DFA
21   processors or DFA affiliated processors will
22   have to follow suit.
23        Q.   Is it your understanding of the
24   allegations that each of the processors that was

Page 131

1    party to a full supply agreement with DFA knew
2    that other processors had contracts with MFN
3    clauses?
4         A.   I don't know the answer to that.
5         Q.   Is it your understanding of how
6    this marketplace is alleged to have functioned
7    that Dean, for example, would have wanted NDH to
8    have MFN in its full supply agreement with DFA?
9         A.   I don't know the answer to that.
10        Q.   As you understand what the
11   Plaintiffs are alleging are they alleging that
12   the processor Defendants communicated with each
13   other and agreed about the prices that they were
14   going to pay for raw milk?
15        A.   I don't believe so, but that's
16   again beyond my scope of analysis.  Given the
17   way Grade A raw milk is marketed and given the
18   institutional structure ownership of various
19   entities in the marketplace and the way in which
20   prices that the entities establish, not the
21   processors, but the entities, DFA, MSA, the
22   various -- and DMS, effectively the price was
23   known throughout the marketplace because such a
24   large proportion of the milk being provided was

Page 132

1    priced accordingly.
2         Now, whether or not the processors
3    communicated that they were -- they were not
4    going to look to alternatives, I don't know, but
5    it's not really necessary.
6         Q.   You've offered the opinion in your
7    report and earlier today that the alleged
8    wrongdoing could be evaluated by common proof.
9         Question, as you understand it,
10   does part of the alleged wrongdoing that you are
11   opining can be evaluated by common proof include
12   that the processors communicated with each other
13   and through those communications agreed on what
14   price they would pay for raw milk?
15        A.   To get to the core issue, is there
16   common proof necessary.  Let's assume that they
17   did, whether for one dairy farmer or for the
18   Class as a whole, the same way of assessing
19   whether that alleged anticompetitive behavior
20   occurred would be the same.
21        Q.   I understand that if it were a
22   price fixing case you might be able to evaluate
23   it by common proof.
24        My question is, as you understand

Page 133

1    the Plaintiffs' allegation are they alleging
2    price fixing in the form of the processors
3    communicating with each other and agreeing on
4    the price they would pay for raw milk, yes or
5    no?
6         A.   By my memory, I don't recall that,
7    but let me just -- in any of that, and this is
8    my prior answer is relevant here, even if it is
9    it needs -- it can only be assessed through
10   common proof.  And, again, I've asked the
11   question, would the same information be
12   necessary whether it's for a single farmer or
13   for the Class as a whole, and my conclusion, if
14   that is an allegation it would be.
15        Q.   Is it your understanding that milk
16   that was sold through DMS was subject to an MFN?
17        A.   I don't believe it was.
18        Q.   Would milk being sold by DMF
19   shippers to Dean at a lower price than DFA was
20   charging its customers trigger some DFA
21   obligation under the MFN?
22        A.   In this hypothetical situation
23   that you've designed, no.
24        Q.   Would not?

Page 134

1    A.   If it's a hypothetical situation.
2    Q.   How do you know that?
3    A.   Look at the prices I put in my
4  report. Over time the DMS price and the DFA
5  price are almost identical for 100 weight
6  Grade A raw milk.
7    Q.   Is it your understanding,
8  Dr. Beyer, that the Plaintiffs are alleging that
9  the full supply agreements with the MFN clauses
10  had the effect of fixing prices?
11    A.   I don't believe so, but now you're
12  probing my memory. If you ask me as an
13  economist, the full supply agreements became an
14  instrument in the total fabric of the
15  monopsonization that did occur, but I don't look
16  at a full supply agreement necessarily as a
17  vehicle by which it is the proxy, so to speak,
18  for agreement among the parties to fix prices.
19    Q.   I'm sorry. I didn't hear that
20  last part?
21    A.   It is not necessarily -- the full
22  supply agreement is not necessarily a proxy.
23    Q.   Not necessarily, okay.
24        Is it your understanding that NDH

Page 135

1  has a full supply agreement with DFA?
2    A.   As I'm sitting here I just can't
3  remember. I believe so, but I can't say for
4  certain.
5    Q.   Can you -- can you explain to us
6  how it is that the Dairy Fresh NDH plants come
7  to procure milk from independents,
8  notwithstanding what you understand to be a full
9  supply agreement between NDH and DFA?
10    A.   Well, NDH procures milk for -- at
11  least for the years for which we have the data
12  from some independents. I believe that they
13  operate through DMS, but I can't be absolutely
14  certain of that, and for farmers that are not
15  aligned either with DFA or other cooperative and
16  in turn with SMA and are truly independent.
17  They have to be a small part of the total.
18    Q.   I take it from a number of
19  responses you've given that you do understand
20  the Plaintiffs' allegations to be that as a
21  result of the alleged conduct, processors paid
22  less for milk than they otherwise would have?
23    A.   Put it the other way, the way the
24  Complaint is stated, although the flip coin, of

Page 136

1  course, is the same -- flip side of the coin.
2        As a result -- the Plaintiffs say
3  as a result of the allegations the dairy farmers
4  were paid less for their milk than they would
5  have been paid in a situation absent these
6  allegations.
7    Q.   The dairy farmers were paid less.
8  Okay.
9        Why, as you understand the
10  Complaint, would DFA want dairy farmers to be
11  paid less for their milk?
12    A.   That's a good question. I'm not
13  part of the Executive Committee of DFA, so I
14  don't know.
15    Q.   Is there anything in the Complaint
16  that informed you of at least the allegations
17  as to why DFA would want dairy farmers to get
18  paid less money?
19    A.   It is not necessarily DFA
20  management wanted -- desired dairy farmers to be
21  paid less. It is nonetheless a consequence of
22  actions that DFA took. Those consequences
23  evolve from a number of things that we've
24  already discussed today, foreclosure of farmers

Page 137

1  that are not DFA farmers, but other farmers.
2  The ultimate importing of excess milk through
3  SMA into the Southeast through a variety of --
4  laid out in the Complaint of actions that in
5  effect, according to the Complaint, utilized DFA
6  moneys that would have otherwise gone to farmers
7  in the Southeast, DFA farmers. In those
8  allegations there may be seven or eight of them,
9  and it goes through some of the breach of
10  contract claims. So DFA, in effect, has been
11  operating at multiple levels and it has
12  different objectives, depending on which level
13  it's operating on.
14    Q.   As you understand the allegations
15  in the Complaint are the Plaintiffs alleging
16  that, for example, DFA was involved in the
17  bringing of excess milk in from the Southwest
18  for the purpose of getting Southeastern dairy
19  farmers to be paid less for their milk?
20    A.   I don't recall offhand that the
21  Complaint is worded in that manner, but
22  assuming there was excess milk and DFA had a
23  role in it, which I believe they did, the way
24  the organizations are structured, that it was

Page 138

1  done with that intent.  That may be one of the
2  consequences.
3      Q.  Is it your understanding that the
4  allegations in the Complaint are that SMA was
5  involved in conduct with the purpose of driving
6  down the payments to dairy farmers in the
7  Southeast?
8      A.  I don't recall that being part of
9  the allegations.
10     Q.  You're familiar with DCMA?
11     A.  Yes.
12     Q.  There's lots of acronyms floating
13 around.  You're familiar with DCMA?
14     A.  Yes.
15     Q.  What do you understand DCMA to be?
16     A.  DCMA is -- it has the word
17 cooperative in its name.  I think it is a
18 cooperative by the way it's organized.  It has
19 the role by those who use it, which would be all
20 of Order 5 and 7, to establish over order
21 premium for Orders 5 and 7.  They do it for
22 other areas where DFA has an important role, but
23 they do do that for Orders 5 and 7.
24     Q.  And as you understand the

Page 139

1  marketplace is DCMA a participant in the conduct
2  that foreclosed opportunities for dairy farmers
3  in the Southeast to enjoy the benefits of
4  competition?
5      A.  I don't -- I'm not in the process
6  of identifying who are Defendants and
7  co-conspirators.  DCMA is identified by the
8  Plaintiffs as being a Defendant in this matter,
9  of having been an integral part of the price
10 setting in determination for dairy farmers, the
11 prices at which they sell their milk in the
12 Southeast.
13     Q.  And, Dr. Beyer, you're welcome to
14 take a look at the Corrected Amended
15 Consolidated Complaint, if you wish.  It's
16 sitting there in front of you, but I'll
17 represent that DCMA is, in fact, not a
18 Defendant?
19     A.  Is it a co-conspirator?
20     Q.  You are welcome to look for that,
21 too, if you'd like?
22     A.  You could save me the time by
23 answering that question.
24     Q.  No.

Page 140

1      My question is, based on your
2  understanding of the market can you help us
3  understand how one can allege that SMA and DFA
4  were participants in conduct that drove down the
5  prices paid to dairy farmers in the Southeast
6  and DCMA was not?  Can you help us on that?
7      MR. BROOKHISER:  Are you asking --
8  I'm going to object.  If you're asking him what
9  the Complaint says, that's one thing.  If you're
10 asking him why the Complaint doesn't say
11 something, that's another thing.  If you're
12 asking something totally different, that's a
13 third thing.
14 BY MR. KUNEY:
15     Q.  I'm asking something totally
16 different.  Based on how the market looks.  I'm
17 not asking what was in the minds of the
18 drafters.  Based on how Dr. Beyer understands at
19 present the market functions and the roles of
20 these various participants, can you explain how
21 it could be the case that SMA and DFA could be
22 involved in the alleged anticompetitive conduct
23 and DCMA was not?
24     A.  Yes.  This could be a benign set

Page 141

1  of circumstances.
2      DCMA had a Board.  The Board
3  ultimately set the premium or premiums.
4      The Board was in effect majority
5  DFA.
6      The Board also looked to -- at one
7  staff member in the firm, that is Mr. Sims and
8  his consulting firm.  The same staff member,
9  same consulting firm that SMA had.  There are
10 some tight relationships so that -- and they are
11 tight enough in my judgment that DCMA is not
12 operating independent of the Defendants in this
13 matter.
14     Q.  Are the -- as you understand it
15 over order premiums announced by DCMA part of
16 the conduct that, as you understand it, results
17 in dairy farmers getting paid less for their
18 milk than they otherwise would have?
19     A.  Yes.
20     Q.  As you understand it, Dr. Beyer,
21 are the Plaintiffs alleging that the processor
22 Defendants agreed not to compete in the purchase
23 of raw milk?
24     A.  This is very -- frankly, similar

Page 142

1  to a set of questions you asked me just after
2  lunch break about prices.
3        The answer is, I don't know, but
4  effectively it does not matter because the raw
5  milk, Grade A raw milk, marketed to the
6  processors who were owned predominantly by the
7  Defendants in this case, are one in the same.
8        MR. KUNEY: I'm sorry. Could I
9  get our that last two sentences back, please?
10       (The record was read as
11  requested.)
12       MR. KUNEY: Why don't we go ahead
13  and go off.
14       THE VIDEOGRAPHER: Here marks the
15  end of videotape number two taken in the
16  deposition of Dr. John Beyer. Going off the
17  record. The time on the monitor is 13:42:11.
18       (A brief recess was taken.)
19       THE VIDEOGRAPHER: Here marks the
20  beginning of videotape number three, taken in
21  the deposition of Dr. John Beyer. Going back on
22  the record. The time on the video screen is
23  13:55:49. Please continue.
24  BY MR. KUNEY:

Page 143

1        Q.   Dr. Beyer, turn if you would to
2  paragraph 44 of your report. It's on page 24
3  and over onto 25. Do you have that in front of
4  you?
5        A.   Yes.
6        Q.   And that paragraph is about an
7  agreement between Dean and DMS; correct?
8        A.   Basically, it's about the
9  formation of DMS, but because DMS is -- became
10  the supplier to Dean for the independents it
11  involves basically an arrangement between Dean
12  and DMS.
13       Q.   And you're familiar, I take it,
14  with what you referred to in paragraph 44 as the
15  outsourcing agreement?
16       A.   Yes.
17       Q.   Is the outsourcing agreement, as
18  you understand it, part of the alleged
19  anticompetitive conduct in this case?
20       A.   It is -- from my perspective -- I
21  don't recall specifically from the Complaint,
22  but from my perspective as an economist it is
23  part of the conduct required or that was used by
24  DFA to establish its market power in the

Page 144

1  marketing and sale of raw milk.
2        Q.   Why did, as you understand it, why
3  did Dean enter into the outsourcing agreement?
4        A.   I'm not sure that I've seen
5  testimony or documents that relate directly to
6  that. All I know is that it occurred.
7        Q.   What functions, as you understand
8  it, did Dean shift to DMS through the
9  outsourcing agreement?
10       A.   My understanding is that farmers
11  who had been selling their milk directly to
12  Dean, so-called independents, were now selling
13  their milk or having their milk marketed to
14  DMS -- through DMS to Dean so DMS became the
15  marketing agent on behalf of these independents
16  and for Dean.
17       Q.   Did DMS, as you understand it,
18  take over any functions that prior to the
19  outsourcing agreement had been performed by Dean
20  itself?
21       A.   Most of the functions were
22  performed by Dean directly, such as the
23  accounting, the -- arranging for the collection
24  of the milk, the payment of the milk to the

Page 145

1  farmers -- for the milk to the farmers. All
2  those functions became functions of DMS when
3  that outsourcing occurred.
4        Q.   Okay. You write towards the
5  bottom of page 24, three lines up from the
6  bottom, "the agreement capped the amount Dean
7  agreed to pay for raw milk." Do you see that?
8        A.   Yes.
9        Q.   And were you referring to the
10  price that Dean paid to DMS that that's what was
11  capped?
12       A.   Could you repeat that question?
13       Q.   Yes. Were you referring to that
14  language to the price Dean paid to DMS?
15       A.   Yes. Not for its services, but
16  for the payment to the farmers through DMS.
17       Q.   Now I take it you meant what you
18  said here, which is at least at the time you
19  wrote the report you understood that this
20  agreement put a cap on the amount that Dean
21  would pay; correct?
22       A.   Yes.
23       Q.   Is that still your understanding
24  today?

Page 146

1    A.   As it was — as the price was
2    periodically revised or over order premiums
3    applied, that DMS agreed to bill Dean for and
4    then presumably in turn paid to the farmers.
5        Q.   But the language here that you
6    describe as a cap, is it first of all still
7    your understanding that language is indeed a
8    cap?
9        A.   At the time it was done it was.
10   It wasn't until volume and quality premiums were
11   introduced by DMS and DFA at the same time, more
12   or less, that there were changes.  And, of
13   course, the order prices would change from
14   period to period.
15       Q.   So am I correct in understanding
16   your view of that contract is Dean agreed to a
17   cap and that cap was the Federal minimum blend
18   price in that particular area?  Is that how you
19   understood it?
20       A.   Though over time, as I've said,
21   there are premiums that were billed by DMS and
22   which Dean agreed to pay.
23       Q.   Without changing this language?
24       A.   That's my understanding, yes.

Page 147

1        Q.   And when did that happen?
2        A.   The first change occurred shortly
3    after DMS entered into -- after DMS was in
4    place.
5        Q.   I see.  Did -- do you mention
6    somewhere in your report that the cap was short
7    lived because not long after DMS was put in
8    place Dean, in fact, did agree to pay premiums
9    above the Federal minimum?
10            MR. BROOKHISER:  Object.  That
11   misstates his testimony.
12            THE WITNESS:  The cap may still
13   have been in place, but Dean and DMS agreed that
14   there would be premiums -- over order premiums
15   of certain quantities for certain purposes
16   established.
17   BY MR. KUNEY:
18       Q.   And is that last statement that
19   you just made, that Dean and DMS subsequently
20   agreed that there could be over order premiums
21   for certain purposes reflected anywhere in the
22   text of your report?
23       A.   Oh, yes.
24       Q.   Where does it say that?

Page 148

1        A.   I don't recall where, but over
2    order premiums are discussed.
3        Q.   Over order premiums between Dean
4    and DMS.  Is there someplace in your report
5    where you say, notwithstanding what I said in
6    paragraph 44 about there being a cap at Federal
7    minimum, in fact, Dean not long thereafter
8    agreed to pay premiums?
9        A.   Would you like to write my report?
10       Q.   I would just like to know what's
11   in there, Dr. Beyer.
12       A.   I haven't used language like that,
13   but it is.
14            It is on pages 35 and 36 where it
15   is discussed, both DMS' process, as well as DFA.
16       Q.   And if you would point me to the
17   language on 35 or 36 where you say that Dean
18   paid premiums to DMS shippers, notwithstanding
19   the language of this agreement you referenced
20   earlier?
21       A.   There's not language to that
22   effect, but it's clear from this discussion and
23   the reference to the invoices, and if you see
24   the invoice, which is just DMS' invoice to Dean

Page 149

1    for a particular month and particular processing
2    facility, there is a volume and quality premium
3    that DMS bills, invoices Dean for.
4            I don't have -- we still don't
5    have the final payment data -- I didn't at the
6    time I was putting this together, of what Dean
7    actually paid for milk that it received.
8            We have data that states what the
9    invoices showed.  There was the same set of
10   material as here, but we don't have a statement
11   for all the periods of what Dean actually paid
12   for the milk that it bought from DMS.
13       Q.   How soon after January 2003 did
14   DMS shippers begin receiving premiums,
15   notwithstanding the -- what you describe as a
16   cap in paragraph 44 of your report?
17       A.   Probably fairly soon.  I --
18   without going back to all the invoices and
19   looking at them, the timing is just from memory,
20   but given the dates of the various indication --
21   of the various communications here, it would be
22   very soon after that.
23       Q.   Very soon after the cap had turned
24   out not to be a cap, because they were paying

Page 150

1    premiums?
2         MR. BROOKHISER: Object,
3    mischaracterizes his prior testimony.
4         THE WITNESS: I'll let my prior
5    answer stand.
6    BY MR. KUNEY:
7    Q.   Fine.
8         Are you aware of a regulatory
9    requirement that independent farmers cannot be
10   paid less than the Federal uniform price?
11   A.   Yes.
12   Q.   And what is the connection, if
13   any, as you understand it, between the language
14   in the Dean DMS agreement about what independent
15   shippers have to be paid and what the -- let me
16   start that again.
17        What is the relationship, if any,
18   as you understand it, between the regulatory
19   requirement about minimum payments to
20   independent shippers and the agreement between
21   Dean and DMS about what the DMS shippers would
22   be paid?
23   A.   There's a big difference.
24        The regulation is that independent

Page 151

1    farmers will be paid no less than, whereas this
2    agreement is that Dean will pay DMS no more
3    than. That word more and less is the difference
4    between night and day.
5    Q.   Then is it your understanding of
6    the record of this case that, in fact, Dean and
7    DMS behaved as if they had agreed that Dean
8    would pay no more than the Federal minimum?
9    A.   That's the agreement that
10   initially worked out. Modifications to that
11   agreement and reality to the agreement and
12   practice were when certain pricing changes were
13   introduced in the marketplace, as reflected on
14   pages 35 and 36 for the volume and quality
15   premiums, over order premiums, that DMS invoiced
16   Dean for those premiums and presumably Dean
17   paid.
18   Q.   Well, have you looked at the
19   payroll records of DMS shippers to see when they
20   began receiving premiums above Federal minimum?
21   A.   I have looked at some payroll
22   records. I've looked at them in the aggregate,
23   because they are reflected in a variety of
24   places in my report, but I have not looked at

Page 152

1    the invoices or the payment — payroll records
2    to DMS farmers, to answer the specific question.
3    Q.   Have you looked at the payroll
4    records to see if they're consistent with your
5    suggestion that Dean had agreed to a cap whereby
6    it would pay no more than the Federal minimum?
7    A.   Yes.
8    Q.   And what did you find?
9    A.   There's one right here in my
10   report.
11   Q.   That it's not consistent?
12   A.   No. It pays the Federal minimum
13   for the skim price and the butter fat.
14        The over order premium, to the
15   extent it applies, for example, we just at
16   random pulled out a payroll stub for a
17   particular farmer, reflects, I think, both the
18   volume premium and partially the quality
19   premium.
20   Q.   When you say, over order premium
21   in the same sentence that includes the phrase
22   "payroll stub" what do you mean?
23   A.   It can be interpreted in two
24   different ways and I describe that in my report,

Page 153

1    and I present the data for that two different
2    ways in my report.
3        The way in which it is in the
4    industry appears to be most commonly referred to
5    is any price, it could be positive or negative,
6    but I'll put it when you actually do it, above
7    and beyond the order minimum, so it is the — if
8    you were looking at an individual farmer it
9    would be gross pay to the farmer, less the
10   Federal order minimum, and any positive
11   difference between the two would be an over
12   order premium.
13        Now, generally to the extent that
14   occurs it is for premia that I consider would be
15   in place with or without the conspiracy, so
16   they're not subject to any damage analysis, but
17   they're volume and quality and location to the
18   extent that that becomes a factor, but those are
19   independent of an anticompetitive behavior.
20        The second way of looking at
21   premia is to drop out volume and quality and
22   location and identify whatever is paid to the
23   farmer above, net of, probably the better way,
24   of the over order premium, adjusted for the

Page 154

1  specific farmer's butter fat, and location and
2  so forth.  In some cases that could be negative
3  and in some cases that could be positive.
4      Q.   As you understand what you call
5  the cap between Dean and DMS, to which of those
6  definitions of over order premium, if either,
7  did it apply?
8      A.   What I have tended to do, because
9  it is the easiest calculation and it is the one
10  most commonly referred to among those in the
11  industry, is the first, gross pay, minus the
12  Federal order price.
13      Q.   And is it a correct reading of
14  paragraph 44 of your report that Dean and DMS
15  agreed that that premium would be zero?
16      A.   No.
17      Q.   It would be zero or negative?
18      A.   No.
19      Q.   What is the correct reading of the
20  cap using the definition of over order premium
21  that you just articulated?
22      A.   I guess you haven't listened to
23  me.  That's fine.  We can just keep at this for
24  as long as you want.

Page 155

1          Changes do occur.  And some of
2  these changes occur on a market-wide basis and
3  DMS and DFA, more or less at the same time,
4  agreed that they would invoice processors for a
5  volume premium, which I think was set at $0.50
6  per hundred weight.
7          Dean agreed by its actions, I
8  haven't seen any piece of paper to that effect,
9  but by its actions to -- when it's invoiced for
10  that to pay it.
11          And from what I've seen of the
12  payroll, data from DMS, that premium was paid,
13  or part of it, depending on the circumstances of
14  a particular farmer.
15          Shortly after that initial over
16  order premium for volume was instituted there
17  was a quality premium or it may have been the
18  other way around, quality first and then volume.
19  It also was set at $0.50 per hundred weight.
20  Both DMS and DFA and with the cap the price paid
21  or invoice from DMS on behalf of the
22  independents, so-called independents, that were
23  now supplying milk to DMS or to Dean through
24  DMS, DMS invoiced the processing facilities to

Page 156

1  whom it was responsible for that particular over
2  premium and it appears, though I haven't -- have
3  not been confirmed, have not yet been able to
4  confirm it because of data that were not
5  available at the time of my report, that Dean
6  paid most, if not all, of that premium, as well.
7          So with the cap in place there
8  were premium -- over order premiums introduced
9  into the market at large by DMS and DFA, which
10  were invoiced to Dean and which Dean apparently
11  agreed to pay.
12      Q.   And have you investigated whether
13  the DMS shippers, the farmers, received some or
14  all of those premiums?
15      A.   If you look -- the answer is, yes,
16  and it's evident throughout my report.  There
17  are probably nine or ten different graphs in the
18  appendix.  There are several payroll invoices
19  that go to the farmer that identify that.
20      Q.   What was the significance, in
21  light of that last answer, of the cap that you
22  describe in paragraph 44?  What did it do?
23      A.   It set a cap on all prices that
24  Dean paid for its milk, other than the

Page 157

1  premium -- premia that DMS said it was going to
2  charge and invoice to Dean and apparently Dean
3  agreed to pay.
4      Q.   It set a cap on other elements of
5  the price other than the premium?  Did I hear
6  that right?
7      A.   What I said in the report.
8          MR. KUNEY:  Let's mark this just
9  for the heck of it.  What is it, 408?
10          (Defendant's Exhibit Number 408
11  was marked for identification.)
12  BY MR. KUNEY:
13      Q.   I've had the reporter mark as
14  Defendant's Exhibit 408 a document that begins
15  with the Bates number DMS 01-0018095 through
16  18109, and it's a cover letter dated
17  September 24th, 2003, and an attached document
18  entitled, Outsourcing Agreement?
19          MR. BROOKHISER:  This is a letter
20  to the State of California?
21          MR. KUNEY:  Yes, from Michelle
22  Goolsby.
23  BY MR. KUNEY:
24      Q.   Dr. Beyer, is this a document that

Page 158

1　you've looked at in connection with your work in
2　this case?
3　　　A.　I'm not sure that I've seen this
4　particular document. The one that I have seen
5　is noted on page 24 in footnote 63.
6　　　Q.　So the -- you have seen a version
7　of an outsourcing agreement, you can't tell us
8　whether it is the exact same version as we have
9　here?
10　　　A.　From memory, I don't.
11　　　Q.　Okay. And I take it you have not
12　seen the cover letter?
13　　　A.　I have not seen this cover letter,
14　no.
15　　　Q.　Take a look if you would at the
16　middle of the first paragraph?
17　　　A.　Of the cover letter?
18　　　Q.　Of the cover letter, where
19　Michelle Goolsby writes, I guess about the third
20　sentence in, "I have attached the final
21　agreement which contains additional language in
22　Section 4(c) to address your concerns. As you
23　will see we have made clear the purpose and
24　rationale for the rebate and clearly stated that

Page 159

1　the rebate will not result in payment of prices
2　less than the minimum price requirements." Do
3　you see that?
4　　　A.　Yes, I do.
5　　　Q.　Is that -- is that cover letter
6　inconsistent with your understanding of the
7　provision in the agreement between Dean and DMS
8　that relates to the minimum price requirements
9　of any jurisdiction?
10　　　MR. BROOKHISER: Could you read
11　that question back, please?
12　　　(The record was read as
13　requested.)
14　　　MR. BROOKHISER: I'm going to
15　object because I don't know what you mean by
16　minimum price requirements of any jurisdiction.
17　　　MR. KUNEY: It's the language in
18　the -- it's quoted in his report.
19　　　MR. BROOKHISER: Minimum price
20　requirements --
21　　　MR. KUNEY: Minimum price
22　requirements of any jurisdiction is the language
23　quoted in his report, quoted from the agreement.
24　　　MR. BROOKHISER: Oh, okay. All

Page 160

1　right.
2　　　MR. KUNEY: I didn't make that up.
3　　　THE WITNESS: And the question
4　again, just so I --
5　BY MR. KUNEY:
6　　　Q.　The question, I'll take a risk of
7　trying to make it clearer.
8　　　The language that you quote in
9　paragraph 44 talks about, in no event shall the
10　price exceed the applicable regulated minimum
11　price. And the cover letter says the rebate
12　will not result in the payment of prices less
13　than the minimum price. And my question to you
14　is if those seem to you to be consistent?
15　　　A.　We're going back to what we talked
16　about before. Less than or more than.
17　　　Q.　Right?
18　　　A.　I can intuit, I don't know if my
19　intuition is correct, but that California was
20　concerned about a sum of money that Dean would
21　pay to DMS, which is identified, I think, in
22　this particular agreement, $4.5 million. And,
23　therefore, wanting to be assured that farmers
24　would still, notwithstanding this rebate, from

Page 161

1　Dean to DMS would be paid the minimum — at
2　least the minimum price, not less than.
3　　　The cap is DMS and Dean agreeing
4　that they would not pay more than the Federal
5　minimum. There's — there's a vast difference
6　between those two.
7　　　Q.　Is it price fixing in any sense
8　that you as an economist use that term if Dean
9　and DMS agree on the price that Dean will pay
10　DMS for milk?
11　　　A.　It depends. And why does it
12　depend? It depends on who the other
13　participants in the marketplace are and whether
14　those participants collectively have market
15　power.
16　　　There are millions of contracts
17　determined day in and day out among purchasers
18　of goods, sellers of goods, and the recipient
19　parties in terms of quantities -- terms and
20　conditions, including prices.
21　　　Those contracts do not necessarily
22　imply anything approaching price fixing, but
23　there can be an agreement on prices in a
24　marketplace if there are other parties involved

Page 162

1  and if those parties collectively have market
2  power.
3      Q.  Who else was involved, as you
4  understand it, in the agreement between Dean and
5  DMS that we've been talking about for the last
6  few minutes?
7      A.  If you mean the parties who sat
8  down and initialled the agreement, just Dean and
9  DMS.  However, that is not consistent with the
10  total set of information about this marketplace.
11  DFA controlled DMS.  DFA -- DMS was a creation
12  of DFA.
13          Dean and DFA had a history that
14  made the new Dean -- that made the merger with
15  Suiza feasible.  And if DFA had not acted with
16  NDH that merger would not have proceeded.  There
17  may have been other circumstances, but DFA made
18  it happen.  So that when one looks at the
19  connection, the intersection of these entities
20  in the Southeast it is a collective market power
21  in their -- in my judgment as alleged by the
22  Plaintiff, their collective ability to establish
23  prices.
24          You can call it price fixing.

