# EXHIBIT 1

## PARTIALLY REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

|  |  |
|---|---|
| ) | |
| ) | |
| ) | No. 2:08-MD-1000 |
| IN RE: SOUTHEASTERN MILK ANTITRUST LITIGATION) | |
| ) | CLASS ACTION |
| ) | |
| ) | |

EXPERT REPORT OF RONALD W. COTTERILL, Ph.D.

March 5, 2010

# Table of contents

I. Introduction ..................................................................................................... 1
    I.1. Summary of qualifications and experience ........................................ 2
    I.2. Scope of charge ................................................................................ 3
    I.3. Summary of damages results ........................................................... 3

II. Milk industry background .............................................................................. 7
    II.1. Overview of background section ...................................................... 8
    II.2. Demand for milk ............................................................................... 9
        II.2.1. Products ................................................................................ 9
        II.2.2. Customers ...........................................................................12
        II.2.3. Demand trends ....................................................................13
    II.3. Supply of milk .................................................................................14
        II.3.1. Distribution chain .................................................................14
        II.3.2. Production ............................................................................15
        II.3.3. Raw milk ..............................................................................17
        II.3.4. Suppliers .............................................................................18
        II.3.5. Processed milk supplier shares ...........................................23
        II.3.6. Consolidation ......................................................................25
    II.4. The impact of formula pricing ........................................................28

III. Defendants' conduct ...................................................................................32
    III.1. Overview of Defendants' conduct ..................................................33
    III.2. Lessened processed milk competition ...........................................35
    III.3. Defendants' geographic plant reconfiguration ...............................42
    III.4. Raising raw milk prices paid by bottlers ........................................47
    III.5. Defendant critiques .......................................................................53
        III.5.1. Conduct is not consistent with independent business decisions, as
                Defendants claim ...............................................................54
        III.5.2. Formula pricing does not immunize retailer Plaintiffs from harm.............64
        III.5.3. Farmer and retailer claims do not contradict one another......................66
        III.5.4. Estimating damages is feasible ..........................................70

IV. Damages model .........................................................................................72
    IV.1. Overview of damages section ........................................................73
    IV.2. The multiple regression reduced form spatial model of milk prices .................74
        IV.2.1. Model framework ...............................................................74
        IV.2.2. Variable selection ...............................................................78
        IV.2.3. Estimation methodology .....................................................85
        IV.2.4. Coefficient estimates .........................................................87
    IV.3. Damages calculations ...................................................................89
        IV.3.1. Process of calculating damages .........................................89
        IV.3.2. Class-wide damages ..........................................................93
        IV.3.3. Damages associated with alternative but-for scenarios..........................94
        IV.3.4. Damages to named Plaintiffs ..............................................96

Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 3 of 101   PageID #: 20280

V. Corroborating analyses and alternative specifications ............................................100
    V.1. Overview of corroborating analyses and alternative specifications ................101
    V.2. Alternative regression specifications..............................................................101
        V.2.1. Individual plant closure variables ........................................................102
        V.2.2. Alternative control variables ................................................................105
        V.2.3. Alternative competition explanatory variables .....................................108
        V.2.4. Alternative estimation specifications ....................................................109
        V.2.5. Summary of all alternative specifications ............................................111
    V.3. Comparison of processed milk prices and raw milk costs ...........................112
    V.4. Dean's operating income sales margins .......................................................115

VI. Conclusions ........................................................................................................118

Exhibit 1: Curriculum Vitae .......................................................................................121

Exhibit 2: Materials Considered ................................................................................154

Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 4 of 101   PageID #: 20281



Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 5 of 101   PageID #: 20282



Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 6 of 101   PageID #: 20283

# I. Introduction

Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 7 of 101   PageID #: 20284

# I.1. Summary of qualifications and experience

(1)     I have been a Professor of Agricultural and Resource Economics since 1987. I am also the
Director of the Food Marketing Policy Center at the University of Connecticut. I have a joint
Ph.D. in Agricultural Economics and Economics, with a specialization in Industrial
Organization economics. Since 1998, I have served as editor of *Agribusiness*, a major
scholarly research journal that focuses on the economics of food marketing. I have served as
an economic expert on numerous antitrust matters, including several monopolization cases,
and have previously analyzed class certification issues related to price-fixing and
monopolization. I have over 30 years experience in the analysis of food marketing,
regulatory, and antitrust issues.

