

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 1 of 70   PageID #: 20379





Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 2 of 70   PageID #: 20380



Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 3 of 70   PageID #: 20381



Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 4 of 70   PageID #: 20382

# V. Corroborating analyses and alternative specifications

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 5 of 70   PageID #: 20383



Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 6 of 70   PageID #: 20384









Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 9 of 70   PageID #: 20387





Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 11 of 70   PageID #: 20389



Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 12 of 70   PageID #: 20390





Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 13 of 70   PageID #: 20391









Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 17 of 70   PageID #: 20395



Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 18 of 70   PageID #: 20396





Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 20 of 70   PageID #: 20398



Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 21 of 70   PageID #: 20399



Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 22 of 70   PageID #: 20400

# VI. Conclusions

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 23 of 70   PageID #: 20401



_Ronald W Cotterill_ (signature)

March 5, 2010

Ronald W. Cotterill

Date

Professor of Agricultural and Resource Economics

University of Connecticut

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 25 of 70   PageID #: 20403

# Exhibit 1: Curriculum Vitae

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 26 of 70   PageID #: 20404

December 10, 2009

## *CURRICULUM VITA*

| | |
|---|---|
| **NAME:** | Ronald W. Cotterill |
| **CURRENT POSITION:** | Director of Food Marketing Policy Center<br>Professor of Agricultural and Resource Economics, and Economics,<br>University of Connecticut |
| **BUSINESS ADDRESS:** | 1376 Storrs Road Unit 4021, University of Connecticut<br>Storrs, Connecticut 06269-4021 |
| **BUSINESS PHONE:** | (860) 486-2742<br>FAX (860) 486-2461 |
| **EMAIL:** | Ronald.Cotterill@uconn.edu |

**WEBSITES:**  Personal Web Page:  http://web.uconn.edu/cotterill/
 FMPC:  http://www.fmpc.uconn.edu

**HOME ADDRESS:**  412 Browns Road
Storrs, Connecticut 06268
(860) 423-1950

**BIRTHDATE:**  April 5, 1948

## ACADEMIC BACKGROUND

| | |
|---|---|
| Joint Appointment in Economics | University of Connecticut, 2005 |
| Visiting Scholar, School of Management | Yale University, 1997 |
| Joint Ph.D. in Economics and | |
|   Agricultural Economics | University of Wisconsin, 1977 |
| M.A., Economics | University of Wisconsin, 1976 |
| M.S., Agricultural Economics | University of Wisconsin, 1974 |
| George C. Marshall Fellow (Economics) | University of Copenhagen, 1971-72 |
| B.S., With Honors and Distinction, | |
|   Agricultural Economics | Cornell University, 1970 |

## AREAS OF SPECIALIZATION

Economics Major Field:  Industrial Organization
Agricultural Economics Major Field: Marketing
Economics Minor Field:  Quantitative Methods
Agricultural Economics Minor Field:  Public Finance

## RECENT AWARDS

University of Connecticut Faculty Excellence Award in Research (Humanities and Social Sciences) 2005.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 27 of 70   PageID #: 20405

## ADMINISTRATIVE ASSIGNMENTS/EDITORIAL DUTIES

Editor, *Agribusiness* 1998 to present.    http://www.interscience.wiley.com/jpages/0742-4477

Editor, NE-165 Working Paper Series, 1986 to 2002.

Editorial Board Member, *Journal of Supply Chain Management*, 1996 to present.

Director, Food Marketing Policy Center at the University of Connecticut: 1988 to present.

Executive Director, 1986 to 2002, NE-165 Private Strategies, Public Policies, and Food System Performance, an international research consortium (regional research project with participants from over 35 universities in U.S., Canada, UK, France, Italy, Turkey, Australia, Japan, USDA, FDA, EPA, GAO, and Agriculture Canada.

Chairman, NE-165 Private Strategies, Public Policies, and Food System Performance of the U. S. Food System, 1986 to 1989.

Director, Michigan State University Program for Consumer Food Cooperatives: 1981

## SELECTED PUBLICATIONS

### Books and Research Monographs

Cotterill, Ronald W., Adam N. Rabinowitz, Michael A. Cohen, Melanie R. Murphy, and Charles R. Rhodes.  "Toward Reform of Fluid Milk Pricing in Southern New England:  Farm Level, Wholesale and Retail Prices in the Fluid Milk Marketing Channel: 2003-2006." Invited report to the Connecticut Legislature Committee on the Environment, February 12, 2007.  Food Marketing Policy Center Research Monograph No. 5.

Cotterill, Ronald W. and Adam N. Rabinowitz.  "Toward Reform of Fluid Milk Pricing in Southern New England:  Analysis of Proposed State Level Milk Regulation Policies in Connecticut and Massachusetts."  Invited report to the Connecticut Legislature Committee on the Environment, February 12, 2007.  Food Marketing Policy Center Research Monograph No. 4.

Cotterill, Ronald W. and Adam N. Rabinowitz.  "Toward Reform of Fluid Milk Pricing in Southern New England:  Milk Market Channel Policies for Connecticut and Other States.  October 30, 2006.  Food Marketing Policy Center Research Monograph No. 3.

Cotterill, Ronald W. and Andrew W. Franklin. *The Public Interest and Private Economic Power: A Case Study of the Northeast Dairy Compact.*  University of Connecticut, May 2, 2001, Food Marketing Policy Center Research Monograph No. 1.

Cotterill, Ronald W., guest editor, *Agribusiness*, "Special Issue:  Proceedings of the June 1995 Conference on the Future Directions of the World Food System, held in Reading, England" Vol. 13, No. 2, New York:  John Wiley, May/April 1997.

Caswell, Julie and Ronald W. Cotterill, eds. *Strategy and Policy in the Food System*, Storrs: Food Marketing Policy Center, Conference Proceedings, Washington, D.C., June 1996.

Franklin, Andrew W. and Ronald W. Cotterill. *Pricing and Market Strategies in the National Branded Cheese Industry.* Food Marketing Policy Center Research Report No. 26. University of Connecticut. September 1994, 94 pgs.

Cotterill, Ronald W., A.W. Franklin and Lawrence E. Haller. 1994. "Harvesting and Tacit Collusion in the Breakfast Cereal Industry: A Case Study of Nabisco Shredded Wheat and Post Grape Nuts." May 1994. Food Marketing Policy Issue Paper No. 6.

Cotterill, Ronald W. ed., *Competitive Strategy Analysis for Agricultural Marketing Cooperatives.* Westview Press: Boulder. 1994, 231 pgs.

Cotterill, Ronald W. ed. *Competitive Strategy Analysis in the Food System*, Westview Press: Boulder, 1993, 388 pgs.

Cotterill, Ronald W. and Don Pinkerton. *Changing Connecticut's Dairy Regulations: Implications for Performance in the Northeast Dairy Industry*, Food Marketing Policy Center Research Report No. 6, Sept. 1989, 59 pgs.

Cotterill, Ronald. *Agricultural Cooperatives: A Unified Theory of Pricing, Finance and Investment*, research monograph in *Cooperative Theory: New Approaches*, ACS Service Report No. 18, Agricultural Cooperative Service, USDA, 1987, p. 171-258.

Cotterill, Ronald, *Effects of Electronic Information Technology on Employment and Economic Performance in the Food Manufacturing and Food Distribution Industries*, Research Monograph in fulfillment of Office of Technology Assessment Contract No. 533-0635 U. S. Congress, 1985, 146 pgs.

Cotterill, Ronald. *The Food Retailing Industry in Arkansas: A Study of Price and Service Levels*, A report to the Attorney General, State of Arkansas, January 5, 1983, 126 pgs. plus appendices.

Cotterill, Ronald, ed. *Consumer Food Cooperatives*, Interstate Publisher, Danville, Illinois, 1982.

Marion, B., W, Mueller, R. Cotterill, F. Geithman, and J. Schmelzer, *The Food Retailing Industry: Market Structure, Profits and Prices*, Praeger Publishers, New York, 1979.

Mueller, W., G. Marion, R. Cotterill, F. Geithman, and J. Schmelzer, *The Profit and Price Performance of Leading Food Chains*, 1970-1974, U.S. Government Printing Office, Washington, D. C. April 1977.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 29 of 70   PageID #: 20407

## Articles in Refereed Journals

Cohen, Michael A. and Ronald W. Cotterill, "The Impact of Retail Store Brands on Manufacturer Brands: A Generalization of Steiner's Elasticy Model.", Submitted to the *Journal of Industrial Economics., Revised and Resubmitted (December 2009)*.

Kim, Donghun and Ronald W. Cotterill. "Cost Pass-Through in Differentiated Product Markets: The Case of U.S. Processed Cheese." *Journal of Industrial Economics,*. Vol. LVI, No. 1, March 2008. Available at http://www.fmpc.uconn.edu.

Cotterill, Ronald W. "Pricing and Policy Problems in the Northeast Fluid Milk Industry." Invited address at the Northeast Agricultural and Resource Economics meeting, Mystic, CT. June 14, 2006. *Agricultural and Resource Economics Review.* 35(2):239-250.

Canan, Basak, and Ronald W. Cotterill, "Strategic Pricing in a Differentiated Product Oligopoly Model: Fluid Milk in Boston." *Agricultural Economics.* 35(1):27-33, July 2006.

Cotterill, Ronald W. "Antitrust Analysis of Supermarket Retailing: Common Global Concerns that Play Out in Local Markets." Invited Keynote Address, Australian Agricultural and Resource Economics Society, Coffs Harbour, New South Wales, Australia, February 10, 2005. *The Australian Journal of Agricultural and Resource Economics.* Vol. 50, March 2006, pp. 17-32.

Dhar, Tirtha P., Jean-Paul Chavas, Ronald W. Cotterill, and Brian W. Gould. "An Econometric Analysis of Brand Level Strategic Pricing Between Coca Cola and Pepsi Inc." *Journal of Economics and Management Strategy.* Vol. 14(4) 2005.

Cotterill, Ronald W. "The Impact of the Northeast Dairy Compact on New England Consumers: A Report from the Milk Policy Wars." *Agribusiness,* Vol. 21, No. 4, Autumn 2005, pp. 455-471.

Chidmi, Benaissa, Rigoberto A. Lopez and Ronald W. Cotterill. "Retail Oligopoly Power, Dairy Compact, and Boston Milk Prices." *Agribusiness.* Vol. 21, No. 4, Autumn 2005, pp. 477-491.

Tian, Li and Ronald W. Cotterill. "Constrained Price, Address, or Logit Brand Demand Models: An Econometric Comparison in the Boston Fluid Milk Market." *Agribusiness,* Vol. 21, No. 2, Spring 2005.

Cotterill, Ronald W. "Dynamic Explanations of Industry Structure and Performance," *British Food Journal,* 103(10): p. 679-714, 2002.

Cotterill, Ronald W. and Pierre O. Samson. "Estimating a Brand Level Demand System for American Cheese Products to Evaluate Unilateral and Coordinated Market Power Strategies," *American Journal of Agricultural Economics,* 84:3, p. 817-823, August 2002.

Cotterill, Ronald W. "Cooperative and Membership Commitment: Discussion," *American Journal of Agricultural Economics,* 83:5, p. 1278-1279, 2001.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 30 of 70   PageID #: 20408

Lubatkin, Michael, William Schulze, Avinash Mainkar, and Ronald W. Cotterill, "An Ecological Investigation of Firm Effects in Horizontal Mergers," *The Strategic Management Journal,* 22:335-357, 2001.

Cotterill, Ronald W. and William P. Putsis, Jr., "Do Models of Vertical Strategic Interaction for National and Store Brands Meet the Market Test?" *Journal of Retailing,* 77(2001) p. 83-109.

Cotterill, Ronald W. "Neoclassical Explanations of Vertical Organization and Performance of Food Industries," *Agribusiness: An International Journal,* 17:1, Winter 2001, p. 33-57.

Cotterill, Ronald W., Leonard Egan, and William Buckhold. "Beyond Illinois Brick: The Law and Economics of Cost Pass Through in the ADM Price Fixing Case," *Review of Industrial Organization,* 18(1):45-52, February 2001.

Cotterill, Ronald W. and William P. Putsis, Jr. "Market Share and Price Setting Behavior for Private Labels and National Brands," *Review of Industrial Organization,* 17:1, August 2000, p. 17-39.

Cotterill, Ronald W., Ravi Dhar and William Putsis. "Assessing the Competitive Interaction Between Private Labels and National Brands," *Journal of Business,* 73:1, January 2000, p. 109-137.

Putsis, William P. and Ronald W. Cotterill. "Share, Price and Category Expenditure–Geographic Market Effects and Private Labels," *Managerial and Decision Economics,* 20:175-187, 1999.

Cotterill, Ronald W. "Jawboning Cereal: The Campaign to Lower Cereal Prices" *Agribusiness: An International Journal,* 15:2, 1999, p. 197-205.

Cotterill, Ronald W. and Andrew Franklin. "An Estimation of Consumer Benefits from the Public Campaign to Lower Cereal Prices," *Agribusiness: An International Journal,* 15:2, 1999, p. 273-287.

Cotterill, Ronald W. "High Cereal Prices and the Prospects for Relief by Expansion of Private Label and Antitrust Enforcement," *Agribusiness: An International Journal,* 15:2, 1999, p. 229-245.

Cotterill, Ronald W. "Measuring Market Power in the Demsetz Quality Critique in the Retail Food Industry" *Agribusiness: An International Journal,* 15:1, 1999, p. 101-118.

Cotterill, Ronald W. "The Performance of Agricultural Marketing Cooperatives in Differentiated Product Markets", *Journal of Cooperatives,* Vol. 12, 23-34, 1997.

Cotterill, Ronald W. "The Food Distribution System of the Future: Convergence Towards the U.S. or U.K. Model?" *Agribusiness* Vol. 13, No. 2., 123-135, March/April 1997.

Haller, Lawrence and Ronald Cotterill. "Evaluating Traditional Share-Price and Residual Demand Measures of Market Power in the Catsup Industry" *Review of Industrial Organization* Vol. 11, No. 3, 293-306, 1996.

Cotterill, Ronald W. "Scanner Data: New Opportunities for Demand and Competitive Strategy Analysis" *Agricultural and Resource Economics Review* 23(2):125-139, 1994.

Expert Report of Ronald W. Cotterill, Ph.D.
In Re: Southeastern Milk Antitrust Litigation


Cotterill, Ronald W. and Randall Westgren. "Strategic Marketing in Food Industries" *Agribusiness*, Vol. 10, No. 5, 431-441, 1994.

Cotterill, Ronald W. and Lawrence E. Haller. "Barrier and Queue Effects: A Study of Leading U.S. Supermarket Chain Entry Patterns" *Journal of Industrial Economics,* Vol. 40, No. 4, December 1992, pp. 427-440.

Cotterill, Ronald. "Grocery Mergers: Implications for Performance and Policy," *Review of Industrial Organization*, Vol. 5, No. 2, Summer, 1990, pp. 189-202.

Khan, Munir and Ronald W. Cotterill. "Analysis of Milk Marketing Channels in Thatta (Sind)," Sarbad Journal of Agriculture, (Pakistan), Vol. 6, No. 4, 1990, pp. 349-353.