Page 163

1      Economists don't use that term.  It is an
2  agreement, coordination, joint behavior on
3  prices that would not occur if these entities
4  had all been acting independently.
5      Q.  Is it -- is DFA's enabling, to use
6  your word, the Suiza/Dean merger to go through,
7  as you understand it, part of the alleged
8  anticompetitive conduct in this case?
9      A.  Whether that conduct is standing
10  by itself is anticompetitive to me as an
11  economist is unimportant.
12          What is important that merger with
13  DFA involvement establishes part of, an
14  important part of, the market power, monopsony
15  or monopoly, which the Defendants collectively
16  have.
17      Q.  And as you understand it why
18  was -- what was DFA's motivation to enable the
19  creation of this monopsony power in the
20  marketplace?
21      A.  I don't know, specifically, but I
22  can surmise as an economist who has looked at
23  other monopsonies and monopolies that DFA
24  considered as its profit maximization, its

Page 164

1  profit, its surplus, however defined would be
2  better, larger with this joint behavior than
3  without it.  Joint behavior becomes possible
4  only when the participants collectively have
5  market power.
6      Q.  I asked you earlier whether it was
7  your understanding that the Plaintiffs were
8  alleging that the processor Defendants
9  communicated and expressly agreed about the
10  price they were going to pay for milk.
11          I didn't at that point, but I now
12  want to ask, is it your understanding that the
13  Plaintiffs are alleging that the processor
14  Defendants and DFA all communicated and agreed
15  upon the price at which processors would buy
16  milk?
17      MR. BROOKHISER:  Can you read that
18  back, please?
19          (The record was read as
20  requested.)
21      THE WITNESS:  I don't recall
22  specifically whether that is an allegation,
23  though the overall thrust of the Complaint is
24  that the Defendants collectively established

Page 165

1  prices, coordinated their establishment, and in
2  reality when one looks at the various mechanisms
3  for pricing between processors and farmers it is
4  readily apparent to me as an economist that all
5  the preconditions are in place, that even if
6  they didn't sit down in a room and say, you're
7  going to pay this, I'm going to pay that, the
8  processors were assured that the price of raw
9  milk that they paid would -- let me put it in
10  the negative, would not put them at a
11  competitive disadvantage in the marketplace.
12  BY MR. KUNEY:
13      Q.  I appreciate that as an economist
14  it may not make a difference --
15      A.  What?
16      Q.  I think -- I just wanted to be
17  clear.  Did I hear you say that you didn't
18  remember whether there was -- that there was
19  communication and an express agreement about the
20  price at which processors would purchase milk?
21      A.  I don't recall.
22      Q.  Okay.  And just to save us a
23  little pain, I take it the answer would be the
24  same if I changed the question and said SMA

Page 166

1 instead of DFA in terms of there being
2 communications and an express agreement about
3 the price at which processors would buy milk?
4       MR. BROOKHISER: And your question
5 is, is that specifically mentioned?
6 BY MR. KUNEY:
7       Q.   Is that an allegation in this
8 case?
9       A.   What do you mean by express
10 agreement?
11      Q.   That people have communications in
12 the case of an express agreement about price.
13 They have communications about price as a result
14 of which they both -- one or more people are
15 committed to charging a common price or paying a
16 common price, depending on buyers or sellers?
17      A.   Again, I don't know for a fact
18 whether it's in the Complaint, but the
19 allegation -- overarching allegation in the
20 Complaint is the conduct is joint, it is
21 coordinated and results among other things in a
22 lower price paid to the farmers than would have
23 been paid.
24      Q.   Let's go back to paragraph 22 of

Page 167

1 your report. It looks like it's on page 12.
2       Dr. Beyer, am I -- are you opining
3 today that the market for purposes of evaluating
4 the challenged conduct here is the states that
5 are comprised of Federal Orders 5 and 7?
6       A.   No.
7       Q.   Okay. What is the market?
8       A.   Let me correct you.
9       I am not giving an opinion as to
10 what the market is. That will be done at a
11 subsequent stage of analysis.
12      What I am opining about is that
13 the common proof of that relevant product
14 market, geographic market, whatever it may be,
15 has to be done with the same set of information
16 whether it be for an individual farmer who
17 brings the same set of complaints for the Class
18 as a whole.
19      Q.   Common proof across the scope of
20 whatever the market turns out to be, is that
21 what you mean?
22      A.   For defining the market.
23      So an individual farmer, if the
24 farmer says the relevant geographic market is

Page 168

1 hypothetically the entire United States and the
2 people who are working with him in support of
3 his case which would be allegations very similar
4 to the Complaint would use the same set of data
5 and information as would the Class of all
6 farmers in Southeast. That's all that I'm
7 saying.
8       Q.   I see. If the relevant market,
9 when someone finally decides what it is, would
10 turn out to be a variety of metropolitan areas
11 and not so metropolitan areas throughout the
12 Southeast, in other words, some were to conclude
13 that there were 32 relevant markets in the
14 Southeast then your opinion that you're offering
15 today is that there would be common proof within
16 each of those 32 relevant markets?
17      A.   If it turned out that way, yes.
18      Q.   Not necessarily the 32, but within
19 whatever the market turns out to be?
20      A.   That's correct.
21      Q.   And that's all you're saying;
22 right?
23      A.   That and I've identified a
24 preliminary opinion based almost entirely off of

Page 169

1 positions taken by Defendants themselves in
2 prior official matters and by examining the data
3 for the production and sale of milk.
4       Q.   What data have you examined with
5 respect to the question of whether the area
6 covered by Federal Order 6 should be considered
7 part of the relevant market in this case?
8       A.   Well, to begin with I don't have
9 data on market Order 6, other than if you make
10 certain assumptions other than about Order 6 and
11 the state of Florida being one in the same, and
12 I've looked at total population. I've looked at
13 the members who -- the farmers who are members
14 of cooperatives in Florida, principally SMI, but
15 also DFA to the extent they -- DFA has provided
16 location data, but almost all of the data that
17 has been provided to me and to Nathan
18 Associates, to the Plaintiffs, has been for
19 Orders 5 and 7, which is the Southeast.
20      Q.   Is the -- is one of the important
21 considerations in defining the relevant market
22 the area within which a customer looks to
23 purchase whatever the product is that we're
24 talking about?

Page 170

1     A.   That could be one consideration.
2     Q.   Is that a consideration that you
3  would anticipate being part of the consideration
4  in this case to decide what the relevant market
5  is?
6     A.   Yes.
7     Q.   And when you talk about consumers
8  looking to purchase the product I take it that
9  will include consumers looking outside the
10  boundaries of Orders 5 and 7 to purchase milk on
11  those occasions when they do so?
12    A.   That is correct, although we do
13  have data on that and thus far it appears
14  that -- which is reflected in my report, the
15  exports as a percent of the total production
16  from Orders 5 and 7 is very small.
17    Q.   How much of the milk produced in
18  Orders 5 or 7 ends up getting sold outside?
19    A.   According to the data that we have
20  received, about 5 percent.
21    Q.   And given that you've said more
22  than once that the Southeast is a deficit region
23  are you surprised in any way that the flow of
24  exports from Orders 5 and 7 is relatively small?

Page 171

1     A.   The data are what the data are.
2  I'm not surprised one way or the other.
3     Q.   You said in -- much earlier today
4  that one of the methods that you might use to
5  evaluate pricing here is to compare local prices
6  to the cost of acquisition of milk outside the
7  combined reach of Orders 5 and 7.  Do you
8  remember our discussion about that?
9     A.   That's not what I said.
10         The method we talked about at
11  considerable length, right at the beginning of
12  the deposition, is comparing the cost of
13  acquisition that actually occurred of imports
14  into the Southeast, versus the cost of
15  acquisition of those same imports that would
16  occur in a but-for environment.  It's not
17  comparing imports with prices in the Southeast.
18  It's comparing the cost of acquisition under two
19  sets of circumstances, as imports were actually
20  acquired with the allegations of joint behavior
21  and anticompetitive conduct and in a
22  circumstance where there is not joint behavior
23  in a competitive -- anticompetitive behavior
24  alleged.

Page 172

1     Q.   Are you now saying that PLOCAL, as
2  used in your first methodology is not the actual
3  prices paid to acquire local milk in your first
4  methodology?
5     A.   I never said it.  You may have
6  understood it to be, but I don't know how many
7  times I said this, we're comparing the cost of
8  acquisition under two different sets of
9  circumstances and it is the difference, if any,
10  in those two costs of acquisition that represent
11  through this first methodology a measure of
12  damages.
13    Q.   What is the significance, if any,
14  to you for market definition purposes of the
15  fact that roughly 6 percent of the milk produced
16  in Orders 5 and 7 is controlled by DFA and
17  Dairy Marketing Services flowed between those
18  two Orders?  This is in bottom of 13, top of 14
19  of your report.  What's the significance of
20  that?
21    A.   It's just reporting the facts.
22  Those are -- it is a relatively small movement,
23  but it nonetheless occurs.
24    Q.   It's about the same -- roughly the

Page 173

1  same magnitude as the export of milk from Orders
2  5 and 7 to Order 6, 5 percent, 6 percent?
3         MR. BROOKHISER:  I think that
4  mischaracterizes his testimony.
5         THE WITNESS:  Let me put it in my
6  words.
7         The exports from the Southeast,
8  Orders 5 and 7, is about 6 percent of total
9  output in the Southeast.
10        And the Grade A raw milk that is
11  marketed in one or the other of these two -- is
12  produced in one or the other of those two Orders
13  is shipped to the other order, so there is 5 or
14  6 percent of the total output of the Southeast
15  that is intra Southeast movement.
16  BY MR. KUNEY:
17    Q.   Intro or intra?
18    A.   Well, better -- let's be explicit.
19  Between Order 5 and 7.
20    Q.   Have you examined the question of
21  the area within which a particular dairy farmer
22  in the Southeast looks to market his or her
23  milk?
24    A.   I have not done so in a systematic

Page 174

1  way.
2      Q.  Have you done so in a not so
3  systematic way?
4      A.  Reading depositions, for example,
5  and this question is often asked, even of
6  nondairy farmers, for example, the maximum
7  distance that Grade A raw milk can be shipped,
8  et cetera, et cetera.
9          So there is anecdotal information
10  provided in deposition testimony and
11  occasionally in some of the documents.
12          To reach the conclusions
13  concerning common impact and damage
14  methodologies it has not been necessary for me
15  to look at individual farmers and their
16  relationship of where they sell that milk to
17  specific processors, if they know.
18      Q.  Based upon the work you've done in
19  the case so far do you have a view of about how
20  far, in terms of miles, farmers in the Southeast
21  ship their milk?
22      A.  I don't.
23          An average, weighted average can
24  be computed.  I haven't computed it.

Page 175

1      Q.  Uh-huh.  Have you investigated the
2  question of whether the size of a dairy farm has
3  any relationship to how far dairy farmers ship
4  their milk?
5      A.  If I were an agriculture economist
6  and looking for a subject to write on I might do
7  that empirical analysis but-for, again, the
8  opinions that I've offered in terms of common
9  impact and damage methodology is not necessary.
10      Q.  Does the determination of the
11  relevant market in your view depend in any way
12  on the issue of how far a farmer can ship his
13  milk?
14      A.  You're talking about geographic
15  market here?
16      Q.  Uh-huh.  Yes, I am?
17      A.  Not the product market.
18      Q.  Geographic market?
19      A.  What happens — what the
20  circumstances are for a particular farmer is
21  immaterial to defining a relevant geographic
22  market.
23          A relevant geographic market is
24  determined by what is reflected in the set of

Page 176

1  data that are used, which may include the farmer
2  which we have for the most part, not entirely,
3  but for the most part, already at our disposal,
4  and therefore it is the sum total of all of the
5  farmers in the Southeast and the processors in
6  the Southeast that I've looked to.
7      Q.  Have you -- do you believe one
8  needs to consider an aggregate or average
9  measure of how far farmers can economically ship
10  their milk in determining their relevant market?
11      A.  No, I don't think that's necessary
12  because I consider farmers as with firms to be
13  profit maximizers and they're not going to be
14  producing milk that costs them a lot of money to
15  find a home to process.  And, therefore, what
16  the actions of several thousand farmers are
17  tells me as an economist much more than this
18  particular statistic.
19      Q.  And how do you -- how would you
20  envision one would arrive at a conclusion that
21  dairy farmers in Arkansas are in the same
22  relevant market as dairy farmers in North
23  Carolina?
24      A.  If you consider that an important

Page 177

1  question then I would say to you, you perform
2  that analysis.  I don't consider it necessary.
3          What I've done also at this stage
4  of the preliminary basis is to look at the
5  postulation that the relevant geographic
6  market -- postulation by Mr. Holland and
7  Mr. Sims, who are -- who did work for various
8  Defendants in public hearings describe what the
9  relevant geographic market should be and tested
10  the hypothesis to the extent data are available
11  and it's described in my report, and it
12  confirmed that.
13          I'm not asking the question, will
14  a small group of farmers in one location be in a
15  different -- constitute a different geographic
16  market.  It is the behavior of all farmers in
17  this market that defines what the relevant
18  geographic market is.
19          MR. KUNEY:  Could I hear the first
20  three sentences of that read back, please?
21          (The record was read as
22  requested.)
23          MR. KUNEY:  Great.  Thank you.
24  Thank you.

Page 178

1 BY MR. KUNEY:
2     Q.   Dr. Beyer, in your view do hauling
3 costs have any effect on the scope of the
4 geographic market for purposes of this case?
5     **A.   They could and hauling costs in**
6 **the end will be determined by the flow of**
7 **milk -- assuming no structural impediments,**
8 **which is part of the allegations of the**
9 **Plaintiffs, but the distance that the milk can**
10 **economically be moved will, of course, determine**
11 **what the behavior of farmers and processors will**
12 **be.**
13     Q.   Has there been any change over
14 time as you understand it in the distance that
15 milk can be economically moved?
16         MR. BROOKHISER: I object. That's
17 over broad.
18         MR. KUNEY: I'll take that as a
19 form objection. It's fine.
20         THE WITNESS: There has.
21         Technology in transportation, not
22 only about milk but in a variety of different
23 perishable commodities has improved over time in
24 a variety of ways.

Page 179

1 BY MR. KUNEY:
2     Q.   And have these technology changes
3 led to increases in the distance that milk can
4 be economically moved?
5     **A.   Yes.**
6     Q.   And that's raw milk? I want to
7 make sure we're talking about raw milk and not
8 processed milk?
9     **A.   Grade A raw milk.**
10     Q.   Does the Federal Regulatory
11 System, as you understand it for milk, provide
12 any incentives for people to move milk from one
13 Federal order to another?
14     **A.   There are specified hauling rates**
15 **and those may fall into your use of the term,**
16 **incentives.**
17     Q.   What is your understanding as to
18 why the Federal Regulatory System gives hauling
19 credits for people that move milk from one
20 Federal order to another?
21     **A.   The reason that the hauling rates**
22 **are different or may be different, it's not**
23 **always the case, but may be different is because**
24 **of a recognition that the distances traveled, as**

Page 180

1 **distinct from farm to processing facility, may**
2 **be greater than the local comparison and,**
3 **therefore, requiring some additional**
4 **transportation subsidy?**
5     Q.   Do you have an understanding as to
6 why the market administrators don't expect that
7 the forces of supply and demand will take care
8 of ensuring that milk travels the distance
9 that's needed?
10     **A.   I have not examined the rationale**
11 **for that. I'm just taking that as a given.**
12     Q.   Do you -- do you have an
13 understanding that over the past several decades
14 milk production in the Southeast has been
15 declining?
16     **A.   I don't know about several**
17 **decades. I do know about the period from at**
18 **least 2000 to 2007 or maybe late 1990s to 2007.**
19 **And over that period milk production has been**
20 **declining.**
21     Q.   And is it your understanding that
22 before what for purposes of this case we called
23 a Class period, milk production in the Southeast
24 was declining?

Page 181

1     **A.   Based on what I've read, not**
2 **actual data, but what I've read, that would**
3 **appear to be the case, yes.**
4     Q.   Is it also your understanding that
5 the number of dairy farmers in the Southeast was
6 declining in the years before what we call the
7 Class period?
8     **A.   It would appear that the number of**
9 **dairy farmers which is the principal explanation**
10 **of decline in production in the Southeast has**
11 **been -- has undergone what I would call a**
12 **long-term secular decline.**
13     Q.   And what has been the long-term
14 secular trend as you understand it in the
15 average size of dairy farms that continue to
16 operate in the Southeast?
17     **A.   Again, I haven't looked at this**
18 **systematically, but from what I've read in this**
19 **case and others, the size of farms have tended**
20 **to increase in terms of the number of milkable**
21 **cows that are being milked on a daily basis.**
22     Q.   And you clarified that increase
23 meaning cows, not acreage?
24     **A.   That's correct.**

Page 182

1    Q.   What's your understanding,
2  Dr. Beyer, as to why in the period before,
3  what's here called the Class period, production
4  and the number of dairy farmers in the Southeast
5  were declining?
6    A.   I have certain observations.  I
7  need to say at the outset, this is not part of
8  my charge of responsibility.
9        The price received for milk, in my
10  judgment, clearly has been a factor.
11       As an economist to look at rising
12  demand long-term and declining production
13  long-term and no fundamental changes except late
14  in this period in price raises a fundamental
15  question, because price is the mechanism to more
16  closely aligned demand and supply.  We went over
17  this before.  I'm not suggesting that the
18  Southeast would become self-sufficient in milk,
19  but that the rate of decline of farms would be
20  less than it otherwise would be secularly over
21  the long-term, but other factors that have
22  accounted for the number of farms that have gone
23  out of production is that there are certain
24  economies of scale with new technology and new

Page 183

1  investments that dairy farmers can make, and
2  some do make, but they can only make those
3  investments if they have the scale of
4  operations.  Therefore a larger farmer, all
5  other things being equal, will tend to be a more
6  efficient farmer.
7        The cost of raw materials, feed,
8  possibly labor, although I haven't examined
9  that, have probably risen more rapidly than
10  other geographic areas of the country, but again
11  that is a preliminary observation, it is not
12  based on a systematic review of the data.
13   Q.   As you understand it are there
14  some --
15   A.   A final consideration here.
16   Q.   Finish, please?
17   A.   -- I don't want to say it's final
18  but of the observations I'm putting out here is
19  the alleged joint behavior of the Defendants.
20   Q.   And as you understand it what
21  contribution has that made to the decline in
22  milk production or the number of dairy farmers
23  in the Southeast?
24   A.   I could be facetious and give you

Page 184

1  a precise estimate, but I won't.
2    Q.   Directional is fine?
3    A.   It all goes back to price.  If
4  price had been higher the rate of decline in
5  milk supply in the Southeast would be less than
6  it has been.
7    Q.   Have there been, as you understand
8  it, some farms in the Southeast that have
9  expanded the size of their herds in the period,
10  I think you said you looked at 2000 to 2007?
11   A.   Well, in some cases on an
12  anecdotal basis I have examined a longer time
13  based on deponents and dairy farmers experience
14  and others who are in the industry.  And I've
15  read articles that have been prepared by USDA
16  and agriculture economists at Wisconsin,
17  Cornell, Florida, and elsewhere.
18       Basically, this is true throughout
19  the United States so it is not unique to the
20  Southeast.  As new technology has become
21  available for on farm use farmers have found
22  their ability to use this new technology
23  requires them to have larger operations and,
24  therefore, have made the necessary investments

Page 185

1  to enable them to use it.
2    Q.   With respect to the production of
3  raw milk can you give us just an example or two
4  of what some of these new technologies are that
5  you understand the larger farmers can and have
6  invested in?
7    A.   Mr. Robey described some of those
8  examples where he was able to invest in a
9  loading operation, loading from the milk
10  produced by his cows to a truck, to a tanker,
11  that would be stationed at his operation and
12  would substantially, according to his words, I
13  haven't seen any numbers to this effect, reduce
14  the cost of transporting milk from his farm to
15  wherever that tanker goes, to whatever
16  processor.  That's an example.
17   Q.   Based on your examination of the
18  industry to date do you have a sense of how
19  changes in the size of farms in the Southeast
20  compare to changes in the size of dairy farms in
21  other parts of the country?
22   A.   Only as it is reported
23  occasionally in various publications or by
24  various participants.

## Page 186

1     The reports that I have received,
2 and as I recall they're somewhat
3 contradictory -- not contradictory. They're not
4 always with the same message, but by and large
5 what I've seen is that farm -- dairy farm size
6 has increased at a more rapid pace outside of
7 the Southeast, but it has also occurred within
8 the Southeast.
9     Q.   And in the material that you've
10 reviewed to date have you seen any explanations
11 for why dairy farm size has increased more
12 rapidly outside the Southeast?
13     A.   Profit. Profit.
14     Dairy farmers -- some dairy
15 farmers -- from my experience you don't ask a
16 dairy farmer, you don't ask any farmer if he's
17 happy with his situation, because you're going
18 to get a litany of woes about everybody who is
19 taking money from his pocket, but that's just
20 part of the nature of the industry.
21     My experience in Wisconsin with
22 some of the very new dairies -- not new farmers
23 but they've completely reinvested to enable them
24 to triple, quadruple, the size of their herd,

## Page 187

1 using entirely their ability to utilize new
2 technology and increase their total profit.
3     And at the same time right next
4 door to a dairy farm that I've walked through
5 that has made this kind of change there may be a
6 dairy farm, a farmer who is still milking 30, 35
7 cows and has been doing that all his life. But
8 profit is a function of reducing the costs of
9 operation and receiving a better price for the
10 milk that is produced. So the two go hand in
11 hand.
12     Q.   How, if at all, does the decision
13 by some dairy farmers to exit the business
14 affect those who continue to dairy farm?
15     A.   If we -- if one sets aside the
16 allegations in the Complaint and just looks at
17 it as an economist, firms that are exiting from
18 a business reduce the quantity of -- in the
19 first instance, the quantity of the goods
20 supplied and, therefore, in an unfettered market
21 enable the remaining suppliers to charge a
22 higher price.
23     Whether that is, in fact, the case
24 depends on the nature of the marketplace.

## Page 188

1     Let me just add, it's very clear
2 if you compare the reduction in supply in the
3 Southeast with the price paid to dairy farmers,
4 that hasn't happened.
5     Q.   What has not happened? What's the
6 that?
7     A.   Price going up.
8     Q.   The exit of dairy farmers in the
9 Southeast has not resulted in a price increase?
10     A.   Right.
11     Q.   Is it your opinion -- I think I
12 heard you say this, but I just want to go back
13 to it, that the alleged joint conduct in this
14 case, if it occurred, has hastened the exist of
15 dairy farmers in the Southeast?
16     A.   I would prefer to put it a
17 different way, but it's saying the same thing,
18 that but-for this alleged anticompetitive
19 conduct the price for Grade A raw milk paid to
20 dairy farmers would have been higher than it
21 was, which would have slowed down the rate of
22 exit of dairy farmers, but that's my observation
23 as an economist. Whether that's true or not is
24 immaterial to the final results.

## Page 189

1     The result is that you could have
2 a higher price and still have dairy farmers
3 exiting at the same rate because the efficiency
4 changes that are occurring would be -- would
5 offset those exits or they would be partially
6 compensated.
7     Q.   So if I understood that last
8 piece, so the farmers who didn't adopt new
9 technologies might be exiting the business even
10 if there were price increases?
11     A.   No. They might. We don't know,
12 but to me that is not -- to know what the rate
13 of farm development and change has been in the
14 Southeast and would be in a but-for environment
15 is not necessary in order to identify a but-for
16 price that farmers would have been paid for
17 Grade A raw milk.
18     Q.   And the -- even at the but-for
19 price is it your understanding that there would
20 have been some exit of farmers from the dairy
21 farming business in the Southeast?
22     A.   Yes. In my judgment. Now,
23 whether or -- there may be other agricultural
24 economists that would say that would change.

Page 190

1    MR. KUNEY: Let's go off the
2 record just for a moment, if we could.
3    THE VIDEOGRAPHER: Going off the
4 record. The time on the video screen is
5 15:12:19.
6    (A brief recess was taken.)
7
8    THE VIDEOGRAPHER: Going back on
9 the record. The time on the video screen is
10 15:26:30. Please continue.
11 BY MR. KUNEY:
12    Q.  Dr. Beyer, I'm going to ask the
13 court reporter to mark as Defendant's
14 Exhibit 409 a -- looks like a PowerPoint
15 presentation entitled, Dairy Production in
16 Florida and Southeast Orders by Sue Mosley,
17 Market Administrator and it's dated
18 January 31st, 2008?
19    (Defendant's Exhibit Number 409
20 was marked for identification.)
21    MR. BROOKHISER: What did you say
22 this was, 409?
23    MR. KUNEY: 409, yeah.
24    MR. BROOKHISER: Can I ask, I

Page 191

1 don't see a production number on this so I
2 assume this isn't part of a document production?
3    MR. KUNEY: No. It is not it is
4 from the website of the Southern Dairy
5 Conference.
6 BY MR. KUNEY:
7    Q.  Dr. Beyer, have you seen this
8 before?
9    A.  No. I have not.
10    Q.  Do you know who Sue Mosley is?
11    A.  I can read.
12    Q.  Have you had any contact with the
13 Market Administrator's Office in connection with
14 your work on this case?
15    A.  Two of my staff working for me
16 have.
17    Q.  The -- of course, the pages are
18 not numbered. The third page in is entitled,
19 SE & FL Combined State Production. Do you have
20 that in front of you?
21    A.  Yes.
22    Q.  There is a bar graph. This shows
23 a decline in production of 24.4 percent from the
24 year 2000 to the year 2007 for the total pounds

Page 192

1 of milk pooled on any order and then it lists a
2 variety of states, Alabama, Arkansas, et cetera.
3 Do you see that?
4    A.  Yes.
5    Q.  Is that figure at least generally
6 consistent with your understanding of the
7 magnitude of the production decline in those --
8 in that time period for states in the Southeast?
9    MR. BROOKHISER: But not including
10 Florida?
11    MR. KUNEY: Including or excluding
12 whatever his understanding might be.
13    THE WITNESS: If you look at -- I
14 might as well pull it out, I think it's
15 exhibit -- I don't have color here. This would
16 have been very pretty.
17 BY MR. KUNEY:
18    Q.  If we had done it in color? Next
19 time?
20    A.  What I've shown in Exhibit 14.
21    Q.  Yes?
22    A.  Is in effect for the Southeast,
23 Orders 5 and 7, although it is based on the
24 states because we don't have exact production by

Page 193

1 the Orders, so there are several states where
2 only part of the states are in one or the other
3 two Orders, but you can see that -- it actually
4 goes from 1995, which is from 2000.
5    It appears to be at about the same
6 rate, but I'm just looking at these two graphs
7 very quickly.
8    Q.  Okay. Take a look if you would --
9 it will be about -- four pages farther in. It's
10 entitled, State Milk Production?
11    A.  Yes.
12    Q.  And there's actually two with that
13 same title. The first one I hope you have in
14 front of you has Florida, Missouri, Kentucky,
15 Georgia, Tennessee?
16    A.  Yes.
17    Q.  Great. You see the various
18 figures given there for the production decline
19 in those particular states?
20    A.  Yes.
21    Q.  Do you, based on your examination
22 of this industry to date, can you offer any
23 observations or explanations as to why the
24 decline in production in Kentucky, for example,

Page 194

1 is 25 percent, whereas in Georgia it's only
2 3.2 percent?
3     A.   No. In looking at it state by
4 state to me is not a very relevant economic
5 analytical task.
6         I know that's a way in which the
7 state boundaries is a way in which data are
8 kept, but it doesn't -- the state boundary is by
9 itself not very meaningful.
10     Q.   Turn the page, if you would, just
11 another page, same set titles, different group
12 of states, Louisiana, Mississippi, Arkansas, and
13 Alabama, I believe it is.  Do you have that one
14 in front of you?
15     A.   I do.
16     Q.   Do you have any observation or
17 explanation as to why the decline in production
18 in Arkansas during this time period is
19 57.2 percent?
20     A.   Rather than something else?
21     Q.   Rather than the numbers in all of
22 the other states that are referenced?
23     A.   I do not.
24     Q.   One more page in, if you would, a

Page 195

1 chart entitled, Average Farm Size.
2         Do you have an understanding or
3 explanation as to why the average farm size in
4 Florida is significantly larger than the average
5 dairy farm size in Georgia, Alabama, Missouri,
6 Kentucky, and the other states shown on this
7 page?
8     A.   I don't.
9     Q.   Almost at the end -- four pages
10 from the end, there's a chart entitled, Sources
11 of Southeast and Florida Milk.  Do you see that?
12     A.   Yes.
13     Q.   And this graph, set of graphs,
14 depicts producer milk pooled and delivered to
15 Federal Order 6 or 7 pool plants.  Do you see
16 that?
17         MR. BROOKHISER:  That's the
18 description at the bottom of the page?
19         MR. KUNEY:  Yes.  That's what I
20 said.  Do you see that?
21         THE WITNESS:  Okay.
22 BY MR. KUNEY:
23     Q.   Dr. Beyer, is the data shown here
24 that with respect to the Southeast and Florida

Page 196

1 Federal Order 7 as a source of the milk pooled
2 in Order 6 and 7 has declined between 2000 and
3 2007, consistent with information that you've
4 reviewed in your examination of this industry to
5 date?
6     A.   Could I have the question read
7 back or repeat it, because I was looking at this
8 graph and it was a long question?
9     Q.   It was a long question.
10         Is the decline in Federal Order 7
11 as a source of milk to these particular pool
12 plants, is that decline consistent with other
13 information that you've reviewed during your
14 work on this matter?
15     A.   It is consistent with the decline
16 in production, though I've looked at the decline
17 in production for Order 7 and 5 together, not
18 just for Order 7.
19     Q.   Where is Federal Order 126, if you
20 know?
21     A.   Federal Order 126 is in the
22 Southwest.  It is Western Texas and New Mexico.
23     Q.   And what about Federal Order 33,
24 where is that?

Page 197

1     A.   Right offhand, I don't recall.
2     Q.   Federal Order 32, do you know
3 where that is?
4     A.   Same answer.
5     Q.   Okay.  Am I reading this graph
6 correctly that Federal Orders 7, 6, 126, 33, and
7 32, are larger sources of milk to the pool
8 plants being described here than Federal Order
9 5?
10     A.   Yes.  For Federal Order 7 and 6.
11 I mean the graph that the market administrator
12 is presenting looks at Order 7, the Southeast
13 and Florida Order 6.
14     Q.   Right?
15     A.   And I've not looked at those in
16 combination.  I've looked at a variety of others
17 in combination, but with 5 and 7.
18     Q.   Do you know why the market
19 administrator thought it useful to evaluate
20 Federal Order 6 and 7 together, rather than 5
21 and 7?
22         MR. BROOKHISER:  I'll object,
23 calls for speculation.  He testified he's never
24 seen this.

Page 198

1    THE WITNESS: No.
2    BY MR. KUNEY:
3        Q.   Have you examined the question of
4    whether a more appropriate relevant market would
5    be Federal Orders 6 and 7, rather than Federal
6    Orders 5 and 7?
7        A.   I considered it and set it aside.
8        Q.   Dr. Beyer, as you understand the
9    marketplace in the Southeast are co-ops
10   competing to get farmers to sign up as members?
11       A.   What do you mean by competing?
12       Q.   Are they working to get farmers to
13   sign up with their co-op or stay signed up with
14   their co-op rather than some other co-op?
15       A.   Sure.
16       Q.   And are they -- as you understand
17   it on what basis or bases do co-ops in the
18   Southeast compete to try to keep and gain farm
19   members?
20       A.   From what I've seen by and large
21   they do not compete on price.  They compete on
22   other intangibles such as, we're good guys, or
23   we're more efficient at hauling, we can reduce
24   your hauling costs if you come with us.