(2)     Over the past 26 months, as an economic consultant to the Office of Milk Industry Regulation
for the Commonwealth of Puerto Rico, I developed an economic framework for analyzing the
supply and demand of fresh and UHT milk. Using it, I set the prices for retail, wholesale, as
well as raw fresh and UHT milk in April and July 2008; and I contributed to the agency's
pricing decision in November 2009. This procedure was mandated by a federal injunction and
supervised by the federal district court because the prior regulatory scheme violated the due
process clause of the U.S. Constitution.

(3)     My full curriculum vita is attached to this report as Exhibit 1.

(4)     I have been retained by counsel for the "Retailer Plaintiffs," who seek to represent a class of
Direct Purchasers of milk from one or more of the Defendant companies.[1] I will refer to the
Retailer Plaintiffs and to the putative class collectively as "Plaintiffs." I am being
compensated at the rate of $500 per hour for this project. I have and will employ others from
time to time to assist me. They will be compensated at their normal hourly rates.

---

[1] The term "Retailer Plaintiffs" is used to distinguish Plaintiffs in this case from "Dairy Farmer Plaintiffs," who are also
bringing suit against Defendants. Although the word "Retailer" is used, the term "Retailer Plaintiffs" is meant to
include all putative class members who may be grocery stores, mass merchandisers, foodservice companies, or
institutional customers.

Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 8 of 101   PageID #: 20285

## I.2. Scope of charge

(5)    I have been asked by counsel for Retailer Plaintiffs to calculate overcharges and damages to class members as a result of Defendants' anticompetitive business practices ("conduct"). This conduct, which is described below, restrained trade and lessened competition in the Southeast United States for the sale of processed milk to retail outlets and other customers. The Amended Complaint defines the relevant class as follows:

> "All persons, other than schools and school districts, within the Southeast United States who have purchased, at any time from January 1, 2002 until the present, directly from any Defendant, Grade A milk which has been pasteurized and processed for human consumption and then packaged into containers which are sold to retail outlets and other customers."[2]

(6)    As part of this report I will discuss certain facts in the record and provide an economic analysis of the competitive effects of those facts. Such facts and analysis will inform the way in which I construct an econometric model that measures the injury that Defendants' conduct has caused. My model will control for other factors that influence price including the alleged efficiencies and lower prices that Defendants assert flow from their conduct. This damages model by itself can provide econometric evidence about competing claims in this case, *i.e.* restraint of trade and monopolistic pricing versus consolidation for efficiency and lower prices to processors' customers in the class.

(7)    I have attached as Exhibit 2 a list of the materials that I relied upon in connection with this declaration. My opinions are based on those materials as well as upon the experience, qualifications, and research documented in my curriculum vita.



(8)    

---

[2] Amended Class Action Complaint (March 28, 2008), In Re Southeastern Antitrust Litigation, 2:08-MD-1000 (E.D. Tenn.), ¶ 6.

Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 9 of 101   PageID #: 20286







---



# II. Milk industry background

Case 2:08-md-01000-JRG    Document 741-1    Filed 04/02/10    Page 13 of 101    PageID #: 20290















Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 19 of 101   PageID #: 20296











Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 23 of 101   PageID #: 20300







Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 26 of 101   PageID #:
20303



Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 27 of 101   PageID #:
20304





















Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 37 of 101   PageID #:
20314

# III. Defendants' conduct

Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 38 of 101   PageID #: 20315







Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 41 of 101   PageID #:
20318











121:19-122:10.

Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 46 of 101   PageID #:
20323









Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 50 of 101   PageID #: 20327



Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 51 of 101   PageID #:
20328



Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 52 of 101   PageID #:
20329





Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 54 of 101   PageID #:
20331





Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 56 of 101   PageID #:
20333

Expert Report of Ronald W. Cotterill, Ph.D.
In Re: Southeastern Milk Antitrust Litigation

































Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 72 of 101   PageID #:
20349





Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 73 of 101   PageID #:
20350





Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 74 of 101   PageID #:
20351



Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 75 of 101   PageID #:
20352







# IV. Damages model

Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 78 of 101   PageID #: 20355







Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 81 of 101   PageID #:
20358















Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 88 of 101   PageID #: 20365







Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 91 of 101   PageID #:
20368















Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 97 of 101   PageID #: 20374



Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 98 of 101   PageID #:
20375



Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 99 of 101   PageID #: 20376



Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 100 of 101   PageID #:
20377



Case 2:08-md-01000-JRG   Document 741-1   Filed 04/02/10   Page 101 of 101   PageID #:
20378