Caswell, Julie and Ronald W. Cotterill. "Two New Theoretical Approaches to Measuring Industry and Firm Performance," *Agribusiness*, Vol. 4, No. 6 p. 511-520, 1988.

Cotterill, Ronald W. "The Design and Impact of Strategic Management Information Systems," *American Journal of Agricultural Economics*, Vol. 70, No. 2, May 1988 p. 475-479.

Cotterill, Ronald W. "Strategic Management in Agribusiness Firms," *American Journal of Agricultural Economics*, Vol. 69, No. 5, Dec. 1987, p. 1064-1065.

Cotterill, Ronald. "Market Power in the Retail Food Industry: Evidence from Vermont," *Review of Economics and Statistics*, Vol. LXVIII, No. 3, August 1986, p. 379-386.

Cotterill, Ronald. "Retail Food Cooperatives: Testing the Small is Beautiful Hypothesis," *American Journal of Agricultural Economics*, Vol. 65, No. l, February, 1983, pp. 125-130.

Cotterill, Ronald, "Economics of Size and Performance in Preorder Food Cooperatives," *Journal of Retailing*, Vol 57, No. 1, Spring 1981, pp. 43-64.

Cotterill, Ronald, and Willard Mueller, "The Impact of Firm Conglomeration on Market Structure: Evidence for the Food Retailing Industry," *The Antitrust Bulletin*, Vol. XXV, No. 3, Fall, 1980. pp. 557-582.

Marion, B., W. Mueller, R. Cotterill, F. Geithman, and J. Schmelzer, "Performance of Food Chains," *American Journal of Agricultural Economics*, Vol. 61, No. 3, August 1979, pp. 420-433.

Cotterill, Ronald, "Declining Competition in Food Retailing: An Opportunity for Consumer Food Cooperatives?" *The Journal of Consumer Affairs*, Vol. 12 No. 2, Winter 1978, pp. 250-265.

Cotterill, Ronald, "Market Structure and Profit Performance in the Food Retailing Industry: 1970-74," *The Journal of Economics*, Vol. 4, (Missouri Valley Economic Association, Columbia, MO), 1978.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 32 of 70   PageID #: 20410

## Chapters in Books

Cotterill, Ronald. "Antitrust Economic Analysis in Food Marketing Channels. "Invited Plenary Session Paper, International Association of Agricultural Economists annual meeting, Beijing, China. August 18, 2009 Conference in Proceedings.

Cotterill, Ronald W., "Agribusiness." In *International Encyclopedia of the Social Sciences*. Second edition, 8 vols., edited by William Darity. Detroit: Macmillan Reference USA, forthcoming 2007.

Cotterill, Ronald W., William Putsis, Adam N. Rabinowitz, and Inga Druckute. "The Carbonated Soft Drink Industry in the United States." In *Industry and Firm Studies*. Fourth edition, M.E. Sharpe, Inc., edited by Victor J. Tremblay and Carol Horton Tremblay, 2007, pp. 305-244.

Chidmi, Benaissa, Rigoberto A. Lopez, and Ronald W. Cotterill. "Manufacturers-Retailers Relations with an Application to Breakfast Cereals." In *Defesa da Concorrência e Poder de Mercado no Agronegócio*, edited by Marcelo Jose Braga, Danilo R.D. Aguiar, and Erly Cardoso Teixeira, Universidade Federal de Vicosa, Vicosa-MG 2005.

Tian, Li and Ronald W. Cotterill. "The Theory of Price Collars: The Linking of Prices in a Market Channel to Redress the Exercise of Market Power." Proceedings of conference titled, "Industrial Organization and The Food-Processing Industry, "Institute for Industrial Economics, and I.N.R.A, University of Toulouse, France, June 4-5, 2004. http://www.toulouse.inra.fr/centre/esr/conf.htm.

Chavas, J.P., Ronald W. Cotterill, and Tirtha P. Dhar. "An Economic Analysis of Product Differentiation under Latent Separability." Proceedings of conference titled, "Industrial Organization and The Food-Processing Industry," Institute for Industrial Economics, and I.N.R.A, University of Toulouse, France, June 4-5, 2004 http://www.toulouse.inra.fr/centre/esr/conf.htm.

Cotterill, Ronald W. "Dairy Farming: A Connecticut Perspective." In "Connecticut Agriculture and Resources: 21st Century Issues and Challenges," Department of Agricultural and Resource Economics University of Connecticut Cooperative Extension System, College of Agriculture and Natural Resources. Edited by Linda K. Lee, Chair, CT Ag & Resource Committee, April 2004.

Tian, Li and Ronald W. Cotterill. "Alternative Models and Estimation Strategies for Branded and Private Label Demand Systems in Differentiated Product Oligopolies: Fluid Milk." Proceedings, 88th European Agricultural Economics Seminar, "Retailing and Producer-Retailer Relationships in the Food Chains," Paris, France. May 5-6, 2004.

Dhar, Tirtha P., Jean-Paul Chavas, and Ronald W. Cotterill. "An Economic Analysis of Product Differentiation Under Latent Separability," 25th Marketing Science Conference Proceedings, University of Maryland, June 15, 2003.

Cotterill, Ronald W. "Perspectives on Global Concentration and Public Policy" in *Global Markets for High-Value Food*, Workshop Proceedings, ERS, USDA, February 14, 2003, Washington, D.C.

Cotterill, Ronald W. "Who Benefits from Deregulated Milk Prices: The Missing Link is the Marketing Channel" in John Kennelley, editor, *Advances in Dairy Technology*, Vol. 14. University of Alberta: Alberta, 2002. P. 111-126. Download as University of Connecticut, Food Marketing Policy Issue Paper No. 26 at www.fmpc.uconn.edu.

Cotterill, Ronald W. "A Critique of the Current Food System" in Stumo, Michael C. *A Food and Agriculture Policy for the 21st Century*, Organization for Competitive Markets (http://www.competitivemarkets.com/) Download as University of Connecticut, Food Marketing Policy Issue Paper No. 20 at www.fmpc.uconn.edu.

Plato, Gerald and Ronald W. Cotterill. "Consumer Prices for Breakfast Cereals After the 1996 Manufacturer Price Reductions" in *The American Consumer and the Changing Structure of the Food System*, Conference Proceedings, ERS/USDA, Washington, DC, May 4-5, 2000.

Dhar, Tirtha and Ronald W. Cotterill. "Structural Approaches to Price Transmission in Noncompetitive Market Channels: A Study of the Fluid Milk Industry" in *The American Consumer and the Changing Structure of the Food System*, Conference Proceedings, ERS/USDA, Washington, DC, May 4-5, 2000.

Cotterill, Ronald W. "Continuing Concentration in the US: Strategic Challenges to an Unstable Status Quo" in W. Ramsay ed., *The Global Food Industry: Strategic Directions."* Financial Times Monograph Series, London. 2000.

Cotterill, Ronald W. "Continuing Concentration in Food Industries Globally: Strategic Challenges to an Unstable Status Quo" in Gomes and da Costa, eds., *(Des)Equilibrio Economico & Agronegocio*, University of Vicosa, Brazil, 1999.

Cotterill, Ronald W. "The Economics of Private Label Pricing and Channel Coordination," in G. Galizzi and L. Venturini *Vertical Relationships and Coordination in the Food System*, Physica-Verlag:Herdelberg 1999, p. 39-60.

Cotterill, Ronald W. and Lawrence E. Haller. "An Econometric Analysis of Brand Level Demand for Breakfast Cereal: Product Market Definition in Unilateral Market Power Effects," invited paper delivered at Third Annual INRA-IDEI Conference on Industrial Organization in the Food Processing Industry, Toulouse, France, November, 1998. University of Connecticut, Food Marketing Policy Center Research Report No. 35.

Cotterill, Ronald W. "The Role of Cooperatives in Differentiated Product Markets" presented at the NE-165 Conference "Strategy and Policy in the Food System: Emerging Issues", Washington, D.C., June 21, 1996.

Cotterill, Ronald W. "The Dairy Industry: A Connecticut Perspective" in *Connecticut Agriculture and Resources 2000*, Dept. of Agricultural and Resource Economics, University of Connecticut, pp. 1-10, October 1995.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 34 of 70   PageID #: 20412

Cotterill, Ronald W. and Lawrence E. Haller. "Market Positions of Cooperatives in Branded Dairy Product Markets," in R.W. Cotterill ed. *Competitive Strategy Analysis for Agricultural Marketing Cooperatives.* Boulder: Westview Press, 1994, pp. 99-144.

Cotterill, Ronald W. "A Response to the Federal Trade Commission/Anderson Critique of Structure-Performance Studies in Grocery Retailing," in R.W. Cotterill ed. *Competitive Strategy Analysis in the Food System*, Westview Press: Boulder, 1993, pp. 221-252.

Cotterill, Ronald W. and Clement W. Iton. "A PIMS Analysis of the Structure Profit Relationship in Food Manufacturing" in R.W. Cotterill ed. *Competitive Strategy Analysis in the Food System*, Westview Press:Boulder, 1993, pp. 25-44.

Cotterill, Ronald W. "Introduction and Methodological Overview" in R.W. Cotterill, ed *Competitive Strategy Analysis in the Food System*, Westview Press: Boulder, 1993, pp. 3-24.

Cotterill, Ronald W. "Food Retailing: Mergers, Leveraged Buyouts and Performance" in L. Duetsch ed. *Industry Studies*, Prentice Hall, Englewood Cliffs, 1993.

Cotterill, Ronald and Lawrence Haller, "Entry Patterns and Strategic Interaction in Food Retailing" in Robert Wills, Julie Caswell, John Culbertson eds. *Issues After a Century of Competitive Policy*, Lexington Books: Lexington, 1987, p. 324-358.

Cotterill, Ronald. "Economic Efficiency of Alternative Forms of Business Enterprise," in R. Kilmer and W. Armbruster, eds. *Economic Efficiency in Agricultural and Food Marketing*, Iowa State University Press: Ames, 1987.

Cotterill, Ronald. "The Competitive Yardstick School of Cooperative Thought," *American Cooperation*, American Institute of Cooperation, Washington, D. C., 1984, p. 41-56.

Cotterill, Ronald. "Changing Structure of Mass Media Markets: Relevance for Policy Initiatives on Advertising in the Food System," in J. Connor and R. Ward, eds. *Advertising and the Food System*, Department of Agricultural Economics, University of Wisconsin-Madison, 1983, p. 437-456.

Cotterill, Ronald. "Structures and Strategies in the Food Industry" in R. Cotterill, ed., *Consumer Food Cooperatives*, Interstate Printers and Publishers, Inc., Danville, IL, 1982 p. 33--75.

Cotterill, Ronald. "Marketing Organizational Strategies for Retail Cooperatives" in R. Cotterill, ed., *Consumer Food Cooperatives*, Interstate Printers and Publishers, Danville, IL, 1982, p. 77-118.

Cotterill, Ronald. "Cooperative Wholesaling Systems", in R. Cotterill, ed., *Consumer Food Cooperatives*, Interstate Printers and Publishers, Inc., 1982, p. 139-174.

Cotterill, Ronald and John Gherty. "How to Organize a Cooperative: Incorporation, Merger, and Dissolution", in R. Cotterill, ed., *Consumer Food Cooperatives*, Interstate Printers and Publishers, Inc., Danville, IL., 1982, p. 175-199.

Keegin, S. W. and R. W. Cotterill. "Complying with Securities Laws: Nemesis for Consumer Cooperatives", in R. Cotterill, ed., *Consumer Food Cooperatives*, Interstate Printers and Publishers, Inc., Danville, IL., 1982, p. 201-225.

Cotterill, R. "Basic Legal and Economic Aspects of Cooperative Finance", in R. Cotterill, ed., *Consumer Food Cooperatives*, Interstate Printers and Publishers, Inc., Danville, IL., 1982, p. 227-251.

**Testimony Before Congress, State Legislatures or Regulatory Agencies/Major Invited Written Papers**

Rabinowitz, Adam N. and Ronald W. Cotterill. "The Need for New Milk Pricing Policies." Invited Testimony before Connecticut Legislature Committee on the Environment, February 18, 2009. Food Marketing Policy Center Issue Paper No. 56 at www.fmpc.uconn.edu.

Cotterill, Ronald W. Delivered Remarks to British Competition Commission Groceries Market Round Table Meeting, Southampton Row, London, October 9, 2006.

Cotterill, Ronald W. "Vertical Foreclosure: The Impact of the Proposed Reduction in Diversion Limits on the Exercise of Market Power and the Economic Performance of Milk Marketing Channels in the Mideast Federal Milk Marketing Area." Oral and written testimony delivered at the Hearing to Amend Certain Provisions of the Mideast Federal Milk Marketing Order (FMO33), Wooster, Ohio, March 7-10, 2005.

Cotterill, Ronald W., Adam N. Rabinowitz, and Li Tian. "Milk Market Channel Structure: Its Impact on Farmers and Consumers, and the Inadequacies of Antitrust Enforcement as a Foundation for Dairy Policies: Evidence from the Northeast Dairy Industry." Testimony before the United States Senate Committee on the Judiciary. Hearing titled, "Monopsony Issues in Agriculture: Buying Power of Processors in Our Nation's Agricultural Markets," October 30, 2003.

Cotterill, Ronald W., Adam N. Rabinowitz, and Matthew Schwane. "Testimony on the Massachusetts Milk Price Situation and the Proposed Massachusetts Milk Price Gouging Law." Committee on the Environment, Massachusetts Legislature, Boston, MA. September 4, 2003.

Cotterill, Ronald W., Adam N. Rabinowitz, and Li Tian. "A Law to Promote Efficient and Fair Pricing of Milk in Connecticut." Invited report to Committee on the Environment, Connecticut House of Representatives. April 23, 2003.

Cotterill, Ronald W. "Dairy Policy for New England: Options at the State and Regional Level." Testimony before the Joint Committee on the Environment, Connecticut Legislature. February, 2003.

Cotterill, Ronald W. Invited Speaker, "Speaker, Dennis Hastert's Closed Door Meeting for Representatives on Dairy Compact and Milk Pricing," U.S. House of Representatives, August 1, 2001.

Cotterill, Ronald W. "The Impact of the Northeast Dairy Compact and Market Channel Pricing Strategies on the Performance of the New England Dairy Industry." Testimony to the Senate Judiciary Committee, Washington, D.C., July 25, 2001. Food Marketing Policy Issue Paper No. 24, Downloadable at www.fmpc.uconn.edu.

Cotterill Ronald W. "Cheese Pricing in a Market Driven Environment", Testimony before Subcommittee on Livestock, Dairy, and Poultry and Subcommittee on Risk Management and Specialty Crops, U.S. House of Representatives, in *Joint Hearings*, Serial No. 104-30, U.S. G.P.O., 226-230, Washington, D.C., May 16, 1996. University of Connecticut, Food Marketing Policy Issue Paper No. 15.

Cotterill, Ronald W. "High Cereal Prices and the Prospects for Relief by Expansion of Private Label and Antitrust Enforcement." Presented at the Congressional Forum on Cereal Prices, Washington, D.C., March 12, 1996. University of Connecticut, Food Marketing Policy Issue Paper No. 11.