Page 199

1        There have been some isolated
2    examples of price competition, but they're very
3    few and essentially price is not the mechanism
4    by which competition occurs.
5        Q.   In the named Plaintiffs
6    descriptions of how they have from time to time
7    changed affiliation have they said the pay price
8    differences was not a consideration to them?
9        A.   I don't recall any of them saying,
10   to put it in a positive form, that changes that
11   they made were motivated by a change in price.
12       Several of the named Plaintiffs
13   went to -- became DMS because they didn't like,
14   for whatever reasons, DFA and they wanted to
15   escape from DFA and it was only later that they
16   learned that they hadn't really escaped from
17   DFA, it was just in other clothing.
18       Q.   Is it your understanding that the
19   movement of some farmers from being DMS shippers
20   to being Dean Directs was not related to pay
21   price issues?
22       A.   I've only seen the deposition of
23   one such person and it -- in the absence of
24   interviewing the other farmers as they've come

Page 200

1    on, and I'm not sure that we would get the
2    answer to that in the process of interviewing,
3    the reality is I don't know and I don't think
4    anybody knows why a person -- why a given farmer
5    has gone from DMS to what is called Dean Direct.
6        However, having said that, the
7    number of farmers out of the 4,300 Class
8    members, as I mentioned earlier, is very small.
9        Q.   Are you aware that SMI has some
10   farmer members in the state of Tennessee?
11       A.   Yes.
12       Q.   And is SMI's -- are SMI's
13   activities in Tennessee one of those isolated
14   examples you were talking about where there was
15   pay price competition that influenced farmers
16   decisions about what co-op to participate in?
17       A.   Potentially, yes, limited in time
18   and space.
19       Q.   When you say, potentially yes, are
20   you saying you're not sure if that's an example
21   of pay price competition?
22       A.   Yes, because I don't know the
23   circumstances surrounding it.  I only have
24   secondhand comments by people working for DFA

Page 201

1    who concluded DFA didn't like SMI being in "its
2    territory".
3        Q.   Other than your own evaluation of
4    the pay price data what have you done to
5    determine whether farmers consider the
6    differences in pay prices between co-ops to be
7    significant?
8        A.   I don't think there's any way to
9    define that except by looking at the prices --
10   in the aggregate except by looking at prices
11   that are paid to DFA farmers or other DFA
12   affiliated cooperatives like the Maryland &
13   Virginia, affiliated in the sense that they are
14   part of SMA and DMF prices, in effect all the
15   prices available where we have transaction data.
16   By transaction data, I mean prices paid to
17   specific farmers once a month for the milk that
18   they have provided, both the weight and the
19   price, and by comparison of those prices which
20   are shown in my report at various places are
21   almost identical.
22       Q.   Have you made any effort to
23   determine the frequency with which farmers have
24   changed co-op affiliations because they believe

Page 202

1  the pay price differences between co-ops are
2  significant?
3         A.   I have not and the reason for it
4  is it is not relevant to my opinions about
5  common impact or about damage methodologies.
6         If I were looking at -- if I were
7  charged with the responsibility of defining --
8  of looking at and evaluating the alleged
9  anticompetitive behavior I might examine that,
10  but I have not been asked that.
11        Q.   So if I understood that, the issue
12  of whether the farmers think the pay price
13  difference are enough to warrant moving co-ops
14  is not an issue that you have had occasion to
15  look at, given your mission in the case?
16        A.   Mission?
17        Q.   Assignment, whatever you would
18  like to call it?
19        A.   Something neutral, not a
20  pejoratively labeled term.  My assignments have
21  been threefold.  Is common evidence for certain
22  aspects of defining relevant markets product and
23  geographic.
24             Determining whether the Defendants

Page 203

1  have market power.
2             When it's done at a subsequent
3  phase of the litigation will it require analysis
4  that is common in the way I've described it to
5  the Class.
6             The second question is has it --
7  is there -- if the allegations are true would
8  all members of the Class, all dairy farmers be
9  affected.  My answer is, yes.
10             And then the final is, are there
11  damage methodologies which I believe that can be
12  used on a class-wide basis that I judge to be
13  feasible.  I've answered to that,
14             And the specific question that you
15  just asked me in various ways about farmer
16  movement between different co-ops, between
17  different institutional arrangements is not
18  necessary to answer any one of those three
19  questions.
20        Q.   Which of the charts attached to
21  your report, if any, provide information or a
22  tracking of mail box prices to farmers?
23        A.   Exhibit 15 is one example of the
24  tracking of those prices and there are other

Page 204

1  examples in Exhibit 12(c) where DFA for
2  different pay categories and SMA's blend price
3  are also shown.
4         Q.   I see.  Let's start with 12(c), if
5  we could.  To understand what you have here,
6  does the heading, Average Blend Price refer to
7  the mail box price to the farmers in that pay
8  group?
9         A.   Yes.
10        Q.   So blend means mail box for
11  purposes of Exhibit 12 C?
12        A.   The blend price -- no, I'm sorry.
13  The blend price is the skim and butter fat
14  price, but specific to farmers, depending on the
15  butter fat content that they have, but the
16  butter fat price and their location arrangement.
17        Q.   All right.  Let me go back to my
18  question then.
19             I understand there are charts that
20  reflect pieces of prices to farmers, blend,
21  premiums, et cetera.  I was attempting to ask
22  for the identification of charts that show,
23  track, compare, the mail box price received by
24  dairy farmers in the Southeast?

Page 205

1         A.   Exhibit 15 is the monthly price
2  paid by DFA.  It's not the mail box price.  It
3  is the gross price from which deductions for
4  hauling and advertising and the like are paid,
5  as well as for DMS.
6         Q.   Okay.  So Exhibit 15 is not quite
7  mail box prices either because expenses have not
8  been deducted?  I just want to make sure I
9  understood your answer?
10        A.   Yes, that's correct.
11        Q.   Okay.  So I take it -- are there
12  any others?  Any exhibits in your report that
13  depict actual mail box prices received by any
14  farmer or group of farmers in the Southeast?
15        A.   No.  There are parts of that.  The
16  over order premium that are shown through
17  probably seven or eight are taken from those
18  mail order invoices.
19             Mail order prices can very easily,
20  from the data that we have, be computed and
21  apparent.
22        Q.   What's the relationship, if any,
23  as you understand it between over order premiums
24  and mail box prices received by farmers?

Page 206

1    A.   Well, the answer to that question
2  is several:  Mail order premium -- over order
3  premiums are included where they're relevant for
4  a particular farmer as part of the mail box
5  price.
6       So if one farmer has -- is
7  eligible for volume and quality premium but
8  another farmer is not, and they're both with
9  DMS, their mail order price will vary and that
10 will depend upon the premium.
11      Just to be clear, from my point of
12 view, the over order premium for volume and
13 quality are factors that would occur in any
14 event, with or without the alleged joint conduct
15 and, therefore, in the end are not part of the
16 damage analysis.
17     Q.   What is it you've read or analyzed
18 that has led you to the conclusion that the
19 alleged anticompetitive conduct did not touch in
20 any way volume or quality premiums?
21     A.   Well, that's a good question.
22 Maybe I have led -- used the judgment that leads
23 to a downward bias in the estimate of damages by
24 leaving -- by setting those -- the values

Page 207

1  assigned to those premium as being not subject
2  to anticompetitive behavior.
3       However, having said that, in most
4  industries prices can vary, depending on the
5  volumes purchased or the volumes sold.  Vary on
6  the quality purchased or the quality sold, and I
7  prefer rather than getting into -- if I were
8  asked to do the damage analysis getting into a
9  prolonged debate as to whether the volume premia
10 and the quality premia are or are not a function
11 of the anticompetitive behavior to simply accept
12 it at its face value for what it is.  Some
13 farmers receive them because of their
14 circumstances.  They are producing sufficient
15 volume to qualify for that or specifically pass
16 the test for quality and leave it at that.
17     Q.   Is it your understanding that
18 farmers can change their behavior in a way that
19 will increase their ability to earn either
20 volume or quality premiums?
21     A.   Some can and some can't, but
22 farmers that have an ability to qualify for one
23 or the other or both of those premia may be able
24 to change their behavior and qualify for them.

Page 208

1  It's a question of whether the actions that they
2  take, whether the costs involved with that to
3  them is worth the benefit, which is the premium.
4     Q.   Have you investigated the question
5  of why collective conduct aimed at restricting
6  output would include the payment of a volume
7  premium?
8     A.   No.
9     Q.   What's the --
10    A.   Excuse me.  The collective action
11 may in the end not have restricted output as its
12 intent.
13    Q.   What is the relationship, as you
14 understand it, between over order premiums and
15 the Federal blend price?
16    A.   The over order premiums to the
17 extent that they are granted by processors, paid
18 for by processors, are a reflection of some
19 additional value per unit of milk that the
20 processor is prepared to pay to the source of
21 milk, either the cooperative or the agent for
22 the independent farmers.
23    Q.   Have you seen any information
24 suggesting that there's a counter cyclical

Page 209

1  relationship between over order premiums and
2  Federal blend price, such that when Federal
3  blend prices go up over order premiums tend to
4  go down?
5     A.   I've seen several statements to
6  that effect, but all the statements to that
7  effect are from participants or individuals who
8  are employed by the participants in the alleged
9  joint conduct.
10    Q.   Have you seen any --
11    A.   I'm not sure that cyclical
12 relationship is bound in stone, that it's
13 somehow deemed from on high, but that's the way
14 it's supposed to be.
15    Q.   Have you seen any documents of any
16 of the organizations that are involved in
17 announcing over order premiums that, in fact,
18 the rule that they're going to use links the
19 over order premium to the Federal blend price in
20 such a way that when the blend price goes up the
21 over order premium is reduced?
22    A.   I don't recall such documents.
23    Q.   In your opinion, Dr. Beyer, for
24 purposes of the dairy farmers in the Southeast,

Page 210

1    is the -- and whether and how they've been
2    impacted, is the pertinent number the over order
3    premium or the mail box price?
4        A.  Neither.  It is -- it's neither
5    because the mail box price will include in some
6    instances the over order premium for volume and
7    quality.  And if those are likely to be in
8    effect in any event, with or without this
9    alleged conspiracy, then they should not be
10   taken into account in the price analysis of what
11   would exist in the but-for market.
12        Therefore, in my looking at it it
13   is the mail box price less those over order
14   premiums where they apply so that there is not a
15   mistaken percentage overcharge or undercharge or
16   absolute allowed for those -- what I would call
17   normal characteristics in a marketplace, time
18   and quality, but they are simply part of the
19   landscape regardless of the way in which prices
20   to the farmers are established.  Market based or
21   through the collective actions of the
22   Defendants.
23        Q.  I just want to make sure I heard
24   that, next to last part correctly.  Is it the

Page 211

1    pertinent price in your view is the mail box
2    price less volume and quality premiums?
3        A.  Yes.
4        Q.  Okay?
5        A.  For determining the undercharge.
6        The units of product produced
7    would be 100 weight of milk by any farmer.  And
8    whether there are premium for volume and quality
9    paid to that farmer as a consequence will be
10   taken out of the equation.
11        Q.  And that's I take it also the
12   pertinent price for purposes of your various
13   comments about prices being subject to common
14   proof, that mail box price less volume and
15   quality premiums?
16        A.  Subject to common proof?
17        Q.  Well?
18        A.  You're mixing.  I don't understand
19   that.
20        Q.  Let me back up.
21        You clarified, I believe, your
22   previous answer by saying the mail box price
23   less volume and quality premiums was the
24   pertinent price for determining whether there

Page 212

1    was an undercharge and how much it was; is
2    that --
3        A.  For estimating the undercharge.
4        Q.  For estimating the undercharge.
5    Okay.
6        For purposes of evaluating whether
7    there has been common impact on the potential
8    members of the Class is there some different
9    price that you would point to?
10       A.  You can look at a variety of
11   prices if you wish because all members of the
12   Class are treated similarly, if not identical.
13   Therefore, whether a particular premium is
14   included or subtracted, I mean, they are a
15   de minimis -- as it turns out a de minimis part
16   of the payment.  It doesn't matter.  There is a
17   uniform price.
18       Q.  So it doesn't make any difference
19   which price you look at?
20       A.  Well -- if you look at gross
21   price, mail box price, mail box price less your
22   volume and quality premium or just at the over
23   order prices identified in the two ways or
24   defined in the two ways that I have looked then

Page 213

1    prices move very similarly all across.
2        Q.  For purposes of determining the
3    impact on would be Class members of the
4    allegedly anticompetitive conduct which price
5    would be the most pertinent?
6        A.  For actual impact?
7        Q.  Yes?
8        A.  Not what I'm opining about right
9    now?
10       Q.  Right?
11       A.  Actual impact would occur.
12       Q.  For determining impact, yes?
13       A.  At the following stage of the
14   litigation, if there is one.
15       It would be the same set of
16   prices, mail order price less the volume and
17   quality discounts.
18       Q.  Okay.  Okay.  Mail box price?
19       A.  Mail box price.
20       Q.  Okay.  Take a look if you would at
21   paragraph 40 of your report on -- starts at the
22   bottom of 22 and runs over onto 23.
23       Take a minute if you would.  You
24   might just read through the paragraph.  I want

Page 214

1  to ask a question about a sentence toward the
2  end, but you might want to read the whole
3  paragraph, just to get it back in your head?
4      A.  Okay.
5      Q.  Okay. I'm looking at the sentence
6  that is about three from the end of the
7  paragraph. It begins, further. Further
8  Defendants agreed. Do you see that?
9      A.  Yes, I do.
10     Q.  Okay. What -- further Defendants
11 agreed to circumvent the DOJ's restrictions on
12 exclusivity of supply agreements.
13         What restrictions were you
14 referring to?
15     A.  As I recall in the -- both in the
16 **Complaint and specifically in the DOJ press**
17 **release that part of DOJ's agreement to go ahead**
18 **with this merger after DFA and NDH -- NDH were**
19 **to be formed is that DFA would not have**
20 **exclusive supply arrangements, full supply**
21 **arrangements, with any of the parties other**
22 **than, of course, itself, and it did enter into**
23 **such full supply agreements with certain of the**
24 **parties.**

Page 215

1      Q.  And what did you say the source of
2  that understanding was, a press release and
3  something else?
4      A.  **The Complaint.**
5      Q.  And the Complaint.
6         Okay. So your understanding is
7  that the Justice Department approved the merger
8  on the understanding that DFA wouldn't have any
9  full supply agreements with anyone involved in
10 the transaction?
11     A.  **That's my understanding, except**
12 **for processing plants that it owned which had**
13 **been ongoing and continuing.**
14     Q.  How is it as you understand it
15 that the Defendants were able to circumvent, to
16 use your word, these restrictions? You're aware
17 I take it that there have been any number of DOJ
18 investigations of not only the merger but of the
19 industry since the merger?
20     A.  **I'm aware of only two at the time**
21 **of the merger and the -- what I referred to and**
22 **others have referred to as the cartelization of**
23 **the Southeast milk industry which occurred in**
24 **2005 on the whole.**

Page 216

1      **All I'm aware of both from some**
2  **documents introduced in depositions, NDH**
3  **depositions and others, that DFA nonetheless**
4  **had, despite this statement by DOJ, ended up**
5  **having full supply agreements. In fact, NDH**
6  **signed an agreement with another cooperative**
7  **which it later had to say, sorry, we can't do it**
8  **because we have a full supply agreement with**
9  **DFA.**
10     Q.  Do you have an understanding,
11 Dr. Beyer, of how these facts as you understand
12 them escaped the Justice Department's attention,
13 if, in fact, they approved the transaction on
14 the understanding that DFA would have no such
15 agreements?
16         MR. BROOKHISER: Objection. That
17 assumes facts not in evidence.
18         THE WITNESS: Well, I put it
19 slightly different. You're assuming that the
20 DOJ is an omnipresent omnition institution. The
21 reality is go to Kathleen Turner's deposition.
22 She identified very directly an example where a
23 supply agreement was negotiated with a new
24 cooperative and had to be declined because of an

Page 217

1  existing DFA full supply agreement with one of
2  the NDH plants. I don't know how it came into
3  being or why DOJ did not review it, that's
4  not -- I'm not interested in that. That's not
5  part of my charge.
6  BY MR. KUNEY:
7      Q.  It's only part of your report?
8      A.  **It's a statement of fact.**
9      Q.  A statement of fact, the existence
10 of those restrictions, are you calling that a
11 statement of fact?
12     A.  **DOJ's announcement that an**
13 **imposition of no full supply agreements with DFA**
14 **who was a very important participant in the**
15 **processing facilities was a consideration.**
16         MR. KUNEY: I think we're going to
17 have to go off the record. We're close to done,
18 but unfortunately we're at the end of the tape.
19         THE VIDEOGRAPHER: Here marks the
20 end of videotape number three, taken in the
21 deposition of Dr. John Beyer. Going off the
22 record. The time on the video screen is
23 16:08:04.
24         (A brief recess was taken.)

Page 218

1
2          THE VIDEOGRAPHER:  Here marks the
3   beginning of videotape number four, taken in the
4   deposition of Dr. John Beyer.  Going back on the
5   record.  The time on the video screen is
6   16:19:15.  Please continue.
7   BY MR. KUNEY:
8       Q.   Dr. Beyer, take a look if you
9   would please at page 38 of your report and in
10  particular at footnote 93?
11      A.   Yes.
12      Q.   Okay.  You wrote there, "it is
13  clear from the exhibits that the premiums paid
14  to independent dairy farmers began to increase
15  in late 2005 and early 2006."
16          Now, you didn't mean just the
17  premiums to independent dairy farmers; did you?
18      A.   No.  This same footnote is
19  included in the following discussion of DFA.
20      Q.   Okay.  And you said, "though this
21  phenomenon requires additional research which is
22  ongoing."
23          Have you done any additional
24  research into this increase in premiums since

Page 219

1   you submitted your report?
2       A.   No, I have not.
3       Q.   Okay.  You wrote, "at present my
4   understanding is that a number of factors may
5   have contributed to increased premiums during
6   this time period."
7           I would just like to walk through
8   them with you and have you explain what it is
9   you understand to be the connection, if any,
10  between the factor you listed and this increase
11  in premiums, okay.
12          So if we could, let's begin with
13  the retirement of DFA CEO Defendant Gary Hanman.
14  What is your present understanding as to how
15  Mr. Hanman's retirement may have contributed to
16  increased premiums in late 2005 and early 2006?
17      A.   Let me say, and this is a way of
18  dealing with all of these, I think there are
19  four factors that are listed here, that there is
20  a convergence of these factors at about the same
21  time.  It's a fairly long period, but from 2004
22  through early 2007, and given their occurring
23  along with the rise in over order premiums,
24  however defined, the two ways that I've defined

Page 220

1   them, suggest to me that a responsible --
2   professionally responsible recognition is of
3   potential contributing factors.
4           How they might -- all of them
5   could potentially be a factor explaining why
6   over order premiums have increased.  Whether
7   they have or not remains to be determined and
8   that is something that I think an economist who
9   does this estimate -- the damage estimation at a
10  subsequent stage of the analysis would need to
11  take into account.  That's all it's saying.
12      Q.   Is there something about either
13  Mr. Hanman or whoever replaced him as CEO of DFA
14  that would lead you to connect that transition
15  from Mr. Hanman to Mr. Smith to an increase in
16  premiums paid to dairy farmers in the Southeast?
17      A.   By itself, no, but it could be a
18  factor given that Mr. Hanman was at the creation
19  of DFA and was intimately involved as CEO of DFA
20  at the time of the various institutions in the
21  Southeast that became DFA affiliated or DFA
22  controlled.
23      Q.   Is it your understanding that some
24  part of the challenged conduct in this case

Page 221

1   ended with Mr. Hanman's retirement from DFA?
2       A.   It is a possibility.
3       Q.   I see.  It's a possibility.  You
4   don't have an opinion one way or another on
5   that?
6       A.   No, I don't.
7       Q.   What is it about the change in
8   SMA's supplemental milk purchase agreements that
9   might have contributed to increased premiums for
10  dairy farmers in the Southeast?
11      A.   Two things happened at about the
12  same time.  They may not be linked or they may
13  be linked and that's what this is about.
14          One is that there was a lot of
15  noise on the part of farmers and various
16  institutions saying in effect SMA -- two things:
17  Our prices haven't changed, number one.  And
18  there is too much.  These are farmers, and
19  nobody quantifying what that means, too much
20  milk being brought in from the Southwest and we
21  the farmers are in effect having to pay for that
22  milk.  And more or less at the same time SMA
23  begins to have what I judge to be a fairly
24  dramatic reduction in the amount of milk from

Page 222

1  the Southwest. I forget the exact quantities,
2  but it's like in half.
3       That -- the reduction of those
4  imports may explain part of the rise in the over
5  order premium and, therefore, this -- if that is
6  the case, the reduction in the amount of imports
7  from the Southwest may -- which undertaken
8  separately may be a reaction, a reflection of
9  concerns on the part of dairy farmers in the
10 Southeast.
11      Q.   So am I understanding correctly
12 that the change by SMA may be in response to the
13 dairy farmer complaints and the change by SMA
14 may help explain the rise in premiums?
15      A.   Yes.
16      Q.   Is it your -- is it your view that
17 the change in SMA's supplemental milk purchase
18 agreements was part of the collaborative conduct
19 that's being challenged in this case?
20      A.   I haven't asked the question of
21 myself whether that reduction is part of the
22 challenged conduct. We'll see later as in terms
23 of the damage analysis and the work that is --
24 the analysis through discovery that is finally

Page 223

1  done by the Plaintiffs' attorneys and by
2  economists, if any, as to whether any continued
3  imports or even a much smaller level of imports
4  from the Southwest would have resulted in a
5  lower price than actually prevailed.
6       Q.   What's the connection that
7  you're -- what's the possible connection between
8  the beginning of a DOJ in investigation and the
9  increased premiums paid to dairy farmers in the
10 Southeast in late '05, early '06?
11      A.   From -- it's not always the case,
12 but from the combination of my experience and
13 the experience of other economists who have
14 written about DOJ investigations into particular
15 industries there can be a price reaction by the
16 participants as a result of the DOJ
17 intervention. It doesn't always happen, it may.
18           Hypothesizing that this price
19 increase in premiums may reflect in part a DOJ
20 intervention in the industry in raising the
21 question has there been a cartel operating in
22 this industry, one needs to take a look at that.
23      Q.   Is it your understanding that
24 the -- a part of the DOJ's investigation was

Page 224

1  looking at the question of whether premiums to
2  dairy farmers in the Southeast were too low?
3       A.   There were -- my understanding
4  from reading some of the depositions at the time
5  that were taken by DOJ attorneys is that they
6  were probing what I have defined as over order
7  premiums, but they were probing much further
8  than just over order premiums. They were
9  looking at the cartel as they saw it and
10 attempting to define whether further
11 investigation by DOJ into this matter would be
12 warranted.
13      Q.   Do you have an understanding as to
14 whether the DOJ investigation was evaluating in
15 part whether prices were higher in the dairy
16 industry in the Southeast than would otherwise
17 have been the case?
18      A.   If they were investigating that it
19 sure didn't come through in any of the
20 depositions.
21      Q.   The last factor you reference in
22 your footnote is the present litigation;
23 correct?
24      A.   Yes.

Page 225

1       Q.   The -- do you recall when this
2  case was filed, Dr. Beyer?
3       A.   In the summer of 2007.
4       Q.   And are you suggesting in your
5  footnote that the filing of this litigation in
6  the summer of 2007 could help explain why
7  premiums went up in late 2005 and early 2006?
8       A.   Did I say that? No. I said it is
9  a factor that would be taken into
10 consideration -- could be taken into
11 consideration.
12      Q.   You say a number?
13      A.   May I finish?
14      Q.   Sure?
15      A.   Assuming that the first
16 information to the participants, the Defendants
17 and co-conspirators of such an action was when
18 it was filed, unlikely, but assuming that it
19 was, then it would really be the reinforcement
20 of potentially of the filing of this action in
21 the latter part -- the latter half of 2007.
22      Q.   I see. Have premiums stayed at a
23 higher level since early 2006 through mid 2007?
24      A.   I'll have to -- there was a period

Page 226

1 in which they fell and then rose again.
2     Q.  So if I'm understanding the tail
3 end of your footnote, the present litigation may
4 have contributed to premiums staying higher, may
5 have, in the period after they initially rose?
6     A.  Then they — well, there are a
7 couple of possibilities.
8     One is, and this is why I raise it
9 as a potential factor. One is that the behavior
10 of the Defendants may have changed so that the
11 over order premiums, in fact, paid are higher
12 than they would be in the absence, and this —
13 the filing of this litigation may have caused
14 the pricing of over order premiums to be higher
15 or to increase in the latter part of 2007,
16 though they initially fell.
17     Q.  But just to be simple minded,
18 you're not suggesting that some advanced
19 knowledge of the present litigation went all the
20 way back to late '05 and '06 and helped explain
21 why premiums went up at that time?
22     A.  I am not.
23     Q.  What -- what economic factors have
24 you looked at thus far that could explain the

Page 227

1 increase in premiums in late '05 and early '06?
2     A.  Again, I haven't looked at these
3 in a systematic way as I would, for example, in
4 a regression analysis. I have looked at the
5 rate of change in demand in the Southeast, the
6 rate of change in supply in the Southeast.
7 Those are the two principal factors that I have
8 examined and those are reflected in Exhibit 15,
9 I think it is, or 14. 14.
10     Q.  In Exhibit 14.
11     And is there something in the data
12 that you present in Exhibit 14 that in your view
13 may help explain the increase in premiums in
14 late 2005 and early 2006?
15     A.  Just by looking at that data the
16 answer is, no.
17     Q.  No?
18     A.  Because the supply and demand
19 factors appear to be moving in opposite
20 directions.
21     When this is ultimately tested in
22 the various methodologies in a more systematic
23 way demand, supply, and various parameters to
24 reflect that will be undertaken in a regression

Page 228

1 analysis where the relative contribution of them
2 both can be reflected quantitatively and their
3 impact on price.
4     Q.  Has the -- bear with me.
5     Have you looked at the question of
6 whether the mail box price, less volume and
7 quality premiums increased in late 2005 and
8 early 2006?
9     A.  Only to the extent that I
10 calculated over order premiums in two different
11 ways. One of them excluding the volume and
12 quality premium, but I have not calculated
13 prices specifically on that basis.
14     Q.  Okay. Okay.
15     I think that's all the questions I
16 have so thank you, Dr. Beyer, I appreciate it.
17 Anybody else? It sounds like that's all the
18 questions we have?
19     MR. BROOKHISER: I've got three or
20 four hours -- no. Okay.
21     MR. KUNEY: Ready to go off the
22 record.
23     THE VIDEOGRAPHER: Thank you,
24 gentlemen. Here marks the end of videotape

Page 229

1 number four. Also marks the end of today's
2 proceeding in the deposition of Dr. John Beyer.
3 Going off the record. The time on the video
4 screen is 16:35:54.
5     (Reading and signature not
6 waived.)
7     (Whereupon, at 4:36 p.m., the
8 deposition was concluded.)
9     - - - - -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 230

1    ACKNOWLEDGMENT OF DEPONENT
2
3        I do hereby acknowledge that I have
4    read and examined the foregoing of the
5    transcript of my deposition and that:
6
7        (Check appropriate box):
8
9        ( ) the same is a true, correct and
10   complete transcription of the answers given by
11   me to the questions therein recorded.
12
13       ( ) except for the changes noted in
14   the attached errata sheet, the same is a true,
15   correct and complete transcription of the
16   answers given by me to the questions therein
17   recorded.
18
19
20
21
22
23   _____    _____
24   DATE           SIGNATURE

Page 231

1        CERTIFICATE OF NOTARY PUBLIC
2        I, Paula G. Satkin, the officer before whom
3    the foregoing proceedings were taken, do hereby
4    certify that the witness whose testimony appears
5    in the foregoing proceeding was duly sworn by
6    me; that the testimony of said witness was taken
7    by me in stenotype and thereafter reduced to
8    typewriting under my direction; that said
9    proceedings is a true record of the testimony
10   given by said witness; that I am neither counsel
11   for, related to, nor employed by any of the
12   parties to the action in which these proceedings
13   were taken; and, further, that I am not a
14   relative or employee of any attorney or counsel
15   employed by the parties hereto, nor financially
16   or otherwise interested in the outcome of the
17   action.
18
19   My commission expires October 31, 2010.
20
21
22   _____
         PAULA G. SATKIN
         Notary Public in and for the
23       District of Columbia
24

Case 2:08-md-01000-JRG   Document 446-2   Filed 09/08/09   Page 60 of 83   PageID #: 9844

## A

**ability** 50:12 63:10
162:22 184:22
187:1 207:19,22
**able** 11:22 22:1 23:16
27:20 40:2 81:24
82:11 89:2,20
98:19 132:22 156:3
185:8 207:23
215:15
**absence** 19:3 49:22
199:23 226:12
**absent** 33:16 64:23
65:9,11,13 67:23
136:5
**absolute** 210:16
**absolutely** 135:13
**abstract** 104:12
**accept** 207:11
**acceptable** 7:18
**accepted** 114:14
**access** 54:10 81:22
82:8,10 91:7 92:6
100:4
**accessibility** 93:13
**accomplish** 112:24
**account** 23:16 210:10
220:11
**accounted** 50:13
182:22
**accounting** 144:23
**acknowledge** 230:3
**ACKNOWLEDG...**
230:1
**acquire** 17:14 26:11
42:23 172:3
**acquired** 18:22,24
29:19 43:9 52:7
71:4 72:20 171:20
**acquiring** 21:20
24:24 43:18 57:5
69:16
**acquisition** 16:4,10
16:14,22 18:21
19:6,9,10,11,13
21:9,15 22:6 23:23
24:13,21 30:1,13,14
30:22 32:17 34:20
41:16,18 54:2 57:1
57:12 66:24 68:19
69:6 70:3 72:13
73:5,9 74:12 119:7
171:6,13,15,18
172:8,10
**acreage** 181:23

**acronyms** 138:12
**acted** 162:15
**acting** 163:4
**action** 44:11 45:24
46:1 208:10 225:17
225:20 231:12,17
**actions** 47:19 48:17
124:11 125:20
136:22 137:4 155:7
155:9 176:16 208:1
210:21
**activities** 200:13
**actors** 44:14
**actual** 15:21 16:1,12
17:9 18:2,13 19:1,1
19:7,12,15 20:23
21:12 22:14 30:14
30:20 37:21 40:19
42:4 62:7 65:1,16
69:7 74:14 77:4
129:12 172:2 181:2
205:13 213:6,11
**add** 81:13 188:1
**additional** 26:15
32:17 112:15
158:21 180:3
208:19 218:21,23
**address** 158:22
**addressed** 37:4 51:20
127:16
**adjusted** 153:24
**administrator** 76:8
81:21 82:4,6
190:17 197:11,19
**administrators** 180:6
**Administrator's**
191:13
**adopt** 189:8
**adopted** 85:1
**advanced** 226:18
**advantages** 113:3
**advertising** 205:4
**affect** 57:12 125:14
187:14
**affiliated** 122:8
130:21 201:12,13
220:21
**affiliates** 115:23
**affiliation** 125:16
199:7
**affiliations** 201:24
**AFTERNOON** 111:1
**Agency** 2:18 56:17
**agent** 144:15 208:21
**aggregate** 151:22