Cotterill, Ronald W. and Andrew Franklin. "The Urban Grocery Store Gap" Food Marketing Policy Center Issue Paper NO. 8, April 1995. Presented at *Public Voice*, Inner City Supermarket Task Force meeting, Washington, DC May 15, 1995.

Cotterill, Ronald W. "Performance Consequences of the Agricultural Cooperative Exemption," invited paper at the American Bar Association Meetings, New York, NY, August 10, 1993. University of Connecticut, Food Marketing Policy Issue Paper No. 3.

Cotterill, Ronald. "The Changing Structure and Performance of the Food Distribution System: Implications for Low Income Urban Consumers," Testimony before the House Select Committee on Hunger, Washington, DC, September 30, 1992.

Cotterill, Ronald, "What Roles can Private Institutions Play in the Rural Development Process" in *Toward A Rural Development Policy for the 1990's: Enhancing Income and Employment Opportunities*, Proceedings of a Symposium sponsored by the Congressional Research Service at the Request of the Joint Economic Committee, Washington, D.C., Sept. 29 and 30, 1988. Reprinted as University of Connecticut FMPC Research Report No. 3, February 1989.

Cotterill, Ronald W. "Mergers and Concentration in Food Retailing: Implications for Performance and Merger Policy." Testimony before Subcommittee on Monopolies and Commercial Law, Committee on the Judiciary, U. S. House of Representatives, May 11, 1988. Serial No. 67, USGPO, Reprinted as University of Connecticut Food Marketing Policy Center Research Report No. 2, January 1989.

**Major Public Policy Radio and Television Appearances
(available from R.W. Cotterill or on FMPC Website)**

NBC TV-30 Connecticut News, May 2007. Interviewed as part of a report by Ryan Hanrahan on rising milk prices. (Available at http://www.fmpc.uconn.edu/avlibrary/)

ABC Boston, Newscenter 5, September 2003. Appeared with Massachusetts Secretary of State William Galvin before the Massachusetts Legislature Committee on the Environment, part of a report by David Boeri on the rising price of milk. (Available at http://www.fmpc.uconn.edu/avlibrary/)

NBC 30 Connecticut News, September 2003. Interviewed as part of a report on rising milk prices. (Available at http://www.fmpc.uconn.edu/avlibrary/)

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 37 of 70   PageID #: 20415

The Osgood File, September 2003. Interviewed as part of a report by Charles Osgood on milk pricing. (Available at http://www.fmpc.uconn.edu/avlibrary/)

CBS Evening News, August 2003. Interviewed as part of a report by Gretchen Carlson on milk pricing. (Available at http://www.fmpc.uconn.edu/avlibrary/)

CBS Burlington, VT, Channel 3 News, November 2001. Interviewed as part of a report on the New England Dairy Compact.

CNBC Cost of Crunch, October/November 1995. Series on high cereal prices.

Phil Donahue Show, April 1995. Appeared on one hour show with Representative Charles D. Schumer to discuss the need for relief from high Ready to Eat Cereal prices.

ABC 20-20, March 1995. Interviewed by Tom Jarriel as part of an extensive investigative report on high Ready to Eat Cereal prices (Representative Charles D. Schumer also interviewed).

ABC Good Morning America, March 1995. A live interview by Charles Gibson and live debate with a Cereal Industry Representative.

## Delivered Papers and Reports

Cohen, Michael A. and Ronald W. Cotterill. "Evaluation of Brand Level Pricing, Advertising, and Promotion Strategies with an Application to Merger Analysis." Forthcoming at the conference on the Econometric Analysis of Scanner Data, sponsored by the Journal of Applied Econometrics, The Institute for Fiscal Studies, and the Center For Microdata Methods and Practice: London, 22-23 March 2010.

Cotterill, Ronald W., Michael Cohen, and Li Tian. "Super Market Buyer Power in Action." Presented by R. W. Cotterill at the Southern Economics Association Meetings, Charleston, South Carolina, November 19, 2006.

Chidmi, Benaissa, Rigoberto Lopez, and Ronald W. Cotterill. "Vertical Relationships in the Ready-to-Eat Cereal Market in Boston." Presented by R. W. Cotterill at 32nd Conference European Association for Research in Industrial Economics," Porto, Portugal, September 1-4, 2005.

Chidmi, Benaissa, Rigoberto Lopez, and Ronald W. Cotterill. "Vertical Relationships in the Ready-to-Eat Breakfast Cereal Market: A Brand-Supermarket Level Analysis." Selected paper, AAEA Conference, Providence, Rhode Island, August 2005.

Chidmi, Benaissa, Rigoberto Lopez, and Ronald W. Cotterill. "Decomposing Market Channel Profits: The Case of Ready-to-Eat Breakfast Cereals." Presented by B. Chidmi at University of Wisconsin-Madison, Food Systems Research Group Conference, June 16-17, 2005.

Criner, George, Ronald W. Cotterill and Maurice Doyon. "Multifunctionality and Fluid Milk Market Channel Pricing Efficiency: Convergent Rationales for Policies to Increase Dairy Farm Share of Consumer Milk Expenditure in New England." Northeast Agricultural Economics Association Meetings, Halifax, June 2004.

Cotterill, Ronald W. "An Analysis of Oligopoly Prices in the California Gasoline Market Channel: The Organization and Impact of Spot Market Trading on Channel Performance." A Report to the Antitrust Division, California Department of Justice, March 2004.

Cotterill, Ronald W. "The Predatory Impacts of the Ahold/Pathmark Offer to Buy the Big V Shop Rite Supermarket Chain." A report delivered to the FTC for Wakefern Food Corp., May 13, 2002.

Cotterill, Ronald W. "Comments on the Food Marketing Institutes' Submission to the FTC Workshop Titled, 'Supermarket Merger Investigations and Remedies.'" Food Marketing Policy Center Issue Paper No. 27, August 2002.

Cotterill, Ronald W. and Andrew W. Franklin, "A PowerPoint Deconstruction of the Farm and Retail Price Analysis" Presented in "The Public Interest and Private Economic Power: A Case Study of the Northeast Dairy Compact." May 31, 2001. Food Marketing Policy Center Issue Paper No. 22. Seminar presented at the Northeast Dairy Compact Commission meeting, Newport, Rhode Island, May 11, 2001.

Dhar, Tirtha and Ronald W. Cotterill, "Cost Pass Through in the Case of Sequential Oligopoly: An Empirical Study of the Fluid Milk Market." Presented at the American Agricultural Economics Association meeting, Nashville, Tennessee, August 8-11, 1999.

Putsis, William P. and Ronald W. Cotterill, "Share, Price and Category Expenditure–Geographic Market Effects and Private Labels," 1999. University of Connecticut Research Report No. 50.

Cotterill, Ronald W. "Continuing Concentration in Food Industries Globally: Strategic Challenges to an Unstable Status Quo," October 1999. University of Connecticut Research Report No. 49.

Cotterill, Ronald W. "Continuing Concentration in the US: Strategic Challenges to an Unstable Status Quo," August 1999. University of Connecticut Research Report No. 48.

Cotterill, Ronald W. "Post Merger Price Conduct: A Case Study of Pricing in Connecticut Markets After the 1996 Royal Ahold Stop & Shop Merger," October 1999. University of Connecticut Research Report No. 47.

Dhar, Tirtha and Ronald W. Cotterill , "Cost Pass Through in the Case of Sequential Oligopoly: An Empirical Study of the Fluid Milk Market." Presented at 1999 American Agricultural Economics Association Annual Meeting, Nashville, Tennessee, August.

Cotterill, Ronald W. "An Antitrust Economic Analysis of the Proposed Acquisition of Supermarkets General Holdings Corporation by Ahold Acquisition Inc." Presented to Bureau of Competition, FTC; Antitrust Section, New York Attorney General, and Antitrust Section, New Jersey Attorney General, April 1999. University of Connecticut Research Report No. 46.

Cotterill, Ronald W., Andrew Franklin, and Li Yu Ma. "Measuring Market Power Effects in Differentiated Product Industries: An Application to the Soft Drink Industry", University of Connecticut, F.M.P.C. Research Report No. 32, July 1996.

Cotterill, Ronald W. "Commodity Check Off Programs: Are They a Help to Farmers?" Paper presented at New England New York Poultry Management Conference, Andover, Massachusetts. September 7, 1994.

Haller, Lawrence E. and Ronald W. Cotterill. 1994. "The Determinants of Brand Price in the Catsup Industry: Market Share and Local Market Effects." Presented at 1994 American Agricultural Economics Association Annual Meeting, San Diego.

Langan, Glenn E. and Ronald W. Cotterill. 1994. "Estimating Brand Level Demand Elasticities and Measuring Market Power for Regular Carbonated Soft Drinks." Presented at 1994 American Agricultural Economics Association Annual Meeting, San Diego.

Bhuyan, Sanjib and Ronald W. Cotterill. 1994. "Countervailing Power and Seller Performance in U.S. Food and Tobacco Manufacturing Industries." Presented at 1994 American Agricultural Economics Association Annual Meeting, San Diego.

Cotterill, Ronald W. and Don Pinkerton. 1993. "Motives for Mergers in Food Manufacturing," Delivered at 1993 AAEA selected paper competition. Orlando, FL, August.

Cotterill, Ronald W. and James Brock."Antitrust Policy" paper presented at Food Marketing Consortium Workshop, Orlando, FL, January 14-15, 1993.

Cotterill, Ronald W. and Randall Westgren. "Strategic Market Behavior of Large Food Manufacturing and Distribution Firms," Paper presented at Food Marketing Consortium Workshop, Orlando, FL, January 14-15, 1993.

Cotterill, Ronald W. 1992, "Intermediate Term Milk Price Forecasts for Connecticut" a report to Honorable John Blum, Commissioner, CT Dept. of Agriculture, December.

Cotterill, Ronald W. and Hachim Salih (Al Hassani), "Testing for Risk Premiums in the Wheat-Flour Subsector," Presented as a selected paper, American Association of Agricultural Economics Annual Meeting, Baltimore, MD, August 7, 1992.

Cotterill, Ronald W. and Lawrence Haller, "Market Positions of Cooperatives in Branded Dairy Product Markets," Delivered at national workshop New Strategic Directions for Agricultural Marketing Cooperatives, Boston, MA, June 24-25, 1992, 40 pages.

Cotterill, Ronald W., Don C. Pinkerton, and Lawrence E. Haller "Economic Analysis of the Proposed Dairy Income Enhancement Program," A report to the Environment Committee, Connecticut House of Representatives, February 1989, 28 pages.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 40 of 70   PageID #: 20418

Cotterill, Ronald and Don Iton. "New Horizons in Apple Marketing: Vertical Coordination Strategies to Improve Connecticut Apple Grower Profits," A report to Connecticut Apple Marketing Board, November 1987, 53 pages.

Caswell, Julie and Ronald Cotterill. "New Theoretical Approaches to Measuring Industry Performance," NE-165 Working Paper No. 7, Presented at the Symposium on Industry Performance at the American Association of Agricultural Economics Annual Meeting, Michigan State University, August 1987, 15 pages.

Cotterill, Ronald. "An Agenda for Research on Competition Policy in the Food System," Invited paper at Northeast Agricultural and Resource Economics Association Annual Meeting, University of West Virginia, June 1986, 19 pages.

Cotterill, Ronald W., "A Strategic, Long Run Outlook for Apple Production in Connecticut," University of Connecticut A.E.R.S. Staff Paper No. 86-1.

## Public Policy Extension Papers

Cotterill, Ronald W. "Annotated and Expanded Minutes of the Milk Marketing Policy Meeting, University of Connecticut, July 18, 2006." Food Marketing Policy Issue Paper No. 51, August 2006.

Cotterill, Ronald W. "Milk Pricing Matters for the Sustainability of Dairy Farmers in the Northeast." Food Marketing Policy Issue Paper No. 48, June 2005.

Schwane, Matthew, Adam N. Rabinowitz and Ronald W. Cotterill. "Analysis of the May 2004 Milk Price Survey with a Comparison to June 2003." Food Marketing Policy Issue Paper No.47, September 2004.

Cotterill, Ronald W. "Milk Pricing Problems and Solutions: An Essay on the Need for New State Level Milk Price Regulation in the Northeast, with Special Attention to Connecticut Substitute Bill No. 5642. Food Marketing Policy Issue Paper No. 45, April 12, 2004.

Cotterill, Ronald W. "What is the Value of Milk?" Food Marketing Policy Issue Paper No. 44, February 9, 2004.

Cotterill, Ronald W. "The Northeast Dairy Policy and Prices Summit Meeting. Post Conference Comments: A Comparison of the Milk Marketing Board and Price Collar Approaches." Food Marketing Policy Issue Paper No. 43, November 22, 2003.

Cotterill, Ronald W. "Criticisms Answered on Northeast Milk Price Policies." *Cheese Reporter,* Vol 128, No. 16, October 24, 2003, page 2.

Cotterill, Ronald W. "A Preliminary Response to the Report Prepared for the Massachusetts Food Association by John Schnittker titled, 'An Analysis of the Cotterill Proposal'. Food Marketing Policy Issue Paper No. 42, September 4, 2003.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 41 of 70   PageID #: 20419

Rabinowitz, Adam N., Matthew Schwane, and Ronald W. Cotterill. "Retail Milk Prices in New England, New York, and Seattle: An Unresolved Issue." Food Marketing Policy Issue Paper No. 46, September 23, 2003.

Cotterill, Ronald W., Adam N. Rabinowitz, and Li Tian. "A Law to Promote Efficient and Fair Pricing of Milk in Connecticut." Food Marketing Policy Research Report No. 78, April 2003.

Cotterill, Ronald W. "The Impact of the Northeast Dairy Compact on New England Consumers: A Report from the Milk Policy Wars." Food Marketing Policy Research Report No. 77, March 2003.

Cotterill, Ronald W. "An Act Concerning the Fair Pricing of Milk." Food Marketing Policy Issue Paper No. 39, May 2003.

Cotterill, Ronald W. "Drafting a Connecticut Fair Milk Pricing Law: A Meeting the Competition Clause that Enhances the Competitive Position of Connecticut Processors and a Small Account Rule that Recognizes the Higher Cost of Supplying Such Accounts." Food Marketing Policy Center Issue Paper No. 38,

Cotterill, Ronald W. "Answers to Questions that Often Surface When Discussing the Proposed Connecticut Fair Pricing Milk Law." Food Marketing Policy Center Issue Paper No. 37, May 2003.

Cotterill, Ronald W. "Explanation of Farmer Benefits of the Proposed Connecticut Milk Pricing Laws." Food Marketing Policy Center Issue Paper No. 36, April, 2003.

Cotterill, Ronald W. "Drafting of Connecticut Fair Milk Pricing Law: Further Thoughts on the Retail Price Collar." Food Marketing Policy Center Issue Paper No. 35, April 2003.

Cotterill, Ronald W. "Fair Pricing Mechanics." Food Marketing Policy Center Issue Paper No. 34, March 2003.