176:8 201:10
**aggregation** 70:5
**ago** 36:11 45:13,17
48:21 53:4 82:14
85:11 91:5 97:14
99:3 124:24
**agree** 17:23 129:7
147:8 161:9
**agreed** 58:21 99:6
128:20 131:13
132:13 141:22
145:7 146:3,16,22
147:13,20 148:8
151:7 152:5 154:15
155:4,7 156:11
157:3 164:9,14
214:8,11
**agreeing** 56:6 133:3
161:3
**agreement** 13:3,19,24
14:5,19 59:11
60:17 108:22 109:1
109:14 112:13
114:2,18 115:19
123:13 129:8 131:1
131:8 134:16,18,22
135:1,9 143:7,15,17
144:3,9,19 145:6,20
148:19 150:14,20
151:2,9,11,11
157:18 158:7,21
159:7,23 160:22
161:23 162:4,8
163:2 165:19 166:2
166:10,12 214:17
216:6,8,23 217:1
**agreements** 12:14
107:13,18 108:1,9
108:13,18 109:6,10
109:10 113:10
114:9 115:3,4,15
116:7,12,14,15,19
126:2 134:9,13
214:12,23 215:9
216:5,15 217:13
221:8 222:18
**agricultural** 189:23
**agriculture** 175:5
184:16
**ahead** 58:12 142:12
214:17
**aimed** 208:5
**airport** 72:8
**Alabama** 55:13 60:9
192:2 194:13 195:5

**aligned** 135:15
182:16
**allegation** 48:2,13
87:7,14,15,19 88:22
91:4,20 92:19,22
93:1,14,16 94:16,16
95:16 97:16 100:9
103:15 105:4 106:7
117:11 119:17
120:17 124:2 133:1
133:14 164:22
166:7,19,19
**allegations** 9:11 12:6
33:15,17 44:17
45:8,20 47:2 48:1
52:5,13 70:15
86:16 87:10 91:10
105:1,6 107:1
115:14 120:7,11,16
122:10,18 128:3
130:24 135:20
136:3,6,16 137:8,14
138:4,9 168:3
171:20 178:8
187:16 203:7
**allege** 119:3 140:3
**alleged** 9:7 22:8 41:5
45:2 49:18 83:22
84:11 86:18,22
87:1,24 88:13 89:3
89:15 90:4 99:4,6
108:9 121:15,20
122:1,4,17 123:22
124:9,17 128:17
129:12 131:6 132:7
132:10,19 135:21
140:22 143:18
162:21 163:7
171:24 183:19
188:13,18 202:8
206:14,19 209:8
210:9
**allegedly** 213:4
**alleges** 77:21
**alleging** 47:10 52:15
52:15 63:10 131:11
131:11 133:1 134:8
137:15 141:21
164:8,13
**allowed** 210:16
**alternative** 11:2,23
12:4 16:23 23:3
24:3,7,17 44:11
68:11 69:4 73:23
75:10 114:8

**alternatives** 12:3,16
25:22 61:19 116:1
132:4
**amend** 8:12
**Amended** 90:22
118:19 139:14
**amount** 25:13 33:20
74:8,13 121:20
145:6,20 221:24
222:6
**analysis** 9:9 14:8
47:21 57:9 58:16
62:16 65:20,23
66:9,12 67:18,19
68:15 74:10 86:17
92:9 94:13 99:5
131:16 153:16
167:11 175:7 177:2
203:3 206:16 207:8
210:10 220:10
222:23,24 227:4
228:1
**analytical** 25:15
194:5
**analyze** 20:9
**analyzed** 49:8 86:23
107:23 206:17
**Andrews** 3:6 6:6
**anecdotal** 80:11
174:9 184:12
**anecdote** 14:13
**announced** 141:15
**announcement**
217:12
**announcing** 209:17
**answer** 7:17 25:6
34:22 35:1 36:12
45:11 52:13 68:14
72:1,15,21 75:3
76:16 80:9 87:10
93:9,9 98:4 99:21
104:20 128:23
131:4,9 133:8
142:3 150:5 152:2
156:15,21 165:23
197:4 200:2 203:9
203:18 205:9 206:1
211:22 227:16
**answered** 14:22 25:3
39:20 48:6,8,10
93:7 95:4 127:16
203:13
**answering** 25:4,8
99:19 139:23
**answers** 26:8 57:4

60:20 98:7 230:10
230:16
**anticipate** 170:3
**anticompetitive** 9:6
9:22 22:8 87:16,19
88:1,23 97:7 98:14
98:21 108:2 109:6
109:9 115:3,8
116:21 117:2 118:9
122:21 128:3,14
132:19 140:22
143:19 153:19
163:8,10 171:21,23
188:18 202:9
206:19 207:2,11
213:4
**antitrust** 1:7 5:6 53:6
**anybody** 200:4
228:17
**anyway** 49:15 126:19
**apart** 18:4
**apparent** 58:1 126:24
165:4 205:21
**apparently** 60:15
68:4 156:10 157:2
**appear** 59:21,24
67:15 181:3,8
227:19
**appears** 73:22 153:4
156:2 170:13 193:5
231:4
**appendix** 156:18
**applicable** 160:10
**applied** 21:16 84:20
125:18 146:3
**applies** 33:2 61:18
87:7 152:15
**apply** 36:1 40:5 60:21
74:4 87:7 154:7
210:14
**applying** 36:7 39:6
127:3
**appreciate** 165:13
228:16
**approach** 74:4
**approaching** 161:22
**appropriate** 66:17
198:4 230:7
**appropriately** 118:2
**approved** 215:7
216:13
**arbitrage** 40:7
**area** 16:11 24:23
26:20 27:1,12 92:9
92:11 95:14 123:1

146:18 169:5,22
173:21
**areas** 12:2 20:9 22:3
23:12,13 37:19
56:24,24 72:16
75:2 76:13 77:14
79:2 80:7,15 82:21
138:22 168:10,11
183:10
**area-wide** 94:13
**argue** 129:22
**Arkansas** 23:7
176:21 192:2
194:12,18
**arranged** 122:10
**arrangement** 39:10
57:8 109:22 124:5
143:11 204:16
**arrangements** 13:1
35:24 61:9 71:10
203:17 214:20,21
**arranging** 144:23
**array** 15:15 16:17
**arrive** 66:21 176:20
**articles** 184:15
**articulated** 154:21
**ascertain** 81:24
**ascertaining** 120:1
**aside** 14:12 187:15
198:7
**asked** 9:17 14:21
39:19 48:5,7,10
86:4 88:16 89:6,8
92:17,18 93:6 95:3
109:11 123:8
133:10 142:1 164:6
174:5 202:10
203:15 207:8
222:20
**asking** 27:8 45:5,6
51:4 56:9,14 57:10
57:13 58:6 88:19
89:1 103:17 116:19
129:9,10 140:7,8,10
140:12,15,17
177:13
**aspects** 202:22
**assertion** 116:24
**assess** 9:15 10:1
86:17 87:14,18
95:13
**assessed** 133:9
**assessing** 9:2 88:20
132:18
**assessment** 9:9

**assigned** 207:1
**Assignment** 202:17
**assignments** 202:20
**assistance** 62:22
**associated** 51:19
**Associates** 72:11
169:18
**assume** 41:18 87:9
98:16 132:16 191:2
**assumed** 9:11 44:24
**assumes** 61:12 216:17
**assuming** 9:5 67:1,3
86:15 137:22 178:7
216:19 225:15,18
**assumption** 10:22
49:20 56:22
**assumptions** 57:11
169:10
**assured** 160:23 165:8
**attached** 157:17
158:20 203:20
230:14
**attempting** 43:14
204:21 224:10
**attention** 216:12
**attentive** 88:9
**attorney** 2:9,10,10,14
2:19 3:1,6,10,14,19
231:14
**attorneys** 223:1
224:5
**availability** 75:18
**available** 16:23 20:17
33:22 34:4 41:1,2,5
53:14,15 59:2 73:3
75:22,22 96:21
102:8,13 156:5
177:10 184:21
201:15
**Avenue** 2:15
**average** 15:19 19:14
29:16,17 174:23,23
176:8 181:15 195:1
195:3,4 204:6
**aware** 14:13,17 47:20
48:11 63:4 108:18
118:13,16 123:10
123:16 150:8 200:9
215:16,20 216:1
**a.m** 1:22 110:7

_____

**B**

**back** 17:7 18:11
42:21 52:20 64:3
83:19 86:14 105:14

111:3 113:8 114:18
116:8 142:9,21
149:18 159:11
160:15 164:18
166:24 177:20
184:3 188:12 190:8
196:7 204:17
211:20 214:3 218:4
226:20
**background** 86:7
**Baird** 18:17 54:15
58:20 63:1,9
**Baird's** 62:19
**ballpark** 45:17 82:19
91:3
**ballparking** 83:6
**bandied** 40:8
**bar** 191:22
**based** 16:10 32:19
51:17 89:4 92:15
129:13 140:1,16,18
168:24 174:18
181:1 183:12
184:13 185:17
192:23 193:21
210:20
**bases** 198:17
**basic** 10:17
**basically** 143:8,11
184:18
**basis** 9:3,16 10:2
14:11 18:9,18 19:9
26:4 32:14 33:24
51:9 61:16 66:22
155:2 177:4 181:21
184:12 198:17
203:12 228:13
**Bates** 157:15
**bear** 53:9 228:4
**bearing** 55:24 61:9
**bears** 56:13 112:16
**began** 99:3 113:9
151:20 218:14
**beginning** 5:20 73:1
86:12 142:20
171:11 218:3 223:8
**begins** 5:4 9:1 64:1
157:14 214:7
221:23
**behalf** 2:9,14,18 3:1,5
3:10,14,18 5:16
6:13 144:15 155:21
**behaved** 151:7
**behaving** 103:20
**behavior** 22:9 45:21

49:18,23 77:22
88:22 97:7 98:14
98:21 107:3 119:4
123:2 132:19
153:19 163:2 164:2
164:3 171:20,22,23
177:16 178:11
183:19 202:9 207:2
207:11,18,24 226:9
**behaviors** 122:4
**believe** 18:2 41:4
51:12 75:20,21
83:18 92:17 121:23
131:15 133:17
134:11 135:3,12
137:23 176:7
194:13 201:24
203:11 211:21
**believed** 14:6,16
**belong** 37:9 41:11
**belonged** 37:22,23
**Bendler** 94:15
**benefit** 26:17 44:5
113:5 208:3
**benefits** 105:22 109:4
109:17 112:2,9
113:7 114:5 116:2
116:9,15,17 139:3
**benign** 140:24
**Benson** 3:15
**best** 7:16 58:6
**better** 23:13 40:3
106:14 153:23
164:2 173:18 187:9
**Beyer** 1:16 4:2,6 5:5
6:24 7:9,10 8:3,24
37:13 55:5 57:14
59:8 63:22 64:3,14
78:20 90:20 111:10
118:14 134:8
139:13 140:18
141:20 142:16,21
143:1 148:11
157:24 167:2 178:2
182:2 190:12 191:7
195:23 198:8
209:23 216:11
217:21 218:4,8
225:2 228:16 229:2
**Beyer's** 7:22
**beyond** 66:2 104:1
120:5 131:16 153:7
**bias** 206:23
**big** 88:11 150:23
**bill** 146:3

billed 146:21
billion 72:22 74:7
bills 149:3
Birmingham 55:13
  55:15,23 59:16
  60:4,9,11
bit 129:23
blend 146:17 204:2,6
  204:10,12,13,20
  208:15 209:2,3,19
  209:20
blended 32:13 33:1,2
Board 141:2,2,4,6
Bob 6:12
borders 29:1
bore 54:7 55:19
  56:17 58:2
Bos 3:18 64:9
bother 7:13
bothered 104:22
bottling 27:17 91:8
bottom 9:1 59:14
  60:3 64:15 77:6
  111:12 145:5,6
  172:18 195:18
  213:22
bought 20:21 149:12
Boulware 3:19 64:8,9
bound 209:12
boundaries 170:10
  194:7
boundary 194:8
box 39:14 41:9 42:5,9
  42:15 203:22 204:7
  204:10,23 205:2,7
  205:13,24 206:4
  210:3,5,13 211:1,14
  211:22 212:21,21
  213:18,19 228:6
  230:7
Brandon 3:19 64:8
breach 137:9
break 63:16 64:5
  65:15 70:14 142:2
Breta 6:17
brief 63:24 142:18
  190:6 217:24
bright 103:22
bring 20:13 70:21
  85:3 123:23
bringing 71:1 124:18
  137:17
brings 167:17
broad 178:17
Brookhiser 2:14 6:12

6:12 14:21 15:6
  39:19 43:2 45:18
  48:5,9 52:19 56:2
  58:5 60:18 61:11
  63:14 72:6 88:3,8
  90:16 93:6 95:3
  97:18 98:8 99:16
  105:13 129:20
  140:7 147:10 150:2
  157:19 159:10,14
  159:19,24 164:17
  166:4 173:3 178:16
  190:21,24 192:9
  195:17 197:22
  216:16 228:19
brookhiserb@how...
  2:17
brought 18:3 70:1
  221:20
Brumbaugh 3:6 6:5,5
Bryant 109:20
Building 3:20
burden 53:9 112:22
business 187:13,18
  189:9,21
butter 152:13 154:1
  204:13,15,16
but-for 19:12 30:13
  33:16 34:16 41:2,5
  41:17 48:22 49:12
  49:16 50:17 51:3
  51:10,14 57:5 62:5
  62:11 64:22,24
  65:6 66:1,6 67:5,22
  70:2 107:3 128:7
  171:16 175:7
  188:18 189:14,15
  189:18 210:11
buy 13:4 20:12 22:18
  114:3 164:15 166:3
buyer 59:17
buyers 166:16
buying 12:8,21 72:8
  111:19

───────────
        C
───────────
C 1:16 2:7 4:1,6 5:1
  6:24 7:9 91:2,16
  204:11
calculate 31:5 37:18
  43:11 65:7
calculated 31:12 37:5
  64:23 67:23 92:15
  228:10,12
calculating 34:19

calculation 31:2
  56:20 85:2 154:9
calculations 41:13
calculus 84:5
calendar 55:9 56:16
  58:2
California 157:20
  160:19
call 15:2 20:19 27:13
  27:23 40:23 77:18
  103:8 121:11 154:4
  162:24 181:6,11
  202:18 210:16
called 1:17 7:1 28:5
  39:2 180:22 182:3
  200:5
calling 19:4 217:10
calls 197:23
cap 145:20 146:6,8
  146:17,17 147:6,12
  148:6 149:16,23,24
  152:5 154:5,20
  155:20 156:7,21,23
  157:4 161:3
Capital 5:23 6:11
capped 145:6,11
care 180:7
Carolina 176:23
carry 26:14
cartel 128:16,17
  129:1,2,5,12,17
  223:21 224:9
cartelization 215:22
cascade 73:10
case 5:9 21:18 25:23
  41:17 44:15,18
  45:8,15 46:19,19
  51:17,24 58:22
  61:8 62:24 68:13
  94:7 95:18 96:17
  105:20 118:1 123:5
  123:17,23 124:8,16
  132:22 140:21
  142:7 143:19 151:6
  158:2 163:8 166:8
  166:12 168:3 169:7
  170:4 174:19 178:4
  179:23 180:22
  181:3,19 187:23
  188:14 191:14
  202:15 220:24
  222:6,19 223:11
  224:17 225:2
cases 9:19 154:2,3
  184:11

catching 121:2
categories 204:2
caused 226:13
centers 28:14
CEO 219:13 220:13
  220:19
certain 23:12 28:14
  73:2,10 74:8 93:13
  100:5 108:17
  109:17,18 122:11
  122:13 135:4,14
  147:15,15,21
  151:12 169:10
  182:6,23 202:21
  214:23
CERTIFICATE
  231:1
certification 8:7
certify 231:4
cetera 93:2 174:8,8
  192:2 204:21
challenged 167:4
  220:24 222:19,22
challenging 51:24
change 13:4 66:10,15
  85:3 99:21 146:13
  147:2 178:13 187:5
  189:13,24 199:11
  207:18,24 221:7
  222:12,13,17 227:5
  227:6
changed 24:19 27:18
  165:24 199:7
  201:24 221:17
  226:10
changes 146:12
  151:12 155:1,2
  179:2 182:13
  185:19,20 189:4
  199:10 230:13
changing 146:23
characteristics
  210:17
characterize 58:8
charge 116:22,24
  157:2 182:8 187:21
  217:5
charged 130:7 202:7
charges 10:15
charging 133:20
  166:15
chart 195:1,10
charts 203:20 204:19
  204:22
cheaper 13:21 14:7

114:4
cheaply 14:16
check 39:14 230:7
Chicago 2:20
choice 11:7,19,22
  12:1 21:1,5 87:12
  109:21
choices 115:20 116:4
choose 11:23 12:16
circumstance 9:19
  107:11 123:15
  171:22
circumstances 35:23
  92:14 93:11 98:11
  100:4 108:21
  115:21 141:1
  155:13 162:17
  171:19 172:9
  175:20 200:23
  207:14
circumvent 214:11
  215:15
cites 8:15
City 3:21
Civil 1:19
claim 117:7
claimed 53:5
claims 118:14,16
  121:3 137:10
clarified 181:22
  211:21
clarify 7:15
Class 2:14 8:7 11:13
  11:17 17:22 21:5
  27:16 34:14 35:9
  35:10 36:4,9,18
  37:8,22,24 38:3
  39:1,9 41:24 53:8
  54:6,9 65:2 84:24
  86:19 87:2,17
  88:20 89:13 90:1
  91:23 93:5 94:11
  98:17,23 99:20
  102:5 105:3,10
  108:10,14 116:16
  117:15 118:6 119:8
  119:14 120:4
  132:18 133:13
  167:17 168:5
  180:23 181:7 182:3
  200:7 203:5,8
  212:8,12 213:3
class-wide 9:3,16
  10:2 51:8 66:21
  86:2 203:12

clause 13:10 113:14
125:21 126:6,19
128:8 130:3,9,14
clauses 124:23 125:2
127:12,21 128:1,19
129:15 131:3 134:9
clear 36:16 37:1,16
56:15 95:13 101:23
120:14 148:22
158:23 165:17
188:1 206:11
218:13
clearer 13:16 160:7
clearly 48:14 58:23
96:9 158:24 182:10
close 28:18 113:8
217:17
closely 182:16
closer 23:20,24 24:1
clothing 199:17
Cobblestone 38:19
38:20,23 39:1,16
coefficient 66:4,8,15
76:18
coin 135:24 136:1
coincidence 99:24
100:1
collaborate 52:17
collaboration 45:15
collaborative 46:20
51:23 222:18
collection 144:23
collective 45:24 77:22
162:20,22 208:5,10
210:21
collectively 11:21
47:2 53:10 103:20
121:4,13 161:14
162:1 163:15 164:4
164:24
color 192:15,18
Columbia 231:23
combination 19:24
197:16,17 223:12
combined 171:7
191:19
come 20:1 56:19
66:17 72:20,24
74:10 88:21 135:6
198:24 199:24
224:19
comes 46:22 77:14
81:18 83:8 86:6
89:19 100:23
coming 74:10,14 81:1

81:10,12,15
commencing 1:22
comments 56:10
130:2 200:24
211:13
commission 231:19
commit 111:19
commitments 113:19
115:5
committed 166:15
Committee 136:13
committing 112:1
commodities 178:23
common 40:21 86:18
87:1,20,20,23 88:21
89:4,11,21,22 98:22
99:8 117:2,8
119:18 120:9
121:21 125:18
132:8,11,16,23
133:10 166:15,16
167:13,19 168:15
174:13 175:8 202:5
202:21 203:4
211:13,16 212:7
commonly 153:4
154:10
communicated
131:12 132:3,12
164:9,14
communicating
133:3
communication
165:19
communications
132:13 149:21
166:2,11,13
Company 3:1 6:4
compare 19:11 171:5
185:20 188:2
204:23
compared 26:12 65:1
73:23 74:19
comparing 171:12,17
171:18 172:7
comparison 43:10
180:2 201:19
compelled 126:20
compensated 189:6
compete 141:22
198:18,21,21
competing 198:10,11
competition 105:22
107:6 109:4,17
112:3 113:3 114:5

116:2,9,15,17 139:4
199:2,4 200:15,21
competitive 128:9
130:7 165:11
171:23
competitors 109:2
complaining 71:7
complaint 8:17,18
9:11 12:6 44:13
45:21 46:23 47:5,9
47:16,23 48:2,12
57:12 70:16,24,24
71:7 77:21 83:23
84:11 90:12,23
91:10 92:23 106:10
107:2 115:14
118:15,22,24
120:17,21,23
135:24 136:10,15
137:4,5,15,21 138:4
139:15 140:9,10
143:21 164:23
166:18,20 168:4
187:16 214:16
215:4,5
complaints 167:17
222:13
complete 230:10,15
completely 186:23
comport 58:14
comprised 167:5
computed 174:24,24
205:20
computer 24:10
computerized 19:5
concerned 27:4 42:8
42:11,14 50:4
78:17 120:12 126:5
130:12 160:20
concerning 63:2
174:13
concerns 158:22
222:9
conclude 36:21 82:11
86:16,24 97:3,5
168:12
concluded 121:7
201:1 229:8
concludes 65:23
concluding 55:19
conclusion 9:15 43:3
47:16 88:22 133:13
176:20 206:18
conclusions 85:24
174:12

conditions 57:11
127:16 128:6,13
161:20
conduct 9:6,22 14:20
33:8 41:6 46:20
51:23 83:22 84:11
85:12,21 88:1
107:13 116:20
117:1 118:5,9
121:15,19 122:1,4
123:2 128:3,14
135:21 138:5 139:1
140:4,22 141:16
143:19,23 163:8,9
166:20 167:4
171:21 188:13,19
206:14,19 208:5
209:9 213:4 220:24
222:18,22
Conference 191:5
confidence 65:22
confidential 81:23
82:5
confirm 156:4
confirmed 156:3
177:12
confirms 54:15
confusing 129:18
connect 220:14
connection 50:12
158:1 162:19
191:13 219:9 223:6
223:7
Connolly 1:23 2:11
5:17,22 6:1,10
consequence 34:8
35:4,5 136:21
211:9
consequences 126:9
130:16 136:22
138:2
consider 66:4 153:14
176:8,12,24 177:2
201:5
considerable 171:11
consideration 170:1
170:2,3 183:15
199:8 217:15
225:10,11
considerations 85:9
119:10 169:21
considered 11:15
68:7 130:11 163:24
169:6 198:7
consistent 152:4,11

160:14 162:9 192:6
196:3,12,15
consistently 84:20,23
Consolidated 90:23
118:19 139:15
conspiracy 153:15
210:9
constitute 90:1 122:2
177:15
constituted 119:4
constrains 115:20
consulting 141:8,9
consumers 170:7,9
consumption 16:9
contact 191:12
contains 158:21
content 204:15
context 25:22 109:15
119:24 123:1
continuation 124:22
continue 85:5 111:5
114:22 142:23
181:15 187:14
190:10 218:6
continued 223:2
continuing 215:13
continuously 84:18
contract 12:7,12 13:4
54:13 55:8 56:6,14
56:16 58:15 59:22
59:22 60:14 107:19
107:22 108:3,5,6
112:7 114:3 137:10
146:16
contracts 11:20 13:9
54:11 55:18 58:22
59:6 113:23 125:8
131:2 161:16,21
contractual 13:1 22:2
61:8 62:17
contractually 126:19
contradictory 186:3
186:3
contributed 219:5,15
221:9 226:4
contributing 220:3
contribution 183:21
228:1
control 85:16,16 92:6
127:7
controlled 91:6,14
92:21 94:1,23 95:2
95:23 96:5,13,22
97:17 98:1 99:12
100:2,12 101:11

102:24 103:3,13
125:17,17 126:23
130:18 162:11
172:16 220:22
**convened** 1:21
**convergence** 219:20
**Converse** 3:10 6:15
6:15
**cooperative** 32:9
36:18 37:8 38:20
40:12 50:12,14
87:13 96:19 135:15
138:17,18 208:21
216:6,24
**cooperatives** 32:7,15
33:3,18,22 36:3
40:2,4 169:14
201:12
**coordinated** 45:21
49:18,23 165:1
166:21
**coordination** 163:2
**copies** 90:12
**copy** 8:6
**core** 132:15
**Cornell** 184:17
**Corporate** 3:16
**correct** 8:12 14:20,23
18:5 23:9 30:8,17
31:7 38:1 42:2,7
46:21 57:23,24
59:19,23 64:18
65:4,9 71:2,3 96:15
111:15 127:21
143:7 145:21
146:15 154:13,19
160:19 167:8
168:20 170:12
181:24 205:10
224:23 230:9,15
**Corrected** 90:22
118:21,22 139:14
**corrections** 8:21
**correctly** 37:24 48:24
78:1 80:24 94:21
197:6 210:24
222:11
**correlation** 80:5
**cost** 11:8,9,15 12:3,9
15:4 16:3,10,22,23
16:24 19:10,11,12
19:20 20:12,13
22:10 23:14,23
24:6,20,24 25:20
26:12 28:11 30:13

32:9,12 34:1,1,20
40:22 41:16 43:18
51:22 52:2 54:4,7
55:19,24 56:13,18
57:2 58:2 61:9 62:1
68:11,18 69:4,6,12
69:21 70:3 71:17
71:19 72:13 73:1,4
73:22 74:12,18
75:8,10 112:16
113:11 171:6,12,14
171:18 172:7 183:7
185:14
**costs** 22:6 23:16 30:1
32:17 40:13 53:16
53:21 54:3,19
57:19 61:2 66:24
70:20 72:14 122:15
172:10 176:14
178:3,5 187:8
198:24 208:2
**counsel** 5:18 56:3
64:6,6,9 231:10,14
**counter** 208:24
**country** 183:10
185:21
**counts** 93:16
**couple** 90:18 114:21
226:7
**course** 136:1 146:13
178:10 191:17
214:22
**courses** 44:11
**court** 1:1 3:23 5:7,13
5:14 6:20 190:13
**Courts** 1:20 103:21
**cover** 157:16 158:12
158:13,17,18 159:5
160:11
**covered** 26:21 27:1
27:12 37:19 54:19
62:20 169:6
**cows** 181:21,23
185:10 187:7
**co-conspirator** 96:20
139:19
**co-conspirators**
139:7 225:17
**co-op** 36:8 37:21,23
39:2 198:13,14,14
200:16 201:24
**co-ops** 32:21 52:16
53:19 54:6 105:11
198:9,17 201:6
202:1,13 203:16

**create** 73:3
**created** 47:11,18,19
48:3,14
**creation** 162:11
163:19 220:18
**credit** 127:1
**credits** 179:19
**criteria** 28:6,16
**curiosity** 26:9
**current** 27:14 48:24
49:7 50:8,20
**currently** 41:1
**customer** 169:22
**customers** 126:11
128:21 133:20
**cyclical** 208:24
209:11

**D**

**D** 3:1 5:1
**daily** 181:21
**dairies** 109:16 186:22
**dairy** 3:5 4:10 6:6,13
33:19 35:10 36:2,3
36:8 37:7,21 38:15
38:24 41:23 50:14
53:7 87:11 89:24
89:24 91:5,13,21
92:1,3,4,5,10,19
93:3,12,19 95:21,24
96:3,11,14 97:1
99:10 102:4,13,22
104:4,4 105:20
106:19 107:14
109:16 122:6,15
123:7,11 132:17
135:6 136:3,7,10,17
136:20 137:18
138:6 139:2,10
140:5 141:17
172:17 173:21
175:2,3 176:21,22
181:5,9,15 182:4
183:1,22 184:13
185:20 186:5,11,14
186:14,16 187:4,6
187:13,14 188:3,8
188:15,20,22 189:2
189:20 190:15
191:4 195:5 203:8
204:24 209:24
218:14,17 220:16
221:10 222:9,13
223:9 224:2,15
**Dallas** 3:8 59:16 60:3

60:12
**damage** 9:9,19 49:10
53:24 56:20 58:16
86:1,2 153:16
174:13 175:9 202:5
203:11 206:16
207:8 220:9 222:23
**damages** 9:3,14,24
10:4 17:18 37:2
50:2 51:8,11 64:17
66:21,23 172:12
206:23
**data** 11:18 18:13
19:17,22 20:11
21:17,22,24,24
22:14 27:7 34:12
34:24 36:13,20
42:4 59:1,2 71:18
73:6,6 75:18,22
80:10 81:22 82:1
82:23 96:20 102:8
102:12,15,17,18
135:11 149:5,8
153:1 155:12 156:4
168:4 169:2,4,9,16
169:16 170:13,19
171:1,1 176:1
177:10 181:2
183:12 194:7
195:23 201:4,15,16
205:20 227:11,15
**date** 5:10 32:20 51:18
63:1 124:16 125:24
129:14 185:18
186:10 193:22
196:5 230:24
**dated** 157:16 190:17
**dates** 149:20
**David** 3:14 64:10
**day** 59:12 151:4
161:17,17
**DC** 2:12,16 3:3,12
**DCMA** 138:10,13,15
138:16 139:1,7,17
140:6,23 141:2,11
141:15
**de** 125:9,20 127:2,10
130:19 212:15,15
**deal** 33:18
**dealing** 35:19 219:18
**deals** 30:21
**Dean** 3:1 4:8 6:4
12:20 13:19,20,23
14:5,9,14 38:8,12
39:23 94:8,24