Cotterill, Ronald W. and Adam N. Rabinowitz. "An Old and New Cooperative Alternative: Integration by Farmers Into Fluid Processing to Develop Local Brands to Capture Some of the Channel Margin." Food Marketing Policy Center Issue Paper No. 33, March 2003.

Cotterill, Ronald W. and Adam N. Rabinowitz. "Analysis of Two Related Milk Price Approaches to Address the Noncompetitive Pricing Problem in the Milk Industry: The 40-40 Consumer Approach and the Farmer and Consumer Fair Share Approach." Food Marketing Policy Center Issue Paper No. 30, December 2002.

Cotterill, Ronald W. "A Fair Share Law for Connecticut and Other Northeast Dairy States: A State Level Solution to Retail Milk Price Gouging and the Dairy Farm Crisis." Food Marketing Policy Center Issue Paper No. 29, December 2002.

Cotterill, Ronald W. "A Northeast Dairy Compact Post Mortem." Food Marketing Policy Center Issue Paper No. 28, October 2002.

Cotterill, Ronald W. "University Research on Dairy Compacts and Fluid Milk Pricing: Executive Summaries, Fact Sheets, and Price Charts." Food Marketing Policy Center Issue Paper No. 25, August 2001.

Cotterill, Ronald W., and Andrew W. Franklin, "The Impact of the Northeast Dairy Compact: A Comparative Evaluation of Two Studies." Food Marketing Policy Center Issue Paper No. 23. July 2001.

Cotterill, Ronald W. and Michael F. Brundage, "Competition, or the Lack Thereof in Local Fluid Milk Markets: San Francisco, Seattle, Chicago, Miami and Dallas-Fort Worth." Food Marketing Policy Center Issue Paper No. 21. May 2001.

Sako, Bafotigui, and Ronald Cotterill. "An Econometric Analysis of Supply Responsiveness in Traditional Agriculture: Millet Sorghum and Rice Farmers in Mali," African Rural Economy Program Working Paper No. 36, Michigan State University, 1981, 85 pgs.

Cotterill, Ronald. "Embargoes and Cartels as Instruments of Foreign Policy," M.S.U. Agricultural Economics Report 370, February 1980, 80 pgs.

Cotterill, Ronald. "The Social Economics of Participatory Consumer Cooperatives," M.S.U. Agricultural Economics Report No. 369, December 1979, 42 pgs.

Cotterill, Ronald. "Market Structure and Profit Performance in the Food Retailing Industry," 1970-1974 M.S.U. Agricultural Economics Report No. 334, October 1978, 41 pgs.

**Newspaper Op Eds**

Cotterill, Ronald W. "Supermarkets, Stop the Gouging – Milk Prices Should Tumble $1." *The Providence Journal.* Food Marketing Policy Center Issue Paper No. 32, November 2002.

Cotterill, Ronald W. "Supermarket Milk Prices Need to Come Down." *The Hartford Courant.* Food Marketing Policy Center Issue Paper No. 31. November, 2002.

**Reviews and Abstracts**

Cotterill, Ronald. "A Review of Antitrust Economics on Trial," *The American Economist*, Vol 36, No. 2, Fall 1992, pp. 94-95.

Cotterill, Ronald W. "E.G. Nourses Place in Contemporary Cooperative Theory and Practice," *Journal of Agricultural Cooperation*, Vol. 7, 1992, pp. 115-118.

Cotterill, Ronald "Mergers in the Food System: Motives and Impacts", Abstract of symposium held at American Agricultural Economics Association Meeting, Baton Rouge, LA., August 1989, *American Journal of Agricultural Economics*, Vol. 71, No. 5, (in press).

## SYMPOSIUMS/SEMINARS DELIVERED

Seminar Speaker, "Milk Market Channel Pricing: A Broader Paradigm for Dairy Policy," National Farmers Union Dairy Summit, Washington, DC, March 28, 2006.

Seminar Speaker, "Brand Level Demand Analysis: Potential Application to Analysis of Obesity," Rudd Center for Food Policy and Obesity, Yale University, New Haven, CT, February 28, 2007.

Seminar Speaker, "The Measurement of Market Power in Differentiated Product Industries and Merger Analysis," Department of Agricultural Economics, University of Guelph, Ontario, March 31, 2006.

Invited Symposium Speaker, "Determinants of Retail Fluid Milk Prices: Channel Pricing Power Games," USDA Milk Market Administrator Annual Conference, Colorado Springs, September 27-29, 2005.

Invited Speaker, "Milk Pricing and State Level Regulation in the Northeast". Dairylea, and Dairy Marketing Services Board of Directors Meeting, Syracuse, New York, June 16, 2004.

Invited Symposium Speaker, "Retail Competition and Consumer Choice," Lancaster University Management School, Canada House, Trafalgar Square, London, June 8, 2004.

Seminar Speaker, "Estimating a Brand Level Demand System to Evaluate Unilateral and Coordinated Market Power Strategies." Department of Agricultural Economics, University of Reading, Reading, UK, June 7. 2004.

Seminar Speaker, "The Theory of Price Collars: The Linking of Prices in a Market Channel to Redress the Exercise of Market Power." Sauder School of Business, University of British Columbia, Vancouver, March 11, 2004.

Speaker, "The Proposed Connecticut Price Collar Approach." Presented at the Northeast Dairy Policy Summit Meeting, University of Connecticut, November 17-18, 2003.

Speaker, "Recent Retail, Wholesale, and Farm Prices in New England and New York: Analysis of Excessive Retail Margins in New England." Presented at the Northeast Dairy Policy Summit Meeting, University of Connecticut, November 17-18, 2003.

Seminar Speaker, "Structural Models of Price Transmission in Imperfectly Competitive Market Channels." Department of Agricultural Economics, University of Alberta, March 7, 2002.

Invited Speaker, "Consolidation in the Processing and Retailing Sectors: Implications for Production Agriculture." American Farm Bureau Convention, Orlando, Florida, January 8, 2001.

Seminar Speaker, "Antitrust Policy in Food Industries." Consumer Federation of America, Washington, DC. June 13, 2000.

Seminar Speaker, "The Wisconsin Approach to Industrial Organization Analysis: Past, Present, and Future" Department of Agricultural Economics, University of Wisconsin, Madison. June 1, 2000.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 44 of 70   PageID #: 20422

Seminar Speaker, "Structural Approaches to Price Transmission in Noncompetitive Market Channels: A Study of the Fluid Milk Industry," Department of Economics, Yale University. March 23, 2000.

Invited Speaker, conference titled, "Economic (DES)Equilibrium & Agribusiness" Federal University of Vicosa, Brazil, October 19-21, 1999.

Invited Speaker, "Use of Scanner Data for Industrial Organization Research" National Bureau of Economic Research Industrial Organization Summer Workshop, Cambridge, Massachusetts, August 4, 1999.

Seminar Speaker, "Measuring Market Power: The Shift from Models of Collusion to Models of Unilateral Market Power." London Business School, London, UK, June 1, 1998.

Seminar Speaker, "Jawboning Cereal" Department of Agricultural Economics, Cornell University, April 21, 1997.

Invited Speaker, Policy Research Roundtable "Measuring Market Power and Efficiency in Food Industries" NE-165 Conference "Strategy and Policy in the Food System: Emerging Issues", Washington, D.C. June 20, 1996.

Seminar Speaker, Measuring Market Power Effects in Differential Product Industries: an Application to the Soft Drink Industry" Department of Economics, Harvard University, April 26, 1996.

Seminar Speaker, "Market Power and Mergers in Food Industries: The Breakfast Cereal Case Example." Univ. of Connecticut, Dept. of Agricultural and Resource Economics, Dec. 6, 1995.

Seminar Speaker, "Performance and Public Policy Alternatives in the Breakfast Cereal Industry." Univ. of Connecticut, Dept. of Nutritional Sciences, Oct. 5, 1995.

## CLASSES TAUGHT

Agricultural and Resource Economics 6474, Industrial Organization: Advanced Empirical Analysis, 3 credits. Lecture. A graduate course taught spring 2007, 2009, at the University of Connecticut.

> [Empirical Industrial Organization models that use simultaneous equations, discrete choice, and/or nonlinear econometric methods to analyze conduct and performance of brands and firms in non competitive industries. Includes static and dynamic modeling of pricing and advertising in differentiated product oligopolies. Antitrust policy applications in the U.S. and E.U.]

Agricultural and Resource Economics 5474, Industrial Organization: Empirical Analysis, 3 credits. A graduate course taught spring semester at the University of Connecticut, 1982-1988, 1990 to 1996, 1998 to 2006, 2008, 2010.

[Analysis of the structure, conduct, and performance of industries with examples from the food sector and other industries. Explains the development of testable hypotheses from theory, empirical methods, evidence on the level and type of competition, economies of size, product differentiation, entry barriers, and the impact of alternative organizational forms including cooperatives on economic performance.]

Agricultural and Resource Economics3275, Agribusiness Management and Entrepreneurship, 3 credits. An undergraduate course taught fall semester at the University of Connecticut, 1996 to 2004, 2006, 2007.

[Management techniques for achieving the merchandising objective and standards of the firm, with maximum efficiency in the use of capital, personnel, facilities and equipment. Directed toward those students who plan to enter agribusiness.]

Teacher in two week course, "Graduate Class in Industrial Organization," Sacred Heart Catholic University, Cremona, Italy. June 2006.

Agricultural and Resource Economics 3227, Business Strategies and Policy in Food Industry, 3 credits. An undergraduate course taught spring semester at the University of Connecticut, 1996, 1998, 2001, 2008.

Teacher in two week course, "Development of New Products in the Agro-Food Sector," International Center for Study of Mediterranean Agriculture, Zaragoza, Spain. June 1997.

Agricultural Economics 220, Cooperatives—an undergraduate course at the University of Connecticut. 1982-1989, 1994, 1995.

Agricultural Economics 225, Marketing and Price Formation—an undergraduate course at the University of Connecticut. 1982-1986.

Economics/Agricultural Economics 811—a graduate course in applied public finance and public program analysis at Michigan State University.

Food Systems Management 421—an undergraduate course on public policy in the food system including federal farm commodity programs, regulation and antitrust in food industries at Michigan State University.

## STUDENTS
*Undergraduate Honors Students Supervised by R.W. Cotterill*

| | | | |
|---|---|---|---|
| Sepe, Erin | | 2003 | Analysis of Unilateral Market Power |
| | | | MS student in Ag Econ at UConn |
| Murphy, Melanie | | 2005 | Flat Milk Prices: Facing the Problem |
| | | | MS student in Ag Econ at UConn |

*Graduate Students that R.W. Cotterill Supervised as Major Advisor at UConn*

| | | | |
|---|---|---|---|
| deMaintenon, Dean | MS | 1984 | An Analysis of the Price-Service Mix in Supermarkets |
| | | | Economist, Tree Top Apple Growers Cooperative; Selah, WA |
| Iton, Clement W.A. | MS | 1985 | Vertical Coordination in the Windward Islands Banana Industry |
| | | | To Ph.D. Program in Ag Econ at UConn |
| Shields, Charles T. | MS | 1986 | Quantitative Strategic Marketing Models for the U.S. Brewing Industry:1952-1984 |
| | | | Private Industry |

| | | | |
|---|---|---|---|
| Pinkerton, Don | Ph.D. | 1988 | Mergers in the Food Manufacturing Industries: An Analysis of Motives |
| | | | Research Economist, Chicago Board of Trade |
| Haller, Lawrence E. | MS | 1988 | A Study of Ex Ante and Ex Post Entry Behavior of the Top Twenty Supermarket Chains: 1972 – 1981 |
| | | | To Ph.D. Program in Ag Econ at UConn |
| Khan, Munir | MS | 1990 | Marketing of Milk in Pakistan Including an Econometric Analysis of Milk Marketing Channel in Sind Province, Pakistan |
| | | | Lecturer, Northwest Frontier Province University, Pakistan |
| Salih, Hachim M. (al-Hassani, Hajim) | Ph.D. | 1990 | Vertical  Coordination in the Wheat-Flour Subsector: An Econometric Case Study |
| | | | Speaker of Iraqi Parliament 2005-2006 |
| Iton, Clement W.A. | Ph.D. | 1991 | The Determinants of Profitability at the Business Unit Level: Another Approach. |
| | | | Head of Marketing Department, Caribbean Agricultural Research and Development Institute |
| Duvall, Jeffrey S. | MS | 1993 | A Study of Horizontal and Vertical Competitive Influence on Retail Price in the U.S. Soft Drink Industry |
| | | | Information Resources Inc.; Cincinnati, Ohio |
| Harper, David C. | MS | 1993 | An Analysis of Market Structure and Service Mix and Their Impact on Price in the Supermarket Industry |
| | | | Returned to a large family owned retail corporation |
| Haller, Lawrence E. | Ph.D. | 1994 | Branded Product Pricing Strategies in the Catsup and Cottage Cheese Industries:  The Effects of Brand Share and Cooperative Presence |
| | | | Staff Economist for Antitrust Analysis, Packers and Stockyards, USDA |
| Ma, Li-Yu | Ph.D. | 1997 | An Econometric Analysis of Competition in a Differentiated Product Industry: The U.S. Ready-To-Eat Cereal Industry |
| | | | Director of Beijing Office Goldman Sachs, Investment Bank |
| Langan, Glenn E. | Ph.D. | 1997 | Brand Level Demand and Oligopolistic Price Interaction Among Domestic and Foreign Beer Brands |
| | | | Marketing Economist, A.C. Neilson Company, Paramus, NJ |
| Mott, John | MS | 2000 | Strategic Analysis of the Beef SubSector-A Query into the Presence of Market Power and its Impact on Ranchers |
| | | | Agricultural Economist, Packers and Stockyards, Denver |
| Samson, Pierre Olivier | MS | 2000 | Market Power and Price Transmission: The Case of Cheese |
| | | | Private Industry Economist; Montreal, Quebec |
| Dhar, Tirtha | Ph.D. | 2001 | Two Stage Oligopoly Pricing with Differentiated Product: The Boston Fluid Milk Market |
| | | | Assistant Professor, Dept. of Marketing, University of British Columbia, Canada |
| Marunas, Todd | MS | 2002 | Determining the Cost Pass Through Rates of Cereal Manufacturers as a Result of the Vitamin Price Fixing Cartels |
| | | | Economist, Private Industry, Connecticut |

| | | | |
|---|---|---|---|
| Canan, Basak | MS | 2002 | Differentiated Product Oligopoly Model: Fluid Milk in Boston Lecturer, Uludag University, Turkey |
| Baltaduonis, Rimvydas | MS | 2002 | The Importance of Product Differentiation, Demand Functional Form and Competitive Interaction in the Estimation of Price Transmission (Research Supervisor Only) Ph.D. in Economics, UConn 2007, Postdoc George Mason University 2007 |
| Druckute, Inga | MS | 2005 | Effects of Assumed Behavior Model on Simulated Post-merger Equilibrium in Differentiated Product Markets Ph.D. student in Ag Econ at UConn |
| Asante, Nana | MS | 2005 | Flat Retail Milk Prices in New York and New England Private Industry Economist |
| Singerman, Ariel | MS | 2005 | New Product Introduction Analysis in the R-T-E Breakfast Cereal Industry Ph.D. student in Ag Econ at University of California, Davis |
| Tian, Li | Ph.D | 2006 | Three Essays in Market Channel Economics Research Scientist, Risk Management, Discover Financial Services, Riverwoods, Illinois. |
| Chidmi, Benaissa | Ph.D | 2006 | The Relationship between Manufacturers and Retailers: Breakfast Cereals in Boston (Co-Advisor with Rigoberto Lopez) Assistant Professor of Marketing, Texas Tech University, Lubbock, TX. |
| Murphy, Melanie | MS | 2007 | The US Peanut Butter Industry 1988-1992: Descriptive Analysis and a Differentiated Product Oligopoly Model. Research Assistant at financial firm in New York. |
| Tchumtchoua, Sylvie | Ph.D | 2008 | Three Essays on Demand Estimation and Advertising Ph.D. student in Statistics at University of Connecticut |
| Castellari, Elena | MS | 2009 | The Fluid Milk Market in Italy: Consumer Behavior and Industry-level Brand Competitiveness Ph.D. student in Agricultural Economics at Sacred Heart University, Piacenza, Italy. |
| Cohen, Michael | Ph.D | 2009 | Differentiated Product Demand Analysis With A Structure Covariance Probit: A Bayesian Econometric Approach. |

Current Graduate Students

| | |
|---|---|
| Rabinowitz, Adam | Ph.D |
| Druckute, Inga | Ph.D |
| Rhodes, Charles | Ph.D |

**EXTERNAL REVIEWS FOR PROMOTION AND/OR TENURE**

One PTR to Full Professor, University of Wisconsin, Madison 2009

One Endowed Chair Review for St. Joseph's University, Philadelphia 2009.