95:16,18,20 101:14
101:16 109:22
114:21,22 115:21
131:7 133:19 143:7
143:10,11 144:3,8
144:12,14,16,19,22
145:6,10,14,20
146:3,16,22 147:8
147:13,19 148:3,7
148:17,24 149:3,6
149:11 150:14,21
151:2,6,7,16,16
152:5 154:5,14
155:7,23 156:5,10
156:10,24 157:2,2
159:7 160:20 161:1
161:3,8,9 162:4,8
162:13,14 199:20
200:5
**Dean/Suiza** 47:10,17
48:3,13
**debate** 207:9
**decades** 180:13,17
**December** 59:18
**Dechert** 3:2 6:4
**decide** 51:9 71:22
87:23 95:21 170:4
**decided** 62:11
**decides** 168:9
**decision** 129:3 187:12
**decisions** 78:15
200:16
**decline** 181:10,12
182:19 183:21
184:4 191:23 192:7
193:18,24 194:17
196:10,12,15,16
**declined** 84:23 196:2
216:24
**declining** 180:15,20
180:24 181:6 182:5
182:12
**decreased** 34:1 101:5
101:7,15
**deducted** 205:8
**deductions** 205:3
**deemed** 81:22 82:5
88:23 115:7 117:20
209:13
**Defendant** 2:18 3:1,5
3:10,14,18 5:16 6:8
12:11 95:18 96:20
139:8,18 219:13
**Defendants** 1:17 47:2
76:3 77:23 81:23

82:2 83:22 84:4
85:12,15,21 86:17
87:11 117:24 119:5
119:12,17 120:3,6
121:4,13 124:12
127:7 128:5 131:12
139:6 141:12,22
142:7 163:15 164:8
164:14,24 169:1
177:8 183:19
202:24 210:22
214:8,10 215:15
225:16 226:10
**Defendant's** 7:21,24
8:3 9:6 157:10,14
190:13,19
**deficit** 84:9,15 85:4,5
85:13 111:14
170:22
**define** 201:9 224:10
**defined** 121:14 164:1
212:24 219:24,24
224:6
**defines** 177:17
**defining** 167:22
169:21 175:21
202:7,22
**definition** 154:20
172:14
**definitions** 106:23
154:6
**degree** 65:22
**delivered** 55:14 60:10
81:17 195:14
**demand** 16:9 27:22
28:14,20 29:3,6
76:10 78:5 84:10
84:16 111:15
112:21 180:7
182:12,16 227:5,18
227:23
**demanded** 10:20 78:8
**demands** 71:5
**demonstrate** 58:23
**demonstrating** 9:21
**denied** 92:5
**denies** 109:1 115:24
**Dennis** 1:12
**Department** 54:16
215:7
**Department's** 216:12
**depend** 15:13 76:11
161:12 175:11
206:10
**depending** 23:6 35:22

41:10 65:22 137:12
155:13 166:16
204:14 207:4
**depends** 104:9
161:11,12 187:24
**depict** 205:13
**depicts** 195:14
**DEPONENT** 230:1
**deponents** 184:13
**deposition** 1:16 4:4
5:4,15 7:11 8:14
54:17 63:21 64:2
83:15 142:16,21
171:12 174:10
199:22 216:21
217:21 218:4 229:2
229:8 230:5
**depositions** 1:21
83:14 94:4 108:17
174:4 216:2,3
224:4,20
**describe** 27:15 127:2
146:6 149:15
152:24 156:22
177:8
**described** 53:4 56:24
68:5 82:12 126:6
126:14 130:17
177:11 185:7 197:8
203:4
**describing** 30:6
**description** 195:18
**descriptions** 199:6
**designed** 133:23
**desired** 136:20
**despite** 216:4
**destabilization** 40:8
**detailed** 58:14 61:14
**determination** 26:5
49:2 51:5 53:23
62:4 139:10 175:10
**determinations** 117:1
117:6
**determine** 15:22
20:18 22:16 24:16
67:6,13 68:6 69:1
89:3 96:11 97:4,15
103:19 128:15
178:10 201:5,23
**determined** 28:4 30:2
31:17 59:2 65:18
92:9,16 118:2
122:24 128:16
161:17 175:24
178:6 220:7

**determines** 62:3
**determining** 32:22
61:16 62:6 66:16
67:17 94:21 99:7
176:10 202:24
211:5,24 213:2,12
**develop** 18:13
**developing** 77:10
**development** 189:13
deverson@stonson.....
3:17
**DFA** 2:9 5:22 6:1,10
12:14,17,22 13:3,5
13:5,7,11,19,21,24
14:2,7,10,15 18:4,4
20:1 22:1,20 33:10
34:4,7,8,9 35:6
36:24 39:15 42:10
42:10,15 50:19
52:11 63:2 87:13
91:6,14 92:6,21
94:1,5,23 95:1,19
95:22 96:4,12,22
97:17 98:1 99:12
100:2,12 101:10
102:24 103:2,12
105:11 107:5,7
109:22 112:14,17
113:17,18 114:2,15
114:23 115:4,15,17
115:22,23 116:7
122:7,7,9 123:13
125:7,12,14,16,17
126:1,10,15,17,19
126:23 127:4,8,18
128:20 130:7,18,18
130:18,20,20,21
131:1,8,21 133:19
133:20 134:4 135:1
135:9,15 136:10,13
136:17,19,22 137:1
137:5,7,10,16,22
138:22 140:3,21
141:5 143:24
146:11 148:15
155:3,20 156:9
162:11,11,12,13,15
162:17 163:13,23
164:14 166:1
169:15,15 172:16
199:14,15,17
200:24 201:1,11,11
204:1 205:2 214:18
214:19 215:8 216:3
216:9,14 217:1,13

218:19 219:13
220:13,19,19,21,21
221:1
**DFA's** 22:14 125:20
163:5,18
**difference** 17:16 30:7
30:15 33:5 36:6
37:5,20 38:2,7,12
38:14,18,22 39:5,23
41:14,15,19,21
43:11,24 50:22
62:7 65:2 69:8
74:15 84:16 88:11
115:12 150:23
151:3 153:11 161:5
165:14 172:9
202:13 212:18
**differences** 42:9,15
199:8 201:6 202:1
**different** 13:6 23:2,5
46:13 48:18 51:3
57:10 66:13 67:17
68:17 69:23 85:6,8
88:2,17 93:13,15
101:2 137:12
140:12,16 152:24
153:1 156:17 172:8
177:15,15 178:22
179:22,22,23
188:17 194:11
203:16,17 204:2
212:8 216:19
228:10
**differently** 93:10
101:9
**dimension** 23:3 28:10
41:7 86:14 119:6
**Direct** 38:9,12 39:23
94:9 95:1,16 200:5
**direction** 84:6 231:8
**Directional** 184:2
**directions** 227:20
**directly** 144:5,11,22
216:22
**Directs** 101:15,17
199:20
**disadvantage** 165:11
**discount** 127:1
**discounts** 213:17
**discovery** 222:24
**discuss** 113:14
119:11,24
**discussed** 136:24
148:2,15
**discussion** 67:2,11,16

104:1 110:6 148:22
171:8 218:19
**disposal** 176:3
**distance** 23:22 28:7
60:11 174:7 178:9
178:14 179:3 180:8
**distances** 179:24
**distant** 27:24
**distinct** 120:11 180:1
**distinction** 120:15,19
120:23
**distinguish** 109:9
**District** 1:1,2,11,20
5:7,8 231:23
**Division** 5:9
**DMF** 133:18 201:14
**DMS** 2:9 5:22 6:2,11
12:14,17 20:1 32:9
32:16 37:9 38:3
39:16,23 40:12
91:7 92:21 94:2,7,8
95:23 96:13,22
98:2 99:13 100:2
101:11 122:7
125:16 126:23
131:22 133:16
134:4 135:13 143:7
143:9,9,12 144:8,14
144:14,14,17 145:2
145:10,14,16 146:3
146:11,21 147:3,3,7
147:13,19 148:4,15
148:18,24 149:3,12
149:14 150:14,21
150:21 151:2,7,15
151:19 152:2 154:5
154:14 155:3,12,20
155:21,23,24,24
156:9,13 157:1,15
159:7 160:21 161:1
161:3,9,10 162:5,9
162:11,11 199:13
199:19 200:5 205:5
206:9
**document** 54:21 58:8
59:4 60:19 157:14
157:17,24 158:4
191:2
**documents** 54:11
144:5 174:11
209:15,22 216:2
**doing** 20:2,3 26:12,17
53:24 65:23 69:9
72:9 97:8 98:9,16
187:7

**DOJ** 214:16 215:17
216:4,20 217:3
223:8,14,16,19
224:5,11,14
**DOJ's** 214:11,17
217:12 223:24
**dollar** 31:12,14,19
33:7,9 34:3,7,8,9
35:3
**dollars** 36:22 40:14
**domestic** 17:3 77:18
79:23
**domestically** 11:10
17:11 78:9 79:11
79:16,20 80:21
**door** 31:19,20,21
187:4
**downward** 206:23
**Dr** 5:5 7:10,22 8:3,24
37:13 55:5 57:14
59:8 63:21 64:3,14
78:20 90:20 111:10
118:14 134:8
139:13 140:18
141:20 142:16,21
143:1 148:11
157:24 167:2 178:2
182:2 190:12 191:7
195:23 198:8
209:23 216:11
217:21 218:4,8
225:2 228:16 229:2
**drafters** 140:18
**dramatic** 221:24
**drawn** 103:22
**drink** 85:17
**drinkable** 119:14
**Drive** 2:20
**driven** 71:24
**driving** 138:5
**drop** 153:21
**drove** 140:4
**dual** 113:1
**duly** 7:2 231:5
**D.C** 1:24 5:17

**E**

**E** 2:7,7 3:14 4:1 5:1,1
**earlier** 132:7 148:20
164:6 171:3 200:8
**early** 218:15 219:16
219:22 223:10
225:7,23 227:1,14
228:8
**earn** 207:19

**easiest** 154:9
**easily** 28:4 127:16
205:19
**Eastern** 1:2 5:8
**eat** 85:17
**economic** 9:20 10:10
11:5 123:19 124:16
194:4 226:23
**economical** 53:19
56:11 57:21 61:4
61:19 62:22 75:11
75:14
**economically** 53:15
75:14 111:18
112:19 176:9
178:10,15 179:4
**economics** 10:18
71:11 107:11
120:20
**economies** 182:24
**economist** 26:16
46:10 63:5 84:2
86:7 98:20 104:8
107:17 109:8 118:9
118:11 121:6
122:22 134:13
143:22 161:8
163:11,22 165:4,13
175:5 176:17
182:11 187:17
188:23 220:8
**economists** 103:22
117:20 163:1
184:16 189:24
223:2,13
**effect** 22:5 30:12
36:21 39:13 40:13
40:24 62:21 67:6
68:21 72:21 73:17
77:17 78:17 80:21
80:22 92:3,13
93:15,16,18 94:16
95:11,12 98:12,20
99:4 122:15 125:2
125:6 127:12
129:15 134:10
137:5,10 141:4
148:22 155:8 178:3
185:13 192:22
201:14 209:6,7
210:8 221:16,21
**effectively** 12:24 92:8
125:20 128:16
131:22 142:4
**effects** 62:9

**efficiencies** 51:18
**efficiency** 108:21,24
189:3
**efficient** 183:6 198:23
**effort** 201:22
**eight** 137:8 205:17
**either** 32:12 42:18
49:6 75:4 77:3 86:1
94:5 108:16 126:4
130:4 135:15 154:6
205:7 207:19
208:21 220:12
**elements** 157:4
**eligible** 206:7
**eliminates** 116:4
**emanates** 128:4
**empirical** 28:3 175:7
**employed** 209:8
231:11,15
**employee** 231:14
**enable** 100:3 163:18
185:1 186:23
187:21
**enabling** 163:5
**ended** 216:4 221:1
**ends** 170:18
**enjoy** 139:3
**ensuring** 180:8
**enter** 113:23 144:3
214:22
**entered** 12:8 59:12
147:3
**enters** 112:6,13
**entire** 26:20 27:1,12
117:16 125:22
127:5 168:1
**entirely** 168:24 176:2
187:1
**entirety** 25:5,7 100:6
**entities** 91:7 92:21
94:1 96:22 97:1,17
98:1 100:12 101:11
103:13 106:15
126:24 130:19
131:19,20,21
162:19 163:3
**entitled** 9:2 157:18
190:15 191:18
193:10 195:1,10
**entity** 18:4 47:11
48:3 72:12 91:15
92:6,7 94:23 95:2
95:23 96:5,13
99:12 100:2 102:24
103:3 115:22

**environment** 33:16
34:16 40:20 41:2
51:14 112:20
129:16 171:16
189:14
**envision** 176:20
**equal** 183:5
**equally** 36:1
**equals** 15:3,3 79:8
**equation** 78:21 79:1
84:3,5 211:10
**equations** 69:9 76:10
77:11 78:2,12
**equilibrium** 10:11,19
71:6 85:3
**equivalent** 60:11
**errata** 230:14
**error** 82:24
**escape** 199:15
**escaped** 199:16
216:12
**essentially** 199:3
**establish** 131:20
138:20 143:24
162:22
**established** 51:15
80:2 125:7 147:16
164:24 210:20
**establishes** 130:17
163:13
**establishment** 165:1
**estimate** 18:9 34:6
51:8,11 65:3 66:5
66:21 72:12 78:3
78:22 83:8 104:7
184:1 206:23 220:9
**estimated** 16:17
41:15 50:2 64:24
**estimating** 64:20
212:3,4
**estimation** 81:8 220:9
**et** 93:2 174:8,8 192:2
204:21
**evaluate** 86:24 91:20
93:1 96:3 99:11
100:3 119:16,22,23
132:22 171:5
197:19
**evaluated** 63:1,5
93:23 120:9 121:9
121:16 123:3
125:23 132:8,11
**evaluating** 63:6 95:24
100:9 167:3 202:8
212:6 224:14

**evaluation** 61:24
89:15,20 90:4
91:22 122:20,21
124:15 129:14
201:3
**event** 58:24 98:10
130:6 160:9 206:14
210:8
**events** 35:23
**Everson** 3:14 64:10
64:10
**everybody** 126:12
186:18
**evidence** 58:6,7 61:12
61:13 87:1 202:21
216:17
**evident** 156:16
**evolve** 136:23
**exact** 158:8 192:24
222:1
**exactly** 33:3
**examination** 1:17 4:2
7:1,5 111:7 185:17
193:21 196:4
**examine** 49:11 202:9
**examined** 7:2 21:23
25:21 100:6 121:21
169:4 173:20
180:10 183:8
184:12 198:3 227:8
230:4
**examining** 169:2
**example** 12:15 13:2
13:11 17:7 20:4,15
21:20 22:1 23:7
42:10 51:1 52:5
91:21 94:22 109:19
114:20 131:7
137:16 152:15
174:4,6 185:3,16
193:24 200:20
203:23 216:22
227:3
**examples** 185:8 199:2
200:14 204:1
**exceed** 115:5 160:10
**excess** 53:11 67:6,14
68:8,22 69:2 71:24
72:5 73:24 75:12
122:12 123:23
137:2,17,22
**excessive** 70:17,17
73:17 77:2,23
78:14,18
**exclude** 78:24 79:6

excluded 87:11
excluding 192:11
  228:11
exclusive 107:19
  108:6 214:20
exclusivity 214:12
excuse 23:9 34:7
  36:14 58:10 208:10
Executive 136:13
exercise 44:18 45:9
  73:21
exercised 45:15
exercises 46:4
exhibit 4:6,7,9 7:21
  7:24 8:4 60:21,22
  84:21 90:24 157:10
  157:14 190:14,19
  192:15,20 203:23
  204:1,11 205:1,6
  227:8,10,12
exhibits 4:4 205:12
  218:13
exist 10:11 34:16
  48:23,23 49:7,7,23
  50:21 51:6,10,13
  127:17,21 128:1
  188:14 210:11
existed 22:8 35:21
  105:23 128:20
existence 48:19 50:9
  217:9
existing 49:19 129:17
  217:1
exists 20:12
exit 187:13 188:8,22
  189:20
exiting 187:17 189:3
  189:9
exits 189:5
expanded 184:9
expanding 124:10
expect 43:19 101:5
  180:6
expenses 205:7
expensive 75:1
experience 184:13
  186:15,21 223:12
  223:13
expires 231:19
explain 25:6 44:20
  67:12 119:15 135:5
  140:20 219:8 222:4
  222:14 225:6
  226:20,24 227:13
explaining 220:5

explanation 181:9
  194:17 195:3
explanations 186:10
  193:23
explicit 173:18
export 173:1
exports 71:8,9,23
  170:15,24 173:7
express 78:12 165:19
  166:2,9,12
expressed 19:13
  37:13 40:14
expressing 16:19
expression 38:8
expressly 164:9
extend 13:14
extension 126:22
extent 12:15 28:14
  42:16 61:16 84:3
  93:14,23 94:15
  108:8 129:4 152:15
  153:13,18 169:15
  177:10 208:17
  228:9
extra 34:3,6,7,9 35:3
extreme 95:5

---
**F**

fabric 47:15 48:15
  134:14
face 56:15 107:21
  207:12
faced 113:18
facetious 183:24
facilities 25:19 28:15
  105:23 109:24
  155:24 217:15
facility 149:2 180:1
facing 117:19
fact 9:8 11:14 12:1
  20:5 22:7 25:17
  50:24 56:17 58:13
  65:19 71:3 87:24
  89:4 94:24 95:24
  99:14 100:11 114:7
  114:24 130:15
  139:17 147:8 148:7
  151:6 166:17
  172:15 187:23
  209:17 216:5,13
  217:8,9,11 226:11
facto 125:9,20 127:2
  127:10 130:19
factor 153:18 182:10
  219:10 220:5,18

224:21 225:9 226:9
factors 79:14 182:21
  206:13 219:4,19,20
  220:3 226:23 227:7
  227:19
facts 61:12 73:4
  172:21 216:11,17
factual 107:10
fairly 149:17 219:21
  221:23
faith 95:17
fall 179:15
falls 104:8
familiar 91:9 102:6
  138:10,13 143:13
far 12:12 19:23 26:14
  27:3 50:4 102:21
  126:5 129:3 170:13
  174:19,20 175:3,12
  176:9 226:24
farm 175:2 180:1
  184:21 185:14
  186:5,5,11 187:4,6
  187:14 189:13
  195:1,3,5 198:18
farmer 6:13 32:23
  35:4,6 36:8 37:21
  38:24 39:6,8,14
  42:5 84:5 89:24
  91:21 92:1,3,4,5,11
  93:3,12,19 95:22,24
  96:4,11,14 97:8,10
  97:15 98:10,15
  99:10,14,20,23
  107:8 115:6 117:14
  117:19,23 118:5
  123:11 132:17
  133:12 152:17
  153:8,9,23 155:14
  156:19 167:16,23
  167:24 173:21
  175:12,20 176:1
  183:4,6 186:16,16
  187:6 200:4,10
  203:15 205:14
  206:4,6,8 211:7,9
  222:13
farmers 31:9,15,22
  33:19,24 34:6
  35:10 36:2,3,22
  37:7,10 41:10,23
  50:14 52:11 53:7
  80:23 87:11 89:24
  91:5,14 92:20 93:1
  95:20 96:18 97:1,5

97:16 100:10 101:9
  101:18,20 103:12
  104:2,5 105:1,6,9
  105:20 106:19
  107:4,7,14 109:2,16
  122:6,15 123:7
  135:14 136:3,7,10
  136:17,20,24 137:1
  137:1,6,7,19 138:6
  139:2,10 140:5
  141:17 144:10
  145:1,1,16 146:4
  150:9 151:1 152:2
  156:13 160:23
  165:3 166:22 168:6
  169:13 174:6,15,20
  175:3 176:5,9,12,16
  176:21,22 177:14
  177:16 178:11
  181:5,9 182:4
  183:1,22 184:13,21
  185:5 186:14,15,22
  187:13 188:3,8,15
  188:20,22 189:2,8
  189:16,20 198:10
  198:12 199:19,24
  200:7,15 201:5,11
  201:17,23 202:12
  203:8,22 204:7,14
  204:20,24 205:14
  205:24 207:13,18
  207:22 208:22
  209:24 210:20
  218:14,17 220:16
  221:10,15,18,21
  222:9 223:9 224:2
farmer's 154:1
farming 189:21
farms 181:15,19
  182:19,22 184:8
  185:19,20
farther 59:15 193:9
fashion 71:22
fat 152:13 154:1
  204:13,15,16
Favored 126:18
feasibility 9:2 86:2
feasible 162:15
  203:13
Federal 1:18 146:17
  147:9 148:6 150:10
  151:8,20 152:6,12
  153:10 154:12
  161:4 167:5 169:6
  179:10,13,18,20

195:15 196:1,10,19
  196:21,23 197:2,6,8
  197:10,20 198:5,5
  208:15 209:2,2,19
feed 183:7
fell 226:1,16
Fidel 6:17
figure 72:4 192:5
figures 193:18
File 1:7
filed 63:2 225:2,18
filing 225:5,20
  226:13
final 51:5 76:6 149:5
  158:20 183:15,17
  188:24 203:10
finally 168:9 222:24
financially 231:15
find 12:22 13:22
  14:16 18:22 47:22
  71:18 72:4,7 73:6
  91:12 100:10 152:8
  176:15
finds 32:11
fine 58:9 63:17 150:7
  154:23 178:19
  184:2
finish 30:23 97:21
  183:16 225:13
firm 46:3,11 103:19
  141:7,8,9
firms 103:19 176:12
  187:17
first 7:2 9:17 10:9,23
  15:24 16:16 17:6
  18:14 25:8,10 26:5
  29:10 30:4,16 35:7
  36:7 38:5 39:6 41:9
  42:3 43:21 53:23
  53:24 55:12 59:11
  59:12 60:3 66:18
  69:1,12,15 71:15
  86:13 88:10,12
  146:6 147:2 154:11
  155:18 158:16
  172:2,3,11 177:19
  187:19 193:13
  225:15
five 25:12,22 33:3
  102:14 104:3
fix 125:2,6 134:18
fixing 132:22 133:2
  134:10 161:7,22
  162:24
FL 4:10 191:19

flip 135:24 136:1
floating 138:12
flooded 52:9 53:12
flooding 53:3 71:1
  123:24 124:1
floor 125:9,12 130:19
Florida 169:11,14
  184:17 190:16
  192:10 193:14
  195:4,11,24 197:13
flow 66:18 170:23
  178:6
flowed 172:17
fluctuations 112:21
fluid 91:6,8 93:24
  103:2
focusing 70:9
follow 16:3 130:22
following 213:13
  218:19
follows 7:3
follow-on 47:19
Food 3:10 6:17
Foods 3:1 4:8 6:4
footnote 8:14 158:5
  218:10,18 224:22
  225:5 226:3
forces 180:7
foreclosed 105:2,6,9
  105:21,21 106:3,13
  106:19,20 107:8
  109:15 123:11
  139:2
forecloses 107:14
foreclosure 105:19
  106:13,16 107:23
  122:6 123:6 136:24
forego 113:5
foregoing 230:4
  231:3,5
foregone 112:9
forget 222:1
form 34:17 40:6
  41:22 45:19 48:24
  49:7,24 50:8,20
  133:2 178:19
  199:10
formation 143:9
formed 214:17
formula 15:1 16:19
forth 29:20 74:8
  94:15 154:2
found 12:9 184:21
four 25:23 102:14
  193:9 195:9 218:3

219:19 228:20
  229:1
frames 61:19
framework 49:12
Frangie 3:1 6:3,3
frankly 141:24
freight 55:15,23
  60:10
frequency 201:23
frequently 40:8 46:23
Fresh 38:16 102:4,13
  102:22 104:4,4
  135:6
front 8:4 27:7 86:10
  90:14 139:16 143:3
  191:20 193:14
  194:14
fulfill 16:8
full 12:13,18,20 13:2
  13:19,23 14:5,19
  53:17 54:2,9 91:16
  91:17 107:13,18,22
  107:24 108:5,8,13
  108:18,22 109:1,5,9
  109:10,14 112:7,8
  112:12 113:10
  114:2,8 115:3,4,15
  115:19 116:6
  123:12 125:8 126:1
  131:1,8 134:9,13,16
  134:21 135:1,8
  214:20,23 215:9
  216:5,8 217:1,13
function 187:8
  207:10
functioned 131:6
functioning 129:17
functions 147:19
  144:7,18,21 145:2,2
fundamental 182:13
  182:14
further 101:23 214:7
  214:7,10 224:7,10
  231:13
Furthermore 13:8

G

G 1:24 3:23 5:1 231:2
  231:22
gain 50:12 91:7 113:2
  198:18
gained 124:5,9
gaining 124:12
gains 108:24
gap 84:9

Gary 3:14 64:11
  219:13
generally 153:13
  192:5
gentlemen 6:19
  228:24
geographic 20:9
  81:13 167:14,24
  175:14,18,21,23
  177:5,9,15,18 178:4
  183:10 202:23
geography 23:22
  118:3
Georgia 193:15 194:1
  195:5
Gerald 3:18 64:9
GERMAN 3:19
getting 88:24 119:9
  137:18 141:17
  170:18 207:7,8
give 21:19 26:8 51:5
  76:16 104:6,7
  109:12 126:11,17
  183:24 185:3
given 15:18 16:12,13
  17:10 20:13 23:17
  23:18 29:21,23
  41:7 45:11 72:23
  86:5 114:4 126:16
  131:16,17 135:19
  149:20 170:21
  180:11 193:18
  200:4 202:15
  219:22 220:18
  230:10,16 231:10
gives 126:10 179:18
giving 112:2 113:7
  167:9
go 17:7 42:2 58:12
  62:17 63:7 73:15
  83:19 84:6 97:1
  110:1 112:7,14
  113:14 114:18
  142:12,13 156:19
  163:6 166:24
  187:10 188:12
  190:1 204:17 209:3
  209:4 214:17
  216:21 217:17
  228:21
goes 35:22 49:4 51:7
  76:18 101:23
  130:20 137:9 184:3
  185:15 193:4
  209:20

going 7:12 13:4,20
  15:23 17:6 18:11
  22:12 24:16 27:6
  29:20,21,22 30:1
  44:20 56:21 58:24
  63:15,18,22 64:3
  67:12 68:5 71:14
  72:8,24 75:8 78:1
  87:3 89:6 90:17
  92:8 94:17 97:10
  110:3 111:3 129:4
  130:11,19 131:14
  132:4 140:8 142:16
  142:21 149:18
  157:1 159:14
  160:15 164:10
  165:7,7 176:13
  186:17 188:7 190:3
  190:8,12 209:18
  217:16,21 218:4
  229:3
good 5:3 27:11 90:11
  98:4 136:12 198:22
  206:21
goods 161:18,18
  187:19
Goolsby 4:8 157:22
  158:19
governed 71:10
Grade 15:5 47:4 52:6
  82:16 84:22 91:6,8
  93:19 94:1 103:2,2
  112:4 120:4 121:5
  130:5 131:17 134:6
  142:5 173:10 174:7
  179:9 188:19
  189:17
grand 102:2
granted 208:17
graph 191:22 195:13
  196:8 197:5,11
graphs 156:17 193:6
  195:13
great 103:14 177:23
  193:17
greater 56:17 81:14
  180:2
Greeneville 1:3 5:8
Greer 1:10
gross 153:9 154:11
  205:3 212:20
group 103:19 177:14
  194:11 204:8
  205:14
groups 109:16

GSA 55:9 57:21 58:2
  58:19 59:23 61:5,9
guess 15:7 80:2
  154:22 158:19
guide 68:14
guys 198:22

H

H 1:13
habit 63:6
half 63:16 222:2
  225:21
hand 187:10,11
handler 11:7
Hanman 3:14 64:11
  219:13 220:13,15
  220:18
Hanman's 219:15
  221:1
happen 147:1 162:18
  223:17
happened 36:8 92:2
  100:17 104:19
  109:15 188:4,5
  221:11
happens 93:17 98:12
  128:11 175:19
happy 90:14 186:17
Hardy 2:10 5:24,24
harmed 118:5
hastened 188:14
hauling 15:4 16:13
  16:24 19:1 20:14
  21:14 28:11 57:2
  178:2,5 179:14,18
  179:21 198:23,24
  205:4
head 214:3
heading 204:6
hear 48:24 49:1
  80:24 88:3 134:19
  157:5 165:17
  177:19
heard 38:8,19 39:2
  188:12 210:23
hearing 99:9 100:24
hearings 177:8
heck 157:9
HECKER 3:15
help 27:5 117:6 140:2
  140:6 222:14 225:6
  227:13
helped 226:20
HENDRICKS 3:19
herd 186:24

herds 184:9
hereto 231:15
high 11:1 104:2
 209:13
higher 23:21 40:13
 40:13 75:8,10
 105:24 106:4,21
 107:9 128:21
 130:10 184:4
 187:22 188:20
 189:2 224:15
 225:23 226:4,11,14
hinges 62:3
historically 39:13
 41:5
history 162:13
Holland 177:6
home 176:15
Honorable 1:9,12
hope 193:13
hour 63:16
hours 228:20
Howrey 2:15 6:13
huge 54:19
hundred 37:5,6,6
 40:15,20 41:22
 104:4 155:6,19
Hunton 3:11 6:16
hypothesis 24:18
 177:10
Hypothesizing
 223:18
hypothetical 11:3
 27:19 35:20 67:8
 95:6,8,9 127:24
 133:22 134:1
hypothetically 23:20
 25:12 27:15 66:13
 72:22 168:1

I

identical 134:5
 201:21 212:12
identification 8:1
 74:6 157:11 190:20
 204:22
identified 4:5 76:5
 139:7 160:21
 168:23 212:23
 216:22
identify 18:19 19:19
 20:11 24:3 27:21
 34:13 71:15 75:13
 77:1 80:20 153:22
 156:19 189:15

identifying 19:9
 68:11 72:18,19
 77:17 139:6
Illinois 2:20
illustration 87:4
immaterial 104:5
 126:4 175:21
 188:24
impact 9:8 34:6 37:20
 64:21 78:22 86:1
 92:7 174:13 175:9
 202:5 212:7 213:3
 213:6,11,12 228:3
impacted 210:2
impediments 178:7
implement 15:23
 18:14 19:18 29:10
 34:5 35:7 38:4
 71:21 75:19 129:8
implementation 27:2
 49:10 72:2
implementations
 72:3
imply 67:24 161:22
implying 18:7
import 76:19,19
 80:10 128:7
important 32:3
 115:24 138:22
 163:12,14 169:20
 176:24 217:14
imported 25:1 29:18
 62:5,12 72:23 74:7
 81:3 83:4,5
importing 137:2
imports 16:21 25:14
 41:18 44:15 61:17
 62:8 64:21,24 65:9
 65:12,16,21 66:5,6
 66:9,11,15 67:2,3,7
 67:13,20,23,24 68:2
 68:3,7,10,22 69:2,7
 70:3,5,7,10,17,18
 71:5,12 72:5 73:12
 73:14,18,24 75:6,7
 75:7,11,11,12,23
 76:1,11,12,22 77:2
 77:2,8,17,23,23
 78:14,18,23 79:19
 80:6,7,13,14,17,18
 82:2,14,16,20
 122:10,16 171:13
 171:15,17,19 222:4
 222:6 223:3,3
imposition 217:13

improved 178:23
imprudent 79:4
inadvertently 8:15
inappropriate 28:22
 28:24
incentive 124:17
incentives 179:12,16
include 24:12 25:11
 29:11 48:2 57:1,6
 70:6 76:12,21
 77:19 78:4 103:3
 132:11 170:9 176:1
 208:6 210:5
included 29:16,24
 206:3 212:14
 218:19
includes 72:13
 152:21
including 79:19
 161:20 192:9,11
inclusion 126:1
inconsistent 159:6
incorrect 8:15
increase 129:4
 181:20,22 187:2
 188:9 207:19
 218:14,24 219:10
 220:15 223:19
 226:15 227:1,13
increased 34:1,1,2
 84:18 101:6,12
 124:18 127:10
 186:6,11 219:5,16
 220:6 221:9 223:9
 228:7
increases 179:3
 189:10
incremental 17:14
 25:13 75:6
incrementally 25:19
incurred 41:20
independence 32:8
independent 38:15
 75:21 79:22 96:7
 103:4 104:5 115:22
 135:16 141:12
 150:9,14,20,24
 153:19 208:22
 218:14,17
independently 107:6
 107:24 163:4
independents 37:9
 39:24 40:6 87:12
 94:6 102:4,13
 103:8 135:7,12