One PTR Review for Southern Illinois-Carbondale, 2008.

One PTR Review for University of Sydney, Australia, 2007.

One PTR Review for University of Minnesota, 2006.

One PTR Review for Southern Illinois University-Carbondale, 2005.

One PTR Review for Utah State University, 2005.

Two PTR Reviews for Morrison School of Agribusiness, Arizona State, 2003, 2004.

One PTR Review for Dept. of Agricultural Economics, University of California-Davis, 2003.

One PTR Review for Dept. of Agricultural Economics, University of Kentucky, 2002.

One PTR Review for Dept. of Agricultural Economics, Rutgers University, 2000.

## PUBLIC SERVICE/CONSULTING

Expert economic analysis, Food Lion LLC et al. v. Dean Foods Company et al., No. 2:07-CV-188, for Hunton and Williams, 2009.

Expert economic witness in Federal District Court and regulatory economist for Office of Milk Industry Regulation (ORib) Commonwealth of Puerto Rico. Constructed a new farm, wholesale, and retail regulatory system for fresh and UHT milk in Puerto Rico. Set farm, wholesale, and retail prices for fresh and UHT milk on April 17, 2008, July 23, 2008, and assisted on December 4, 2009.

Expert economic analysis of the measurement of local markets and the market power of leading supermarket chains in the U.K. U.K. Competition Commission, Southampton House, London, U.K., September 2007.

Expert economic analysis of the impact of competition of the proposed acquisition of the leading department store chain who has opened three supercenters with supermarkets by one of the two supermarket chains in New Zealand. These two currently capture 95% of all food sales in New Zealand. New Zealand Competition Commission, Wellington, New Zealand. September 2007.

Expert economic analysis of the impact on supermarket competition in South Cape May County, New Jersey. Del Mar, Inc., Rio Grande, New Jersey, September 2007.

Expert economic analysis of a contract violation by a San Diego Supermarket for Otto Plaza Trading Company/Dicks & Workman Law Firm, San Diego, CA. June 2007.

One of three invited economists (only non British economist) to analyze pricing and the status of competition in the UK supermarket industry for the UK Competition Commission, London, UK, October 2006.

Antitrust economic analysis of the conduct of Dairy Farmers of America, Dean Foods, Inc., and National Dairy Holdings for Howrey and Simon LLC, Washington, DC. 2006, 2007.

Advisor to the Connecticut Milk Regulation Board on public policies to enhance dairy farmer income (Fall 2006).

Expert economic analysis on behalf of a direct purchaser class (US Supermarkets and fruit wholesalers) action alleging monopolization of the fresh pineapple market by Del Monte, American Banana Co. et al. v. Del Monte Fresh Produce Co. et al. No 03-CV-10230(RMB), 2005, 2006.

Expert economic witness, Vertical Foreclosure Impacts of Proposed Changes in Federal Milk Market Orders, Hearing to amend certain provisions of the Mideast Federal Milk Market Order, Wooster Ohio, March 7-10, 2005 for T. Jacoby Co., White Eagle Federation of Cooperatives and others.

Expert economic witness for Pueblo International, Inc., San Juan, Puerto Rico, in a breach of contract case, 1999, 2001, 2004, 2005, 2006.

Expert economic analysis on Milk Pricing, Connecticut Representative George Wilber, 2003, 2004.

Expert economic analysis and assistance to the Vermont Dept; of Agriculture, and Steve Kerr the Vermont Commissioner of Agriculture in January and February 2003.

Economic analysis and assistance to Representative Bernie Sanders, Vermont and Senator Patrick Leahy, Vermont on dairy pricing issues including the dairy compact movement, 2003, 2004.

Expert economic analysis to attorneys representing Ocean Spray Cranberry, Inc., 2003.

Expert economic analysis to attorneys representing Rainbow Foods, attempted monopolization, 2003.

Expert economic analysis for the Department of Justice, State of California, in the investigation of the spot market for wholesale gasoline prices, 2002- 2004.

Expert economic analysis of the proposed acquisition of Big V Supermarkets by Royal Ahold/Stop & Shop for Wakefern Food Corporation, 2002.

Expert economic analysis of price transmission and the downstream impact of price fixing in vitamins for BASF, Hoffmann LaRoche, Aventis, and Takeda, December 2001.

Expert economic witness for Arisa Realty and Morel Operating Company in Mayfair Supermarkets/Edwards v. Arisa, Morel, American Store Proprieties and Acme Markets. Superior Court of New Jersey Chancery Division: Middlesex County Docket No. MID-C-92-00. Royal Ahold through its Mayfair/Edwards division sued Arisa and Morel, the owner of Ryder Crossing Shopping Center, Milltown, New Jersey, for violating an alleged restrictive covenant and developing a supermarket for Acme supermarkets a division of Albertons/American Stores. Acme and American stores were also defendants. January 2001.

Expert economic analysis for the Attorneys General of Vermont, Connecticut and Massachusetts in the acquisition of the Stop & Shop milk plant by Suiza GTL. 2000.

Expert economic analysis for plaintiff in Augusta News v. Hudson News et al., Augusta, Maine. A Sherman Act section 1 and R-P case on slotting allowances. 1999.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 50 of 70   PageID #: 20428

Expert witness for Tops/Royal Ahold, plaintiff in Tops v. Quality Foods et al. Tops is suing Quality for attempted monopolization of the Jamestown, New York market, 1999.

Expert economic analysis for Wakefern Food Corp. of the Royal Ahold–Pathmark merger, 1999.

Expert economic analysis for plaintiff in J. Servais et al. v. P. Morris/Kraft et al., a class action law suit on behalf of U.S. dairy farmers against Kraft, the National Cheese Exchange and others alleging downward manipulation of U. S. cheese and milk prices, 1998.

Expert economic analysis for New York City/Northern New Jersey milk workers unions in a monopolization lawsuit wherein Farmland Dairies alleged that the other milk processors in New York City/Northern New Jersey conspired with the unions to drive Farmland out of business, 1997.

Expert economic analysis for Retail Marketing Network in Retail Marketing Network v. Actmedia, Inc. This is a Sherman Act monopolization case. RMN claims Actmedia has monopolized certain in store retail promotion markets. 1997.

Expert economic analysis for Wilcox in Wilcox v. Archer Daniels Midland et al. Analyzed the impact on consumers of price fixing in the corn wet milling industry (citric acid and high fructose corn syrup). This is a class action lawsuit on behalf of consumers to recover damages under state law in Michigan. Sister suits were also filed under state law in Kansas, W. Virginia, and D.C., 1997.

Co-Chair, Connecticut Legislative Task Force to Rename and Expand the Scope of the Connecticut State Department of Agriculture. 1996-1997.

Expert witness for Waremart, Inc. Boise, Idaho, at Boise City Council review of proposed Waremart superstore zoning permit. August 1996.

Expert economic analysis for Vons Grocery, Inc. in the matter of Harley S. Tropin et al. v. Vons Grocery, Inc. Malone and Hyde, Inc. and Public Supermarkets, Inc. and others. This was a class action lawsuit by investors defrauded in a ponzi scheme by a bogus grocery products diverting company that had bribed buyers/agents for the above major supermarkets as part of the scheme. This case was settled before trial, 1996.

Expert economic analysis for Attorneys General of Connecticut, Massachusetts, and Rhode Island, assisted in the negotiation of a consent decree jointly with FTC staff that resulted in the divestiture of 30 stores and 2 sites (over $600 million annual sales) from the merging Ahold/Edwards and Stop and Shop Supermarket chains June/July 1996.

Economic consultant for the International Center for Study of Mediterranean Agriculture, Zaragoza, Spain, in cooperation with a marketing professor from Urbs University, Denmark, planned a two week conference/course titled "Development of New Products in the Agro-Food Sector," June 1996.

Expert economic analysis for National DHIA, Vermont, Pennsylvania, Ohio and Northeast DHIA in Agritronics v. all of these DHIAS, U.S. Federal Court, Northern District of New York , Binghamton, NY, 1996.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 51 of 70   PageID #: 20429

Expert economic analysis for Alcott Estates in the matter of Alcott Estates versus Vons Grocery Inc. San Diego, California, 1995. This was a breach of lease case with antitrust claims. It was settled prior to trial.

Expert economic analysis for New York Farm Bureau in *Farmland Dairies Inc. v. RCMA and New York Farm Bureau*, Northern District of New York Federal Court, Syracuse, NY, 1995.

Economic expert witness for National Association of State Attorney General in *State of New York v. R.J. Nabisco and Phillip Morris* (a horizontal acquisition of Nabisco Shredded Wheat by Phillip Morris/Kraft General Foods, Post Cereals), Southern District of New York Federal Court, 1993-1994.

Consultant, Federal Trade Commission, Line of Business Research, 1991-92.

Member, Connecticut Dept. of Agriculture Dairy Pricing Task Force, 1992 to present.

Economic Consultant to Daniel Smith, P.C., and Vermont Department of Agriculture on economic organization and performance of the New England fluid milk marketing system, 1992.

Economic expert witness for Michael Tolokan in the matter of M. Tolokan v. Mobil Oil Company, Federal District Court, Hartford, 1991. This was a price discrimination case involving retail gasoline stations.

Economic counsel for Attorney General, State of Vermont, May 1989. (Provided economic analysis of P&C/Grand Union merger and assisted in designs of a consent decree that orders divestiture of 13 supermarkets to promote competition in Vermont grocery markets).

Economic counsel for S. Danou Supermarkets Inc., Detroit, Michigan, March 1988. (Provided economic analysis of the A&P and Borman's merger and its impact of S. Danou Supermarkets Inc.).

Economic counsel, Wachtell, Lipton, Rose and Katz for DelChamps Inc. 1988. (Provided economic analysis for an antitrust defense for successful resistance of hostile takeover bid from A&P).

Expert economic witness for Allied Supermarkets in the matter of *Albert Semaan et al. and Belair Supermarket Inc. et al. v. Allied Supermarkets Inc.* (Testified on behalf of defendant that the city of Detroit is a distinct submarket for the analysis of competition among supermarket chains, that the city of Detroit submarket is competitively structured, and thus plaintiff could not raise prices to increase profits.)

Expert economic counsel, Allied Supermarkets, Inc. 1986, (Evaluated the potential impact on competition of a proposed acquisition of nine supermarkets by Borman's Inc., the market leader in Detroit, from Nu-Trax Inc.)

Economic counsel, *Union Tire and Rubber Co. v. Dunlop Tire and Rubber Co.*, 1985. (Working for the plaintiff, Union, in a Robinson Patman, price discrimination case, estimated damages and analyzed the impact of price discrimination on competition, the case was settled first day of trial.)

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 52 of 70   PageID #: 20430

Strategic Marketing Consultant to Textile Fibers Division, Dupont Chemical Corporation, Wilmington, Delaware, 1985.

Member of State of Connecticut Futures Commission Food Policy Task Force, 1984, 1985.

Expert economic witness, in the matter of *Phillip Olender & Co. v. International Multifoods*, 1984. (Estimated damages and analyzed the impact of price discrimination on competition. Work on this Robinson-Patman Act case was done for the plaintiff, P. Olender & Co.)

Economic counsel, Paul, Weiss, Rifkind, Wharton and Garrison, New York in *Allied Supermarkets v. TENGELMANN WAREHANDELGESELLSCHAFT*, United States District Court, Eastern District of Michigan, Southern Division, 1983 (Analyzed competitive impact for Allied Supermarkets who successfully challenged a horizontal merger between A&P (Tengelmann) and Chathams Supermarkets Inc. in Detroit, Michigan.)

Director, University of Connecticut Cooperative Bookstore, Inc. 1983.

Member, Financial Advisory Board, National Consumer Cooperative Bank, Washington, D. C., 1983.

Expert economic witness, in the matter of *Borman's Supermarkets Inc. v. Allied Supermarkets, Inc.* Bankruptcy Court of the United States for the Eastern District of Michigan, Southern Division, 1982. (A bankruptcy case wherein Borman's sought damages from Allied, a ch. 11 competitor for wage concessions it received from unions in order to exit viably from ch. 11. I represented Allied Supermarkets Inc. and analyzed the antitrust aspects of the case.)

Evaluation consultant to Inter-America Foundation for their rural cooperative development programs in South America, 1982.

Economic consultant to Attorney General, State of Arkansas. Analyzed the price and service level performance of the grocery industry in Arkansas, 1982.

Member of selection panel, Cooperative League of the USA, annual contest to select outstanding Masters thesis and Ph.D. dissertation on cooperatives, 1980, 1981, 1982, 1983.

Expert economic witness, *State of Vermont v. Grand Union et al.* Washington Superior Court, Docket No. S187-81 Wnc. Analyzed market structure, pricing, and performance of the retail grocery industry as a component of the state's defense of the Vermont blue law, 1981.

Consultant to Harmony Village, community development corporation in Detroit. Provided an extensive feasibility analysis of a proposed inner city supermarket, 1981.

Economic counsel, *Michigan Natural Resources Commission v. Lloyd Arends and Sons, Inc.* Estimated damages in a point source pollution case, 1981.

Economic counsel, *State of Tennessee v. Bi-Rite Food Inc.* Assisted Attorney General in analysis of a horizontal price fixing case, 1981.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 53 of 70   PageID #: 20431

Expert economic witness for the Federal Trade Commission in *Federal Trade Commission v. National Tea Co. and Applebaum's Food Markets, Inc.* 1979. (A horizontal merger in the Minneapolis-St. Paul Market.)