143:10 144:12,15
 155:22,22
Indiana 22:3 69:22
 71:2 74:8 83:17,17
indicated 28:9 53:14
indication 149:20
indicator 84:16
individual 25:8 51:9
 89:23 93:12,19
 97:10,14 98:10,15
 98:24 99:23 117:18
 153:8 167:16,23
 174:15
individuals 209:7
industries 207:4
 223:15
industry 52:9 104:10
 108:9 153:4 154:11
 184:14 185:18
 186:20 193:22
 196:4 215:19,23
 223:20,22 224:16
influence 76:18 85:18
influenced 200:15
information 14:13
 19:24 20:4 22:21
 61:15 71:22 73:15
 76:7 82:5,10 83:20
 87:17,18 89:12
 98:18 99:14 102:7
 102:23 133:11
 162:10 167:15
 168:5 174:9 196:3
 196:13 203:21
 208:23 225:16
informed 136:16
initial 155:15
initialled 162:8
initially 77:2 151:10
 226:5,16
Inman 1:13
inquiring 96:5,14
instance 50:15
 187:19
instances 210:6
instituted 155:16
institution 122:8
 216:20
institutional 32:4
 35:24 39:9 49:12
 71:10 122:9 131:18
 203:17
institutions 37:11
 44:14 51:13 220:20
 221:16

instrument 134:14
intangibles 198:22
integral 139:9
intended 16:18
intent 138:1 208:12
interaction 25:24
interchangeably
 119:1
interest 76:17,24
 77:20 78:3 104:13
 104:14,17 130:13
interested 77:16
 99:19 104:18,20
 121:12 217:4
 231:16
interesting 33:11
interpret 106:8
interpreted 152:23
interpreting 56:6
interrupting 36:15
intersection 162:19
intervention 223:17
 223:20
interviewing 199:24
 200:2
intimately 220:19
intra 173:15,17
Intro 173:17
introduce 5:18 42:4
 64:7
introduced 108:19
 146:11 151:13
 156:8 216:2
introduction 47:7
intuit 124:14 160:18
intuition 160:19
inverse 100:18,21
invest 185:8
invested 185:6
investigated 11:12
 14:3 74:17 75:17
 108:7,12 156:12
 175:1 208:4
investigating 224:18
investigation 32:19
 108:16 223:8,24
 224:11,14
investigations 215:18
 223:14
investments 183:1,3
 184:24
invoice 148:24,24
 155:4,21 157:2
invoiced 151:15
 155:9,24 156:10

invoices 14:9 148:23
  149:3,9,18 152:1
  156:18 205:18
involve 116:14,16
involved 19:2 24:11
  36:3 46:10 58:21
  73:10 96:22 101:10
  116:8 119:17
  137:16 138:5
  140:22 161:24
  162:3 208:2 209:16
  215:9 220:19
involvement 163:13
involves 26:15 45:21
  119:12 143:11
isolated 199:1 200:13
isolation 117:21
issue 25:1 113:18
  120:5 132:15
  175:12 202:11,14
issues 120:7 199:21
i.e 52:11 107:2

**J**

J 1:9 2:14
January 59:12,18
  149:13 190:18
John 1:16 4:2,6 5:5
  6:24 7:9 63:21 64:3
  142:16,21 217:21
  218:4 229:2
joined 64:6
joint 45:24 129:2
  163:2 164:2,3
  166:20 171:20,22
  183:19 188:13
  206:14 209:9
jointly 11:21 119:13
  120:3 127:7
judge 1:11,14 203:12
  221:23
judgment 21:3 36:1
  40:23 45:23 73:16
  141:11 162:21
  182:10 189:22
  206:22
June 1:21 5:10
jurisdiction 159:9,16
  159:22
Justice 54:16 215:7
  216:12
justifications 108:21
J.B 3:19

**K**

K 3:11
Kansas 3:16,21
Kari 2:19 6:7
karollins@winston...
  2:21
Kathleen 216:21
Kay 3:6 6:5
kaylynnbrumbaug...
  3:9
keep 78:7 154:23
  198:18
keeping 113:16
Kentucky 193:14,24
  195:6
kept 194:8
Kevin 2:10 5:24
key 29:3 50:11
kind 82:19 108:23
  187:5
knew 131:1
know 7:11 16:6 26:23
  27:6,9 28:2 32:5
  35:15,17 36:14
  46:2 47:13,14
  54:10 63:6 73:6,7
  78:4 80:5,12 101:4
  103:10,22 114:17
  114:19,19,24
  118:10 120:20
  131:4,9 132:4
  134:2 136:14 142:3
  144:6 148:10
  159:15 160:18
  163:21 166:17
  172:6 174:17
  180:16,17 189:11
  189:12 191:10
  194:6 196:20 197:2
  197:18 200:3,22
  217:2
knowledge 125:18
  226:19
known 13:14 131:23
knows 95:13 200:4
Kuney 2:9 4:3 5:21
  5:21 7:7,10,20 8:2
  14:24 15:7,9 41:3
  43:5 46:6 48:7,20
  53:1 55:2,4 56:4,8
  58:9,11 60:23
  61:21 63:17 64:13
  73:19 88:5,15
  90:17,19 93:21
  95:7 97:21,24 99:1
  100:7 106:2 110:1

111:9 129:24
  140:14 142:8,12,24
  147:17 150:6 157:8
  157:12,21,23
  159:17,21 160:2,5
  165:12 166:6
  173:16 177:19,23
  178:1,18 179:1
  190:1,11,23 191:3,6
  192:11,17 195:19
  195:22 198:2 217:6
  217:16 218:7
  228:21
Kurth 3:6 6:6

**L**

labeled 202:20
labor 183:8
ladies 6:19
laid 137:4
landscape 210:19
Lane 3:20
language 108:24
  145:14 146:5,7,23
  148:12,17,19,21
  150:13 158:21
  159:17,22 160:8
large 11:19 21:4
  28:13 50:13 53:16
  66:17 80:19 85:6
  131:24 156:9 186:4
  198:20
larger 164:2 183:4
  184:23 185:5 195:4
  197:7
largest 50:15
Latcovich 2:10 6:9,9
  55:1
late 180:18 182:13
  218:15 219:16
  223:10 225:7
  226:20 227:1,14
  228:7
LAW 2:9,10,10,14,19
  3:1,6,10,14,19
lawful 43:20 44:4,8
lawfully 42:23 43:8
lawsuit 63:1
lawsuits 63:6
lawyers 46:23
lead 10:19 220:14
leads 206:22
leap 95:17
learned 199:16
leave 77:13 79:7 80:1

207:16
leaving 206:24
led 85:22 179:3
  206:18,22
left 79:8
legal 43:3,12,13
  118:10
length 115:11 171:11
lengthy 7:13
letter 4:8 157:16,19
  158:12,13,17,18
  159:5 160:11
let's 20:15 27:15,18
  37:1 41:18 54:20
  59:3 86:8 87:9
  98:16 132:16 157:8
  166:24 173:18
  190:1 204:4 219:12
level 137:12 223:3
  225:23
leveling 112:23
levels 137:11
liability 9:15,21 10:1
life 187:7
light 156:21
limited 100:5 115:16
  200:17
line 21:9,10 103:22
  104:8
linear 18:19,21 19:3
  23:10,15 24:4,9
  71:20 73:21
lines 145:5
linked 221:12,13
links 209:18
Lion 3:10 6:17
listed 219:10,19
listened 154:22
listening 98:3,6
  129:19
lists 192:1
litany 186:18
literal 105:19
litigation 1:8 49:5
  203:3 213:14
  224:22 225:5 226:3
  226:13,19
little 59:15 165:23
lived 147:7
LLP 2:11,15,19 3:2
  3:15 6:4,13
loaded 44:21
loading 185:9,9
local 17:2 55:14 60:9
  71:5 82:22 83:23

84:9,10 85:22
  171:5 172:3 180:2
located 11:14 23:20
  28:15 29:7 96:6
location 23:2,18
  27:21 28:13 83:10
  153:17,22 154:1
  169:16 177:14
  204:16
locations 72:17 75:10
  83:12
Lone 33:9 34:4,9,10
  34:11,11,13,15,18
  34:23 36:12,16,20
  36:23 39:15 57:21
  58:19 61:4 63:2,9
long 73:21 147:7
  148:7 154:24 196:8
  196:9 219:21
longer 109:23 184:12
long-term 84:1
  181:12,13 182:12
  182:13,21
look 10:7 11:8 15:1
  15:14,21 18:14
  20:1,3 25:1,18 27:8
  49:16 54:20 55:11
  56:23 57:14 59:3
  59:10 60:1 64:14
  83:19 84:15 86:8
  91:2 92:2,11 97:6,7
  97:9,14 98:11,12,20
  102:21 106:10
  107:17 109:11
  111:10 117:16,21
  118:3,3 121:7
  132:4 134:3,15
  139:14,20 156:15
  158:15 174:15
  177:4 182:11
  192:13 193:8
  202:15 212:10,19
  212:20 213:20
  218:8 223:22
looked 11:18 12:2
  13:1 14:9 25:14
  40:9 56:14 102:19
  116:11,18 121:5
  141:6 151:18,21,22
  151:24 152:3 158:1
  163:22 169:12,12
  176:6 181:17
  184:10 196:16
  197:15,16 212:24
  226:24 227:2,4

228:5
looking 10:9 22:7
 28:5,7 29:5,14 30:7
 40:18 54:2 60:6
 68:18,20 73:16
 75:20 76:9 77:20
 90:20 93:3 95:14
 97:10 98:21 114:7
 114:11 115:21
 120:22 149:19
 153:8,20 170:8,9
 175:6 193:6 194:3
 196:7 201:9,10
 202:6,8 210:12
 214:5 224:1,9
 227:15
looks 140:16 162:18
 165:2 167:1 169:22
 173:22 187:16
 190:14 197:12
lot 81:7,9 85:15 90:2
 106:23 176:14
 221:14
lots 138:12
Louisiana 194:12
low 25:21 68:11
 71:16 73:22 83:1
 224:2
lower 11:15 12:9,22
 13:12 22:10 40:13
 40:14 113:11,20
 114:16,23 116:2,3
 123:13 125:13
 126:20 130:6
 133:19 166:22
 223:5
lowered 23:24
lowest 15:11,14 16:22
 56:23 73:1
lunch 110:7 122:5
 142:2
Lynn 3:6 6:5

_____

M
Magistrate 1:14
magnitude 80:13
 82:19 173:1 192:7
mail 39:13 41:9 42:4
 42:9,15 203:22
 204:7,10,23 205:2,7
 205:13,18,19,24
 206:2,4,9 210:3,5
 210:13 211:1,14,22
 212:21,21 213:16
 213:18,19 228:6

Main 3:7
majority 125:3 141:4
management 136:20
manner 9:7 137:21
manually 19:5 24:10
Marbury 3:24 5:12
mark 90:13 157:8,13
 190:13
marked 7:22 8:1
 54:21 59:4 157:11
 190:20
market 10:17 11:21
 20:20 22:17 24:18
 26:11 34:21 40:1,9
 41:16 45:23 48:22
 52:9 53:12 62:22
 63:11 71:24 76:7,7
 81:20 82:4,6 86:17
 91:5,14 92:20 93:2
 93:24 94:22 95:22
 96:4,12,23 97:16
 99:12,20 100:1,11
 101:10 103:18,20
 106:22 118:1,8
 119:7,9 120:3,6,12
 121:4,10,12,14,18
 122:24 123:23
 125:24 127:11
 128:4,23 129:14
 140:2,16,19 143:24
 156:9 161:14 162:1
 162:20 163:14
 164:5 167:3,7,10,14
 167:14,20,22,24
 168:8,19 169:7,9,21
 170:4 172:14
 173:22 175:11,15
 175:17,18,22,23
 176:10,22 177:6,9
 177:16,17,18 178:4
 180:6 187:20
 190:17 191:13
 197:11,18 198:4
 203:1 210:11,20
marketed 99:15
 131:17 142:5
 144:13 173:11
marketing 2:18 47:4
 95:1 103:1,24
 122:6 144:1,15
 172:17
marketplace 11:6
 16:21 17:3 22:7
 32:20 40:10 48:19
 49:13,16 50:17

51:16 66:1 67:5
 70:2 107:3 109:3
 115:24 117:17
 127:5,6,19 128:7,10
 128:11,20 131:6,19
 131:23 139:1
 151:13 161:13,24
 162:10 163:20
 165:11 187:24
 198:9 210:17
markets 121:14
 168:13,16 202:22
market-wide 94:13
 155:2
marking 90:23
marks 63:20 142:14
 142:19 217:19
 218:2 228:24 229:1
Maryland 35:2,4,8
 39:16 50:15,23
 109:19 114:20
 123:8 201:12
Master 1:7
match 127:18
matching 128:8
material 80:19
 149:10 186:9
materials 108:17
 183:7
matter 5:6 8:8 13:6
 25:2 39:9 117:10
 130:15 139:8
 141:13 142:4
 196:14 212:16
 224:11
matters 169:2
maximization 163:24
maximize 43:17 44:9
maximizers 176:13
maximum 174:6
mconverse@hunto...
 3:13
MDL 1:6
mean 23:23 55:23
 67:23 73:2 87:21
 87:22 89:22 105:8
 120:21 125:5
 152:22 159:15
 162:7 166:9 167:21
 197:11 198:11
 201:16 212:14
 218:16
meaning 46:16 75:7
 105:19 181:23
meaningful 194:9

means 9:20 29:17
 31:21 46:3 58:12
 69:20 105:19
 107:22 118:2
 204:10 221:19
meant 15:10 89:2
 145:17
measure 17:17 30:15
 30:18,20 40:21
 44:1 66:17 84:19
 172:11 176:9
measured 96:24
measures 121:6
measuring 120:1
mechanism 32:16
 182:15 199:3
mechanisms 33:14
 165:2
meet 22:2 29:2
meets 71:4
member 33:9,10 34:7
 34:9,10 35:4,6 36:9
 38:19,23 39:1,7,8
 50:18,24 52:16
 53:19 54:6 87:13
 87:17 91:23 96:15
 105:11 109:21
 141:7,8
members 32:15,21,23
 34:14 35:9,10 36:4
 36:17,17,18,23,24
 37:7 42:10,16,16,17
 53:7,17 65:1 86:19
 87:2 89:13 93:4
 94:4,5 96:18
 109:23 115:6,17
 129:12 169:13,13
 198:10,19 200:8,10
 203:8 212:8,11
 213:3
membership 50:13
memorized 46:24
memory 82:13 133:6
 134:12 149:19
 158:10
mention 16:9 99:24
 124:23 147:5
mentioned 66:3
 114:21 123:6 166:5
 200:8
merger 47:11,17 48:3
 48:3,16 162:14,16
 163:6,12 214:18
 215:7,18,19,21
message 186:4

met 73:12
method 27:8,13 30:16
 31:11 68:4 84:17
 171:10
methodologically
 78:24 79:4
methodologies 9:10
 9:14,20,24 37:3
 174:14 202:5
 203:11 227:22
methodology 10:23
 15:24 16:16 17:6
 17:13,21 18:15
 19:19 21:1 26:5,20
 27:3,9 29:10 30:4
 30:22,24 31:3,21
 32:22 34:5 35:7
 36:7 37:2,17 38:5
 39:6 41:9 42:3,12
 43:21 44:1 50:3
 53:24 54:1 58:16
 58:17 61:1,7,22,23
 64:17 65:7 66:18
 66:20,20,24 67:1,12
 67:16 68:9,15,18,20
 69:1,12,15 70:9
 71:14,15,21 72:2
 74:1,5,16 75:19,23
 77:11 172:2,4,11
 175:9
methods 18:17 171:4
metropolitan 168:10
 168:11
Mexico 57:2 71:16,24
 196:22
MFN 13:10 113:14
 124:23 125:7,21
 126:5 127:4,12
 128:8,19 129:6,15
 130:3,9,14 131:2,8
 133:16,21 134:9
MFNs 126:1,9 128:22
Mia 3:24 5:12
Michael 3:10 6:15
Michelle 4:8 157:21
 158:19
Michigan 69:22
 83:18
mid 225:23
middle 15:8 59:10
 79:15 158:16
Mid-Am 2:9 5:23 6:2
 6:11
mileage 15:4 16:14
 17:1 19:2 20:14

21:15 23:3 28:11
28:11 29:20 57:3
**miles** 174:20
**milk** 1:7 5:6 10:13,15
10:24 11:1,7,15
12:8,10,13,21,22
13:5,6,11,21 14:1,6
14:15,16 15:12,16
16:12 17:11,15
18:3,22 19:20
20:10,12,17,21 21:2
21:8,9,12,20 22:2,6
22:9,11,12,15,19
23:6,15,17,21 24:1
25:1 26:11 28:8
29:18 31:7,13 32:9
34:20 35:11,11
38:15 40:11 47:4
52:6,6,12,17 53:10
53:13,20 54:3,7,17
55:13,20 56:1,11
57:5,7,22 58:3,19
60:8,16 61:5,10
62:2,4,12 63:11
64:22,22 65:8 67:9
68:19,23 69:5,12,16
69:18,22 70:21
71:1,4,17,18 72:20
72:22 73:3,3,5,17
73:22 74:7,18,19
75:1,2 76:7,11 77:4
77:7,8,13 78:5,8,9
78:10,11,18,19 79:1
79:8,8,11,12,17,20
80:22 81:3,9,12,14
81:16,17,20 82:3,16
82:22 83:24 84:22
85:22 91:6,8 92:20
93:2,20 94:1,18,22
96:1,7,12 97:17
99:12,15,20 100:11
101:14 103:2,24
105:3,10,12,24
106:4,14,21 107:7
111:14,15,20 112:4
112:15 113:2,4,12
114:4 115:17
116:10 119:8,14
120:4 121:5 122:7
123:12,14 124:19
125:13 130:5
131:14,17,24
132:14 133:4,15,18
134:6 135:7,10,22
136:4,11 137:2,17

137:19,22 139:11
141:18,23 142:5,5
144:1,11,13,13,24
144:24 145:1,7
149:7,12 155:23
156:24 161:10
164:10,16 165:9,20
166:3 169:3 170:10
170:17 171:6 172:3
172:15 173:1,10,23
174:7,16,21 175:4
175:13 176:10,14
178:7,9,15,22 179:3
179:6,7,8,9,11,12
179:19 180:8,14,19
180:23 182:9,18
183:22 184:5 185:3
185:9,14 187:10
188:19 189:17
192:1 193:10
195:11,14 196:1,11
197:7 201:17
208:19,21 211:7
215:23 221:8,20,22
221:24 222:17
**milkable** 181:20
**milked** 181:21
**milking** 187:6
**million** 160:22
**millions** 161:16
**mind** 78:7 82:18
83:10 120:16
**minded** 226:17
**minds** 140:17
**minimis** 212:15,15
**minimum** 103:18
146:17 147:9 148:7
150:19 151:8,20
152:6,12 153:7,10
159:2,8,16,19,21
160:10,13 161:1,2,5
**minus** 22:8 30:13
154:11
**minute** 45:17 213:23
**minutes** 36:11 48:21
91:4 97:14,19
162:6
**mischaracterizes**
150:3 173:4
**mischaracterizing**
97:19
**missing** 30:19
**mission** 202:15,16
**Mississippi** 194:12
**Missouri** 3:21 193:14

195:5
**misstates** 61:12
147:11
**mistaken** 20:8 210:15
**mix** 28:18
**mixing** 211:18
**model** 18:19,22 23:10
23:15 24:4,9 31:20
71:20
**modest** 80:16 81:2
82:15
**Modifications** 151:10
**moment** 53:4 85:11
94:24 100:1 124:24
190:2
**moments** 45:13 99:3
**money** 136:18 160:20
176:14 186:19
**moneys** 137:6
**monitor** 64:4 142:17
**monopolies** 163:23
**monopolization**
118:14,24 119:5,11
119:13,18 120:2,8
120:11,16 121:11
**monopoly** 163:15
**monopsonies** 163:23
**monopsonist** 44:4,9
44:23
**monopsonists** 45:2
123:18,22,22 124:5
124:7,9,17
**monopsonization**
118:16 120:12,18
121:8,21 122:2
134:15
**monopsony** 42:24
43:9,12,13,14,20
44:1,8,19 45:9,14
45:22 46:2,5,9,12
47:3,11,20 48:4,14
105:20 117:19
119:1 120:24
163:14,19
**month** 149:1 201:17
**monthly** 205:1
**moot** 121:17
**morning** 5:3 9:23
49:14,22 113:9
117:14
**MORRISON** 3:15
**Mosley** 190:16
191:10
**motivated** 199:11
**motivation** 124:16

163:18
**mouth** 91:17
**move** 56:11 73:24
129:20 179:12,19
213:1
**moved** 178:10,15
179:4
**movement** 172:22
173:15 199:19
203:16
**moving** 23:14 61:10
202:13 227:19
**MSA** 131:21
**multiple** 113:1 126:9
137:11

___

**N**

**N** 2:7 4:1,1 5:1
**name** 5:12 7:8,10
138:17
**named** 93:23 94:4
199:5,12
**Nathan** 72:11 169:17
**Nation** 126:18
**National** 3:5 6:6
**nature** 31:16 87:19
127:19 186:20
187:24
**NDH** 102:22,23
103:4,9 125:17
126:23 131:7
134:24 135:6,9,10
162:16 214:18,18
216:2,5 217:2
**near** 28:13 29:7 96:6
**nearly** 32:7
**necessarily** 23:23
29:2 30:10 36:2
52:16 72:13 108:1
113:13 115:18
118:10 122:22
128:4 134:16,21,22
134:23 136:19
161:21 168:18
**necessary** 85:24 86:3
100:8,16 102:20
117:15 132:5,16
133:12 174:14
175:9 176:11 177:2
184:24 189:15
203:18
**necessity** 122:24
**need** 24:8 29:4 36:20
41:12 42:4,8,11,14
42:17 51:14 55:2

75:18 87:16 92:10
98:23,23 124:13
127:18 129:6 130:9
182:7 220:10
**needed** 13:3,7 17:15
124:19 180:9
**needs** 29:3,4 51:14
53:12 112:16
121:15 122:12
133:9 176:8 223:22
**negative** 30:10 153:5
154:2,17 165:10
**negotiated** 216:23
**neither** 210:4,4
231:10
**net** 153:23
**neutral** 202:19
**never** 46:7,9 89:17
172:5 197:23
**new** 57:2 71:16,24
162:14 182:24,24
184:20,22 185:4
186:22,22 187:1
189:8 196:22
216:23
**nifty** 103:17
**night** 151:4
**nine** 73:8 156:17
**noise** 221:15
**nondairy** 174:6
**normal** 210:17
**normally** 78:15
**North** 176:22
**Northwest** 1:24 2:15
3:2
**Notary** 2:2 231:1,22
**noted** 158:5 230:13
**notice** 1:18
**noticed** 8:13
**noticing** 5:20
**notion** 106:16
**notwithstanding** 14:4
61:8 135:8 148:5
148:18 149:15
160:24
**number** 5:9 7:12,21
7:24 16:16 24:12
29:5,23 30:11
39:22 62:7,11
63:21 64:2 73:2
100:23 101:2,8
102:19,21 103:6,7
117:13 135:18
136:23 142:15,20
157:10,15 181:5,8

181:20 182:4,22
183:22 190:19
191:1 200:7 210:2
215:17 217:20
218:3 219:4 221:17
225:12 229:1
numbered 60:2
191:18
numbers 16:17 81:6
82:13 100:19
103:23 185:13
194:21
NUMBER/DESCR...
4:5
numerical 65:19
NW 2:11 3:11

**O**

O 4:1 5:1
object 43:2 45:18
140:8 147:10 150:2
159:15 178:16
197:22
objection 14:21 39:19
48:5 58:5 60:19
61:11 72:6 97:18
98:8 99:16 129:20
178:19 216:16
objective 24:19 67:5
objectives 137:12
obligation 133:21
observation 109:13
183:11 188:22
194:16
observations 86:6
182:6 183:18
193:23
obtain 14:7
obtained 106:22
obviously 23:2 27:18
73:4
occasion 14:14
202:14
occasionally 174:11
185:23
occasions 14:4
170:11
occur 44:12 65:24
128:9 134:15 155:1
155:2 163:3 171:16
206:13 213:11
occurred 9:22 12:15
45:22 58:24 67:4
78:15 107:23 120:2
132:20 144:6 145:3

147:2 171:13 186:7
188:14 215:23
occurring 98:14
117:16 189:4
219:22
occurs 107:3 153:14
172:23 199:4
October 231:19
offer 13:11 114:14
126:20 193:22
offered 108:4 113:19
114:16,22 125:14
132:6 175:8
offering 12:23 14:7
89:18 90:8 168:14
offhand 114:17
137:20 197:1
Office 191:13
officer 231:2
offices 1:22
official 169:2
offset 189:5
off-load 112:22
Oh 62:15 88:16 103:1
119:23 147:23
159:24
Ohio 20:16,22 21:13
21:20 22:3 69:22
71:1 83:16
okay 8:20 23:4 27:10
38:11 57:16 63:15
86:12,22 90:11,24
91:2 102:1,18
111:17 134:23
136:8 145:4 158:11
159:24 165:22
167:7 193:8 195:21
197:5 205:6,11
211:4 212:5 213:18
213:18,20 214:4,5
214:10 215:6
218:12,20 219:3,11
228:14,14,20
omnipresent 216:20
omnition 216:20
once 27:21 31:1
130:15 170:22
201:17
ones 75:13 97:4
ongoing 215:13
218:22
operate 39:24 51:16
135:13 181:16
operating 44:10
137:11,13 141:12

223:21
operation 85:7 185:9
185:11 187:9
operationalize 17:21
operations 51:19
183:4 184:23
opining 120:8 132:11
167:2,12 213:8
opinion 37:13 49:21
50:1,4,6,7 51:5
83:21 85:21,23,23
86:4 89:19 90:8
91:19 92:24 103:14
109:5 115:2 121:19
129:13 132:6 167:9
168:14,24 188:11
209:23 221:4
opinions 175:8 202:4
opportunities 139:2
opportunity 105:3,10
107:5,15 116:9
opposed 23:7 33:10
opposite 227:19
option 14:1 109:23
options 44:9,11
order 15:22 18:14
22:16 26:24 45:23
76:8 82:19 83:18
130:5 138:20,20
141:15 146:2,13
147:14,20 148:2,3
151:15 152:14,20
153:7,10,12,24
154:6,12,20 155:16
156:8 169:6,9,10
173:2,13,19 179:13
179:20 189:15
192:1 195:15 196:1
196:2,10,17,18,19
196:21,23 197:2,8
197:10,12,13,20
205:16,18,19,23
206:2,2,9,12 208:14
208:16 209:1,3,17
209:19,21 210:2,6
210:13 212:23
213:16 219:23
220:6 222:5 224:6
224:8 226:11,14
228:10
orders 4:10 10:13,15
10:24 11:2,11,14,21
12:9,10,21 13:20
14:5,14 15:12 16:2
16:3,8 18:23 19:20

20:11,16 21:2 22:9
22:15,18 23:18
24:7,13,22 25:7
26:21 27:1,12,17
28:1 29:3,8 31:18
32:2,7 33:19 37:19
46:4 48:19 52:18
54:18 57:6,22 61:6
61:20 69:17 70:3
71:17 74:20 75:2
77:18 78:10 81:21
82:17 84:22 105:2
138:21,23 167:5
169:19 170:10,16
170:18,24 171:7
172:16,18 173:1,8
173:12 190:16
192:23 193:1,3
197:6 198:5,6
ordinarily 124:7
organization 12:17
41:11 111:21
112:14
organizations 137:24
209:16
organized 138:18
origin 60:11
originally 107:8
origination 68:10
ostensibly 132:6
outcome 61:24
231:16
outcomes 40:19
68:17
outer 28:1 29:8
output 123:18 173:9
173:14 208:6,11
outset 28:17 182:7
outside 10:15 11:2,10
11:16 12:8,21
13:12,20,21 14:5,14
15:12,16 16:11
18:4,23 19:20
20:16 21:2 22:3,15
22:18 23:6,18 24:7
28:8 52:18 69:17
71:17 74:20 75:2
108:13,19 124:19
170:9,18 171:6
186:6,12
outsourcing 143:15
143:17 144:3,9,19
145:3 157:18 158:7
overall 164:23
overarching 166:19

overcharge 210:15
Overland 3:16
owned 142:6 215:12
ownership 131:18

**P**

P 2:7,7 5:1 17:2
pace 186:6
page 8:16 9:2 10:8
39:22 55:12 57:17
59:11 60:3,5 64:16
69:10 77:6 86:9
90:20 111:12,12
143:2 145:5 158:5
167:1 191:18
194:10,11,24 195:7
195:18 218:9
pages 118:19 148:14
151:14 191:17
193:9 195:9
paid 19:15 22:17
31:13 33:7,20 35:3
52:11 53:16,21
62:1 70:20 92:4,15
92:18 122:15
135:21 136:4,5,7,11
136:18,21 137:19
140:5 141:17
145:10,14 146:4
148:18 149:7,11
150:10,15,22 151:1
151:17 153:22
155:12,20 156:6,24
161:1 165:9 166:22
166:23 172:3 188:3
188:19 189:16
201:11,16 205:2,4
208:17 211:9
218:13 220:16
223:9 226:11
pain 165:23
paper 155:8
papers 83:14
paragraph 8:17,18
10:8 15:2,6,8 47:1
55:11 56:4 57:14
57:17,18 61:2
64:15 76:9 78:21
79:16 86:8,13,15
92:22 99:2 103:15
111:11,17 113:15
124:22 125:1 143:2
143:6,14 148:6
149:16 154:14
156:22 158:16