Governor's Task Force on Consumer Cooperatives, 1979, 1980.

Michigan House of Representatives Agricultural Advisory Council, 1979,1980.

Director, East Lansing Food Cooperatives, 1977-78.

Director, Cooperatives Services, Inc., Detroit, Michigan. (manages 2000 units of low income senior citizen housing, a construction company and a chain of 9 optical offices), 1979, 1980.

## GRANTS RECEIVED

USDA/CSREES Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $373,847, August 2009.

USDA/CSREES Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $398,175, August 2008.

USDA/CSREES Hatch Grant for Support of Food Marketing Policy Center at the University of Connecticut, $361,000, July 2007.

USDA/CSREES Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $535,124, August 2006.

USDA/CSREES Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $540,777, August 2005.

USDA/CSREES Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $543,249, August 2004.

USDA/CSREES Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $455,071, August 2003.

USDA/CSREES Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $452,715, August 2002.

USDA/CSREES Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $462,009, July 2001.

USDA/CSREES Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $374,200, June 2000.
USDA/CSREES Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $380,460, August 1999.

USDA/CSREES Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $310,344, January 1998.

USDA/CSRS Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $310,289, March 1997.

USDA/CSRS Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $311,878, November 1995.

Farm Foundation, support for Reading, England Conference "Food Retailer-Manufacturer Competitive Relationships in the EU and USA: Emerging Research Issues" March 1995, $5,000.

Farm Foundation, support for NE-165 conferences June 5-7, 1995, Washington, DC titled "Vertical Coordination in the Food System" and "Economics of Reducing Health Risk from Food," April 1995, $6,100.

USDA/CSRS Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $311,000, November 1994.

USDA Nat'l Research Initiative Grant for the organization of a conference in Reading England titled "Food Retailer-Manufacturer Competitive Relationships in the EU and USA: Emerging Research Issues," August 1994, $9,177.

USDA/CSRS Special Research Grant for Support of Food Marketing Policy Center at the University of Connecticut, $348,371, December 1993.

USDA National Research Initiative Grant, "Global Competitors in the U.S. Beer and Bottled Water Industries." September 1993, $95,431.

Cooperative State Research Service/USDA, Grant for Support of Conference "Valuing Food Safety and Nutrition" Alexandria, VA June 1993, $2,500.

Farm Foundation Grant for support of conference "Valuing Food Safety and Nutrition," Alexandria, VA, June 1993, $5,000.

USDA/CSRS Special Research Grant for support of Food Marketing Policy Center at the University of Connecticut, $371,999, November 1992.

Cooperative Agreement with Agricultural Cooperative Service/USDA, "Development of the Theory of Agricultural Cooperation in Noncompetitive Markets," 1992, $26,629.

Cooperative Agreement with CSRS/USDA in support of a national workshop, "New Strategic Directions for Agricultural Marketing Cooperatives," Boston, MA, June 24-25, 1992. $3,000.

USDA/CSRS Special Research Grant for support of Food Marketing Policy Center at the University of Connecticut, $393,000, October 1991.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 55 of 70   PageID #: 20433

Cooperative Agreement with CSRS/USDA in support of national conference titled, "Competitive Strategy Analysis in the Food System", $5,000, April 1991.

Grant from Farm Foundation in support of national conference titled, "Competitive Strategy Analysis in the Food System, $3,000, April 1991.

UConn Research Foundation support for An Analysis of Business Unit Strategies and Their Performance in the Food Manufacturing Sector, $750, November 1990.

USDA/CSRS Special Research Grant for support of Food Marketing Policy Center at the University of Connecticut, $393,000, November 1990.

Farm Foundation, Chicago, Illinois, a grant of $2,500 for support of Economics of Food Safety Workshop, March 1990.

Grant from Farm Foundation in support of Economics of Food Safety Workshop, $3,000, April 1990.

Cooperative Agreement with ERS/USDA in support of Economics of Food Safety Workshop, $1,000, May 1990.

Cooperative Agreement with CSRS/USDA in support of Economics of Food Safety Workshop $3,000, May 1990.

CSRS Special Research Grant for support of Food Marketing Policy Center at the University of Connecticut, $378,000, December 1989.

UConn Research Foundation support for Evaluating the Motives and Impacts of Mergers and Acquisitions in the Food System, $750, April 1989.

Cooperative agreement with the Agricultural Cooperative Service, USDA for research on competitive strategy analysis for cooperatives engaged in food processing. $49,747, March 1989.

CSRS special research grant for support of Food Marketing Policy Center at the University of Connecticut $285,000, October 1988.

A grant of $34,955 to evaluate the Connecticut dairy inspection program and recommend reforms, from the Connecticut Department of Agriculture, March 1988.

Regional research funds from six universities in the Northeast totaling $15,500 for support of Food Marketing Policy Center, February 1988.

CSRS special research grant to establish a National Food Marketing Policy Center at the University of Connecticut, $150,000, December 1987.

Cooperative agreement with the Agricultural Cooperative Service, USDA, to support Food Marketing Policy Center, $7,000, September 1987.

Grant from University of Connecticut Research foundation for support of research on mergers in the food system via acquisition of data, University of Connecticut Research Foundation, $750, Sept. 1987.

Apple Marketing Research, Connecticut Apple Marketing Board via State Department of Agriculture, $7,315, July 6, 1987.

Regional research funds from six universities in the Northeast totaling $16,000 for support of NE-165 research project core research group, February 1987.

A contract of $8,000 from the Office of Technology Assessment, U. S. Congress to analyze the effects of electronic information technology on employment and economic performance in the Food Manufacturing and Distribution Industries, 1985.

A contract of $2,500 from the Hartford, Connecticut Local Initiative Support Corporation (Ford Foundation) to analyze the feasibility of a community-based food buying service for urban day care and senior citizen centers, 1985.

A grant of $21,667 from the Agricultural Cooperative Service, USDA to review and expand the theory of agricultural cooperation, 1982.

A grant of $16,590 for a 15 month project from the National Consumer Cooperative Bank, Washington, D.C. The project title is: "Evaluating Alternative Cooperative Capitalization and Ownership Plans for Consumer Food Cooperative Federations," 1981.

A grant of $50,025 from the Michigan Department of Education, Title I of the Higher Education Act of 1965 program. The project title is: "Michigan State University Extension Service Consumer Food Cooperative Education Initiative," 1981.

A grant of $7,790 for first year of a two year project under the auspices of Title V of the Rural Development Act of 1972. The project title is: "An Economic Analysis of Warehousing, Transport, and Management Services Provided by Consumer Cooperative Federations," 1980.

## PRIOR EMPLOYMENT RECORD

Assistant Professor of Agricultural Economics, Michigan State University, 1977-81.

Research Assistant, Dept. of Agricultural Economics, University of Wisconsin, 1972-1977.

Member of International Voluntary Services agricultural development team, Zaire, 1970.

Congressional intern in the office of Representative Samuel S. Stratton, (D-New York), summer, 1968.

## OTHER PROFESSIONAL ACTIVITIES, AFFILIATIONS, AWARDS

Editorial board, Northeastern Journal of Agricultural and Resource Economics, (1987-1989)

Member, American Economics Association

Member, American Agricultural Economics Association

Member, Industrial Organization Society

Member, Food Industry Committee, American Antitrust Institute

Member, American Bar Association's Clayton Act Committee, 1992 to 2003

Member, American Bar Association's Federal Trade Commission Subcommittee on Competition, 1992 to 2003

Member, American Bar Association's Agricultural Trade Regulation Committee, 1990-1992

Phi Eta Sigma academic honorary

Phi Kappa Phi academic honorary

1981 Advisor to David Shutes whose thesis, *A Survey of Midwestern Food Cooperatives* received the Cooperative League of the USA award for outstanding Masters thesis on consumer cooperatives.

1980 Member of NC-117 project on Organization and Control of Food System which received the American Agricultural Economics Association award for outstanding policy contribution.

1977 Outstanding Dissertation Award, Department of Agricultural Economics, University of Wisconsin.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 58 of 70   PageID #: 20436

# Exhibit 2: Materials Considered

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 59 of 70   PageID #: 20437

## Case Related Filings

1. Affidavit of Floyd Freeman, In Re Southeastern Antitrust Litigation, 2:08-MD-1000 (U.S. Dist. for the E.D. of TN, November 24, 2009).
2. Amended Class Action Complaint, In Re Southeastern Antitrust Litigation, 2:08-MD-1000 (U.S. Dist. for the E.D. of TN, March 28, 2008).
3. Defendant Dairy Farmers of America Objections and Responses to Retailer Plaintiffs' Second Set of Interrogatories to Defendant Dean Foods Company, In Re Southeastern Antitrust Litigation, 2:08-MD-1000 (U.S. Dist. for the E.D. of TN, December 17, 2009).
4. Defendant Dean Foods Company's Objections and Responses to Retailer Plaintiffs' Second Set of Interrogatories to Defendant Dean Foods Company, In Re Southeastern Antitrust Litigation, 2:08-MD-1000 (U.S. Dist. for the E.D. of TN, December 17, 2009).
5. National Dairy Holding, L.P.'s Objections and Responses to Retailer Plaintiffs' Second Set of Interrogatories to Defendant National Dairy Holdings, L.P., In Re Southeastern Antitrust Litigation, 2:08-MD-1000 (U.S. Dist. for the E.D. of TN, December 17, 2009).
6. Memorandum of Law in Support of Defendants' Motion for Summary Judgment, In Re Southeastern Antitrust Litigation, 2:08-MD-1000 (U.S. Dist. for the E.D. of TN, September 18, 2009).
7. Retailer Plaintiffs' Memorandum of Law in Response to Defendants' Motion for Summary Judgment, In Re Southeastern Antitrust Litigation, 2:08-MD-1000 (U.S. Dist. for the E.D. of TN, November 9, 2009).
8. Retailer Plaintiffs' Statement of Material Facts, In Re Southeastern Antitrust Litigation, 2:08-MD-1000 (U.S. Dist. for the E.D. of TN, November 5, 2009).

## Case Related Correspondence

9. Bonder, Teresa. Letter to Michael L. Converse. "In re: Southeastern Milk Antitrust Litig., Case No. 2:08-MD-1000," November 4, 2009.
10. Brumbaugh, Kay Lynn. Letter to Michael L. Converse. "In re Southeastern Milk Antitrust Litigation, Case 2:08-MD-1000," April 17, 2009.
11. Brumbaugh, Kay Lynn. Letter to Michael L. Converse. "In re Southeastern Milk Antitrust Litigation, Case 2:08-MD-1000," May 19, 2009.
12. Brumbaugh, Kay Lynn. Letter to Michael L. Converse. "Re: Southeastern Milk Antitrust Litigation, Case 2:08-MD-1000," February 24, 2009.
13. Frangie, Paul. Letter to Michael L. Converse. "In re Southeastern Milk Antitrust Litigation," February 23, 2009.
14. Trousdale, Jennifer. Letter to Michael L. Converse. "In re: Southeastern Milk Antitrust Litigation, Case No. 2:08-MD-1000," June 3, 2009.
15. Trousdale, Jennifer. Letter to Michael L. Converse. "In re: Southeastern Milk Antitrust Litigation, Case No. 2:08-MD-1000," June 9, 2009.

## Case Related Expert Filings

16. Declaration of Ronald W. Cotterill, Ph.D., In Re Southeastern Antitrust Litigation, 2:08-MD-1000 (U.S. Dist. for the E.D. of TN, April 30, 2009).
17. Declaration of Ronald W. Cotterill, Ph.D., In Re Southeastern Antitrust Litigation, 2:08-MD-

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 60 of 70   PageID #: 20438

1000 (U.S. Dist. for the E.D. of TN, August 14, 2009).

18. Declaration of Ronald W. Cotterill, Ph.D., In Re Southeastern Antitrust Litigation, 2:08-MD-1000 (U.S. Dist. for the E.D. of TN, November 4, 2009).

19. Report of Catherine J. Morrison Paul, Ph.D., In Re Southeastern Antitrust Litigation, 2:08-MD-1000 (U.S. Dist. for the E.D. of TN, June 30, 2009).

## Depositions and Exhibits

20. Deposition of Alan Bernon, November 10, 2005.
21. Deposition of Alan Meyer, June 30, 2005.
22. Deposition of Betty Gist, May 14, 2009.
23. Deposition of Brian Haugh, August 25, 2009.
24. Deposition of Byron Meredith, December 8, 2009.
25. Deposition of Calvin Covington, December 5, 2009.
26. Deposition of Cletes Beshears, April 21, 2009.
27. Deposition of David Meyer, January 26, 2010.
28. Deposition of Elvin Hollon, April 15, 2009.
29. Deposition of Erwin Burt, August 13, 2009.
30. Deposition of Evan Kinser, February 12, 2009.
31. Deposition of Frank Johns, January 5, 2010.
32. Deposition of Gary Corbett, October 30, 2009.
33. Deposition of Gary Hanman, February 24, 2010.
34. Deposition of Gary Hanman, July 16, 2002.
35. Deposition of Gerald Bos, February 24, 2010.
36. Deposition of Gerald Bos, September 30, 2009.
37. Deposition of Jay Bryant, April 17, 2009.
38. Deposition of Jay Bryant, April 4, 2005.
39. Deposition of Jay Bryant, May 13, 2003.
40. Deposition of Jeff Sims, April 7, 2009.
41. Deposition of Jeff Sims, January 28, 2009.
42. Deposition of Joe Wright, December 3, 2009.
43. Deposition of Joel Clark, January 28, 2010.
44. Deposition of John Collins, July 30, 2009.
45. Deposition of John Wilson, September 16, 2009.
46. Deposition of Kathy Turner, January 12, 2010.
47. Deposition of Kathy Turner, September 22, 2009.
48. Deposition of Martin Margherio, November 12, 2009.
49. Deposition of Marty Devine, June 23, 2005.
50. Deposition of Marty Devine, October 13, 2009.
51. Deposition of Michael Nosewicz, October 16, 2009.
52. Deposition of Newton Brookshire, September 18, 2009.
53. Deposition of Pete Schenkel, October 22, 2009.
54. Deposition of Rick Beaman, August 5, 2009.
55. Deposition of Rick Fehr, August 7, 2001.
56. Deposition of Rick Fehr, January 14, 2010.
57. Deposition of Rick Fehr, September 2, 2009.
58. Deposition of Rob Cottet, September 24, 2009.
59. Deposition of Ronald Cotterill, June 15, 2009.

60.  Deposition of Sidney Schepps, June 19, 2009.
61.  Deposition of Sonia Fabian, April 10, 2009.
62.  Deposition of Tracy Noll, April 24, 2009.
63.  Deposition of Tracy Noll, December 15, 2009.
64.  Deposition of Tracy Noll, July 27, 2001.