160:9 166:24
213:21,24 214:3,7
**parameters** 67:18
227:23
**paraphrase** 45:16
**parentheses** 79:15
**park** 3:16 45:17
**part** 9:14 10:4 19:7
22:14 23:10 25:11
27:2 28:21 34:15
34:19 37:10 47:15
47:21 48:14 49:9
51:22 52:4,12 53:7
53:16 54:4 57:3,9
57:23 64:17 67:13
67:19 69:5 70:4
71:23 72:4,15
74:11 77:13 78:5
83:7,15 84:24 85:2
85:2 87:13 95:10
98:4 106:10 107:13
115:2 116:21,23
132:10 134:20
135:17 136:13
138:8 139:9 141:15
143:18,23 155:13
163:7,13,14 169:7
170:3 176:2,3
178:8 182:7 186:20
191:2 193:2 201:14
206:4,15 210:18,24
212:15 214:17
217:5,7 220:24
221:15 222:4,9,18
222:21 223:19,24
224:15 225:21
226:15
**partial** 30:18
**partially** 152:18
189:5
**participant** 139:1
217:14
**participants** 140:4,20
161:13,14 164:4
185:24 209:7,8
223:16 225:16
**participate** 200:16
**particular** 16:11
17:13 20:6 36:8
41:11 54:13 58:14
61:18 76:19 92:14
95:18 99:10 100:4
106:10 127:9
146:18 149:1,1
152:17 155:14

156:1 158:4 160:22
173:21 175:20
176:18 193:19
196:11 206:4
212:13 218:10
223:14
**particularly** 40:1
**parties** 134:18 161:19
161:24 162:1,7
214:21,24 231:12
231:15
**parts** 83:16,17,18
185:21 205:15
**party** 5:20 106:13
123:12 126:4 131:1
**pass** 207:15
**pass-thru** 33:12,13
33:23
**patronage** 33:24
**pattern** 85:18
**Paul** 3:1 6:3
**Paula** 1:24 3:23 5:13
231:2,22
**paul.frangie@dech...**
3:4
**pay** 10:12,14 19:16
23:17 31:7 32:23
40:2 131:14 132:14
133:4 145:7,21
146:22 147:8 148:8
151:2,8 152:6
153:9 154:11
155:10 156:11
157:3 160:21 161:4
161:9 164:10 165:7
165:7 199:7,20
200:15,21 201:4,6
202:1,12 204:2,7
208:20 221:21
**paying** 17:11 149:24
166:15
**payment** 144:24
145:16 149:5 152:1
159:1 160:12 208:6
212:16
**payments** 138:6
150:19
**payroll** 151:19,21
152:1,3,16,22
155:12 156:18
**pays** 95:20 152:12
**PC** 3:19
**pejoratively** 202:20
**Pennsylvania** 2:15
22:4 69:23 71:2

83:16
**penultimate** 102:11
**people** 14:15 45:16
85:16 103:8 166:11
166:14 168:2
179:12,19 200:24
**percent** 66:14,14,14
67:8,8,9,20 77:3
83:1,2,7,12 96:24
100:20 101:7,8
111:20 170:15,20
172:15 173:2,2,8,14
191:23 194:1,2,19
**percentage** 103:11
210:15
**perform** 177:1
**performed** 86:17
144:19,22
**period** 11:13,17
16:13 17:22 18:10
21:6 36:9 37:22,24
38:4 54:6,9 59:18
61:17 62:9,20
70:20 84:24 85:8
94:11 99:21,23
102:5 108:10,14
116:16 128:12
146:14,14 180:17
180:19,23 181:7
182:2,3,14 184:9
192:8 194:18 219:6
219:21 225:24
226:5
**periodically** 146:2
**periods** 93:14 122:12
122:14 149:11
**perishable** 178:23
**permit** 14:19
**permitted** 114:3
**person** 72:11 90:3
199:23 200:4
**perspective** 143:20
143:22
**pertaining** 1:20
**pertinent** 210:2 211:1
211:12,24 213:5
**Petticoat** 3:20
**phase** 49:5 203:3
**phenomenon** 218:21
**phone** 64:6
**phrase** 46:22 152:21
**Ph.D** 1:17 6:24
**pick** 26:3
**picked** 58:7
**piece** 41:8 155:8

189:8
**pieces** 204:20
**Piecing** 82:9
**PIMPORT** 15:3,10
20:18
**place** 5:16 20:16
21:12 33:14 44:17
49:19 67:7 73:14
128:14 129:2,16
130:3,16 147:4,8,13
153:15 156:7 165:5
**places** 20:9 69:24
74:19 81:10 151:24
201:20
**Plaintiff** 162:22
**Plaintiffs** 2:14 6:14
6:17 9:7 33:15 47:1
47:10 51:23 52:5
52:15 54:22 55:6
59:4 70:24 86:15
93:24 94:5 105:1
118:15 119:3
131:11 133:1 134:8
135:20 136:2
137:15 139:8
141:21 164:7,13
169:18 178:9 199:5
199:12 223:1
**plant** 22:23 23:7,11
23:20 24:1,9,16,21
25:3,9,21 26:3,10
26:17,19 28:23
29:11,15,21,22 96:6
111:19
**plants** 24:5,12 25:12
25:16,18,23,23 26:1
26:23 27:11,16,17
28:13,19,22,24 29:5
29:14,16,24 30:1
81:17 91:8 105:3
105:10 111:24
121:12 125:3,15,19
126:21 135:6
195:15 196:12
197:8 215:12 217:2
**plant's** 24:17,20
**please** 5:18 6:20 7:8
7:15,23 52:20 64:6
88:12 105:14 111:5
142:9,23 159:11
164:18 177:20
183:16 190:10
218:6,9
**PLOCAL** 15:3 29:10
30:7 43:10,20,24

172:1
**plus** 10:15 15:3 16:24
29:20 71:5
**pocket** 186:19
**point** 16:14,24 17:1
20:7,8 21:11,15
22:12 24:13 28:2
29:23 32:6 33:4
36:6 50:23 60:12
63:12 80:20 89:1
100:22 102:5
103:11,13 106:9
117:11 118:7,9,11
118:11 119:9
121:17 126:16
148:16 164:11
206:11 212:9
**points** 94:11
**pool** 195:15 196:11
197:7
**pooled** 192:1 195:14
196:1
**pooling** 51:22 52:1,2
**population** 84:17
169:12
**Portales** 71:16,23
72:16,20
**portion** 65:11 68:7
69:1 77:3
**posed** 129:11
**positing** 31:12 68:6
**position** 49:15
**positions** 169:1
**positive** 153:5,10
154:3 199:10
**possess** 111:21
**possibilities** 226:7
**possibility** 221:2,3
**possible** 42:23 43:6
71:16 164:3 223:7
**possibly** 76:22 183:8
**postulation** 177:5,6
**potential** 18:20 19:19
44:8 112:3 212:7
220:3 226:9
**potentially** 200:17,19
220:5 225:20
**pounds** 29:18 62:4,12
66:11 70:21 72:22
73:2,10 74:9,14
191:24
**power** 11:21 42:24
43:9,20 44:19 45:9
45:14,24 46:12
47:3,12 48:4 86:18

96:23 103:20 118:1
118:8 119:7 120:3
120:6 121:4,10,13
121:14,18 122:24
128:4 143:24
161:15 162:2,20
163:14,19 164:5
203:1
**PowerPoint** 190:14
**practice** 151:12
**precise** 184:1
**precision** 49:11
**preconditions** 165:5
**predominantly** 142:6
**prefer** 188:16 207:7
**preliminary** 50:1,3,6
50:7 51:4 81:6
109:12 168:24
177:4 183:11
**premia** 153:14,21
157:1 207:9,10,23
**premium** 138:21
141:3 149:2 152:14
152:18,19,20
153:12,24 154:6,15
154:20 155:5,12,16
155:17 156:2,6,8
157:1,5 205:16
206:2,7,10,12 207:1
208:3,7 209:19,21
210:3,6 211:8
212:13,22 222:5
228:12
**premiums** 141:3,15
146:2,10,21 147:8
147:14,14,20 148:2
148:3,8,18 149:14
150:1 151:15,15,16
151:20 156:8,14
204:21 205:23
206:3,20 207:20
208:14,16 209:1,3
209:17 210:14
211:2,15,23 218:13
218:17,24 219:5,11
219:16,23 220:6,16
221:9 222:14 223:9
223:19 224:1,7,8
225:7,22 226:4,11
226:14,21 227:1,13
228:7,10
**prepared** 36:21
184:15 208:20
**preparing** 8:14 59:8
**present** 34:17 101:23

128:7 140:19 153:1
219:3,14 224:22
226:3,19 227:12
**presentation** 100:23
190:15
**presented** 95:9
**presenting** 197:12
**press** 214:16 215:2
**presumably** 146:4
151:16
**pretty** 192:16
**prevailed** 223:5
**prevailing** 17:3
**prevent** 113:10
**previous** 9:19 86:15
211:22
**previously** 54:21 59:4
**price** 10:11,14,24
12:22 13:12,15
15:11,14,20 16:12
16:21 17:2,2,10
18:23 19:14,15
20:19 21:19 29:18
30:13,14 32:13,16
32:23 33:1,2 37:6
40:3,5 41:10 42:5
55:14 57:5 60:10
64:21,22,24 65:1,6
65:8 67:9,22 68:22
69:16 73:17 77:7,8
78:19,22 80:22
84:2,4,23 85:18
92:8 93:18 95:15
105:11 106:1,4
107:7 114:16,23
116:3 123:13 125:8
125:10,12,13,22
126:10,12,16,20
127:2,3,5,9,10,11
128:21,23 129:4
130:7,10,17,20
131:22 132:14,22
133:2,4,19 134:4,5
139:9 145:10,14
146:1,18 150:10
152:13 153:5
154:12 155:20
157:5 159:2,8,16,19
159:21 160:10,11
160:13 161:2,7,9,22
162:24 164:10,15
165:8,20 166:3,12
166:13,15,16,22
182:9,14,15 184:3,4
187:9,22 188:3,7,9

188:19 189:2,10,16
189:19 198:21
199:2,3,7,11,21
200:15,21 201:4,19
202:1,12 204:2,6,7
204:12,13,14,16,23
205:1,2,3 206:5,9
208:15 209:2,19,20
210:3,5,10,13 211:1
211:2,12,14,22,24
212:9,17,19,21,21
212:21 213:4,16,18
213:19 223:5,15,18
228:3,6
**priced** 23:21 55:13
60:9 132:1
**prices** 15:15,17 18:9
19:1 20:23 21:11
21:12 31:17 42:9
42:15 85:7 92:15
94:10,18 97:5
106:21,22 107:7
113:16 125:2,6,21
128:9 129:6,7
131:13,20 134:3,10
134:18 139:11
140:5 142:2 146:13
156:23 159:1
160:12 161:20,23
162:23 163:3 165:1
171:5,17 172:3
201:6,9,10,14,15,16
201:19 203:22,24
204:20 205:7,13,19
205:24 207:4 209:3
210:19 211:13
212:11,23 213:1,16
221:17 224:15
228:13
**pricing** 10:18 32:4
33:13 35:16,20,22
40:11,18 44:15
151:12 165:3 171:5
226:14
**principal** 33:18 58:21
111:23 181:9 227:7
**principally** 169:14
**prior** 57:4 62:20
65:14,15 70:13
108:9 133:8 144:18
150:3,4 169:2
**priori** 113:4
**probably** 15:15 19:7
23:1 27:22 37:5
50:8,16 63:12

72:16 80:16 81:1
90:3,16 101:11
149:17 153:23
156:17 183:9
205:17
**probing** 134:12 224:6
224:7
**problem** 29:17 98:6
**Procedure** 1:19
**proceeded** 162:16
**proceeding** 229:2
231:5
**proceedings** 231:3,9
231:12
**proceeds** 47:16
**process** 7:12 23:11
25:11,15 30:6 63:7
119:8 139:5 148:15
176:15 200:2
**processed** 179:8
**processes** 31:20
**processing** 17:1
24:12 25:12,15,19
26:10 27:17 28:13
28:15,19,22,23,24
29:5 81:17 104:1
105:22 109:24
111:19,24 119:8,14
120:4 121:12 125:3
125:15,19 149:1
155:24 180:1
215:12 217:15
**processor** 11:6 13:2
16:23 23:13,17
39:12 42:20,23
43:8 112:11,13,22
112:24 113:11,16
113:21,22 114:1
116:1,3,4 117:22
126:15 127:4,9
128:21 130:6,8,10
131:12 141:21
164:8,13 185:16
208:20
**processors** 10:12,14
10:23 11:13,18,19
11:20 12:6,11,18
13:15 15:11 16:2
17:10,14 18:3
19:14,16 20:10,14
20:20 21:1,14,19
22:16 31:7,13 33:7
33:20,21,23 34:19
35:3 43:15 45:1,10
68:12 76:4 104:3

109:3,18 114:7
126:17 127:18
130:13,21,21,24
131:2,21 132:2,12
133:2 135:21 142:6
155:4 164:15 165:3
165:8,20 166:3
174:17 176:5
178:11 208:17,18
**processor's** 112:16
**procure** 12:13 13:7
13:21 14:6,15
15:11 22:2 53:20
112:15 135:7
**procured** 11:10 13:5
15:16 16:13 20:10
21:13 22:10 32:10
32:11 53:11
**procurement** 19:8
47:3 72:16 112:3
113:3,8 116:10
**procures** 96:6 135:10
**procuring** 52:17
113:11
**produce** 35:11 94:19
115:17
**produced** 10:13,24
17:11 19:23 21:11
21:18 77:5 78:9,11
79:12,17,20 80:21
84:22 170:17
172:15 173:12
185:10 187:10
211:6
**producer** 112:22
195:14
**producers** 40:3 57:20
61:3 122:14
**produces** 93:20
**producing** 176:14
207:14
**product** 167:13
169:23 170:8
175:17 202:22
211:6
**production** 4:10 17:4
71:5 77:18 79:23
82:22 83:23 84:10
111:15 115:5 169:3
170:15 180:14,19
180:23 181:10
182:3,12,23 183:22
185:2 190:15 191:1
191:2,19,23 192:7
192:24 193:10,18

193:24 194:17 196:16,17
**Professional** 2:1
**professionally** 220:2
**profit** 44:10 163:24 164:1 176:13 186:13,13 187:2,8
**profits** 43:17
**programming** 18:19 18:21 19:4 23:10 23:15 24:4,9 71:20 73:21
**prohibit** 12:20
**prohibited** 12:7 13:20
**prolonged** 207:9
**proof** 87:20,23 88:21 89:4,11,21,22 91:22 93:3 98:22 99:8 117:2,8 119:19 120:9 121:22 132:8 132:11,16,23 133:10 167:13,19 168:15 211:14,16
**proportion** 50:14 69:4 72:19 80:17 80:19 81:2,12,16 82:15 101:5,9 104:2 131:24
**proposal** 79:24
**propose** 17:5 42:3 68:24
**proposed** 10:23 18:15 38:5 50:19 60:24 64:17 65:2 68:15 86:19 91:23 93:5
**proposing** 9:23 31:11 66:19 114:23
**protect** 130:5
**protecting** 113:16
**provide** 15:18,19 55:14,22 60:10 61:15 70:2 112:15 179:11 203:21
**provided** 13:10 14:10 76:4 81:24 82:2 131:24 169:15,17 174:10 201:18
**provides** 68:9 126:15
**providing** 12:18
**provision** 159:7
**provisions** 13:13 55:17
**proximity** 29:1
**proxy** 134:17,22

**prudent** 78:24 79:4,5 79:7
**public** 2:2 177:8 231:1,22
**publications** 185:23
**pull** 192:14
**pulled** 152:16
**purchase** 10:14 14:1 21:2 121:5 141:22 165:20 169:23 170:8,10 221:8 222:17
**purchased** 74:18,19 75:15 207:5,6
**purchaser** 130:4
**purchasers** 161:17
**purchases** 22:15
**purpose** 137:18 138:5 158:23
**purposefully** 77:12
**purposes** 9:4 20:17 26:19 67:2 69:12 87:9 147:15,21 167:3 172:14 178:4 180:22 204:11 209:24 211:12 212:6 213:2
**pursuant** 1:18,18 60:16
**put** 30:9 41:12 48:15 101:8 130:3 134:3 135:23 145:20 147:7 153:6 165:9 165:10 173:5 188:16 199:10 216:18
**putting** 14:12 149:6 183:18
**P*LOCAL** 15:3,3,22 16:15,16 17:8,9 18:13,16 22:22 26:6 30:8,12 43:10 43:21,24
**p.m** 111:2 229:7

_____
**Q**
_____

**quadruple** 186:24
**qualify** 207:15,22,24
**quality** 146:10 149:2 151:14 152:18 153:17,21 155:17 155:18 206:7,13,20 207:6,6,10,16,20 210:7,18 211:2,8,15 211:23 212:22

213:17 228:7,12
**quantifying** 221:19
**quantitatively** 77:1 228:2
**quantities** 147:15 161:19 222:1
**quantity** 10:20,20 18:22 20:21 71:4 74:6 77:4 78:8,11 78:13 79:10 80:21 81:1,3,14 115:16 124:8,10 187:18,19
**quarter** 15:19
**question** 7:14,17 11:12 13:17 17:12 18:7 21:14 24:20 25:3,4 26:8 27:8,14 27:14 28:3 33:11 34:12,18,23 35:1 44:21,23 45:6,12,19 46:13 47:8 49:8 51:20 52:20 56:9 65:14,14 68:21 74:3 78:7 85:5 88:2 88:4,10,12,17 89:9 89:18 92:17,18 97:22 99:17,19,22 103:18 104:12,21 105:14,18 108:7 117:24 123:8 127:15 128:24 129:11 132:9,24 133:11 136:12 139:23 140:1 145:12 152:2 159:11 160:3,6,13 165:24 166:4 169:5 173:20 174:5 175:2 177:1,13 182:15 196:6,8,9 198:3 203:6,14 204:18 206:1,21 208:1,4 214:1 222:20 223:21 224:1 228:5
**questions** 57:11 116:20 117:13 142:1 203:19 228:15,18 230:11 230:16
**quickly** 193:7
**quite** 205:6
**quote** 160:8
**quoted** 159:18,23,23

_____
**R**
_____

**R** 2:7,9 5:1
**raise** 226:8
**raised** 127:8
**raises** 182:14
**raising** 223:20
**ramify** 129:4
**random** 152:16
**range** 28:1 44:8
**rapid** 186:6
**rapidly** 183:9 186:12
**rate** 16:14 19:1 20:14 182:19 184:4 188:21 189:3,12 193:6 227:5,6
**rates** 179:14,21
**rational** 111:18 112:10,20
**rationale** 158:24 180:10
**raw** 13:5 23:15 24:1 47:4 52:6 68:19 76:11 78:5,8,18,19 81:16 82:16 84:22 111:20 112:4 113:2 113:4 121:5 130:5 131:14,17 132:14 133:4 134:6 141:23 142:4,5 144:1 145:7 165:8 173:10 174:7 179:6,7,9 183:7 185:3 188:19 189:17
**reach** 171:7 174:12
**reached** 36:22 53:22 85:21 86:1,4
**reaches** 29:8
**reaching** 9:14
**reaction** 88:5 222:8 223:15
**read** 52:19,21 55:22 56:7 63:12 87:22 105:13,15 142:10 159:10,12 164:17 164:19 177:20,21 181:1,2,18 184:15 191:11 196:6 206:17 213:24 214:2 230:4
**readily** 28:4 165:4
**reading** 44:24 48:12 83:13 94:3 108:17 154:13,19 174:4 197:5 224:4 229:5
**Ready** 228:21
**real** 73:4

**reality** 44:7 151:11 165:2 200:3 216:21
**really** 11:4 82:12 90:13 93:16 132:5 199:16 225:19
**reason** 29:13 33:12 70:8 77:12 99:24 111:23 113:4 116:13 179:21 202:3
**reasonable** 51:12
**reasons** 123:4 199:14
**rebate** 158:24 159:1 160:11,24
**rebut** 103:15
**recall** 63:13 71:9 82:13 94:3,7 103:10 120:10,21 133:6 137:20 138:8 143:21 148:1 164:21 165:21 186:2 197:1 199:9 209:22 214:15 225:1
**receive** 80:23 94:11 94:18 207:13
**received** 31:9,15 41:10 42:5 149:7 156:13 170:20 182:9 186:1 204:23 205:13,24
**receives** 93:19
**receiving** 53:8 149:14 151:20 187:9
**recess** 63:24 110:8 142:18 190:6 217:24
**recipient** 161:18
**recipients** 25:13
**recognition** 179:24 220:2
**recognized** 85:1
**recognizing** 40:4
**recollection** 118:23
**reconstruct** 17:8
**record** 52:21 63:18 63:22 64:3 83:15 105:15 110:2,4,6 111:4 142:10,17,22 151:6 159:12 164:19 177:21 190:2,4,9 217:17,22 218:5 228:22 229:3 231:9
**recorded** 230:11,17

records 58:14 61:14
  151:19,22 152:1,4
reduce 123:18 185:13
  187:18 198:23
reduced 40:22 83:23
  209:21 231:7
reducing 187:8
reduction 85:22
  126:10,12 188:2
  221:24 222:3,6,21
refer 204:6
reference 86:14
  148:23 224:21
referenced 91:4
  148:19 194:22
referred 143:14
  153:4 154:10
  215:21,22
referring 56:3 145:9
  145:13 214:14
refers 54:12 59:17
reflect 204:20 223:19
  227:24
reflected 32:18 40:17
  40:22 58:15 94:17
  147:21 151:13,23
  170:14 175:24
  227:8 228:2
reflection 208:18
  222:8
reflects 152:17
regard 39:15
regarding 8:7
regardless 32:10 37:8
  210:19
region 111:14 124:20
  125:22 170:22
Registered 2:1
regression 65:20 66:9
  227:4,24
regulated 160:10
regulation 150:24
regulatory 150:8,18
  179:10,18
reinforcement
  225:19
reinvested 186:23
relate 79:16 120:7
  144:5
related 18:4 48:17
  122:13 199:20
  231:11
relates 159:8
relationship 32:8
  34:18 77:1,7 79:22

117:22 150:17
  174:16 175:3
  205:22 208:13
  209:1,12
relationships 141:10
relative 74:17 228:1
  231:14
relatively 80:16 81:2
  170:24 172:22
release 214:17 215:2
relevant 121:14
  133:8 167:13,24
  168:8,13,16 169:7
  169:21 170:4
  175:11,21,23
  176:10,22 177:5,9
  177:17 194:4 198:4
  202:4,22 206:3
rely 82:24
remaining 187:21
remains 220:7
remark 55:3
remarked 54:24
remember 83:9
  102:19 135:3
  165:18 171:8
reminder 7:13
removed 84:4
repeat 145:12 196:7
repeating 93:8
replaced 220:13
replicating 22:5
report 4:6 7:22 8:6
  8:11 9:1,5,10 10:5
  25:10 37:14 39:22
  40:17 45:1 53:15
  57:14,23 59:8
  64:16 84:21 96:9
  100:19 111:11
  113:15 119:16
  126:8 127:20 132:7
  134:4 143:2 145:19
  147:6,22 148:4,9
  149:16 151:24
  152:10,24 153:2
  154:14 156:5,16
  157:7 159:18,23
  167:1 170:14
  172:19 177:11
  201:20 203:21
  205:12 213:21
  217:7 218:9 219:1
reported 185:22
reporter 2:1 5:13
  6:20 54:23 157:13

190:13
Reporters 3:23 5:14
reporting 172:21
reports 186:1
represent 5:19,22
  15:10 18:8,24
  26:24 139:17
  172:10
representation 27:11
representative 16:19
  26:20 27:23 28:6
  29:12 30:5
representing 6:1,4,6
  6:8,10,16
represents 66:24
requested 52:22
  105:16 142:11
  159:13 164:20
  177:22
require 51:12 203:3
required 13:13 45:24
  70:6 71:12 92:20
  93:2,24 94:22
  95:22 96:4,12
  97:16 99:11 101:10
  106:23 118:7
  143:23
requirement 18:9
  150:9,19
requirements 16:8
  17:16 19:10 22:2,6
  73:11 159:2,8,16,20
  159:22
requires 184:23
  218:21
requiring 44:13 91:5
  91:13 180:3
research 218:21,24
resources 33:21 41:1
  41:20,24
respect 35:2 63:10
  86:13 99:10 169:5
  185:2 195:24
response 117:13
  127:17 222:12
responses 135:19
responsibility 182:8
  202:7
responsible 156:1
  220:1,2
rest 97:11
restate 113:22
restrict 124:8
restricted 208:11
restricting 69:17

208:5
restrictions 214:11
  214:13 215:16
  217:10
result 33:8 40:19
  77:22 78:15 84:10
  107:10 125:1,6
  126:5 127:11
  128:19,22 135:21
  136:2,3 159:1
  160:12 166:13
  189:1 223:16
resulted 188:9 223:4
results 27:9 68:14
  141:16 166:21
  188:24
RESUMED 111:7
Retail 6:16
retirement 219:13,15
  221:1
reveal 81:8
revenue 34:2 40:14
revenues 32:12 51:22
  52:2
review 183:12 217:3
reviewed 55:18 59:8
  186:10 196:4,13
revised 146:2
right 31:22 34:11
  67:3 76:15 114:17
  152:9 157:6 160:1
  160:17 168:22
  171:11 187:3
  188:10 197:1,14
  204:17 213:8,10
rise 219:23 222:4,14
risen 183:9
rising 182:11
risk 112:9 160:6
ROBERT 2:14
Robey 89:12 94:8,14
  94:21 185:7
role 95:19 115:24
  137:23 138:19,22
roles 140:19
Rollins 2:19 6:7,7
Ronnie 1:9
room 165:6
rose 226:1,5
Rosetta 72:4,7
rough 84:19
roughly 172:15,24
ROUSE 3:19
RPR 3:23
rule 209:18

rules 1:19 7:13
run 71:20
runs 111:12 213:22

S

S 2:7 4:1 5:1
sale 144:1 169:3
sample 27:23 28:6
  29:12 30:5
sat 162:7
satisfy 17:15
satisfying 119:10
Satkin 2:1 3:23 5:13
  231:2,22
save 90:2 139:22
  165:22
saved 32:17 33:20
  41:24
savings 33:17
saw 82:13 224:9
saying 16:20 22:13
  28:20 47:24 62:10
  62:13,18,21 79:14
  85:10,14 88:7
  100:21 102:12
  117:12 128:18
  168:7,21 172:1
  188:17 199:9
  200:20 211:22
  220:11 221:16
says 10:6 55:12 60:8
  118:5 127:21 140:9
  160:11 167:24
scale 182:24 183:3
scope 131:16 167:19
  178:3
screen 5:11 63:23
  110:4 111:4 142:22
  190:4,9 217:22
  218:5 229:4
SE 191:19
seasonal 112:21,23
second 57:18 110:2
  153:20 203:6
secondhand 200:24
secondly 70:19
section 9:1,4 158:22
secular 181:12,14
secularly 182:20
secure 112:8
securing 11:7
see 15:4 27:21 51:2
  55:12,15 59:11,13
  60:8,12 67:21 82:7
  83:6 86:20 103:1

104:13 115:9
124:15 145:7 147:5
148:23 151:19
152:4 158:23 159:3
168:8 191:1 192:3
193:3,17 195:11,15
195:20 204:4 214:8
221:3 222:22
225:22
**seen** 13:9,9 21:4
40:16,17 46:7,10
51:19 54:11,12
55:5 59:9 62:18
74:21 81:7 102:23
103:23 108:23
144:4 155:8,11
158:3,4,6,12,13
185:13 186:5,10
191:7 197:24
198:20 199:22
208:23 209:5,10,15
**segment** 35:8
**select** 27:22
**selected** 19:6
**self-sufficient** 182:18
**sell** 13:14 35:11 94:19
105:3,10 139:11
174:16
**seller** 55:14,22 56:16
59:17 60:10 130:4
**sellers** 161:18 166:16
**selling** 103:3,9,12
105:12 106:3,14,21
123:12,13 125:9
144:11,12
**sense** 49:17 70:17
104:7 111:14 161:7
185:18 201:13
**sensible** 23:5
**sentence** 10:10 57:18
58:7 67:15 87:22
89:2 99:2 152:21
158:20 214:1,5
**sentences** 142:9
177:20
**separate** 113:17
**separately** 222:8
**September** 157:17
**sequentially** 25:16
**series** 119:12
**serve** 19:8 20:8 24:13
107:5 109:23
**service** 34:2
**services** 145:15
172:17

**serving** 33:23 109:24
**SESSION** 111:1
**set** 17:10 20:13 29:14
29:17,24 37:4
40:24 73:15 74:9
85:6,8 87:16 89:11
98:18 140:24 141:3
142:1 149:9 155:5
155:19 156:23
157:4 162:10
167:15,17 168:4
175:24 194:11
195:13 198:7
213:15
**sets** 32:14 120:21
127:4 171:19 172:8
187:15
**setting** 19:12 107:10
129:5 139:10
206:24
**seven** 137:8 205:17
**share** 103:18 119:9
127:6
**sheet** 230:14
**shift** 144:8
**ship** 174:21 175:3,12
176:9
**shipped** 173:13 174:7
**shipper** 38:3
**shippers** 42:10
133:19 148:18
149:14 150:15,20
150:21 151:19
156:13 199:19
**shipping** 54:17
**short** 63:16 76:16
147:6
**shorthand** 91:13,15
**shortly** 147:2 155:15
**SMA** 6:8 32:3,5,12
32:13,13,15,21 33:1
33:2 34:15,16
48:22 49:6,23 50:8
50:11,18 51:3,9,19
52:3,11,17 53:17,20
54:7 55:9 58:20
59:22 62:23 70:20
91:7 92:22 94:2
95:23 96:13,22
98:2 99:13 100:23
105:12 109:21
122:9 135:16 137:3
138:4 140:3,21
141:9 165:24
201:14 221:16,22
222:12,13
**show** 114:6 204:22
**showed** 149:9
**shown** 69:10 192:20
195:6,23 201:20
204:3 205:16
**shows** 84:21 191:22
**side** 119:14 121:2
136:1
**sign** 114:1 198:10,13
**signature** 229:5
230:24
**signed** 115:15 116:7
198:13 216:6
**significance** 156:20
172:13,19
**significant** 201:7