## Bates Stamped Documents

| | |
|---|---|
| 65.  AULT-000044 | 66.  DFA01-0203196 |
| 67.  DEAN 00000735 to 44 | 68.  DFA01-0360509 |
| 69.  DEAN 00769649 | 70.  DFA01-0374030 |
| 71.  DEAN 02114620-1 | 72.  DFA01-0646079 |
| 73.  DEAN00000786 | 74.  DFA01-0647371 |
| 75.  DEAN00056416 | 76.  DFA01-0653203 |
| 77.  DEAN00077488 | 78.  DFA01-0664424 |
| 79.  DEAN00106124 | 80.  DFA01-0748561 |
| 81.  DEAN00113284 | 82.  DFA01-0758685 |
| 83.  DEAN00113915 | 84.  DFA01-0776264 |
| 85.  DEAN00120650 | 86.  DFA01-0782007 |
| 87.  DEAN00412794 | 88.  DFA01-0843240 |
| 89.  DEAN00425597-98 | 90.  DFA01-0856942 |
| 91.  DEAN00512579 | 92.  DFA01-0870962 |
| 93.  DEAN00593322 | 94.  DFA01-0870963 |
| 95.  DEAN00594105 | 96.  DFA01-0878719 |
| 97.  DEAN00599512-569 | 98.  DFA01-1053223 |
| 99.  DEAN00636789 | 100. DFA01-1097070 |
| 101. DEAN00789376 at 9406 | 102. DFA01-1100692 |
| 103. DEAN00908394 | 104. DFA01-1205604 |
| 105. DEAN00908394 at 426 | 106. DFA01-1257850 |
| 107. DEAN00908463 | 108. DMS01-0000190 |
| 109. DEAN00908778 | 110. DMS01-0000304 at 305 |
| 111. DEAN00908879 | 112. KRG-DAIRY00000166 |
| 113. DEAN00909138-DEAN00909227, at 150 | 114. KRGDAIRY00000124 |
| 115. DEAN00909371 | 116. MCK-002414 at 002420 |
| 117. DEAN01200628-629 | 118. MDVA003091 |
| 119. DEAN01216154 | 120. MDVA004962 at 0002 |
| 121. DEAN01216155 | 122. MDVA004962 at 0004 |
| 123. DEAN01230639 | 124. NDH00000443 |
| 125. DEAN01432238 | 126. NDH00000543 at 547 |
| 127. DEAN01963243 | 128. NDH00001377 |
| 129. DEAN02-000000253 at 264 | 130. NDH00002796 |
| 131. DEAN02-000003270 at 276 | 132. NDH00015860 |
| 133. DEAN02-000004276 at 277 | 134. NDH00015900 |
| 135. DEAN02-000004276 at 280 | 136. NDH00020533 |
| 137. DEAN02-000004282 | 138. NDH00045025 |
| 139. DEAN02-000004304 | 140. NDH00045044 |
| 141. DEAN02098108 | 142. NDH00135505 |
| 143. DEAN02099424 | 144. NDH00186311 |

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 62 of 70   PageID #: 20440

| | |
|---|---|
| 145. DEAN02111555-57 | 146. NDH00193416 |
| 147. DEAN02114414 | 148. NDH00246563 |
| 149. DEAN02114432 | 150. NDH00246701 |
| 151. DEAN02114630 | 152. NDH00246754 |
| 153. DFA 01-0019780 | 154. NDH00263703 |
| 155. DFA 01-0095921 to 6176, at 6054 | 156. NDHE00023733 |
| 157. DFA 01-0175919 | 158. NDHe00002329 |
| 159. DFA 01-1205605-6 | 160. NDHe00013840-41 |
| 161. DFA 01-1264636 at 39 | 162. NDHe00022938 |
| 163. DFA 01-1391357 | 164. NDHe00048708 |
| 165. DFA 01-1409430-38 at 33 | 166. NDHe00052572 |
| 167. DFA CID-118-02-0000465 to 609 | 168. NDHe00083267 |
| 169. DFA01-0019072 | 170. NDHe00092295 |
| 171. DFA01-0035424 | 172. NDHe00095700 |
| 173. DFA01-0035432 | 174. SMA_0028580 |
| 175. DFA01-0035435 | 176. SMA_0028667 |
| 177. DFA01-0039766 | 178. SMA_0042441 |
| 179. DFA01-0158201 | 180. SMI0006810 |
| 181. DFA01-0194562 | 182. Bates-stamped Receipts and Utilization reports included in data production |

## Other Legal Documents

183. Competitive Impact Statement, United States v. Dairy Farmers of America, No. 6:03-206-KSF (U.S. Dist. for the E.D. of KY, 2007).
184. Complaint, United States v. Dean Foods Company, No. 10-C-0059 (U.S. Dist. for the E.D. of WI, 2010).
185. Dukes v. Wal-Mart, 474 F.3d 1214, (9th Cir.) (2007).
186. In Re Industrial Silicon Antitrust Litigation, LEXIS 20464 (U.S. Dist. for the W.D. PA, 1998).
187. Midwest Machinery v. Northwest Airlines, LEXIS 15677 (U.S. Dist. for the D. of MN 2001).
188. Public Comment of Southeast Graded Milk Producers Association on Proposed Final Judgment, United States v. Dairy Farmers of America, No. 6:03-206-KSF (U.S. Dist. for the E.D. of KY, 2007).

## Publically Available Documents

189. Alvarez, Valante. "Fluid Milk and Cream Products" in *The Sensory Evaluation of Dairy Products*, second edition, New York: Springer (2009).
190. American Bar Association Section of Antitrust Law, *Econometrics: Legal, Practical, and Technical Issues*. Chicago: American Bar Association, 2005.
191. Baker, Jonathan B. and Daniel L. Rubinfeld. "Empirical Methods in Antitrust Litigation: Review and Critique," *American Law and Economics Review*, (1999). http://aler.oxfordjournals.org/cgi/pdf_extract/1/1/386.
192. Barron, John M. "Number of sellers, average prices, and price dispersion," *International Journal of Industrial Organization* 22, 1041-1066 (2004).
193. Blair, Rodger D. and William H. Page. "The Role of Economics in Defining Antitrust Injury and Standing," *Managerial and Decision Economics*, Vol. 17, No. 2, Special Issue: The Role of Economists in Modern Antitrust (Mar. - Apr., 1996), Page 127-142.

http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1414449.

194. Burnett, John. "Independent Farmers Feel Squeezed By Milk Cartel," *National Public Radio*, August 20, 2009. http://www.npr.org/templates/story/story.php?storyId=112002639.

195. Burros, Marian, "Responding to the Call to Cut Fats, Cholesterol," *New York Times*, January 23, 1985.

196. CBC News, "Milk given the raw deal?" January 21, 2010. http://www.cbc.ca/health/story/2009/01/27/f-health-raw-milk.html.

197. Cornell University. "Fluid Milk Production," The Milk Quality Improvement Program, December 29, 2006. http://www.milkfacts.info/Milk%20Processing/Fluid%20Milk%20Production.htm.

198. Dafny, Leemore. "Estimation and Identification of Merger Effects: An Application to Hospital Mergers," *Journal of Law and Economics*, Vol. 52 (2009).

199. Dairy Council of California, "Milk facts," (2010). http://www.dairycouncilofca.org/Educators/MobileDairy/PDFs/Milk_facts.pdf.

200. Dairy Farmers of America, "DFA Sales by Product Type," (2009). http://www.dfamilk.com/who_we_are/images/opportunities.jpg.

201. Dairy Farmers of America, "Partners: Joint Ventures," (2010). http://www.dfamilk.com/partners/partners_ventures_a.html.

202. Dairy Farmers of America, "Who we are: Facts," (2010). http://www.dfamilk.com/who_we_are/who_we_are_facts.html.

203. Dairy Farmers of America, "Who we are: History," (2010). http://www.dfamilk.com/who_we_are/who_we_are_history.html.

204. Dairy Field, "How the Industry's Leading Players Stay at the Top (Top 10 Outlook)," (2003).

205. Dairy Foods, "Chugging Along: Tradition and Innovation make Mayfield Dairy Farms an Important Member of the Dean Family," (2010). http://www.dairyfoods.com/Archives_Davinci?article=165.

206. Dairy Foods, "Newsline: HP Hood Acquires Crowley and Kemps," May 19, 2004. http://www.dairyfoods.com/Articles/News_and_Trends/7e2ee7d73d0a7010VgnVCM100000f9 32a8c0____.

207. Dairy Network, "National Dairy Holdings buys Marigold, Crowley Foods," VertMarkets, April 25, 2001. http://www.dairynetwork.com/article.mvc/National-Dairy-Holdings-buys-Marigold-Crowley-0001?VNETCOOKIE=NO.

208. Dean Foods Co, "Suiza Foods and Dean Foods Announce Merger, Creating $10 Billion National Food Company," news release, April 5, 2001. http://www.deanfoods.com/our-company/news/press-release.aspx?StoryID=240550.

209. Dean Foods Co. "Dean Foods – Our Brands" (2008). http://www.deanfoods.com/brands.aspx.

210. Dean Foods Co., "Suiza Foods and Dean Foods Complete Merger," news release, December 21, 2001. http://www.deanfoods.com/our-company/news/press-release.aspx?StoryID=239556.

211. Dean Foods Co., Annual Report (Form 10-K) (2001).

212. Dean Foods Co., Annual Report (Form 10-K) (2002).

213. Dean Foods Co., Annual Report (Form 10-K) (2004).

214. Dean Foods Co., Annual Report (Form 10-K) (2007).

215. Dean Foods Co., Annual Report (Form 10-K) (2008).

216. Dhar, Tirtha, and Jeremy D. Foltz, "Is Soy Milk? The Economics of the Soy Milk Market" Lecture, UW Food Systems Research Group Conference, Madison, WI, June 17-18, 2005.

217. Farm and Dairy, "DFA sells National Dairy Holdings," May 13, 2009. http://www.farmanddairy.com/news/dfa-sells-national-dairy-holdings/12020.html.

218. Federal Judicial Center, *Reference Manual on Scientific Evidence*. Washington, DC: 2000. http://www.fjc.gov/public/pdf.nsf/lookup/sciman00.pdf/$file/sciman00.pdf.

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 64 of 70   PageID #: 20442

219. Federal Reserve Bank of New York, "BEASEPCPI, Per Capita Personal Income in the Southeast BEA Region," (2010). http://alfred.stlouisfed.org/series?seid=BEASEPCPI&cid=32068.

220. Federal Reserve Bank of St. Louis, "BEASEURN, Unemployment Rate in Southeast BEA Region," (2010). http://research.stlouisfed.org/fred2/series/BEASEURN/downloaddata?rid=138&soid=4.

221. Federal Reserve Bank of St. Louis, "GASPRICE, Natural Gas Price: Henry Hub, LA," (2010). http://research.stlouisfed.org/fred2/series/GASPRICE.

222. Federal Reserve Bank of St. Louis, "MPRIME, Bank Prime Loan Rate," (2010). http://research.stlouisfed.org/fred2/series/MPRIME/downloaddata?cid=117.

223. Federal Reserve Bank of St. Louis, "Series: BEASEPOP, Resident Population in the Southeast BEA Region," (2010). http://research.stlouisfed.org/fred2/series/BEASEPOP?cid=32068.

224. Fisher, Franklin M. "Multiple Regression in Legal Proceedings," *Columbia Law Review* 80, No. 4 (1980).

225. Goff, H.D. and M. W. Griffiths. "Major Advances in Fresh Milk and Milk Products: Fluid Milk Products and Frozen Desserts," *J. Dairy Sci.* 89:1163–1173.

226. Gould, Brian. "Factors Affecting U.S. Demand for Reduced-Fat Fluid Milk," *Journal of Agricultural and Resource Economics*, 21(1):68-81. http://ageconsearch.umn.edu/bitstream/30998/1/21010068.pdf.

227. Greene, William H. *Econometric Analysis (5th Edition)*. New Jersey: Prentice-Hall, 2000.

228. Hanman, Gary E. and Bill Blakeslee. "Dairy Producer and Marketing Cooperatives - Past, Present, and Future," *J. Dairy Sci.* 64:1113—1119.

229. Harris, Barney. "Feeding and Managing Cows in Warm Weather," University of Florida IFAS Extension, (1992). http://edis.ifas.ufl.edu/pdffiles/DS/DS07200.pdf.

230. Harry Davis & Company, "Meadow Gold Dairy - Huntsville, AL - January 21, 2004," (2004). http://www.harrydavis.com/hunt.htm.

231. Hastings, Justine S. "Vertical Relationships and Competition in Retail Gasoline Markets: Empirical Evidence from Contract Changes in Southern California," *The American Economic Review* (2004).

232. Hettinga, David H. "Why Alter Milk Composition?" *J. Dairy Sci.* Vol. 72 No. 10 2790-2800 (1989). http://jds.fass.org/cgi/reprint/72/10/2790.

233. Hotelling, Harold. "Stability in Competition," *The Economic Journal*, Vol. 39, No. 153 (1929).

234. International Dairy Foods Association. *Dairy Facts: 2009 Edition*. Washington, D.C., 2009.

235. Kenyon College, "Let's Process Milk," The Family Farm Project, (1997). http://www2.kenyon.edu/projects/farmschool/food/milking5.htm.

236. Kleinpeter Dairy Farms, "Kleinpeter Farming Practices" (2010). http://www.kleinpeterdairy.com/farming.aspx..

237. Kleinpeter Dairy Farms, "Kleinpeter Sales Areas" (2010). http://www.kleinpeterdairy.com/SalesArea.aspx.

238. Kolasky, William. "Sound Economics and Hard Evidence: The Touchstones of Sound Merger Review," United States Department of Justice (speech, Mergers & Acquisitions: Getting Your Deal Through in the New Antitrust Climate, New York, June 14, 2002. http://www.justice.gov/atr/public/speeches/11304.htm.

239. MacDonald, James M. "Competition and rail rates for the shipment of corn, soybeans, and wheat," *Rand Journal of Economics*, Vol. 18, No. 1 (1987).

240. Maola Milk and Ice Cream Company, "Our story" (2010). http://www.maolamilk.com/ourstory.html.

241. Marion, Bruce et al. *The Food Retailing Industry*, (Praeger Press: New York, 1979).

242. McCarron, David A. and Robert P. Heaney, *Estimated Healthcare Savings Associated With*

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 65 of 70   PageID #: 20443

*Adequate Dairy Food Intake*, American Journal of Hypertension, 17:88–97.

243. Medley, Kate. "Homestead Creamery," Whole Foods Market Whole Story, November 28, 2008. http://blog.wholefoodsmarket.com/2008/11/homestead-creamery/.

244. Meyer, David L. "Merger Enforcement Is Alive and Well at the Department of Justice." Remarks, ABA Antitrust Section Fall Forum, Washington, D.C., November 15, 2007. http://www.justice.gov/atr/public/speeches/227713.htm.

245. Miller, James J., and Don P. Blayney. "Dairy Backgrounder," United States Department of Agriculture, (2006). http://www.ers.usda.gov/publications/ldp/2006/07Jul/ldpm14501/ldpm14501.pdf.

246. Neville, Margaret C. "Milk Secretion: An Overview" Laboratory of Genetics and Physiology at the National Institute of Diabetes, Digestive and Kidney Diseases within the National Institutes of Health (1998). http://mammary.nih.gov/Reviews/lactation/Neville001/index.html.