202:2
**significantly** 195:4
**signs** 115:4
**similar** 40:19 141:24
168:3
**similarly** 106:15
212:12 213:1
**Simon** 2:10 6:9
**simple** 226:17
**simply** 23:24 29:17
67:19 207:11
210:18
**Sims** 18:17 20:4
74:22 83:14 141:7
177:7
**single** 26:17 28:23
29:15 46:3 91:21
92:1,10 93:3
111:20 112:1
117:21 133:12
**sit** 165:6
**sited** 20:15
**sitting** 135:2 139:16
**situated** 23:13 106:15
**situation** 11:4 46:11
62:5 71:6 123:10
127:24 133:22
134:1 136:5 186:17
**six** 33:3
**size** 175:2 181:15,19
184:9 185:19,20
186:5,11,24 195:1,3
195:5
**skim** 152:13 204:13
**slatcovich@wc.com**
2:12
**slightly** 216:19
**slowed** 188:21
**sources** 11:9 12:14
18:20 19:6,20,24
20:3,6 22:4 23:3,5
24:3,7 28:8,19
43:18 69:11 73:9
73:23 80:1,11
81:13 82:1 83:20
113:1,22 114:8
195:10 197:7
**Southeast** 4:10 10:12
20:20 22:24 24:5
26:4 39:14 42:6
45:10 52:10 53:13
54:8,18 55:19,24
56:12,12 58:4 59:7
60:15 61:20 62:2

**small** 38:21 74:9
80:19 102:9,9
135:17 170:16,24
172:22 177:14
200:8
**smaller** 223:3
**SMA's** 204:2 221:8
222:17
**SMI** 39:3,7,17 42:16
96:15,16,18,19
169:14 200:9 201:1
**Smith** 220:15
**SMI's** 200:12,12
**sold** 21:13 95:24
101:14 105:24
133:16,18 170:18
207:5,6
**solution** 25:20 54:4
**somebody** 49:3,4
56:21 73:7
**someplace** 148:4
**somewhat** 186:2
**soon** 44:7 125:18
126:24 149:13,17
149:22,23
**sorry** 47:7 69:14
102:10 134:19
142:8 204:12 216:7
**sought** 126:1
**sounds** 228:17
**source** 8:15,16 11:8
13:12 22:20,21
23:6,21 24:1 26:1
29:19 68:10 69:21
71:16 72:14,18,24
75:11 76:6 81:20
82:3 83:12 112:1
114:4 196:1,11
208:20 215:1
**sources** 11:9 12:14

62:21 63:3,11
64:22,23 68:12,23
70:22 71:13 72:23
73:11,17 76:1 77:5
77:9,14 78:19,22
79:2 80:2,7,8,14,18
81:18,18 82:21,22
83:24 84:9,18
85:13 91:5,13 92:2
92:12,16,19 93:17
97:2,12 98:13
100:11 108:14,19
111:13 122:13,14
124:18 125:4,22
137:3,7 138:7
139:3,12 140:5
162:20 168:6,12,14
169:19 170:22
171:14,17 173:7,9
173:14,15,22
174:20 176:5,6
180:14,23 181:5,10
181:16 182:4,18
183:23 184:5,8,20
185:19 186:7,8,12
188:3,9,15 189:14
189:21 190:16
192:8,22 195:11,24
197:12 198:9,18
204:24 205:14
209:24 215:23
220:16,21 221:10
222:10 223:10
224:2,16 227:5,6
**Southeastern** 1:6 5:6
57:20 61:3 137:18
**Southern** 2:18 191:4
**Southwest** 52:7 53:11
53:20 54:3,8 55:20
56:12,17 57:6,7,22
58:3,19 59:7 61:5
61:17 62:2,6,8,13
64:21 65:17,21,24
66:10,12 67:4,10
68:22 69:5,13,18
70:7,10,18 71:9
73:14,18,22 74:11
74:15,18 75:1,9,15
76:12,20 77:8,15,24
78:23 79:20 80:6
80:13,17 81:1,15
82:14 83:8,11
122:11,16 137:17
196:22 221:20
222:1,7 223:4

so-called 144:12
155:22
space 200:18
spatial 28:10
spatially 27:22
speak 134:17
speaks 46:23
special 96:17 108:15
species 107:18,20
108:2,5
specific 123:15 152:2
154:1 174:17
201:17 203:14
204:14
specifically 101:4
143:21 163:21
164:22 166:5
207:15 214:16
228:13
specified 33:2 179:14
specify 78:2
speculation 124:21
197:23
spills 60:5
staff 141:7,8 191:15
stage 27:4 167:11
177:3 213:13
220:10
stand 61:7 90:6 91:15
91:22 93:4 150:5
standing 47:18 163:9
Star 33:9 34:4,10,10
34:11,11,13,15,23
36:12,16,20,23
39:16 57:21 58:19
61:4 63:22,10
start 32:24 101:17
150:16 204:4
started 8:11,22
101:17 124:24
starting 20:8 32:6
33:4 118:7
starts 213:21
Star's 34:18
state 5:19 7:8 9:10
10:18 74:3 111:18
157:20 169:11
191:19 193:10
194:3,4,7,8 200:10
stated 10:21 39:21
58:21 77:6 96:8
135:24 158:24
statement 61:1
102:11 111:24
113:7 147:18

149:10 216:4 217:8
217:9,11
statements 209:5,6
states 1:1,10,13,19
5:7 149:8 167:4
168:1 184:19 192:2
192:8,24 193:1,2,19
194:12,22 195:6
stationed 185:11
statistic 176:18
stay 198:13
stayed 225:22
staying 226:4
stenotype 231:7
step 25:8 66:2
steps 30:24 119:12
Steve 7:10 63:14
Steven 2:9 5:21
STINSON 3:15
stock 72:9
stone 72:4,8 209:12
stop 27:10 130:2
straightforward
84:14 107:9
Strawn 2:19 6:8
Street 1:23 2:11 3:2,7
3:11,20
strike 129:21
strikes 112:10
structural 48:18
128:13 178:7
structurally 121:7
structure 51:13 128:5
131:18
structured 112:17
137:24
stub 152:16,22
subject 81:7 82:24
97:6 133:16 153:16
175:6 207:1 211:13
211:16
submitted 8:7,12
219:1
subparagraph 60:4
91:2,16
subsequent 48:17
167:11 203:2
220:10
subsequently 147:19
subsidized 57:19
58:19 61:3
subsidizing 60:16
subsidy 180:4
substantially 185:12
subtract 69:6

subtracted 74:13
212:14
sub-Classes 86:20
Sue 190:16 191:10
sufficient 50:12
111:21 207:14
suggest 10:10 74:24
220:1
suggesting 11:4 74:5
78:20 182:17
208:24 225:4
226:18
suggestion 152:5
suggests 57:8
suit 130:22
Suite 3:7,15,20
Suiza 116:7,8 162:15
Suiza/Dean 163:6
sum 15:17 41:23 69:6
86:5 160:20 176:4
summer 225:3,6
supplemental 24:24
221:8 222:17
supplied 10:20
125:12,15 187:20
supplier 95:17 112:6
113:24 114:15,15
143:10
suppliers 187:21
supply 12:13,18,20
13:2,19,23 14:5,19
26:2 29:19 59:17
76:10,11,18 77:4,13
78:5,7 79:1,8,11
80:1 83:3 84:6
85:22 107:13,18,22
107:24 108:5,8,13
108:18,22 109:1,6,9
109:10,14 111:22
112:1,7,8,12,21
113:2,10,11,20,23
114:2,8,9,18 115:3
115:4,15,19 116:7
123:12,23 124:18
125:8 126:2,17
131:1,8 134:9,13,16
134:22 135:1,9
180:7 182:16 184:5
188:2 214:12,20,20
214:23 215:9 216:5
216:8,23 217:1,13
227:6,18,23
supplying 38:15
114:22 155:23
support 44:14 168:2

suppose 60:2
supposed 209:14
sure 7:16 20:2 26:16
36:5 45:5 87:5
90:17 93:9 123:7
144:4 158:3 179:7
198:15 200:1,20
205:8 209:11
210:23 224:19
225:14
surface 112:10
surmise 163:22
surplus 21:8 56:24
164:1
surprised 170:23
171:2
surrendering 116:8
116:14,16
surrounding 200:23
swear 6:21
swept 107:2
sworn 7:2 231:5
system 10:19 32:5
35:22 77:10 78:2
179:11,18
systematic 14:8,10,12
18:18 173:24 174:3
183:12 227:3,22
systematically 16:7
21:24 181:18
systems 35:16,20
39:24 40:18

———————————
                T
T 4:1,1
tail 226:2
take 10:7 12:3 17:23
23:16 26:19 28:22
28:24 31:1 41:21
48:16 54:20 55:11
57:14 59:3 60:1
62:10 63:16 64:14
73:14 80:12 86:8
95:5,17 96:10
105:18 111:10
113:8 118:13
135:18 139:14
143:13 144:18
145:17 158:11,15
160:6 165:23 170:8
178:18 180:7 193:8
205:11 208:2
211:11 213:20,23
215:17 218:8
220:11 223:22

taken 5:15 63:21,24
64:2 84:2,4 107:21
110:8 124:11
142:15,18,20 169:1
190:6 205:17
210:10 211:10
217:20,24 218:3
224:5 225:9,10
231:3,6,13
talk 69:16 99:4
124:24 170:7
talked 122:5 160:15
171:10
talking 22:23 33:12
46:2 50:23 99:7
100:9 104:11 128:2
162:5 169:24
175:14 179:7
200:14
talks 59:16 99:4
160:9
tanker 185:10,15
tape 5:5 217:18
task 194:5
technologies 185:4
189:9
technology 24:11
178:21 179:2
182:24 184:20,22
187:2
tell 12:12 27:5 63:18
88:13 97:11 128:18
158:7
telling 26:18 89:5
tells 40:10 176:17
ten 73:8 156:17
tend 183:5 209:3
tended 154:8 181:19
Tennessee 1:2 5:8
193:15 200:10,13
term 46:8,15 52:8,9
79:3 118:23 119:20
121:9 123:24 161:8
163:1 179:15
202:20
terminology 42:22
terms 8:20 9:20 23:14
37:20 40:1 66:5
75:5 93:12 103:24
115:13 130:10
161:19,19 166:1
174:20 175:8
181:20 222:22
territory 201:2
test 207:16

tested 177:9 227:21
testified 7:2 197:23
testimony 62:19
    97:20 126:8 144:5
    147:11 150:3 173:4
    174:10 231:4,6,9
Texas 3:8 57:2 60:12
    196:22
text 57:23 147:22
thank 6:18 63:19
    64:12 177:23,24
    228:16,23
theorem 11:5
theorems 10:18
theory 10:10 43:1
    123:19 129:9
thing 8:13 36:19
    68:13 75:24 112:11
    118:6 121:10 140:9
    140:11,13 188:17
things 70:16 129:18
    130:11 136:23
    166:21 183:5
    221:11,16
think 17:19 20:7 29:4
    37:12 48:9 53:5
    54:16,21 59:9 74:2
    74:23 75:5 76:15
    76:16,23 78:23
    81:5 84:1,20 86:14
    88:24 89:8 91:3
    94:7 98:5 104:8,22
    117:9 118:18,24
    124:23 138:17
    152:17 155:5
    160:21 165:16
    173:3 176:11
    184:10 188:11
    192:14 200:3 201:8
    202:12 217:16
    219:18 220:8 227:9
    228:15
third 61:1,22,23
    64:17 65:7 70:9
    75:19 77:11 140:13
    158:19 191:18
Thompson 3:23 5:13
thought 10:24 45:1
    76:14 97:13 197:19
thousand 176:16
three 37:3 58:16,17
    66:13,20 67:12,16
    68:20 74:1 142:20
    145:5 177:20
    203:18 214:6

217:20 228:19
threefold 202:21
thrust 47:1 164:23
Thursday 1:21
tight 141:10,11
time 5:11 15:18 16:13
    16:24 18:11 20:7
    21:12 27:18 29:22
    29:23 40:18 59:18
    61:19 62:8 63:15
    63:22 64:4,7 70:20
    82:14,15 85:7
    89:19 90:2 93:13
    100:22 101:12
    110:4 111:4 117:10
    122:12,14 126:16
    128:12 134:4
    139:22 142:17,22
    145:18 146:9,11,20
    149:6 155:3 156:5
    178:14,23 184:12
    187:3 190:4,9
    192:8,19 194:18
    199:6,6 200:17
    210:17 215:20
    217:22 218:5 219:6
    219:21 220:20
    221:12,22 224:4
    226:21 229:3
times 7:12 15:14 100:5
    114:21 117:13
    172:7
timing 149:19
tip 122:18
title 10:6 193:13
titles 194:11
today 5:13 20:19 32:1
    90:9 101:20 124:1
    132:7 136:24
    145:24 167:3
    168:15 171:3
today's 5:10,15 229:1
told 18:1 97:13
tongue 122:18
tools 19:6
top 67:22 116:19
    172:18
total 70:5 74:11 76:1
    77:17 78:10 80:18
    81:2 82:16,20 83:2
    83:3 86:5 102:2
    134:14 135:17
    162:10 169:12
    170:15 173:8,14
    176:4 187:2 191:24

totality 22:5 72:19
    76:5 82:9 97:6,9
    98:22 115:16
totally 140:12,15
touch 206:19
track 204:23
tracking 203:22,24
traditionally 96:24
transaction 59:1
    201:15,16 215:10
    216:13
transactions 15:22
    16:2 18:2,12,13
transcript 230:5
transcription 230:10
    230:15
transition 220:14
translate 31:14
translated 31:23
transport 57:21 61:5
transportation 10:16
    22:11 23:14 52:11
    53:16,21 54:19
    56:13,18 57:19
    61:2 70:20 72:14
    178:21 180:4
transported 60:16
transporting 54:7
    55:20,24 58:3 62:1
    185:14
traveled 179:24
travels 180:8
treat 10:5
treated 212:12
trend 181:14
tried 30:3 58:8 82:7
trigger 133:20
triple 186:24
truck 185:10
true 9:12 52:6 86:16
    127:8 184:18
    188:23 203:7 230:9
    230:14 231:9
truly 104:4 115:22
    135:16
try 13:16 91:12 124:7
    198:18
trying 17:20 19:18
    29:9 34:5 35:6
    37:14 38:4 47:22
    51:8 75:13 78:21
    79:13 80:20 82:12
    88:18 117:5 118:18
    127:23,24 160:7
turn 8:24 11:1,14

20:5 25:17 31:8
    32:16 54:1 57:4
    61:24 62:15 68:1
    70:4 72:17 73:13
    75:9 99:22 135:16
    143:1 146:4 168:10
    194:10
turned 149:23 168:17
Turner's 216:21
turns 58:13 167:20
    168:19 212:15
Twelfth 1:23 2:11
twice 48:10
two 28:9,16 53:9 64:2
    65:3 67:1 68:16
    70:16 74:16 81:21
    97:1 101:18,19
    142:9,15 152:23
    153:1,11 161:6
    171:18 172:8,10,18
    173:11,12 185:3
    187:10 191:15
    193:3,6,12 212:23
    212:24 215:20
    219:24 221:11,16
    227:7 228:10
type 108:2
typewriting 231:8
typically 123:17

_____
            U
_____
Uh-huh 175:1,16
ultimate 67:5 81:20
    121:3 137:2
ultimately 19:13 37:4
    41:15 59:1 62:1
    68:21 77:6 78:16
    92:4 93:18 94:12
    94:17 141:3 227:21
unable 82:8
uncertainty 112:5,6
undercharge 30:16
    31:1,5,6,9,13 36:1
    36:22 37:18 39:12
    40:24 41:22 44:2,5
    65:3 210:15 211:5
    212:1,3,4
undergone 181:11
underlying 83:20
understand 7:15,17
    7:20 12:19 17:19
    17:20 26:9 30:23
    31:6 32:2,4 33:6
    37:12,14 39:11
    43:23 45:4,5,12

46:8,20 47:5,6,9,22
    47:23 51:15 52:14
    69:14 70:23 74:2
    78:13 79:21 86:3
    88:16,18 89:14
    96:19 98:13 101:20
    102:11 103:7
    104:24 105:4,5,8,18
    106:20 107:12
    108:20 112:12
    115:13 117:5,7
    119:20 121:24
    123:21 127:11,20
    131:10 132:9,21,24
    135:8,19 136:9
    137:14 138:15,24
    140:3 141:14,16,20
    143:18 144:2,7,17
    150:13,18 154:4
    162:4 163:7,17
    178:14 179:11
    181:14 183:13,20
    184:7 185:5 198:8
    198:16 204:5,19
    205:23 208:14
    211:18 215:14
    216:11 219:9
understanding 12:5
    13:18,24 14:18
    21:17 24:2 32:20
    37:24 41:8 44:16
    45:7 46:18 47:24
    51:21 52:23 53:2
    53:18 54:5 61:6
    63:8,9 71:6 73:20
    94:20 101:13 106:6
    106:12 113:9 114:9
    114:13 119:2 124:6
    125:24 126:7
    130:23 131:5
    133:15 134:7,24
    138:3 140:2 144:10
    145:23 146:7,15,24
    151:5 159:6 164:7
    164:12 179:17
    180:5,13,21 181:4
    182:1 189:19 192:6
    192:12 195:2
    199:18 207:17
    215:2,6,8,11 216:10
    216:14 219:4,14
    220:23 222:11
    223:23 224:3,13
    226:2
understands 140:18

understood 12:19
21:7 36:5 45:14
85:11 116:23
145:19 146:19
172:6 189:7 202:11
205:9
undertake 49:5
undertaken 222:7
227:24
undertook 119:13
undoubtedly 66:10
unfettered 10:17 11:6
16:20 20:20,24
22:17 24:17 26:11
34:21 40:1 41:16
48:22 85:12 109:3
187:20
unfortunately 217:18
uniform 35:21
150:10 212:17
unilateral 44:18,22
45:3,9 46:1,2,8,12
unimportant 163:11
unique 184:19
unit 208:19
United 1:1,10,13,19
5:7 168:1 184:19
units 211:6
unlawful 51:24 52:16
53:3 119:4,18
121:20 122:2,4
upward 128:8
USDA 100:24 184:15
use 9:13 19:17,22
22:14 24:15 26:4
26:19 27:18 28:17
30:3 32:22 37:17
40:7 46:22 51:1
60:24 61:7 66:19
68:24 71:21 73:5
81:11 91:15 101:8
119:18 121:9
123:24 130:19
138:19 161:8 163:1
163:5 168:4 171:4
179:15 184:21,22
185:1 209:18
215:16
useful 197:19
uses 84:6
utilize 17:6 187:1
utilized 137:5

V

valid 61:7

validity 61:23
value 66:9,11,17 69:8
107:21 119:21
207:12 208:19
values 65:19,21 66:13
67:17 206:24
variable 20:18 66:5
76:17,24 77:20
78:3 79:22
variables 75:21 78:4
variations 112:23
varied 82:15
variety 22:4 69:23
122:3 123:4 137:3
151:23 168:10
178:22,24 192:2
197:16 212:10
various 18:16 32:10
32:14 33:17,22
35:23 72:15 80:11
82:1 94:11 95:20
121:6 131:18,22
140:20 149:20,21
165:2 177:7 185:23
185:24 193:17
201:20 203:15
211:12 220:20
221:15 227:22,23
vary 23:1 29:21,21
29:22 92:14 206:9
207:4,5
vast 161:5
vehicle 122:9 134:17
veracity 97:15
version 158:6,8
versus 80:14 82:21
171:14
video 5:11 63:23
110:4 111:4 142:22
190:4,9 217:22
218:5 229:3
VIDEOGRAPHER
3:24 5:3 6:18 63:19
64:1,12 110:3
111:3 142:14,19
190:3,8 217:19
218:2 228:23
videotape 63:20 64:2
142:15,20 217:20
218:3 228:24
videotaped 1:16 5:4
view 34:5 37:17 84:8
90:5 96:11 100:8
115:13 116:6
118:10,11,12

146:16 174:19
175:11 178:2
206:12 211:1
222:16 227:12
violation 53:6
Virgil 94:14
Virginia 23:8 35:2,5
35:9 38:21 39:16
50:16,24 109:20
114:20 123:9
201:13
visualize 72:10
volume 5:5 82:20,21
101:14 146:10
149:2 151:14
152:18 153:17,21
155:5,16,18 206:7
206:12,20 207:9,15
207:20 208:6 210:6
211:2,8,14,23
212:22 213:16
228:6,11
volumes 52:7 207:5,5

W

Wacker 2:20
waived 229:6
walk 219:7
walked 187:4
Walnut 3:20
want 28:18 37:16
54:23 77:12 78:4
79:21 90:13,18
102:10 104:14
106:9 123:7 127:1
129:22 136:10,17
154:24 164:12
179:6 183:17
188:12 205:8
210:23 213:24
214:2
wanted 15:14 131:7
136:20 165:16
199:14
wanting 78:13 160:23
warrant 202:13
warranted 224:12
Washington 1:24
2:12,16 3:3,12 5:17
wasn't 120:22 146:10
way 16:19 31:16 32:1
33:13 39:24 40:11
40:12 44:6 48:1,15
62:16 72:9 78:6
87:4 91:12 103:17

106:8 112:17
113:15 118:3
131:17,19 132:18
135:23,23 137:23
138:18 153:3,20,23
155:18 168:17
170:23 171:2 174:1
174:3 175:11
188:17 194:6,7
201:8 203:4 206:20
207:18 209:13,20
210:19 219:17
221:4 226:20 227:3
227:23
ways 53:9 152:24
153:2 178:24
203:15 212:23,24
219:24 228:11
website 191:4
weight 37:6,6 40:15
40:20 41:22 134:5
155:6,19 201:18
211:7
weighted 15:19 19:14
29:15,17 174:23
welcome 139:13,20
went 14:5,14 65:13
94:8 114:21 115:10
182:16 199:13
225:7 226:19,21
weren't 16:1
West 2:20 57:1
Western 196:22
We'll 91:12 222:22
we're 30:3 35:19
63:18 67:12 75:12
77:20 115:21
160:15 169:23
172:7 179:7 198:22
198:23 217:16,17
217:18
we've 63:15 82:23
100:9 123:24
136:23 162:5
wide 92:9 129:3
Williams 1:23 2:11
3:11 5:17,22 6:1,10
6:16
willing 10:12 50:16
Winston 2:19 6:8
Wisconsin 184:16
186:21
wish 139:15 212:11
wished 107:4
witness 6:21 7:1

14:23 39:21 43:4
45:20 48:11 52:23
56:5 58:10 60:20
61:14 72:7 88:6,10
93:8 95:5 98:9
99:18 105:17
129:22 147:12
150:4 160:3 164:21
173:5 178:20
192:13 195:21
198:1 216:18 231:4
231:6,10
woes 186:18
Woods 3:16
word 40:7 73:5
138:16 151:3 163:6
215:16
worded 78:6 137:21
words 35:10 60:2
81:11 168:12 173:6
185:12
work 26:15 51:17
62:24 74:22,24
83:14 102:20 158:1
174:18 177:7
191:14 196:14
222:23
worked 151:10
working 127:19
168:2 191:15
198:12 200:24
works 32:1
world 48:22 51:3,10
62:11 66:7 85:11
worry 42:17
worth 50:5 208:3
wouldn't 14:19 24:15
26:22 36:6 43:11
54:17 62:17 112:19
124:11 215:8
write 145:4 148:9
175:6
writes 158:19
written 223:14
wrongdoing 86:18,23
87:1,24 89:3,4,16
89:16 90:5,5 99:5,6
99:8 132:8,10
wrongdoings 88:13
wrote 57:18 64:20
67:21 86:12 88:18
99:5 125:5 145:19
218:12 219:3

X

**X** 33:20

**Y**

**yeah** 35:18 121:1
  190:23
**year** 15:18 17:22
  54:13 55:9 56:16
  58:2 69:7 72:23
  95:11 191:24,24
**years** 21:10 46:9
  58:18 62:19 95:12
  101:3 102:14
  135:11 181:6
**year's** 58:15
**yield** 25:24

**Z**

**zero** 62:13 85:13
  154:15,17

**$**

**$0.50** 155:5,19
**$1** 31:19,21
**$4.5** 160:22

**0**

**01-0018095** 157:15
**02** 71:19
**03** 71:19
**04** 71:19
**05** 71:19 223:10
  226:20 227:1
**06** 223:10 226:20
  227:1

**1**

**1** 27:16 39:22 59:18
  105:3,10 119:8,14
  120:4
**10** 18:20 19:19
  100:20 101:7
**10:36:29** 63:23
**10:48:49** 64:4
**100** 57:15,17,18 61:2
  67:20 77:3 111:20
  134:5 211:7
**1010** 3:20
**102** 76:9 78:21 79:15
  79:16
**104** 64:15
**10975** 3:15
**11:55:50** 110:5
**11:56** 110:7
**12** 3:16 18:20 19:19
  167:1 204:11

**12(c)** 204:1,4
**12:53** 111:2
**12:53:13** 111:5
**126** 196:19,21 197:6
**1299** 2:15
**13** 172:18
**13:42:11** 142:17
**13:55:49** 142:23
**14** 84:21 172:18
  192:20 227:9,9,10
  227:12
**15** 84:21 97:19
  203:23 205:1,6
  227:8
**15:12:19** 190:5
**15:26:30** 190:10
**157** 4:7
**16:08:04** 217:23
**16:19:15** 218:6
**16:35:54** 229:4
**1717** 3:7
**1775** 3:2
**18** 1:21
**18th** 5:10
**18109** 157:16
**185** 54:22 55:6 60:21
**1899** 1:6
**190** 4:9
**1900** 3:11
**1990s** 180:18
**1995** 193:4
**1998** 116:8

**2**

**2** 60:2,2,4
**2:08-MD-1000** 1:8
  5:9
**20** 83:1,2,7,12
**2000** 180:18 184:10
  191:24 193:4 196:2
**20004-2402** 2:16
**20005** 2:12
**20006-1109** 3:12
**2003** 17:7,22 18:12
  19:8 20:7,22 21:20
  54:12 59:12,18,19
  59:22,22 60:15
  61:10 149:13
  157:17
**2004** 21:21 54:12
  55:9 56:16 58:2
  61:10 101:1,3,15,17
  103:7 219:21
**2005** 54:14 62:20
  74:23 101:1,3,18

**215:24** 218:15
  219:16 225:7
  227:14 228:7
**2006** 54:14 74:23
  218:15 219:16
  225:7,23 227:14
  228:8
**2006-2401** 3:3
**2007** 101:24 102:1
  180:18,18 184:10
  191:24 196:3
  219:22 225:3,6,21
  225:23 226:15
**2008** 190:18
**2009** 1:22 5:10
**2010** 231:19
**202** 2:16 3:3,12
**214** 3:8
**22** 8:16 166:24
  213:22
**23** 111:12 213:22
**24** 111:12 143:2
  145:5 158:5
**24th** 157:17
**24.4** 191:23
**25** 143:3 194:1
**261-33300** 3:3

**3**

**3** 55:11 56:4 72:22
  74:7
**3(c)** 92:22 103:16
**3.2** 194:2
**30** 86:9 187:6
**31** 59:18 231:19
**31st** 190:18
**312** 2:21
**32** 168:13,16,18
  197:2,7
**33** 196:23 197:6
**35** 2:20 148:14,17
  151:14 187:6
**36** 148:14,17 151:14
**3700** 3:7
**38** 218:9
**383-6598** 2:16

**4**

**4** 25:4
**4(c)** 158:22
**4,000** 89:13
**4,300** 200:7
**4:36** 229:7
**40** 27:16 66:14 67:9
  213:21

**400** 3:20
**407** 4:6 7:21,23,24
  8:4
**408** 4:7 157:9,10,14
**409** 4:9 190:14,19,22
**42** 111:11,17 124:23
**43** 125:1
**44** 9:2 143:2,14 148:6
  149:16 154:14
  156:22 160:9
**47** 10:9
**471-7700** 3:21

**5**

**5** 10:13,15,24 11:14
  11:22 12:9,21
  13:20 14:6,14
  15:12 16:2,3,8,11
  18:23 19:20 20:11
  20:16 21:2 22:9,15
  22:18 23:18 24:7
  24:13,22 25:4,7
  26:21 27:1,12,17
  28:1 29:1,3,8 31:18
  32:2,7 33:19 35:11
  35:12 37:19 46:4
  48:19 52:18 54:18
  57:6,22 61:6,20
  69:17 70:3,6 71:17
  74:20 75:2 76:8
  77:18 78:10,11
  82:17 83:18 84:18
  84:22 90:20 105:2
  138:20,21,23 167:5
  169:19 170:10,16
  170:18,20,24 171:7
  172:16 173:2,2,8,13
  173:19 192:23
  196:17 197:9,17,20
  198:6
**50** 57:17 66:14 67:8
**51** 64:15 69:10 77:6
**52** 64:16 67:22 77:7
**55** 8:15
**550** 3:15
**555** 1:23
**558-5600** 2:21
**56** 86:8,13 99:3
**57.2** 194:19

**6**

**6** 169:6,9,10 172:15
  173:2,2,8,14 195:15
  196:2 197:6,10,13

**197:20** 198:5
**60601** 2:20
**63** 158:5
**64106** 3:21
**659-4702** 3:8
**66210** 3:16
**677** 59:5 60:22
**691-3108** 3:17

**7**

**7** 4:3,6 10:13,15 11:1
  11:14,22 12:9,21
  13:21 14:6,14
  15:12 16:3,8,11
  18:23 19:21 20:11
  20:16 21:3 22:9,15
  22:18 23:18 24:7
  24:14,22 25:4,7
  26:21 27:1,12,17
  28:1 29:1,3,8 31:18
  32:2,7 33:19 35:11
  35:12 37:19 46:4
  48:19 52:18 54:18
  57:6,22 61:6,20
  69:17 70:4,6 71:17
  74:20 75:2 76:8
  77:19 78:10,11
  82:17 84:19,22
  105:2 138:20,21,23
  167:5 169:19
  170:10,16,18,24
  171:7 172:16 173:2
  173:8,19 192:23
  195:15 196:1,2,10
  196:17,18 197:6,10
  197:12,17,20,21
  198:5,6
**725** 2:11
**73** 8:17,18
**75201** 3:8

**8**

**8** 101:8
**816** 3:17,21

**9**

**9** 18:20 19:19
**9:09:52** 5:11
**9:10** 1:22
**90** 66:14 67:8 96:24
**93** 10:8 15:2,6,8
  218:10
**955-1500** 3:12
**96** 102:3