247. Pearce, David. W. *The MIT Dictionary of Modern Economics*, Cambridge: MIT Press, 1986.

248. Prairie Farms Dairy, "Territory map" (2010). http://www.prairiefarmsdairy.com/pageimages/distribution_maps/territorymap_large.jpg.

249. Seim, Katja. "Spatial Differentiation and Market Structure: The Video Retail Industry," (PhD diss., Yale University, 2001).

250. Siebert, John, et. al. "Suiza Foods Corporation: Best Management Strategy in the Fluid Milk Industry," *International Food and Agribusiness Management Review 3* (2000) 445–455. http://ageconsearch.umn.edu/bitstream/34495/1/03040445.pdf.

251. Sinha, Ashish. "Understanding Supermarket Competition Using Choice Maps," *Marketing Letters* 11:1 (2000).

252. Smith, Howard. "Supermarket Choice and Supermarket Competition in Market Equilibrium," *The Review of Economic Studies*, Vol. 71, No. 1 (2004).

253. Southern Belle Dairy, "Southern Belle Dairy – History," (2009). http://www.southernbelledairy.com/history.

254. Southern Marketing Agency, "Request for Hearing" United States Department of Agriculture Appalachian/Southeast Merger Hearing, June 24, 2002. http://www.ams.usda.gov/AMSv1.0/getfile?dDocName=STELDEV3102306.

255. Straczynski, Stacy, "Nielsen: U.S. Private Label Sales Up 7.4%," *Brandweek*, August 13, 2009. http://www.brandweek.com/bw/content_display/news-and-features/direct/e3i2e9044066d727a1a836c20b1d0acd710.

256. Suiza Foods Co., Annual Report (Form 10-K) (1999).

257. Sumner, Daniel A., and Joseph V. Balagtas. "United States' Agricultural Systems: An Overview of U.S. Dairy Policy," *Encyclopedia of Dairy Sciences*, (2002). http://aic.ucdavis.edu/research1/DairyEncyclopedia_policy.pdf.

258. The Society for Food Science and Technology, "Introduction to the Food Industry - Lesson 1," Institute of Food Technologists, (2009). http://www.ift.org/cms/?pid=1000413.

259. U.S. Energy Information Administration, "Weekly Retail Gasoline and Diesel Prices," (2010). http://tonto.eia.doe.gov/dnav/pet/pet_pri_gnd_a_epd2d_pte_cpgal_m.htm.

260. United States Bureau of Labor Statistics, "Bureau of Labor Statistics Data," (2010). http://data.bls.gov:8080/PDQ/outside.jsp?survey=wp.

261. United States Census Bureau, "Population Estimates," (2009). http://www.census.gov/popest/counties/CO-EST2007-01.html.

262. United States Department of Agriculture, "Announced Cooperative Class I Prices," Agricultural Marketing Service, May 18, 2007. http://www.ams.usda.gov/AMSv1.0/ams.fetchTemplateData.do?template=TemplateF&navID=IndustryMarketingandPromotion&leftNav=IndustryMarketingandPromotion&page=Announce

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 66 of 70   PageID #: 20444

dCooperativeClassIPrices&description=Announced+Cooperative+Class+I+Prices&acct=dmkt
ord

263. United States Department of Agriculture, "Class I Diffs and Adjustments," Market Administrator's
Office - Atlanta, Georgia, (2010).
http://www.fmmatlanta.com/pdfstorage/Class%20I%20Diffs%20AND%20Adjustments.pdf.

264. United States Department of Agriculture, "Cooperatives in the Dairy Industry," (2005).
www.rurdev.usda.gov/rbs/pub/cir116.pdf.

265. United States Department of Agriculture, "Dairy: Background," Economic Research Service,
(2009). http://www.ers.usda.gov/Briefing/Dairy/Background.htm.

266. United States Department of Agriculture, "Economic Effects of U.S. Dairy Policy and Alternative
Approaches to Milk Pricing," (2004).
http://www.usda.gov/documents/NewsReleases/dairyreport1.pdf.

267. United States Department of Agriculture, "Food CPI and Expenditures," Economic Research
Service, (2009).
http://www.ers.usda.gov/Briefing/CPIFoodAndExpenditures/Data/Expenditures_tables/table12
.htm.

268. United States Department of Agriculture, "Food Guide Pyramid" (1998).
http://www.nal.usda.gov/fnic/Fpyr/pyramid.gif.

269. United States Department of Agriculture, "Appalachian Marketing Order Federal Order No. 5,
Handlers and Plants Subject to Federal Order No. 5 – 2002," (2002) Agricultural Marketing
Service. http://www.malouisville.com/Statistical%20Material/2002%20Stat%20Mat/02t19.pdf.

270. United States Department of Agriculture, "In re: Milk in the Appalachian and Southeast Marketing
Areas; Notice of Hearing on Proposed Amendments to Tentative Marketing Agreements and
Orders," Docket Nos. A0-388-A15, A0-366-A44 and DA-03-11, Volume II of IV (2004).

271. United States Department of Agriculture, "USDA Agricultural Marketing Service: Lists of
Regulated Milk Plants,"
http://www.ams.usda.gov/AMSv1.0/ams.fetchTemplateData.do?startIndex=1&template=Temp
lateV&page=ListsofRegulatedMilkPlants.

272. United States Department of Agriculture, "Mailbox Prices – Description," Agricultural Marketing
Service, May 21, 2007.
http://www.ams.usda.gov/AMSv1.0/ams.fetchTemplateData.do?template=TemplateD&navID
=IndustryMarketingandPromotion&leftNav=IndustryMarketingandPromotion&page=Mailbox
PricesDescription&description=Mailbox+Prices+-+Description&acct=dmktord.

273. United States Department of Agriculture, "Marketing Operations of Dairy Cooperatives, 2007"
(2007). http://www.rurdev.usda.gov/RBS/pub/RR218.pdf.

274. United States Department of Agriculture, "Milk Marketing Order Statistics Public Database"
Agricultural Marketing Service. http://apps.ams.usda.gov/USDAMIB/Main/Welcome.aspx.

275. United States Department of Agriculture, "Milk Pricing in the United States/AIB-761," Economic
Research Service, (2001). http://www.ers.usda.gov/publications/aib761c/aib761c.pdf.

276. United States Department of Agriculture, "Number and average size of U. S. fluid milk bottling
plants operated by commercial processors, 1950-2007," (2007).

277. United States Department of Agriculture, "Questions and Answers on Federal Milk Marketing
Orders," Agricultural Marketing Service. (1996).
www.cpdmp.cornell.edu/CPDMP/Pages/Publications/Pubs/AMS-559.pdf.

278. United States Department of Agriculture, "Report to Congress on the National Dairy Promotion
and National Fluid Milk Processor Promotion Program," Agricultural Marketing Service,
(2004). http://www.ams.usda.gov/AMSv1.0/getfile?dDocName=STELDEV3099993.

279. United States Department of Agriculture, "Southeast Marketing Area Federal Order No. 7: 2003

Annual Statistics" (2003). http://www.fmmatlanta.com/pdfstorage/an7stat03.pdf.

280. United States Department of Agriculture, "Southeast Marketing Area Federal Order No. 7: 2008 Annual Statistics" (2008). http://www.fmmatlanta.com/pdfstorage/an7stat08.pdf.

281. United States Department of Justice, "Justice Department Requires Suiza Foods and Dean Foods to Divest 11 Dairy Processing Plants," news release, December 18, 2001. http://www.justice.gov/opa/pr/2001/December/01_at_652.htm.

282. United States General Accounting Office, "Dairy Industry Information on Prices for Fluid Milk and the Factors That Influence Them," (1998). http://www.gao.gov/archive/1999/rc99004.pdf.

283. United States General Accounting Office, "Dairy Industry: Information on Milk Prices and Changing Market Structure," (2001). http://www.gao.gov/new.items/d01561.pdf.

284. United States National Library of Medicine, "MedlinePlus: Age-appropriate diet for children" National Institutes of Health (2010). http://www.nlm.nih.gov/medlineplus/ency/article/002455.htm.

285. University of Missouri, "Milk Market Feasibility" (2007). http://agebb.missouri.edu/dairy/dairylinks/sedairy/MilkMarketFeasibility.pdf.

286. Von Braun Center, "Parking maps," (2010). http://www.vonbrauncenter.com/pages/maps_parking.html.

287. Wal-Mart, "Great Value: Fat Free 0% Milk, .5 gal" (2010). http://www.walmart.com/ip/Great-Value-Fat-Free-0-Milk-.5-gal/10450120.

288. Wal-Mart, "Meadow Gold: Skim Milk, .5 gal," (2010). http://www.walmart.com/ip/Meadow-Gold-Skim-Milk-.5-gal/12442887.

289. White, Halbert. "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity," *Econometrica*, Vol. 48, No. 4 (1980). http://www.jstor.org/pss/1912934.

290. Wooldridge, Jeffrey. *Introductory Econometrics: A Modern Approach.* Cincinnati: South-Western College Publishing, 2000.

291. World Dairy Dairy, "SMI to Close Atlanta Plant," April 7, 2008. http://www.wdexpo.org/2008/04/07/smi-to-close-altanta-plant/.

## Defendants' data[294]

| | Data source: | Production date(s): | Table type: | SQL table name: |
|---|---|---|---|---|
| 292. | Dean | DOJ data | Sales | Milk.dbo.Dean_SDW_sales |
| 293. | Dean | 6/2/2009 | Sales | Milk_2.dbo.DEAN_SDW_SALES_06032009 |
| 294. | Dean | 6/2/2009 | Sales | Milk_2.dbo.DEAN_BRIO_SALES_06032009 |
| 295. | NDH | 12/18/2008 | Product | Milk.dbo.Access_product_master |
| 296. | NDH | 12/18/2008 | Product | Milk.dbo.Access_product_detail |
| 297. | NDH | 12/18/2008 | Product | Milk.dbo.NDH_Meyer_product |

---

[294] Defendants Dean, NDH, and DFA have produced data detailing sales from their processing plants (or joint-venture plants). Each data file is listed including the producing party (Defendant), data production date, table type (sales, product information, customer information, or decode/translation values for encoded fields), and the name assigned to the data in the SQL database in my underlying data analysis.

| | | | | |
|---|---|---|---|---|
| 298. | NDH | 12/18/2008 | Product | Milk.dbo.NDH_Valley_Rich_product |
| 299. | NDH | 12/18/2008 | Sales | Milk.dbo.NDH_Coburg_sales |
| 300. | NDH | 12/18/2008 | Sales | Milk.dbo.NDH_Meyer_sales |
| 301. | NDH | 12/18/2008 | Sales | Milk.dbo.NDH_Valley_Rich_sales |
| 302. | NDH | 2/24/2009 | Customer | Milk.dbo.MP_customer_huntsville |
| 303. | NDH | 2/24/2009 | Decode | Milk.dbo.Meyer_brand_master |
| | | | | Milk.dbo.Meyer_package_master |
| 304. | NDH | 2/24/2009 | Product | Milk.dbo.MP_product_huntsville |
| 305. | NDH | 12/18/2008, 2/24/2009 | Sales | Milk.dbo.Access_sales |
| 306. | NDH | 12/18/2008, 3/11/2009 | Customer | Milk.dbo.Access_customer_master |
| 307. | NDH | 3/11/2009 | Customer | Milk.dbo.MP_customer |
| 308. | NDH | 3/11/2009 | Product | Milk.dbo.MP_product |
| 309. | NDH | 3/11/2009 | Sales | Milk.dbo.Access_sales_Bristol |
| 310. | NDH | 4/17/2009 | Customer | Milk_2.dbo.NDH_MP_customer_master_lafayette |
| | | | | Milk_2.dbo.NDH_MP_customer_master_dallas |
| | | | | Milk_2.dbo.NDH_MP_customer_master_baton_rouge |
| | | | | Milk_2.dbo.NDH_MP_customer_master_monroe |
| 311. | NDH | 4/17/2009 | Decode | Milk_2.dbo.NDH_MP_COT_decode |
| | | | | Milk_2.dbo.NDH_MP_basic_grp_decode |
| | | | | Milk_2.dbo.NDH_MP_gl_class_decode |
| | | | | Milk_2.dbo.NDH_MP_prod_cat_decode |
| | | | | Milk_2.dbo.NDH_MP_prod_line_decode |
| 312. | NDH | 5/19/2009 | Customer | Milk_2.dbo.NDH_Meyer_customer_master_w_COT |
| 313. | NDH | 5/19/2009 | Sales | Milk_2.dbo.MP_sales_06032009 |
| 314. | NDH | 6/9/2009 | Customer | Milk_2.dbo.NDH_Coburg_customer_master_1995 |
| | | | | Milk_2.dbo.NDH_Coburg_customer_master_1996 |
| | | | | Milk_2.dbo.NDH_Coburg_customer_master_1997 |
| | | | | Milk_2.dbo.NDH_Coburg_customer_master_1998 |
| | | | | Milk_2.dbo.NDH_Coburg_customer_master_1999 |
| | | | | Milk_2.dbo.NDH_Coburg_customer_master_2001 |
| | | | | Milk_2.dbo.NDH_Coburg_customer_master_2003 |
| | | | | Milk_2.dbo.NDH_Coburg_customer_master_2004 |

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 69 of 70   PageID #: 20447

|      |        |           |          | Milk_2.dbo.NDH_Coburg_customer_master_2005 |
|------|--------|-----------|----------|--------------------------------------------|
|      |        |           |          | Milk_2.dbo.NDH_Coburg_customer_master_2006 |
|      |        |           |          | Milk_2.dbo.NDH_Coburg_customer_master_2007 |
| 315. | NDH    | 6/9/2009  | Decode   | Milk_2.dbo.NDH_Coburg_chain_decode |
|      |        |           |          | Milk_2.dbo.NDH_Coburg_prod_type_decode |
|      |        |           |          | Milk_2.dbo.NDH_Coburg_pkg_size_decode |
| 316. | NDH    | 6/9/2009  | Product  | Milk_2.dbo.NDH_Coburg_product_master_1998 |
|      |        |           |          | Milk_2.dbo.NDH_Coburg_product_master_2001 |
|      |        |           |          | Milk_2.dbo.NDH_Coburg_product_master_2003 |
|      |        |           |          | Milk_2.dbo.NDH_Coburg_product_master_2005 |
|      |        |           |          | Milk_2.dbo.NDH_Coburg_product_master_2006 |
|      |        |           |          | Milk_2.dbo.NDH_Coburg_product_master_2007 |
| 317. | Turner | 8/28/2009 | Product  | Milk.dbo.DFA_product_list |
| 318. | Turner | 8/28/2009 | Route    | Milk.dbo.DFA_route_list |
| 319. | PFD,   | 8/28/2009 | Sales    | Milk.dbo.DFA_PFD_gsl_sales |
|      | Hiland | 9/1/2009  |          | |
| 320. | Turner | 8/28/2009 | Sales    | Milk.dbo.DFA_Turner_sales |
| 321. | Turner | 12/1/2009 | Customer | Milk_2.dbo.DFA_Memphis_Fulton_Little_Rock_customers |

Case 2:08-md-01000-JRG   Document 741-2   Filed 04/02/10   Page 70 of 70   PageID #: 20448