# EXHIBIT 4

## PARTIALLY REDACTED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| IN RE: SOUTHEASTERN MILK ANTITRUST LITIGATION | MDL No. 1899<br>Master File No. 2:08-MD-01000 |
| THIS DOCUMENT RELATES TO: | |
| FOOD LION, LLC, and | Case No. 2:07-CV-188 |
| FIDEL BRETO, d/b/a FAMILY FOODS, | |
| on behalf of themselves and a class of all others similarly situated, | Judge J. Ronnie Greer |
| Plaintiffs, | Magistrate Judge Dennis H. Inman |
| v. | |
| DEAN FOODS COMPANY,<br>DAIRY FARMERS OF AMERICA, INC.,<br>NATIONAL DAIRY HOLDINGS, L.P.,<br>DAIRY MARKETING SERVICES, LLC, and<br>SOUTHERN MARKETING AGENCY, INC. | |
| Defendants. | |

**EXPERT REPORT OF H. STEPHEN GRACE, JR., PH.D.**

**MARCH 4, 2010**

# TABLE OF CONTENTS

**Page**

CHAPTER ONE: INTRODUCTION AND HSG&CO. PERSONNEL .........................................1

    A.      Introduction...................................................................................................1

    B.      HSG&Co. Experience...................................................................................1

CHAPTER TWO: SCOPE OF THE ASSIGNMENT ...................................................................5

CHAPTER THREE: SUMMARY OF FINDINGS .......................................................................7

Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 3 of 100   PageID #: 20614

Table of Contents
(cont'd)



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 4 of 100   PageID #: 20615

Table of Contents
(cont'd)

Page



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 5 of 100   PageID #: 20616

**Table of Contents**
**(cont'd)**

<u>Page</u>



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 6 of 100   PageID #: 20617

# Expert Report of H. Stephen Grace, Jr., Ph.D.

## March 4, 2010

### CHAPTER ONE:
### INTRODUCTION AND HSG&CO. PERSONNEL

**A.  Introduction**

1.      I am the President and Chief Executive Officer of H.S. Grace & Company, Inc. ("HSG&Co.") and Grace & Co. Consultancy, Inc.  HSG&Co. provides specialized financial and operational advisory services, assists on complex commercial litigation, and advises on issues of corporate governance, oversight and control.  My Curriculum Vitae is attached including a list of addresses and publications on Exhibit I.  The Board of Advisors of Grace & Co. Consultancy is shown on Exhibit II.

2.      I am being compensated at the rate of $650 per hour.  Other individuals assisting me have billing rates from $110 per hour to $625 per hour.  Our compensation is not dependent on the outcome of this matter.  A list of cases in which I have testified as an expert at trial or by deposition is attached as Exhibit III.

3.      My Index of documents is attached as Exhibit IV.  My work on this matter is ongoing.  I reserve the right to amend or update this report as new materials come to my attention.

**B.  HSG&Co. Experience**

4.      I and the members of the HSG&Co. team are experienced and familiar with the planning, development, financing, and operation of a broad range of business structures.  These include corporations, limited and general partnerships, joint ventures, and limited liability companies, which involve public and private companies, parent-subsidiary relationships and other business structures.

- 1 -

5.    I and the members of the HSG&Co. team are experienced and familiar with a broad range of management and board practices and processes applicable to a range of organizations as described above.  The HSG&Co. team understands the business responsibilities of senior management, boards, and others and the importance of ensuring that these responsibilities are properly addressed.

6.    I and the members of the HSG&Co. team are experienced and familiar with business investments and business investment decision-making processes which may involve mergers and acquisitions; the start-up, shut-down, expansion, and contraction of business units and operations; systems development and implementation; and the hiring and termination of senior executives, and we understand that business investment decisions involve risk.  I and the members of the HSG&Co. team are familiar with the structure, operation, and financing of various types of supply agreements, and understand that supply agreements must be evaluated based on the specifics of each situation, the parties involved, and other factors.

7.    I and the members of the HSG&Co. team are experienced and familiar with the promoting, hiring, termination, and compensation of senior executives.  I and the HSG&Co. team members are experienced and familiar with the negotiation of employment agreements and amendments to employment agreements, the awarding of special compensation and bonuses, and the need for guidelines and restrictions regarding executive activities to avoid conflicts of interest and actions on the part of executives detrimental to the well-being of the executive's employer.

8.    I and the HSG&Co. team are experienced and familiar with various forms of appropriate and inappropriate business collaboration and the importance of the proper oversight

- 2 -

and control mechanisms at various levels within an organization in order to attempt to prevent inappropriate collaboration.

9.     HSG&Co. has provided consulting and/or expert witness services in over 75 cases.  Almost all of these cases have involved an examination of the responsibilities of the primary and related parties, and whether these parties did or did not satisfactorily address their responsibilities in those circumstances.   HSG&Co.'s involvement in the Walt Disney Shareholder Derivative Litigation in Delaware regarding the hiring and the termination of Michael Ovitz is an example (Consolidated C.A. No. 15452).  In the spring of 2003, the primary D&O carrier and its counsel requested that HSG&Co. examine certain aspects of the Walt Disney litigation.  There was recognition among the parties of the potential value of developing a fact-based business analysis of the hiring and the subsequent termination of Michael Ovitz. HSG&Co.'s analysis focused on the responsibilities of senior management and the Disney Board, the management and governance practices used in addressing these responsibilities, and a comparison of those practices with the allegations set out in the Plaintiffs' Second Amended Consolidated Derivative Complaint.

10.     HSG&Co. assembled a team experienced in the examination of business practices and corporate actions.  HSG&Co., in May of 2003, reported its findings that the Plaintiffs' allegations were not supported by the business facts.  These findings were further supported and set out in writing in June, 2004 in a report to HSG&Co.'s clients.  The trial began in October 2004, and the Chancery Court Opinion was issued in August, 2005, finding 100% in favor of the Defendants.  The Delaware Supreme Court affirmed the Chancery Court ruling in 2006.

11.     HSG&Co. has recently authored two articles regarding its work on the Disney matter.  The most recent article appeared in the July/August issue of the New York State Bar

Association *Journal*, "Plaintiff Expert Reports: An Insider Revisits Disney." The initial article was published in the August, 2008 issue of *Directors Monthly*, "An Insider Revisits the 'Disney Case.'" *Directors Monthly,* the publication of the National Association of Corporate Directors, lists the names of the other HSG&CO. team members. The articles are attached as Exhibit V and Exhibit VI.

12. I have authored over forty articles, the majority in peer-reviewed professional journals which address management and board practices, issues regarding corporate governance, oversight and control, and related topics. Additionally, I have spoken numerous times on these topics. These articles and addresses are included in my attached Curriculum Vitae (Exhibit I).

13. I hold a Ph.D. in Economics, and my area of focus has been microeconomics, which incorporates the structure, finance and operation of individual firms. I taught corporate (business) finance courses at the undergraduate and graduate level and have been published in peer-reviewed academic journals. These articles are included in my Curriculum Vitae.

14. My work as CFO of both Century Corporation and Century Development Corporation encompassed a broad range of financing, due diligence and organizational responsibilities including the oversight and control of the financing requirements and cash flows of the parent, its subsidiaries, and a number of the general partnerships, limited partnerships and joint ventures in which the parent or its subsidiaries participated. The cash flows and financing requirements were monitored individually and in the aggregate. Financing responsibilities also included the financing of both new acquisitions and new investments by existing business units. Due diligence responsibilities included the acquisition of an existing auto and equipment leasing firm, the acquisition of a national sports franchise (team), the undertaking of new joint ventures, the startup and operation of a private tennis/athletic/dining club, the evolution of multiple new

- 4 -

real estate investments, and the startup of a cable TV operator. Involved in these activities were organizational decisions regarding business objectives, personnel, compensation and the structure of appropriate oversight and control systems.

15.     As the financial advisor and real estate consultant to the Unsecured Creditors Committee in the L.J. Hooker bankruptcy, which owned significant retail operations and real estate holdings, I was involved in a broad range of financial, due diligence and organizational decisions including working with approved buyers of the L.J. Hooker assets to insure their due diligence was proper and timely – thus permitting the closing of the sale of the Hooker assets. While I was President and CEO of Dane Development Corporation, Dane served as project manager on projects where the primary lender failed during the course of the project, and Dane directed the project to completion. As CEO of Dane, I had the senior most decision-making authority. Lastly, my academic experience familiarized me with additional financing, due diligence, organizational and related issues.

16.     HSG&Co. has staffed this engagement with Advisors from its team of senior executives. Advisors were chosen based on their experience analyzing conformity with usual and customary business principles and practices, or deviations from the same.

**CHAPTER TWO:**
**SCOPE OF THE ASSIGNMENT**

17.     HSG&Co. has been retained by counsel for the Retailer Plaintiffs to analyze fluid milk industry transactions and activities, particularly in Order 5 and Order 7 ("Southeast"), and to assess whether or not they are consistent with a competitive marketplace with respect to the production, bottling, and sale of Class I Grade A fluid milk. As part of the analysis, HSG&Co. has undertaken an extensive review of the relationships of the entities and transactions between

- 5 -

the entities which are defendants in the captioned action ("Defendants") and individuals through which they acted.

18. The HSG&Co. examination has focused on the relationships among the Defendants and individuals through whom the Defendants acted, and the arrangements put in place and the actions taken in the course of these relationships. The examination has addressed (1) whether the arrangements put in place and the actions taken by the Defendants, if taken independently, would be consistent with, or contrary to, their respective economic interests in a competitive marketplace, (2) whether the Defendants had the opportunity to exchange, or did exchange, information relative to the arrangements put in place and the actions taken, and (3) whether Defendants had common motives for the arrangements put in place and the actions taken.

19. The time period being examined is from the 1990s to the present. The entities being examined include Dean Foods Company ("Dean"), National Dairy Holdings, L.P. ("NDH"), Dairy Farmers of America, Inc. ("DFA"), Dairy Marketing Services, LLC ("DMS"), Southern Marketing Agency, Inc. ("SMA"), and Suiza Foods Corp. ("Suiza"), as well as their parents, subsidiaries, predecessors, successors, and various joint ventures. The current and former executives who acted on behalf of these entities include Alan Bernon ("Bernon"), Cletes "Tex" Beshears ("Beshears"), Gerald "Jerry" Bos ("Bos"), Martin Devine ("Devine"), Gregg Engles ("Engles"), Gary Hanman ("Hanman"), Allen Meyer ("Meyer"), Tracy Noll ("Noll"), Pete Schenkel ("Schenkel"), Rick Smith ("Smith"), John Wilson ("Wilson"), and Ernest Yates ("Yates").

20. Other entities examined include the predecessor Dean Foods Company ("Legacy Dean"), which was acquired in late 2001 by Suiza with the Dean name being retained, and Suiza

- 6 -

Dairy Group, LP ("Suiza Dairy Group"). Suiza Dairy Group began operations in early 2000 and was owned 2/3 by Suiza and 1/3 by DFA. Suiza acquired DFA's 1/3 interest in Suiza Dairy Group when it was planning to acquire Legacy Dean and to create Dean in late 2001 through the merger of Suiza and Legacy Dean ("Dean/Suiza merger," "Suiza/Dean merger" or the "merger"). DFA was formed January 1, 1998 through the merger of four dairy cooperatives – Mid America Dairymen, Inc. ("Mid-AM"), Milk Marketing, Inc., the Southern Region of Associated Milk Producers, Inc. and Western Dairymen Cooperative. Hanman and Bos were senior executives of Mid-Am and assumed similar roles in DFA.

### CHAPTER THREE:
### SUMMARY OF FINDINGS





Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 14 of 100   PageID #: 20625



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 15 of 100   PageID #:
20626



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 16 of 100   PageID #: 20627



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 17 of 100   PageID #: 20628



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 18 of 100   PageID #: 20629



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 19 of 100   PageID #: 20630



- 14 -



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 21 of 100   PageID #:
20632



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 22 of 100   PageID #: 20633



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 23 of 100   PageID #: 20634



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 24 of 100   PageID #: 20635



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 25 of 100   PageID #: 20636





Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 27 of 100   PageID #: 20638



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 28 of 100   PageID #: 20639



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 29 of 100   PageID #: 20640



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 30 of 100   PageID #: 20641



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 31 of 100   PageID #: 20642



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 32 of 100   PageID #: 20643



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 33 of 100   PageID #:
20644



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 34 of 100   PageID #: 20645



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 35 of 100   PageID #: 20646



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 36 of 100   PageID #: 20647



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 37 of 100   PageID #: 20648



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 38 of 100   PageID #: 20649



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 39 of 100   PageID #: 20650



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 40 of 100   PageID #: 20651



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 41 of 100   PageID #: 20652



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 42 of 100   PageID #:
20653



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 43 of 100   PageID #:
20654



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 44 of 100   PageID #: 20655



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 45 of 100   PageID #: 20656



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 46 of 100   PageID #:
20657



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 47 of 100   PageID #: 20658



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 48 of 100   PageID #:
20659



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 49 of 100   PageID #: 20660



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 50 of 100   PageID #: 20661



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 51 of 100   PageID #: 20662



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 52 of 100   PageID #: 20663



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 53 of 100   PageID #:
20664



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 54 of 100   PageID #: 20665



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 55 of 100   PageID #: 20666



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 56 of 100   PageID #: 20667



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 57 of 100   PageID #: 20668



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 58 of 100   PageID #: 20669



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 59 of 100   PageID #: 20670



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 60 of 100   PageID #: 20671



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 61 of 100   PageID #: 20672



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 62 of 100   PageID #: 20673



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 63 of 100   PageID #: 20674



Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 64 of 100   PageID #: 20675

_____          March 4, 2010
H. Stephen Grace Jr., Ph.D.                    Date

EXHIBIT I

# H. Stephen Grace, Jr., Ph.D.

## Background, Addresses, and Publications

Dr. Grace is the President of H.S. Grace & Company, Inc. The firm's services represent a combination of business and academic experience, draw on Dr. Grace's more than 35 years of Senior Management, Faculty, and Consultant experience, and incorporate work reflected in his broad range of publications.

* **Education:** B.S. - Industrial Engineering, Lamar University (1964); M.B.A. - University of Chicago (1966); Ph.D. – Economics, University of Houston (1970).

**H.S. Grace & Company, Inc.:** Incorporated in 1985. Dr. Grace is President and CEO. The firm was reactivated in May 1993 after Dr. Grace left Deloitte & Touche. The company provides specialized financial and operational advisory services to healthy and troubled companies, assists in complex commercial litigation, and advises on issues of corporate governance, oversight and control.

**Touche Ross & Co./Deloitte & Touche** (1988-1993)**:** Served as National Director at Large with responsibilities in the areas of real estate, finance and litigation consulting for the New York region and nationally serving a variety of high profile clients.

**Dane Development Corporation:** (1981-1988)**:** Served as President & Chief Executive Officer of Dane Development and related companies owned equally by Dr. Grace and Richard A. Meyers. Mr. Meyers died in May 1985 and his stock was acquired by Dr. Grace. Dane and its sister firms performed finance, project management, and related work for developers, lenders and for the account of Mr. Meyers and Dr. Grace in connection with over $100 million of projects.

**Century Corporation/Century Development Corporation** (1976-1981)**:** Served as Vice President of Finance & Chief Financial Officer of Century Corporation, parent holding company, with direct responsibility for the financial activities and oversight of over sixty subsidiaries, joint ventures, and affiliated companies with activities including auto and equipment leasing, cable TV, architectural services, and sports franchises (NBA, hockey, soccer).

Simultaneously served as Senior Vice President & Chief Financial Officer of Century Development Corporation with direct responsibility for day-to-day financial and operational activities of over 10 million square feet of commercial space in addition to retail space, hotels, high-rise condominiums, city clubs and a major arena.

**Other Activities:** Consultant - Communicators Federal Credit Union (1973-1993); Consultant - Marathon Manufacturing Company (NYSE) (1974-75, and 1987-88); Consultant/Assistant Treasurer - Zapata Corporation (NYSE) (1973-74); Consultant - Hydrotech Corporation (1975-76); Assistant/Associate Prof. Of Finance - Texas Southern University (1970-76); Financial Assistant to the President - Ennis Business Forms (NYSE) (1969-70), Instructor of Economics and Statistics - University of Houston (1966-69); McKinsey & Co. (1965-66).

**Professional Affiliations:** Financial Executives International – National Chairman 2003-2004, Member of The Office of the Chairman, formerly President of the New York City Chapter and of the Houston Chapter, Area Director, Area Vice President, and Trustee of The Financial Executives Research Foundation. Member since 1970.

Forbes CFO Forum Advisory Board - Member since 1997.

The CPA Journal - Editorial Board

New York State Society of CPAs (NYSSCPA) - Quality Enhancement Policy Committee

Lamar University College of Engineering - Advisory Council - Founding Member
Lamar University College of Business - Advisory Council

Jesse H. Jones School of Business, Texas Southern University - Advisory Council

Calvert House, University of Chicago – Advisory Council

Accredited Instructor for Continuing Legal Education (CLE) - States of Michigan, New York, Pennsylvania and Texas

Accredited Instructor for Continuing Education (CE) for Property and Liability Insurance License Holders - States of North Carolina and Texas

## Addresses:

"Corporate Governance – Managing Litigation Risks" – Panel Member, Financial Executives International – Houston Chapter, The Houston Country Club, Houston, Texas, February 16, 2010.

"Ethics and the Evolution of Corporate Governance – with Comments on Related Economic Issues," Keynote speaker, John Wesley Methodist Church Men's Breakfast, Victoria, TX, June 10, 2009.

"The Current 'Ethics' Evolution," Keynote Speaker, Rotary Club of Beaumont, Beaumont, TX, March 4, 2009.

"Corporate Governance – A Director's Guide to Managing Risks and Related Litigation," Panel Member, National Association of Corporate Directors, The Houstonian Hotel, Houston, TX, January 8, 2009.

"Bailouts, Banking and Busts = Fraud, Forensics and Opportunity?" Panel Member, Financial Executives International – New York Chapter, The Union League Club, New York, NY, November 18, 2008.

"Litigation and the Financial Executive," Panel Member, Financial Executives International – Dallas Chapter, Bent Tree Country Club, Dallas, TX, November 12, 2008.

"Corporate Counsel," Panel Member, SMU Dedman School of Law – 16th Annual Corporate Counsel Symposium, Omni Mandalay Hotel at Las Colinas, Dallas, TX, October 3, 2008.

"Managing Corporate Litigation Risks," Moderator and Panel Member, Co-Sponsored by H.S. Grace & Company, Inc. and AIG Program, The Houstonian Hotel, Houston, TX, April 9, 2008.

"Corporate Governance, Litigation Risk, and the Delaware Courts," Panel Member, SMU Dedman School of Law – Corporate Directors' Institute Program, Omni Mandalay Hotel at Las Colinas, Dallas, TX, February 28, 2008.

"NACD Top Ten Issues for Your Board to Consider in 2008 - Director Series Program," Panel Member, National Association of Corporate Directors, The Houstonian Hotel, Houston, TX, February 14, 2008.

"Ethics, the Evolution of Corporate Governance, and the Challenges of Measurement," Keynote Speaker, River Oaks Breakfast Club, Houston, TX, June 28, 2007.

"Ethics, the Evolution of Corporate Governance, and the Challenges of Measurement," Keynote Speaker, Financial Executives International – New York Chapter, Union League Club, New York, NY, May 23, 2007.

2

"Ethics, the Evolution of Corporate Governance, and the Challenges of Measurement," Keynote Speaker, ExxonMobil Executive in Residence Program, Lamar University, Beaumont, TX, April 10, 2007.

"Ethics, Corporate Governance, and Related Economic Issues," Keynote Speaker, Board of Directors meeting, The New York State Society of Certified Pubic Accountants, Helmsley Hotel, New York, NY, April 4, 2007.

"Fiduciary Duties: Who Owes What to Whom – and When," Panel Member, TMA Workshop – Topics in Restructuring: from the Bench, the Bar and noted experts, Belo Mansion, Dallas, TX, September 21, 2006.

"Corporate Fiduciary Duties in the Magic Kingdom and Elsewhere." Speaker, Fulbright & Jaworski L.L.P., The Houstonian Hotel, Houston, TX, December 7, 2005.

Effective Governance in Ethic-less Organizations. SmartPros. Financial Management Network. DVD. September 2005.

"Building Ethical Behavior Into An Organization." Speaker at the Ethics Week Forum "Maintaining Ethics in Profit Driven Enterprises," Baruch College CUNY - Robert Zicklin Center For Corporate Integrity, April 13, 2005.

"Ethics And The Evolution Of Corporate Governance: An External And Internal Opportunity And Challenge ..." Keynote Speaker, Zurich Insurance Management Solutions Group, The Portifino Bay Hotel, Orlando, Florida, February 16, 2005.

"The SEC's coming, what do you do?" Forbes CFO Forum, February 1-2, 2005, New York, NY, Plaza Hotel, Panel Member - Audience taken through anatomy of a corporate investigation.

"Ethics, The Evolution of Corporate Governance and the Challenges of Measurement." Keynote Speaker, C.T. Bauer College of Business - "Bridging the GAAP" Seminar, *Stanford Financial Speaker Series*, University of Houston, April 30, 2004.

"Ethics and the Evolution of Corporate Governance." Keynote Speaker, Jesse H. Jones School of Business – Annual Awards Banquet, Texas Southern University, April 23, 2004.

"Current Developments in Corporate Governance." Speaker, Institute of Management Accountants, Long Island, NY Chapter, April 20, 2004.

"Ethics and the Evolution of Corporate Governance." Keynote Speaker, Financial Executives International – Houston Chapter, The Houston Country Club, Houston, Texas, February 17, 2004.

"The Evolution and Future Direction of Corporate Governance: Implications for Audit Committees." Speaker, American Law Institute-American Bar Association's Second Annual Advanced Sarbanes-Oxley Institute Conference, Westin Embassy Row, Washington, DC, September 4, 2003.

Tone at the Top: Necessary But Not Sufficient. SmartPros. Financial Management Network. Video. July 2003.

"The Evolution and Future Direction of Corporate Governance." Speaker, Institute of Internal Auditors International Conference, MGM Grand Hotel and Casino, Las Vegas, Nevada, June 24, 2003.

"Stress-Testing Your Governance: How Does Your Company Stack Up?" Speaker, FORBES CFO Forum 2003, The Plaza Hotel, New York, New York, June 23, 2003.

"Audit Committee Composition and Responsibilities." Panelist, New York CityBar: Sarbanes/Oxley Act Financial and Accounting Implementation Strategies – A Look Back – A Look Ahead, CityBar Center for CLE, New York, New York, June 2, 2003.

"From Tone at the Top to Checks and Balances." Speaker, The Institute of Internal Auditors' 2003 General Audit Management Conference: A Golden Opportunity for Chief Audit Executives, Disney's *Yacht* and *Beach Club* resorts, Orlando, Florida, March 10, 2003.

"When the (Litigation) Bell Tolls: A Good Offense Is Still The Best Defense." Moderator, FORBES CFO Forum 2002, Ritz Carlton (Battery Park City), New York, New York, September 19, 2002.

"Corporate Governance and Corporate Management." Panelist, Foundation for Accounting Education (FAE): The Future of SEC Practice After Enron, New York Helmsley Hotel, New York, New York, August 19, 2002.

3

"The Evolution and Future Direction of Corporate Governance." Speaker, Chubb/McGriff Seibels & Williams, Inc.: The Executive Protection and Enterprise Risk Management Seminar, Pinehurst, North Carolina, May 9, 2002.

"On Certain Fundamentals of Managing Our Lives and Our Work." Commencement Speaker, Lamar University, Beaumont, Texas, May 12, 2001.

"On The Ethics of Management: Responsibility, Accountability and Service." Keynote Speaker, Institute of Industrial Engineering Region IX Technical Paper Competition, Beaumont, Texas, March 2, 2001.

"The Evolution of Audit Committee Responsibilities Within the Context of Personal, Political, and Corporate Governance." Invited by the Stan Ross Department of Accountancy in the Zicklin School of Business at Baruch College to give the Emanuel Saxe Distinguished Lecture in Accounting, New York, November 8, 2000.

"The Mock Deposition of an Audit Committee Chair." Moderated mock deposition and spoke regarding the evolving responsibilities of audit committees. Presented to the Financial Executives International – Pittsburgh Chapter, May 1, 2001; the Financial Executives International – Detroit Chapter, April 30, 2001; the Financial Executives International – Dallas Chapter, January 9, 2001; Forbes CFO Forum, May 17, 2000; the Financial Executives Institute- New York City Chapter, February 1, 2000; and the Financial Executives Institute- Houston Chapter, January 25, 2000.

"Corporate Governance and International Economic Opportunity." Address to the Instituto Mexicano De Ejecutivos De Finanzas A.C., Ciudad Juarez, Mexico, October 14, 1999.

"Cash Forecasting & Control: Beyond the Fundamentals." Address to Forbes Special CFO Forum, Charleston, May 1999.

"Gaining From Giving: The Benefits of Corporate Volunteerism." Address to CFO Rising 1999, Orlando, March 1999.

"Profits and Pitfalls of Troubled Company Buyouts." Address to IBF Buyouts Conference, New York, November 1998.

"The Role of the CFO in Public Policy - Wanted: A Few Good CFOs." Address to Forbes Special CFO Forum, Puerto Rico, February 1997.

"Maximizing Business Viability and Value." Address to the Financial Executives Institute Seminar for Private and Closely-Held Companies, Chicago, January 1997.

"Pension Investing – Fighting for Better Terms." Address to Pensions & Investments Investment Management '97 Conference, Washington, D.C., May 1997.

"Pension Funds and Private Investments – Risk Control Issues." Address to the New York Chapter of the Financial Executives Institute, May 1997 (jointly with William W. Weisner of Patterson, Belknap, Webb & Tyler LLP).

"Addressing Downside Risk: An Opportunity For GP/LP Cooperation." Address to Venture Investing 1997 Conference, San Francisco, June 1997.

"CFO's Leading Change – The Performance Improvement Loop." Address to CFO's Leading Change: An FEI Member to Member Forum, New York City, April 1997.

"The Role of the Financial/Managerial Expert in Complex Business Litigation." "Corporate Volunteerism: A Powerful Platform for Improving Corporate Productivity." Addresses to National Law Network meetings, Palm Springs, October/November 1997.

"Maximizing Pension Funds Returns on Private/Alternative Investments." Address given to the Financial Executives Institute's Committee on the Investment of Employee Benefit Assets, Washington, D.C., September 1995.

"Pension Fund Private Investments – A Time to Rewrite the Rules." Address given to the New York Chapter of the Financial Executives Institute, May 1995.

"Interest Rates and Breakeven Economics." Address to the Texas Telephone Credit Union Conference, Houston, Texas, October 23, 1981.

4

"CLMS - Computerized Lease Management Systems." Presented at the semi-annual meeting of National Association of Corporate Real Estate Officers, Nashville, Tennessee, October 1979.

"Cash Flow vs. P&L Controls in Real Estate." Presented at the National Association of Corporate Real Estate Officers annual meetings, Atlanta, Georgia, March 1979.

"Interest Rates and Alternative Financial Instruments." Address to the Board of Directors of the Houston Telephone Credit Union, October 1977.

"The Mechanics of Money Management and Cash Control." Presented at the annual meeting of the Financial Management Association, Kansas City, Kansas, October 9-11, 1975.

"An Elementary Application of Dynamic Programming to the Funds Procurement Decisions of a Financial Intermediary." Presented at the annual meeting of the Southwestern Finance Association, Dallas, Texas, March 28-30, 1974.

"Employment Opportunities at Minority Universities." Address given to the National meeting of Financial Management Association, San Antonio, Texas, October 1973.

"Management Information Systems, Organizational Analysis and Long-Range Planning -- A Review of Current Practices and Research." Address given to the Houston Chapter of Planning Executive Institute, September 1972.

## **Publications:**

"Plaintiff Expert Reports: An Insider Revisits Disney," New York State Bar Association Journal, July/August 2009, pp. 24-29.

"Personal and Professional Governance in the Economic Crisis," Financial Executive, July/August 2009, p. 63.

"An Insider Revisits the 'Disney Case,'" Directors Monthly, August 2008, pp. 1, 3-6.

"Shaping the Nominating/Governance Committee," co-authored with John E. Haupert. The Corporate Board, July/August 2008, pp. 5-9.

"Corporate Governance Consultants: The Issue of Qualifications," co-authored with John E. Haupert. Directors Monthly, May 2007, pp. 16-19.

"Corporate Governance Consultants: The Issue of Qualifications," co-authored with John E. Haupert. The CPA Journal, December 2006, pp. 60-65.

"The Search for Qualified Governance Consultants," co-authored with John E. Haupert. The Corporate Board, May/June 2006, pp. 15-19.

"How to Make an Ethics Program Work," co-authored with John E. Haupert. The CPA Journal, April 2006, pp. 66-67.

"Reflections Of A Non-Executive Chair," The Corporate Board, May/June 2005, pp. 11-13.

"Effective Governance in an Ethicless Organization," The CPA Journal, May 2005, pp. 6, 8.

"Our Past, Present and Future: The Ethical Evolution of Corporate Governance," Corporate Governor, Vol.2, No. 3, published by Grant Thornton, Summer 2004, pp. 2-4.

"Ethics and the Evolution of Corporate Governance," Directors Monthly, published by National Association of Corporate Directors (NACD), June, 2004, pp. 6-8.

"Billings Discipline Builds Good Business," co-authored with John E. Haupert. The CPA Journal, February, 2004, p. 60.

"Running An Audit Committee Today," co-authored with John E. Haupert. The Corporate Board, September/October 2003, pp. 10 – 15. This article reprinted in Audit Committees: Regulation & Practice, Second Edition (Chapter 14, Selected

Articles on New Audit Committee Regulations), Gerald S. Backman and Anne Marie Salan, Weil, Gotshal & Manges LLP, editors.

"Financial Literacy," co-authored with John E. Haupert. The CPA Journal, June 2003, pp. 8.

"Financial Officers' Code of Ethics: Help or Hindrance," co-authored with John E. Haupert. The CPA Journal, March 2003, pp. 65 – 66.

"Corporate Boards and Business Oversight," Guest Editorial. The CPA Journal, September 2002, pp. 80.

"A Prescription For Company Health," co-authored with George Cox, John E. Haupert, Peter Howell and Ronald H. Wilcomes. The CPA Journal, July 2002, pp. 62 – 63.

"Have You Got It Right? The Times Call For An Immediate Review of Oversight and Control," co-authored with John E. Haupert, Peter Howell and Ronald H. Wilcomes. Controllers Update (Controllers Council of the Institute of Management Accountants), May 2002.

"Compatibility of Non-Audit Services With the Traditional Independent Audit Role," co-authored with Steven B. Lilien, Ph.D. and John E. Haupert. The Financial Management Network Online/SmartPros.com (www.smartpros.com), April 2002.

"From 'Tone at the Top' To 'Checks and Balances'," co-authored with James N. Clark, R. Hartwell Gardner, John E. Haupert and Robert S. Roath. The CPA Journal, March 2002, p. 63.

"Enron and Andersen: Auditors Under the Microscope," The CPA Journal, January 2002. The CPA Journal presents the thoughtful perspectives of four people worth listening to on the subject - a contribution to the comprehensive dialogue on the unfolding events. H. Stephen Grace, Jr., Ph.D., Gary Illiano, Robert J. Sack and Lynn Turner.

"Have You Got It Right? The Times Call for An Immediate Review Of Oversight and Control," co-authored with John E. Haupert, Peter Howell and Ronald H. Wilcomes. The Financial Management Network Online (www.fmnonline.com), November 26, 2001.

"Note Taking – A Foil Or Foible," co-authored with Richard W. Simmons and John E. Haupert. The Financial Management Network Online (www.fmnonline.com), October 17, 2001.

"Sailing In Troubled Waters," co-authored with John E. Haupert, Peter Howell and Ronald H. Wilcomes. The Financial Management Network Online (www.fmnonline.com), February 11, 2001.

"Audit Committee Oversight: A Forgotten Issue?" co-authored with John E. Haupert. The Financial Management Network Online (www.fmnonline.com), December 4, 2000.

**Audit Committee Resource Book** - published in August 2000 by H.S. Grace & Company, Inc., to capture in one place a wide variety of official rules and regulations, guidance on emerging practices and approaches, and commentary on shared experiences in audit committee service and financial reporting issues. Updates: March 2001; January 2002.

"It Pays to Keep Your House in Order: Plaintiff's Case Undone By Poor Internal Controls," co-authored with John E. Haupert. The Financial Management Network Online (www.fmnonline.com), June 26, 2000.

"Audit Committee Alert," co-authored with Dennis R. Beresford, John E. Haupert, Robert S. Roath and Hon. William M. Schultz. The Financial Management Network Online (www.fmnonline.com), January 2000.

"Who's Watching the Store?" co-authored with John E. Haupert and Robert S. Roath. Pensions & Investments, November 29, 1999, p. 14.

"Senior Executives and Lawyers Jointly Ponder Audit Committee Liabilities," co-authored with Hon. William M. Schultz and Richard W. Simmons. The Financial Management Network Online (www.fmnonline.com), November 23, 1999.

"Keys to Effective Corporate Governance," co-authored with John E. Haupert and Robert S. Roath. The Financial Management Network Online (www.fmnonline.com), October 27, 1999.

"Do Audit Committees Face New Legal Challenges in the Future?" co-authored with John E. Haupert and Robert S. Roath. The Financial Management Network Online (www.fmnonline.com), August 1999.

"Who's Minding the Store?" co-authored with John E. Haupert and Robert S. Roath. The Financial Management Network Online (www.fmnonline.com), June 28, 1999.

"Who's Minding the Store?" co-authored with John E. Haupert and Robert S. Roath. Financial Executive, March/April 1999, pp. 46-47.

"United We Stand - By Forming an Advisory Board, Limited Partners can Enhance their Decision Making and Monetary Position," co-authored with Stephen F. Cooper. Venture Capital Journal, January 1997, pp. 39-41.

"The CFO and Public Policy," The Corporate Report, Second Quarter, 1997.

"Changing partnership rules - Effective private investing requires a new approach," co-authored with Stephen F. Cooper. Pensions & Investments, September 2, 1996, p. 32.

"The Case of the Missing Management Model," co-authored with John E. Haupert. Financial Executive, January/February 1996 pp. 44-48.

"How Productive Are Your People." Financial Executive, November-December 1995, pp. 18-23. Served as Moderator of the roundtable discussion.

"Cash Management: An Optimal Control Approach." The Journal of Economics and Business, Volume 27, No.3 (Spring 1975), pp. 254-60.

"On Optimal Financing of Cyclical Cash Needs: Comment." The Journal of Finance, September 1975, pp. 1135-36.

"Proper Specification of the Cost Function: A Comment on Baumol's and on Morris Transaction Demand for Cash." The Quarterly Journal of Economics November 1975, pp. 658-59.

"Professor Samuelson on Free Enterprise and Economic Inefficiency: A Comment." Quarterly Journal of Economics, May 1970, pp. 337-40. Published along with the following reply by Professor Samuelson, "Optimality in Discrete Spatial Programming: a Reply."

"Organizational Analysis: An Integral Component of Long-Range Planning." Managerial Planning, May/June 1973, pp. 17-20.

"Attaching a Rate of Return to Present-Value Calculations." Distributed at the Financial Executive International Conference, October 1971.

"The Effect of Growth Potential on Corporate Stock Prices: A Method of Estimation." Distributed at the Financial Executives Institute International Conference, October 1971.

Managerial Long-Range Planning. A privately circulated study of the long-range planning practices of corporations headquartered in the Southwest. (Published January 1972)

"Clarification of the Re-Investment Assumptions: A Comment." Proceedings, Southwest Finance Association, March 1972, pp. 78-80.

"Optimal Control Theory and Cash Management." Proceedings, Southwest Finance Association, March 1973, pp. 243-252.

7

EXHIBIT II

# H⁣S⁣G **H.S. Grace & Company, Inc.**

*H. Stephen Grace, Jr., Ph.D., President*
*Steve Grace, Director of Operations*

H.S. Grace & Company, Inc. specializes in helping clients solve complex business challenges. Our team of senior executives offers unparalleled depth and breadth of experience to comprehensively analyze issues and identify optimal resolutions.

Our consulting falls into four broad areas: corporate governance; litigation; financial advisory services; and business consulting.

H.S. Grace & Company, Inc. clients draw upon the talents of founder Dr. H. Stephen Grace, Jr. and more than 30 current and former executive officers and board members of major public and private corporations. Together we offer more than 1,000 years of executive leadership experience across a broad range of industries.

We can help diagnose and resolve the complex issues companies face to enhance shareholder value, protect reputation and long-term ability to succeed, manage litigation, and successfully navigate major changes such as mergers and acquisitions or bankruptcies. H.S. Grace & Company, Inc. brings unparalleled experience, a comprehensive approach and valuable insights to the table.

## *Grace & Co. Consultancy, Inc., Board of Advisors*

**Holly A. Borkin**
*Vice President of Investor Relations (Ret.),*
*Grand Metropolitan PLC (now Diageo);*
*Board of Directors (Ret.), NYC Partnership*

**James N. Clark**
*Board of Directors, and Executive Vice President and CFO (Ret.),*
*Western & Southern Life Insurance Company;*
*Former Chairman, Financial Executives International*

**George Cox**
*Managing General Partner (Ret.), Park Central Ltd.*

**Jeffrey E. Curtiss**
*Director and Audit Committee Chairman of KBR, Inc.; Former*
*CFO, Service Corporation International and Browning-Ferris Industries;*
*Current Secretary, CFA Society of Houston;*
*Former Secretary, Financial Executives International*

**R. Hartwell Gardner**
*Board of Directors, Pioneer Natural Resources;*
*Treasurer (Ret.), Mobil Corporation;*
*Former Chairman, Financial Executives International*

**Edward A. Grun**
*Director, Gensler Worldwide*

**John E. Haupert**
*Treasurer (Ret.), The Port Authority of New York and New Jersey*

**Peter Howell**
*Direktor, Credit Risk Management (Ret.), Deutsche Bank A.G.*

**Steven B. Lilien**
*Weinstein Professor of Accounting and*
*Former Chairman of the Stan Ross Department of Accounting*
*at Zicklin School of Business, Baruch College;*
*Director of Center for Financial Integrity, Baruch College*

**Nicholas J. Lomonte**
*Vice President Finance (Ret.), ABB Lummus Global Inc.*

**Martin G. Mand**
*Executive Vice President & CFO (Ret.), Nortel Networks;*
*Vice President & Treasurer (Ret.), DuPont Company;*
*Former Chairman, Financial Executives Research Foundation, Inc.*

**Khalid S. Masood**
*Finance Director (Ret.), Hub Power Co., Karachi, Pakistan*

**S. Lawrence Prendergast**
*Executive Vice President of Finance & Director (Ret.),*
*LaBranche & Co. Inc.; Chairman & CEO (Ret.) and Director,*
*AT&T Investment Management Corp.;*
*Former Chairman, Financial Executives Research Foundation, Inc.*

**Francis C. Regnier**
*Former CEO, Montaigne Diffusion (LACOSTE), Paris, France*

**Robert S. Roath**
*Board of Directors and Audit Committee Chair, InterDigital*
*Communications Corporation; Chairman of Advisory Board, L.E.K.*
*Consulting; Former CFO, RJR Nabisco*

**The Honorable William M. Schultz**
*Former United States Bankruptcy Judge, Southern District of Texas*

**Ronald H. Wilcomes**
*Vice President and Investment Counsel (Ret.), MetLife Insurance Co.*

**Alfred L. Williams**
*Former CFO of Tenneco Gas, Arcadian Corp.,*
*Moorman Manufacturing, Global Industrial Technologies, Inc.; Director*
*of Audit Worldwide for Tenneco, Inc.*

**Walter C. Wilson**
*Former Senior Vice President and CFO, EOG Resources, Inc.;*
*Trustee, Financial Executives Research Foundation, Inc.*

---

*www.hsgraceco.com*

**Houston:** 4615 Southwest Freeway, Suite 625 • Houston, TX 77027
(713) 572-6800 • Fax (713) 572-6806

---

*New York:* 300 East 57th Street, #18A • New York, NY 10022
(212) 644-8620 • Fax (212) 813-1779
Email: hsgraceco@hsgraceco.com

**EXHIBIT III**

# *H.S. Grace & Company, Inc.*

*H. Stephen Grace, Jr., Ph.D.*
*Deposition/Arbitration/Trial Testimony*

- In re: Southeastern Milk Antitrust Litigation
  Case No. 2:08-MD-1000
  Greeneville, Tennessee
  **DEPOSED**

- In re: Electronic Data Systems Class Action Litigation
  Case No. 366-01078-2008
  Dallas, Texas
  **DEPOSED**

- David Calvert-Jones, Plaintiff vs. Helinet Aviation Services, LLC, Alan Purwin,
  et al. Defendants
  Case No. BC 368522
  Los Angeles, California
  **DEPOSED**

- Barry Van Roden, Plaintiff vs. Henri A. Termeer, et al.
  Cause No. 03-CV-4014 (LLS)
  New York, New York
  **DEPOSED**

- Securities and Exchange Commission vs. Martin E. Kenney, Jr.
  Cause No. 05CV7944 (SAS)
  New York, New York
  **DEPOSED**

- Adams Golf, Inc. Securities Litigation
  Civil Action No. 99-371-KAJ
  Wilmington, Delaware
  **DEPOSED**

- Larry F. Robb vs. Stericycle, Inc., et al.
  Number: 467704-A
  Shreveport, Louisiana
  **DEPOSED**

- U.S. Bank National Association, Plaintiff vs. John R. Stanley, et al., Defendants
  Cause No. 2003-54145
  Houston, Texas
  **DEPOSED**

- Wells Fargo Bank N.A., Claimant vs. G.W. Manufacturing Company Inc.,
  Respondent
  Arbitration
  Case No. 72 148 00507 03
  Los Angeles, California
  **TESTIFIED**

- Crystal Power Company, Plaintiff vs. Coastal Salvadoran Power, Ltd., Coastal
  Nejapa, Ltd., El Paso CGP Company, and El Paso Corporation, Defendants
  Cause No. 21815*BH02
  Brazoria County, Texas
  **DEPOSED**

- E*TRADE Securities LLC, Plaintiff vs. Deutsche Bank AG, et al. Defendants
  Civil No. 02-3711 (RHK/AJB)
  Minneapolis, Minnesota
  **DEPOSED**

- SPJST et al. vs. JPMorgan Chase Bank
  Cause No. 2003-24238
  Houston, Texas
  **DEPOSED**

- The Cambridge Food Group, Inc., vs. Nutmeg Insurance Company
  AAA Case No. 13 Y 195 00606 04
  Arbitration
  New York, New York
  **TESTIFIED**

- Costa Brava Partners III, L.P., et al., vs. JPMorgan Chase Bank
  Index No. 603218/03
  New York, New York
  **DEPOSED**

- Fiber Systems International, Inc., et al. vs. Michael Roehrs
  Case No. 4:04CV355
  Sherman, Texas
  **DEPOSED**

- Ernest E. Bartimmo, M.D. vs. Richard J. Pohil, M.D.
  Case No. 2000-62947
  Houston, Texas
  **DEPOSED**

2

- Goodrich Petroleum Corporation, Goodrich Petroleum Company, L.L.C., and
  Goodrich Petroleum Company-Lafitte, L.L.C. vs. Stone Energy Corporation
  Case No. 2000-06437
  Houston, Texas
  **DEPOSED**

- David T. Allen vs. Sidney J. Taylor, et al.
  Civil Action No. 99-146-RRM
  District of Delaware
  **DEPOSED**

- Dallas Hockey Club, Inc. vs. Comerica Bank–Texas, N.A. and Joseph Lynch
  Case No. DV 9806889
  Dallas, Texas
  **DEPOSED**

- Cornelius Ryan and Carl Ryan, et al. vs. Joseph Ryan and Yolanda Ryan, et al.
  Case No. 70 Y 168 00179 00
  Arbitration
  Houston, Texas
  **TESTIFIED**

- ALG, Inc. et al. vs. NationsBank, N.A. Midwest
  Case No. 97C15260
  Johnson County, Kansas
  **TESTIFIED**

- Andover Togs, Inc. et al. vs. Mid City Associates
  Bankruptcy Court
  New York, New York
  **TESTIFIED**

- Donna Kline vs. Susan Camille Lee
  Houston, Texas
  **TESTIFIED**

- Wellington Funding vs. Continental Grain
  New York, New York
  **DEPOSED**

- Susan Camille Lee et al., Plaintiff vs. Ronald C. Lee, Jr., Defendant
  Case No. 137,506
  Houston, Texas
  **TESTIFIED**

Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 76 of 100   PageID #:
20687

EXHIBIT IV

# Materials Considered in Forming Final Opinions

| Case-Related Filings |
|---|
| 1. Amended Class Action Complaint (2008.03.28) |
| 2. Independent Dairy Farmers and Independent Cooperative Members Complaint (2007.07.05) |
| 3. Baisleys, Cornett, Holmes, McCain Dairy, Rocky Creek Dairy, Vanderhyde Dairy Complaint (2007.07.05) |
| 4. In RE: Southeastern Milk Antitrust Litigation - Transcript of Proceedings Before the Honorable J. Ronnie Greer United States District Judge (2009.01.06) |
| 5. Memorandum in Support of Dairy Farmer Plaintiffs' Motion for Class Certification (2009.05.01) |
| 6. Retailer Plaintiffs' Memorandum in Support of Their Motion For Class Certification (2009.05.01) |
| 7. Defendants' Memorandum in Opposition to the Dairy Farmer Plaintiffs' Motion for Class Certification (2009.06.30) |
| 8. Defendants' Memorandum in Opposition to the Retailer Plaintiffs' Motion for Class Certification (2009.06.30) |
| 9. Retailer Plaintiffs' Reply Memorandum in Further Support of their Motion for Class Certification (2009.08.14) |
| 10. Independent Farms Corrected Consolidated Amended Complaint (2008.08.04) |
| 11. Reply Memorandum In Support Of Dairy Farmer Plaintiffs' Motion For Class Certification (2009.08.14) |
| 12. Concise Statement Of Undisputed Material Facts In Support Of Defendants' Motion For Summary Judgment (2009.09.18) |
| 13. Memorandum Of Law In Support Of Defendants' Motion For Summary Judgment (2009.09.18) |
| 14. Retailer Plaintiffs' Supplement to Retailer Plaintiffs' Statement of Material Facts (2009.12.23) |
| 15. Retailer Plaintiffs' Response to Defendants' Concise Statement of Material Facts (Response Docket 463) (2009.11.05) |
| 16. Retailer Plaintiffs' Memorandum of Law in Response to Defendants' Motion for Summary Judgment (Response to Docket 461) (2009.11.05) |
| 17. Retailer Plaintiffs' Statement of Material Facts (2009.11.05) |
| 18. Response to Defendants' Summary Judgment Motion Presentation (2009.12.18) |

| 19. | Retailer Plaintiffs' Replacement Memorandum of Law in Response to Defendants' Motion for Summary Judgment (Response to MDL Doc. No. 461) (2010.01.22) |
| 20. | DFA's Response to Farmer Plaintiffs' Second Set of Interrogatories (2009.12.03) |

| **Declarations and Reports** |
| 1. | Expert Declaration of Professor Einer Elhauge (2009.04.30) |
| 2. | Declaration of Ronald W. Cotterill, Ph.D. (2009.04.30) |
| 3. | Report of John C. Beyer, Ph.D. Regarding Class Certification Filed Under Seal Pursuant to Protective Order (2009.04.30) |
| 4. | Expert Report of Catherine J. Morrison Paul, Ph.D. in Support of Defendants' Memorandum in Opposition to the Retailer Plaintiffs' Motion for Class Certification (2009.06.29) |
| 5. | Expert Report of Catherine J. Morrison Paul, Ph.D. in Support of Defendants' Memorandum in Opposition to the Producer Plaintiffs' Motion for Class Certification (2009.06.29) |
| 6. | Reply Declaration of Ronald W. Cotterill, Ph.D. (2009.08.13) |
| 7. | Expert Declaration of Professor Einer Elhauge in Support of Opposition to Summary Judgment (2009.11.04) |
| 8. | Declaration of Professor Luke Froeb (2009.11.05) |
| 9. | Declaration of Ronald W. Cotterill, Ph.D. (2009.11.04) |
| 10. | Declaration of Rob Cottet (2009.07.14) |

| **Deposition Transcripts & Testimony** |
| 1. | 2001.07.25 A. Meyer |
| 2. | 2001.07.27 T. Noll |
| 3. | 2001.08.07 R. Fehr |
| 4. | 2001.08.16 G. Engles |
| 5. | 2001.08.29 G. Hanman |
| 6. | 2001.09.06 G. Bos |
| 7. | 2002.07.16 G. Hanman |
| 8. | 2003.01.24 T. Noll |
| 9. | 2003.05.13 J. Bryant |
| 10. | 2003.12.12 G. Hanman |
| 11. | 2004.01.23 A. Meyer |
| 12. | 2004.04.16 A. Meyer |
| 13. | 2005.04.12 C. Covington |
| 14. | 2005.06.23 M. Devine |

15. 2005.06.30 A. Meyer
16. 2005.06.30 P. Schenkel
17. 2005.07.01 P. Schenkel
18. 2006.07.19 S. Mayfield
19. 2007.10.03 K. Turner
20. 2009.04.13 R. Allen
21. 2009.04.17 J. Bryant
22. 2009.04.21 C. Beshears
23. 2009.04.24 T. Noll
24. 2009.05.14 B. Gist
25. 2009.06.04 B. Jones
26. 2009.06.12 S. Grace
27. 2009.06.15 R. Cotterill
28. 2009.06.17 D. Geisler
29. 2009.06.19 S. Schepps
30. 2009.06.23 E. Elhauge
31. 2009.07.23 M. Goolsby
32. 2009.07.28 C.M. Paul
33. 2009.08.04 A. Meyer
34. 2009.08.05 R. Beaman
35. 2009.08.13 E. Burt
36. 2009.08.25 B. Haugh
37. 2009.09.02 R. Fehr
38. 2009.09.16 J. Wilson
39. 2009.09.18 N. Brookshire
40. 2009.09.22 K. Turner
41. 2009.09.24 R. Cottet
42. 2009.09.30 G. Bos
43. 2009.10.06 G. Hanman
44. 2009.10.13 M. Devine
45. 2009.10.22 P. Schenkel
46. 2009.10.29 R. Smith
47. 2009.10.30 E. Yates
48. 2009.10.30 G. Corbett
49. 2009.11.04 J. Clark
50. 2009.11.05 H. Dean
51. 2009.11.10 A. Bernon
52. 2009.11.12 M. Margherio
53. 2009.11.12 S. Schultz
54. 2009.11.16 G. Engles
55. 2009.11.30 J. Bryant (MDVA 30b6)
56. 2009.12.03 J. Wright
57. 2009.12.04 C. Covington
58. 2009.12.05 C. Covington
59. 2009.12.08 B. Meredith
60. 2009.12.14 C. Costigan
61. 2009.12.15 T. Noll
62. 2010.01.06 M. Devine
63. 2010.01.12 K. Turner (NDH 30b6)
64. 2010.01.13 K. Turner (NDH 30b6)

65. 2010.01.13 R. Fehr (Dean 30b6)
66. 2010.01.14 R. Fehr (Dean 30b6)
67. 2010.01.26 D. Meyer (DFA 30b6)
68. 2010.01.28 J. Clark (DFA 30b6)
69. 2010.02.24 G. Bos
70. 2010.02.24 G. Hanman

## Bates Stamped Documents

| | |
|---|---|
| 1. ALLEN0010906 - 52 | 2. ALLEN0015028 & 109 |
| 3. AM00000010 | 4. AM00000026 |
| 5. AM00000111 | 6. AM00000113 |
| 7. AM00000115 | 8. AM00000139 |
| 9. AM00000228 | 10. AM00000284 |
| 11. AM00000487 | 12. AM00000518 |
| 13. AM00000541 | 14. AM00000546 |
| 15. AM00000551 | 16. AM00000875 |
| 17. AM00001124 | 18. AM00001321 |
| 19. AM00001584 | 20. AM00001712 |
| 21. AM00001832 | 22. AM00001955 |
| 23. AM00002063 | 24. AM00002081 |
| 25. AM00002215 | 26. AM00002337 |
| 27. AM00002338 | 28. AM00002427 |
| 29. AM00002498 | 30. AM00002521 |
| 31. BOS000001 | 32. BOS000065 |
| 33. BOS000114 | 34. BOS000173 |
| 35. BOS000217 | 36. BOS000263 |
| 37. BOS000321 | 38. BOS000369 |
| 39. BOS000412 | 40. BOS000509 |
| 41. BOS000867 | 42. BOS000908 |
| 43. BOS000936 | 44. BOS000966 |
| 45. BOS001010 | 46. BOS001051 |
| 47. BOS001101 | 48. CORT0006489 |
| 49. CORT0007031 | 50. DCMA_008249 - 53 |
| 51. DCMA_008315- 26 | 52. DCMA_009615 - 19 |
| 53. DCMA_011828 - 32 | 54. DEAN00000001 |
| 55. DEAN00000097 | 56. DEAN00000185 |
| 57. DEAN00000277 | 58. DEAN00000377 |
| 59. DEAN00000380 | 60. DEAN00000469 |
| 61. DEAN00000705 - 24 | 62. DEAN00000735 |
| 63. DEAN00000747 | 64. DEAN00000755 - 58 |
| 65. DEAN00000759 - 68 | 66. DEAN00000769 - 82 |
| 67. DEAN00000786 | 68. DEAN00000807 |
| 69. DEAN00000818 | 70. DEAN00002869 |
| 71. DEAN00005318 - 33 | 72. DEAN00005436 - 95 |

73. DEAN00005441 - 590
74. DEAN00023285
75. DEAN00023350
76. DEAN00023418
77. DEAN00025467
78. DEAN00052930 - 39
79. DEAN00053511 - 41
80. DEAN00053925 - 4008
81. DEAN00056317 - 557
82. DEAN00060479 - 558
83. DEAN00063032 - 64
84. DEAN00068657 - 708
85. DEAN00069036 - 89
86. DEAN00069486 - 535
87. DEAN00074631 - 750
88. DEAN00077488 - 90
89. DEAN00094127; 391; 401
90. DEAN00094389
91. DEAN00094443 - 47
92. DEAN00102637 - 89
93. DEAN00103866 - 75
94. DEAN00104265
95. DEAN00106526 - 65
96. DEAN00111942
97. DEAN00113498
98. DEAN00120650
99. DEAN00155608
100. DEAN00155611
101. DEAN00168696 - 97
102. DEAN00168698 - 99
103. DEAN00168715 - 16
104. DEAN00170488
105. DEAN00171294
106. DEAN00171309 - 18
107. DEAN00176826
108. DEAN00212544 - 48
109. DEAN00272690
110. DEAN00331237 & 245
111. DEAN00331432 - 50
112. DEAN00412835 - 57
113. DEAN00420947 - 81
114. DEAN00424837 - 5076
115. DEAN00425081
116. DEAN00425087
117. DEAN00425092 - 93
118. DEAN00425103 - 389
119. DEAN00425390
120. DEAN00425557
121. DEAN00425645 - 57
122. DEAN00425689 - 92
123. DEAN00425693 - 862
124. DEAN00426015 - 384
125. DEAN00426385 - 497
126. DEAN00426617 - 20
127. DEAN00426661 - 62
128. DEAN00426762
129. DEAN00427498 - 504
130. DEAN00512900
131. DEAN00515959; 994
132. DEAN00516196 - 621
133. DEAN00516256
134. DEAN00516261
135. DEAN00522075
136. DEAN00522738 - 61
137. DEAN00522901
138. DEAN00524227
139. DEAN00524240
140. DEAN00524353
141. DEAN00524356
142. DEAN00525001 - 06
143. DEAN00553881 - 82
144. DEAN00562525 - 44
145. DEAN00562578
146. DEAN00567105 - 06
147. DEAN00570360 - 61
148. DEAN00572483
149. DEAN00580407 - 09
150. DEAN00581097
151. DEAN00581619
152. DEAN00581690
153. DEAN00586181
154. DEAN00588693
155. DEAN00591014
156. DEAN00591272
157. DEAN00591312 - 16; 1654-55
158. DEAN00591726 - 30, 1839 - 41; 1845 - 67

159. DEAN00592439
160. DEAN00592442
161. DEAN00592498 - 953
162. DEAN00593322 - 28
163. DEAN00593679
164. DEAN00594050
165. DEAN00594083
166. DEAN00594105
167. DEAN00594105 - 08
168. DEAN00594111 - 13
169. DEAN00594115
170. DEAN00594116
171. DEAN00594117 - 19
172. DEAN00594805
173. DEAN00596001 - 364
174. DEAN00598478 - 83
175. DEAN00598747 - 818
176. DEAN00599512
177. DEAN00627891 - 630292
178. DEAN00630304 - 945
179. DEAN00632126
180. DEAN00633535 - 36
181. DEAN00636789 - 7285
182. DEAN00636789; 806; 825
183. DEAN00636806
184. DEAN00643784 - 873
185. DEAN00643864
186. DEAN00644150 - 52
187. DEAN00645091 - 97
188. DEAN00645148
189. DEAN00650062
190. DEAN00673946
191. DEAN00766036 - 38
192. DEAN00766039 - 41
193. DEAN00769118 - 21
194. DEAN00771198
195. DEAN00771199 - 209
196. DEAN00771267
197. DEAN0077488 - 90
198. DEAN00775561
199. DEAN00777010 - 36
200. DEAN00777478 - 85
201. DEAN00778885
202. DEAN00778956
203. DEAN00780066
204. DEAN00780137
205. DEAN00780199
206. DEAN00780340
207. DEAN00791721
208. DEAN00872130 - 41
209. DEAN00872169 - 71
210. DEAN00908394 - 575
211. DEAN00908648 - 777
212. DEAN00908778 - 820
213. DEAN00908821 & 823
214. DEAN00908879 - 993
215. DEAN00909138 - 227
216. DEAN00909371-384
217. DEAN00909387 - 556
218. DEAN00909588 - 622
219. DEAN00909628 - 33
220. DEAN01 00137772 - 74
221. DEAN01-00019385
222. DEAN01-00019594 - 97
223. DEAN01-00137772
224. DEAN01-00144482 - 99
225. DEAN01-00152961
226. DEAN01008476
227. DEAN01033828
228. DEAN01040944 - 45
229. DEAN01-0824944
230. DEAN01098282
231. DEAN01100384 - 88
232. DEAN01-1015808
233. DEAN01-1034128
234. DEAN01-1140652
235. DEAN01122526
236. DEAN01125348
237. DEAN01190772 - 850
238. DEAN01196884 - 86
239. DEAN01200629
240. DEAN01212870
241. DEAN01216154 - 56
242. DEAN01218270 - 71
243. DEAN01293031 - 32
244. DEAN01307961

245. DEAN01374969 - 5035
246. DEAN01386706
247. DEAN01393699
248. DEAN01429733
249. DEAN01429752
250. DEAN01429771
251. DEAN01432238 - 3033
252. DEAN01587500 - 505
253. DEAN01631372
254. DEAN01661716 - 21
255. DEAN01677582 - 747
256. DEAN01690049 - 50
257. DEAN01715135
258. DEAN01744513
259. DEAN01758813 - 9029
260. DEAN01764702 - 05
261. DEAN01766324
262. DEAN01766433
263. DEAN01790397
264. DEAN01822365
265. DEAN01963241 - 2
266. DEAN01963243
267. DEAN01963998 - 4007
268. DEAN01964182 - 209
269. DEAN01967247
270. DEAN01976245
271. DEAN01976664
272. DEAN02-000000163 - 74
273. DEAN02-000000253 - 64
274. DEAN02-000003270 - 308
275. DEAN02-000004274 - 75
276. DEAN02-000004276 - 84
277. DEAN02-000004468 - 71
278. DEAN02-000004478 - 85
279. DEAN02088117 - 50
280. DEAN02089167 - 68
281. DEAN02089234 - 39
282. DEAN02089263 - 70
283. DEAN02089285 - 358
284. DEAN02098108 - 12
285. DEAN02098147
286. DEAN02098149 - 53
287. DEAN02098164
288. DEAN02098176 - 412
289. DEAN02098629 - 30
290. DEAN02099347 - 55
291. DEAN02099424 - 41
292. DEAN02101719 - 23
293. DEAN02111359- 62
294. DEAN02111413 - 31
295. DEAN02111467 - 70
296. DEAN02111474
297. DEAN02111494
298. DEAN02111495 - 554
299. DEAN02111555 - 58
300. DEAN02111561
301. DEAN02111563 - 79
302. DEAN02111580 - 83
303. DEAN02114343 - 54
304. DEAN02114384 - 88
305. DEAN0347861 - 83
306. DEAN0516196 - 346
307. DFA CID-102-01-0000253
308. DFA01-0019558
309. DFA01-0019742 - 45
310. DFA01-0019780
311. DFA01-0019828 - 37
312. DFA01-0020342
313. DFA01-0021348 - 51
314. DFA01-0021456
315. DFA01-0024632
316. DFA01-0032111 - 12
317. DFA01-0033051 - 52
318. DFA01-0033145
319. DFA01-0034809 - 15
320. DFA01-0035424 - 31
321. DFA01-0035432 - 34
322. DFA01-0035435 - 36
323. DFA01-0035534 - 83
324. DFA01-0035715 - 22
325. DFA01-0035756 - 58
326. DFA01-0035759
327. DFA01-0038853 - 55
328. DFA01-0039328 - 412
329. DFA01-0039515 - 39
330. DFA01-0039540 - 83

| | |
|---|---|
| 331. DFA01-0039716 - 22 | 332. DFA01-0039723 - 24 |
| 333. DFA01-0039739 | 334. DFA01-0039753 |
| 335. DFA01-0039766 - 77 | 336. DFA01-0046589 |
| 337. DFA01-0046984 | 338. DFA01-0047765 - 66 |
| 339. DFA01-0048288 - 94 | 340. DFA01-0049869 |
| 341. DFA01-0050784 | 342. DFA01-0052248 - 331 |
| 343. DFA01-0053551 | 344. DFA01-0057483 |
| 345. DFA01-0059908 - 34 | 346. DFA01-0059994 - 97 |
| 347. DFA01-0059998 - 60004 | 348. DFA01-0060056 - 58 |
| 349. DFA01-0066457 | 350. DFA01-0066840 - 47 |
| 351. DFA01-0070322328 | 352. DFA01-0070484 |
| 353. DFA01-0078218 - 41 | 354. DFA01-0081338 |
| 355. DFA01-0083563 | 356. DFA01-0083932 - 87 |
| 357. DFA01-0083977 | 358. DFA01-0084886 - 922 |
| 359. DFA01-0085320 | 360. DFA01-0085702 - 03 |
| 361. DFA01-0087267 - 78 | 362. DFA01-0087273 |
| 363. DFA01-0087275 | 364. DFA01-008729 - 31 |
| 365. DFA01-0087510 - 826 | 366. DFA01-0088160 - 440 |
| 367. DFA01-0088341 - 52 | 368. DFA01-0088441 - 512 |
| 369. DFA01-0088647 - 737 | 370. DFA01-0088729 - 31 |
| 371. DFA01-0088738 - 809 | 372. DFA01-0089194 - 251 |
| 373. DFA01-0089207 | 374. DFA01-0089208 - 09 |
| 375. DFA01-0089485 - 748 | 376. DFA01-0089487 - 516 |
| 377. DFA01-0089491 | 378. DFA01-0090699 - 886 |
| 379. DFA01-0090888 - 97 | 380. DFA01-0090934 |
| 381. DFA01-0091227 - 527 | 382. DFA01-0091528 - 692 |
| 383. DFA01-0091619 - 21 | 384. DFA01-0091693 - 988 |
| 385. DFA01-0091989 - 2058 | 386. DFA01-0092220 - 34 |
| 387. DFA01-0092624 - 786 | 388. DFA01-0092644 - 58 |
| 389. DFA01-0094891 - 92 | 390. DFA01-0094992 - 5045 |
| 391. DFA01-0095067 - 391 | 392. DFA01-0095146 - 51 |
| 393. DFA01-0095187 - 88 | 394. DFA01-0095616.0001 |
| 395. DFA01-0095617 | 396. DFA01-0095869 |
| 397. DFA01-0096266 - 419 | 398. DFA01-0158189 - 200 |
| 399. DFA01-0158201 - 216 | 400. DFA01-0158701 - 07 |
| 401. DFA01-0158735 | 402. DFA01-0158880 - 86 |
| 403. DFA01-0183139 - 40 | 404. DFA01-0189121 - 23 |
| 405. DFA01-0193621 - 33 | 406. DFA01-0193793 - 813 |
| 407. DFA01-0194562 - 65 | 408. DFA01-0230393 |
| 409. DFA01-0236808 - 29 | 410. DFA01-0237175 - 195 |
| 411. DFA01-0242691 - 92 | 412. DFA01-0247226 - 37 |
| 413. DFA01-0280580 | 414. DFA01-0336987 - 94 |
| 415. DFA01-0337402.004; .008-.009 | 416. DFA01-0337402.679 |

417. DFA01-0339028 - 29
418. DFA01-0343586 - 87
419. DFA01-0355495 - 524
420. DFA01-0370525 - 27
421. DFA01-0371233 - 35
422. DFA01-0379112 - 13
423. DFA01-0382616
424. DFA01-0393684 - 721
425. DFA01-0443844
426. DFA01-0451388 - 431
427. DFA01-0458047
428. DFA01-0521603
429. DFA01-0596315 - 19
430. DFA01-0622787 & 799
431. DFA01-0647371 - 85
432. DFA01-0647704 - 14
433. DFA01-0650342 - 80
434. DFA01-0663724
435. DFA01-0699471 - 74
436. DFA01-0699475 - 77
437. DFA01-0699488 - 91
438. DFA01-0699512 - 14
439. DFA01-0699758 - 64
440. DFA01-0701067
441. DFA01-0701087 - 89
442. DFA01-0704588 - 623
443. DFA01-0704624 - 42
444. DFA01-0704643 - 61
445. DFA01-0712136 - 44
446. DFA01-0728397
447. DFA01-0737364 - 65
448. DFA01-0737366 - 67
449. DFA01-0744521
450. DFA01-0748561 - 90
451. DFA01-0755609
452. DFA01-0755691 - 66694
453. DFA01-0758572 - 83
454. DFA01-0758584 - 97
455. DFA01-0758598 - 610
456. DFA01-0758685 - 701
457. DFA01-0759736 - 57
458. DFA01-0776264 - 87
459. DFA01-0782007 - 09
460. DFA01-0819755 - 96
461. DFA01-0820293 - 97
462. DFA01-0821117
463. DFA01-0824948
464. DFA01-0825277
465. DFA01-0825645 - 47
466. DFA01-0825654 - 55
467. DFA01-0825766 - 79
468. DFA01-0825766 - 79
469. DFA01-0825950 - 68
470. DFA01-0833015
471. DFA01-0833519
472. DFA01-0838068 - 139
473. DFA01-0838348
474. DFA01-0838354 - 57
475. DFA01-0838370 - 72
476. DFA01-0838388 - 89
477. DFA01-0839010
478. DFA01-0843117 - 221
479. DFA01-0843240 - 41
480. DFA01-0850271
481. DFA01-0856485
482. DFA01-0856569
483. DFA01-0856887
484. DFA01-0857763
485. DFA01-0857773 - 86
486. DFA01-0857787
487. DFA01-0857792 - 96
488. DFA01-0865850 - 52
489. DFA01-0883644
490. DFA01-0913943 - 44
491. DFA01-0918128 - 39
492. DFA01-0996201
493. DFA01-0999145
494. DFA01-1041161
495. DFA01-1041942
496. DFA01-1050700 - 12
497. DFA01-1053223 - 28
498. DFA01-1053289
499. DFA01-1053333 - 36
500. DFA01-1053478 - 86
501. DFA01-1054387
502. DFA01-1055137 - 38

503. DFA01-1058033
504. DFA01-1068904
505. DFA01-1094832 - 850
506. DFA01-1097070
507. DFA01-1117481 - 94
508. DFA01-1117486
509. DFA01-1117642 - 45
510. DFA01-1122357 - 368
511. DFA01-1122409
512. DFA01-1122409
513. DFA01-1127066 - 77
514. DFA01-1129358
515. DFA01-1133393
516. DFA01-1134049-061
517. DFA01-1169687 - 708
518. DFA01-1169762 - 87
519. DFA01-1178638 - 64
520. DFA01-1182663 - 64
521. DFA01-1182674
522. DFA01-1184436
523. DFA01-1184454 - 65
524. DFA01-1184620 - 32
525. DFA01-1200463 - 79
526. DFA01-1200491
527. DFA01-1203649
528. DFA01-1204815
529. DFA01-1205056
530. DFA01-1205604 - 09
531. DFA01-1207119
532. DFA01-1210555 - 60
533. DFA01-1229485 - 90
534. DFA01-1240210 - 12
535. DFA01-1244566 - 67
536. DFA01-1264057 - 64
537. DFA01-1264084 - 87
538. DFA01-1264088 - 90
539. DFA01-1264192 - 93
540. DFA01-1264211 - 12
541. DFA01-1264446
542. DFA01-1264636 - 39
543. DFA01-1282768 - 83
544. DFA01-1283012 - 13
545. DFA01-1283032 - 33
546. DFA01-1283042 - 43
547. DFA01-1287104 - 10
548. DFA01-1287670 - 73
549. DFA01-1287990 - 93
550. DFA01-1288167
551. DFA01-1288275
552. DFA01-1289539 - 43
553. DFA01-1309929
554. DFA01-1321506
555. DFA01-1324738
556. DFA01-1349352
557. DFA01-1349726
558. DFA01-1350564 - 90
559. DFA01-1351629
560. DFA01-1352832
561. DFA01-1352910 - 12
562. DFA01-1356567 - 69
563. DFA01-1362044
564. DFA01-1362097
565. DFA01-1362997
566. DFA01-1371096
567. DFA01-1375765
568. DFA01-1376096 - 111
569. DFA01-1376114 - 46
570. DFA01-1376716 - 772
571. DFA01-1377918 - 19
572. DFA01-1386656
573. DFA01-1387309
574. DFA01-1388641 - 42
575. DFA01-1391357
576. DFA01-1391592
577. DFA01-1391594 - 601
578. DFA01-1393625
579. DFA01-1393710 - 11
580. DFA01-1393749 - 64
581. DFA01-1393942 - 54
582. DFA01-1395580
583. DFA01-1395585 - 603
584. DFA01-1395589
585. DFA01-1395607
586. DFA01-1395655
587. DFA01-1397084
588. DFA01-1397649 - 55

589. DFA01-1398049 - 58
590. DFA01-1401720
591. DFA01-1402758 - 61
592. DFA01-1403782 - 85
593. DFA01-1404381 - 94
594. DFA01-1404418 - 29
595. DFA01-1404787 - 99
596. DFA01-1404804
597. DFA01-1404805 - 15
598. DFA01-1404830 - 44
599. DFA01-1404845 - 46
600. DFA01-1404847 - 50
601. DFA01-1404851
602. DFA01-1404852 - 65
603. DFA20050124394 - 96
604. DFA-SB-0079821 - 23
605. DFA-SB-0079821-823
606. DFA-SB-050960 - 61
607. DMS01-0000001 - 13
608. DMS01-0000190 - 248
609. DMS01-0000249 - 303
610. DMS01-0000304 - 14
611. DMS01-0000304 - 14
612. DMS01-0018095
613. DMS01-0020671 - 73
614. DMS01-0050954
615. DMS01-0052308
616. DMS01-0069491
617. DMS01-0069491
618. DMS01-0162947 - 77
619. DMS01-0163162 - 65
620. DMS01-0163166 - 72
621. DMS01-0163173 - 84
622. DMS01-0163221 - 29
623. DMS01-0163481 - 83
624. DMS01-0163494 - 95
625. DMS01-0163598 - 608
626. DMS01-0163668 - 76
627. DMS01-0163813 - 27
628. DMS01-0163834 - 43
629. DMS01-0214378 - 82
630. DMS01-0224510
631. DMS01-0224519 - 20
632. DMS01-0231684
633. EY PERM 000303 - 441
634. EY PERM 000587
635. EY PERM 000591
636. EY PERM 000600
637. EY PERM 002551
638. EY PERM 002565
639. EY PERM 002652
640. EY PERM 002658
641. EY PERM 002665
642. EY00 002425 - 34
643. EY01 000498 - 511
644. EY01 004920 - 23
645. EY01-004929-954
646. EY04 005570 - 71
647. EY05-007746-769
648. EY06 001024
649. EY06 003231 - 35
650. EY07 001399
651. EY07 006587
652. EY07 009181 - 86
653. FLP-000007384 - 88
654. GEH 000001 - 104
655. GEH 000105 - 217
656. GEH 000218 - 372
657. GEH 000373 - 504
658. GEH 000505 - 635
659. GEH 000636 - 768
660. GEH 000769 - 892
661. GEH 000893 - 1054
662. GEH 001055 - 1293
663. GEH 001294 - 1530
664. GEH 001531 - 32
665. GEH 1593 - 94
666. GEH 1595 - 1608
667. GEH 1609 - 23
668. GEH 1624 – 37
669. GEH 1638
670. GEH 1639 – 48
671. GEH 1651 - 52
672. GEH 1653
673. GEH 1655 - 66
674. JB-0022225

675. JB-0026619

676. KRG-DAIRY00005866

677. MDVA_000867 at .0004 - 0005

678. MDVA001485

679. MDVA001570

680. MDVA001579

681. MDVA001580

682. MDVA001590

683. MDVA002053

684. MDVA002963

685. MDVA002964

686. MDVA002994

687. MDVA002995

688. MDVA003021

689. MDVA003036

690. MDVA003430

691. MDVA004962

692. MDVA004970

693. MDVA004971

694. MDVA007376 & 376_002-_005

695. MDVA010049

696. MID-AM 01-001017 - 18

697. MID-AM 01-001034 - 35

698. MID-AM 01-001399 - 403

699. MID-AM 01-001404 - 08

700. MID-AM 01-001409 - 19

701. MV005788 - 90

702. MV007520

703. MV009944

704. NDH00000296 - 98

705. NDH00000712

706. NDH00000745

707. NDH00000806

708. NDH00000891

709. NDH00000893

710. NDH00001056

711. NDH00001242

712. NDH00001292 - 97

713. NDH00001298 - 376

714. NDH00001377 - 448

715. NDH00001449 - 530

716. NDH00001531 - 39

717. NDH00001540 - 49

718. NDH00001550 - 64

719. NDH00001565 - 74

720. NDH00001575 - 85

721. NDH00001586 - 96

722. NDH00001597 - 607

723. NDH00001608 - 17

724. NDH00001618 - 712

725. NDH00001713 - 23

726. NDH00001724 - 32

727. NDH00001733 - 51

728. NDH00001752 - 58

729. NDH00001759 - 64

730. NDH00001765 - 70

731. NDH00001771 - 77

732. NDH00001778 - 84

733. NDH00001785 - 815

734. NDH00001816 - 44

735. NDH00001892 - 97

736. NDH00001913 - 23

737. NDH00001970

738. NDH00002123

739. NDH00002143 - 61

740. NDH00002266 - 72

741. NDH00002278 - 82

742. NDH00002675

743. NDH00002796 & 799

744. NDH00005796

745. NDH00005809

746. NDH00005825 - 28

747. NDH00005833

748. NDH00015860 - 79

749. NDH00015877 - 99

750. NDH00015900 - 23

751. NDH000186309 - 13

752. NDH00020533 - 45

753. NDH00023255 - 79

754. NDH00023303 - 27

755. NDH00023328 - 51

756. NDH000261343 - 78

757. NDH00044851

758. NDH00045013 & 15

759. NDH00045017 - 24

760. NDH00045025 - 30

761. NDH00045047 - 52
762. NDH00045053 - 5059
763. NDH00045137 - 47
764. NDH00045167 - 293
765. NDH00045374 - 400
766. NDH00045616 - 5616.196
767. NDH00045617, 617.002 - .028
768. NDH00045617, 617.126
769. NDH00045631 - 34
770. NDH00045635 - 59
771. NDH00045661
772. NDH00045665 - 791
773. NDH00045678 - 79
774. NDH00045805 - 76
775. NDH00046014
776. NDH00046098
777. NDH00046206 - 6.579
778. NDH00051375 - 425
779. NDH00051433 - 511
780. NDH00051670 - 78
781. NDH00051691 - 705
782. NDH00051707 - 16
783. NDH00051742 - 52
784. NDH00051754 - 63
785. NDH00051860 - 66
786. NDH00052238
787. NDH00054423
788. NDH00054424 - 27
789. NDH00054428 - 56
790. NDH00054472 - 4475
791. NDH00054484 - 87
792. NDH00054531
793. NDH00054536
794. NDH00055579 - 81
795. NDH00055634
796. NDH00055667
797. NDH00055671
798. NDH00055672
799. NDH00055739 - 74
800. NDH00056344 - 54
801. NDH00056625 - 701
802. NDH00056734 - 38
803. NDH00057501 - 03
804. NDH00059551 - 88
805. NDH00060008; 60049
806. NDH00060289 - 343
807. NDH00094807
808. NDH00094874
809. NDH00094898 - 4900
810. NDH00094915
811. NDH00095095
812. NDH00095110
813. NDH00095180
814. NDH00135397
815. NDH00135407
816. NDH00135485 - 86
817. NDH00135488
818. NDH00135505
819. NDH00135959 - 6056
820. NDH00137386 - 8
821. NDH00137717 - 869
822. NDH00137892 - 8046
823. NDH00138624 - 35
824. NDH00146174
825. NDH00146443
826. NDH00147103 - 34
827. NDH00148366
828. NDH00148970
829. NDH00157652 - 69
830. NDH00167913
831. NDH00171003 - 25
832. NDH00171026 - 45
833. NDH00171125
834. NDH00171140 - 72
835. NDH00171156
836. NDH00171161 - 62
837. NDH00172224 - 28
838. NDH00172934
839. NDH00172953
840. NDH00172972
841. NDH00172991 - 3001
842. NDH00185580
843. NDH00185582
844. NDH00186098 - 99
845. NDH00186309
846. NDH00191353 - 55

847. NDH00191756
848. NDH00191850
849. NDH00192208
850. NDH00192403
851. NDH00193416 - 17
852. NDH00195347
853. NDH00197766
854. NDH00208506
855. NDH00208524
856. NDH00208609
857. NDH00210720
858. NDH00211254 - 384
859. NDH00211372
860. NDH00216897 - 901
861. NDH00217104
862. NDH00217430 - 54
863. NDH00217455 - 56
864. NDH00220014 - 42
865. NDH00222113 & 117
866. NDH00222140 & 144
867. NDH00222169 & 173
868. NDH00222196 & 199
869. NDH00230865 - 936
870. NDH00234939 - 41
871. NDH00235422
872. NDH00236169 - 74
873. NDH00246462
874. NDH00246552
875. NDH00246561 - 62
876. NDH00246563
877. NDH00246563
878. NDH00246580
879. NDH00246620 - 1
880. NDH00246622
881. NDH00246701 - 723
882. NDH00246754 - 61
883. NDH00248366
884. NDH00248546 - 86
885. NDH00248733
886. NDH00248781
887. NDH00248905
888. NDH00249196
889. NDH00249491
890. NDH00250992
891. NDH00256701
892. NDH00263873
893. NDH00263899
894. NDH00264072
895. NDH00264145
896. NDH00264146 - 49
897. NDH00264171
898. NDH00264175 - 86
899. NDH00269851 - 87
900. NDH00270165-210
901. NDH00272484
902. NDH00283251 - 432
903. NDH00285220
904. NDH00285230 - 417
905. NDH00285407 - 09
906. NDH00285993
907. NDH00285993 - 016
908. NDH00286152
909. NDH00286924 - 32
910. NDH00286933 - 39
911. NDH00286940 - 47
912. NDH00286948 - 56
913. NDH00286957 - 64
914. NDH00287850
915. NDH00287904
916. NDH00296080
917. NDH00307746
918. NDH00329631
919. NDH00909588
920. NDH01-1398197
921. NDH0246707
922. NDHe00002323
923. NDHe00002329
924. NDHe-00002813 - 80
925. NDHe00006378
926. NDHe00006638
927. NDHe00006714
928. NDHe00006771
929. NDHe00007636
930. NDHe00007984
931. NDHe00009550
932. NDHe00013907

933. NDHe00014892  
934. NDHe00016094  
935. NDHe00016728  
936. NDHe00022375  
937. NDHe00022938  
938. NDHe00023557 - 58  
939. NDHe00023733 - 34  
940. NDHe00024491  
941. NDHe00024577  
942. NDHe00062035  
943. NDHe00064299  
944. NDHe00064865  
945. NDHe00065374  
946. NDHe00065757  
947. NDHe00066553  
948. NDHe00066833 - 6834  
949. NDHe00067189 & 7195  
950. NDHe00074002 - 37  
951. NDHe00080049  
952. NDHe00080073  
953. NDHe00080078  
954. NDHe-00080090 - 92  
955. NDHe00080343  
956. NDHe00080584  
957. NDHe00080976  
958. NDHe00080991  
959. NDHe00081037  
960. NDHe00084385  
961. NDHe00085618  
962. NDHe00085619 - 20  
963. NDHe00091427  
964. NDHe00092295  
965. NDHe00097527  
966. NDHe00103591  
967. NDHe00106797  
968. NDHe00114661  
969. NDHe00115589  
970. NDHe00116050  
971. NDHe00119407 - 19  
972. NDHe00121763  
973. NDHe00122322 - 24  
974. NDHe0015093  

975. PFD00003024  
976. PFD00003031  
977. PFD00003064  
978. PFD00004841  
979. PX 1063  
980. PX 1169  
981. PX 1200  
982. PX 1251  
983. PX 1277  
984. PX 1430  
985. PX 1481  
986. PX 1588  
987. PX 1589  
988. PX 1598  
989. PX 1599  
990. PX 1600  
991. PX 1781  
992. PX 181  
993. PX 1854  
994. PX 1890  
995. PX 274  
996. PX 338  
997. PX 359  
998. PX 646A  
999. PX 670  
1000. SGMPA0000189 - 93  
1001. SGMPA0000197  
1002. SGMPA0000197  
1003. SMA_0024550 - 71  
1004. SMA_0024561 - 71  
1005. SMA_0037953 - 63  
1006. SMA_0038010 - 15  
1007. SMA_0038010 - 15  
1008. SMA_0042556 - 43038  
1009. SMA_0165941 - 6603  
1010. SMI0000107 - 110  
1011. SMI0000988 - 91  
1012. SMI0000992 - 1000  
1013. SMI0005212 - 17  
1014. SMI0006615 - 21  
1015. SMI0006718 - 35  
1016. SMI0006786 - 96  
1017. SMI0006810 - 18  
1018. SMI0013958 - 61

| | |
|---|---|
| 1019. SMI0013981 | 1020. SMI0014480 - 85 |
| 1021. SMI0042437 - 43 | 1022. SMI0042760- 85 |
| 1023. SMI0042930 - 31 | 1024. SMI0045473 - 74 |
| 1025. SMI0045500 | 1026. SMI0045507 |
| 1027. SMI0045508 - 12 | 1028. SMI0045511 |
| 1029. SMI0045526 - 27 | 1030. SMI0045528 - 29 |
| 1031. SMI0045534 - 35 | 1032. SMI0066305 - 07 |
| 1033. SMI0066308 - 13 | 1034. SMI0066848 - 74 |
| 1035. SMI0066917 - 55 | 1036. SMI0066917 - 62 |
| 1037. SMI0068362 | 1038. SMI0072798 - 810 |
| 1039. SMI0073128 - 33 | 1040. SMI0074437 |
| 1041. SMI0074476 - 78 | 1042. SMI0077649 |
| 1043. SMI0078899 - 901 | 1044. SMI0078911 - 23 |
| 1045. SMI0078963 - 64 | 1046. SMI0085674 |
| 1047. SMI0087130 - 31 | 1048. SMI0087134 - 35 |
| 1049. SMI0087994- 97 | 1050. SMI0089156 - 60 |
| 1051. SMI0107771 - 72 | 1052. SMI0110815 |
| 1053. SMI0112836 - 42 | 1054. SMI01413509 - 67 |
| 1055. SMI0141359 - 67 | 1056. SMI0168729 - 30 |
| 1057. SMI-DOJ-0010 - 11 | 1058. SUZ 45 000325 |
| 1059. TB00000010 | 1060. TB00000029 |
| 1061. TB00000049 | 1062. TB00000104 - 07 |
| 1063. TB00000156 - 224 | 1064. TB00000225 - 85 |
| 1065. TB00000286 - 341 | 1066. TB00000342 - 417 |
| 1067. TB00000418 - 99 | 1068. TB00000500 - 45 |
| 1069. TB00000546 - 648 | 1070. TB00000649 - 710 |
| 1071. TB00000711 - 93 | 1072. TB00000794 - 853 |
| 1073. TB00000854 - 908 | 1074. TB00000909 - 31 |
| 1075. TB00000932 - 68 | 1076. TB00000969 - 1001 |
| 1077. TB00001002 - 1129 | 1078. TN00000140 |
| 1079. TN00000145 | 1080. TN00000171 - 72 |
| 1081. TN00000187 - 99 | 1082. TN00000225 - 80 |
| 1083. TN00000281 - 303 | 1084. TN00000304 - 53 |
| 1085. TN00000354 - 94 | 1086. TN00000395 - 449 |
| 1087. TN00000450 - 504 | 1088. TN00000505 - 55 |
| 1089. TN00000556 - 96 | 1090. TN00000597 - 635 |
| 1091. TN00000636 - 64 | 1092. TN00000665 - 94 |
| 1093. TN00000695 - 723 | 1094. TN00000724 - 31 |
| 1095. TN00000732 - 40 | 1096. TN00000741 - 49 |

| Additional Legal Materials |
|---|
| 1. Complaint, United States v. Dean Foods, 10-C-0059 (E.D. Wisc.) (2010.01.22) |
| 2. United States of America vs. Mid-America Dairymen, Inc. Southern Foods Group LP and Milk Products LLC Civil Action No: 397CV2162-P Complaint (1997.09.03) |
| 3. United States of America vs. Mid-America Dairymen, Inc. Southern Foods Group LP and Milk Products LLC Civil Action No.: 3-97CV 2162-P Final Judgment (1998.02.27) |
| 4. United States of America, State of Wisconsin, State of Illinois, and State of Michigan v. Dean Foods Company Complaint 10-C-0059 (2010.01.22) |
| 5. Westlaw, "ReMax vs. Realty One" (1999.04.06) |
| 6. Westlaw, "Petruzzi's IGA Supermarkets vs. Darling-Delaware Co." (1993.07.13) |
| 7. Westlaw_Document_15_31_11: United States Court of Appeals Sixth Circuit of the Opinion on the Matter David L. Best vs. Lowe's Home Center, Inc. No. 08-5924 Argued 03/12/2009 (1999.04.16) |
| 8. United States Court of Appeals Sixth Circuit of the Opinion on the Matter John Eric Thomas, and wife, Heather Thomas vs. City of Chattanooga, Tennessee, No. 03-6308 Argued 11/04/04 (2005.02.09) |
| 9. Westlaw_Document_16_46_31: Appeals Sixth Circuit of the Opinion on the Matter George E. McGowan, and wife, Maxine McGowan (Plaintiffs), Donald Kent Berkley (Intervening-Plaintiff) vs. Cooper Industries, Inc., et al, Pennwalt Corporation Nos. 86-6055, 86-6 (1998.12.20) |
| 10. Complaint in U.S. v. Mid-Am, Southern Foods Group, and Milk Products (1997.09.03) |
| 11. Final Judgment in US v. Mid-Am, Southern Foods Group, and Milk Products] (Establishing a Schedule for the Pay Off of the $40 Million Dollar Mid-Am Loan to Milk Products at 9 (1998.02.27) |
| 12. Plaintiffs' Verified Original Petition for Injunctive Relief and Damages at 3-4, Dean v. Yates, Civ. No. 09-13739 (Dist. Ct. Tex. 2009). |
| 13. Agreed Temporary Restraining Order, Dean v. Yates, Civ. No. 09-13739 (Dist. Ct. Tex. 2009) |

| Publically Available Materials |
|---|
| 1. 2002 Dean Foods 10-K |
| 2. 2003 Dean Foods 10-K |
| 3. 2004 Dean Foods 10-K |
| 4. 2005 Dean Foods 10-K |
| 5. 2007 Dean Foods 10-K |
| 6. Dean Foods Co. 8-K/A (2001.12.21) |

7. Form 10-Q Quarterly Report Filed behalf of Suiza (2001.08.10)

8. Dean Foods 8-K Regarding Entry into a Material Definitive Agreement (2007.04.04)

9. Dean Foods 8-K Regarding Merger (2002.01.07)

10. Dean Foods 2002 Proxy Statement

11. Dean Foods 2003 Proxy Statement

12. Dairy Field, "King of the Mountain," October 1999 (4 pages - Greg Engles bio article)

13. Dairy Field, "King of the Mountain," October 1999 (2 pages - Greg Engles bio article)

14. Knoxville News, "Dairy Dilemma" (2005.10.09)

15. The New York Times, "Yes It's a Cooperative. But For Whom?" (2008.05.18)

16. Siebert, John W.; Schwart, Robert; Pritchard, Mickey; Seidenberger, Matt. "Suiza Foods Corporation: Best Management Strategy in the Fluid Milk Industry." *International Food and Agribusiness Review*. 2000. www.ifama.org. April 7, 2009. <http://www.ifama.org

17. "Suiza Foods." *www.findarticles.com*. April 1998. March 23,2009. <http://findarticles.com/p/articles/mi_m3301/is_n4_v99/ai_20872541/>. (1998.04.01)

18. "Suiza Food Corporation History." *International Directory of Company Histories, Vol. 26. St. James Press,* 1999. April 3, 2009. <http://www.fundinguniverse.com/company-histories/Suiza-Foods-Corporation-Company-History.html>.

19. "Suiza Foods Completes Acquisition of Southern Foods Group and Releases Updated Share Repurchase...." *www.allbusiness.com.* January 4, 2000. Business Wire. April 3, 2009. <http://www.allbusiness.com/company-activities-management/company-structures-ownership

20. Kenyon, Sevie. "Merger Mayhem, Low Milk Prices are Only Background Noise as the Cultural-Social Fabric of Dairy Farming Changes." *Dairy Biz.*1999. March 30, 2009. <http://www.moomilk.com/archive/cafarmer-09.htm>.

21. "Fluid Milk." *AGMRC- Agricultural Marketing Resource Center*. March 2009. Agricultural Marketing Resource Center. April 7, 2009. <http://www.agmrc.org/commodities__products/livestock/dairy/fluid_milk.cfm>.

22. "Southeast Milk." *Southeast Milk, Inc.* 2005. Southeast Milk, Inc. March 2009. <https://secure.southeastmilk.org/v2/about/>.

23. Hardin, Pete. "DFA Scandal: Hanman Secretly Paid Ex-Board Chairman $1 Million". *www.themilkweed.com*. May 2008. The Milkweed. April 2, 2009. <http://www.themilkweed.com/Feature_08_May.pdf>.

24. Hardin, Pete."DFA (Enron of the Dairy Industry): "10 Years and Crumbling."

| | *www.themilkweed.com.* April 2008. The Milkweed. April 2, 2009. <http://www.themilkweed.com/April%202008%20DFA%20Financial%20Stories.pdf>. |
|---|---|
| 25. | Hardin, Pete. "Giants" Break Antitrust Laws as Gov't Snoozes." *www.themilkweed.com.* January 2007. The Milkweed. April 2, 2009. <http://www.themilkweed.com/Feature_07_Jan.pdf>. |
| 26. | Martin, Andrew. "Dairy insider has clout in setting prices." chicagotribune.com. December 30, 2004. Chicago Tribune. March 20, 2009. <http://www.chicagotribune.com/services/newspaper/premium/chi-0412300250dec30,0,7788441.story>. |
| 27. | "Who We Are: Co-op." *www.dfamilk.com.* DFA. March 27, 2009. <www.dfamilk.com>. |
| 28. | "Who We Are: Milk Sheds." *www.dfamilk.com.* DFA. March 27, 2009. <www.dfamilk.com>. |
| 29. | "Who We Are: Plants." *www.dfamilk.com.* DFA. March 27, 2009. <www.dfamilk.com>. |
| 30. | "Who We Are: Products." *www.dfamilk.com.* DFA. March 27, 2009. <www.dfamilk.com>. |
| 31. | "Who We Are: Brands." *www.dfamilk.com.* DFA. March 27, 2009. <www.dfamilk.com>. |
| 32. | "Newsroom: Dairy Farmers of America Management Staff." *www.dfamilk.com.* DFA. March 27, 2009. <www.dfamilk.com>. |
| 33. | "Newsroom: Dairy Farms of America Corporate Board." *www.dfamilk.com.* DFA. March 27, 2009. <www.dfamilk.com>. |
| 34. | Press Release - Grupo Lala Purchases National Dairy from DFA (2009.05.08) |
| 35. | Press Release - Dean Foods Announces Plan to Return Approximately $2.0 Billion to Shareholders Through Special Cash Dividend of $15.00 Per Share (2007.03.02) |
| 36. | Dean Foods Announces Completion of New $4.8 Billion Senior Credit Facility and Return of $1.94 Billion to Shareholders Through Special Cash Dividend of $15.00 Per Share (2007.04.02) |
| 37. | NWU - Price Fixing White Paper: The Center for the Study of Industrial Organization at Northwestern University Working Paper #0040 - Lectures on Antitrust Economics Chapter 2: Price Fixing by Michael D. Whinston Northern University and NBER |
| 38. | Press Release - Justice Department Approves Dairy Merger After Parties Agree to Divestiture (1995.09.27) |
| 39. | Press Release - Antitrust Division Policy Guide to Merger Remedies October 2004 |
| 40. | George J. Stigler, The Theory of Price, revised ed., (New York: The MacMillan Company, 1952) |
| 41. | Paul A. Samuelson, Economics, 6th ed., (New York: McGraw-Hill, 1964) |
| 42. | Gary Johns and Alan M. Saks, Organizational Behaviour: Understanding and Managing Life at Work. 6th ed., (Toronto, Ontario: Pearson Prentice Hall, 2005) |

EXHIBIT V

# DIRECTORS MONTHLY

### August 2008
Volume 32 Number 8



## An Insider Revisits the "Disney Case"

By H. Stephen Grace, Jr., Ph.D.

**According to the author, who was there in the thick of it, the Disney court got it right. Get over it.**

The smoke has cleared and the dust has settled. The corporate governance "case of the century," the shareholder derivative litigation in connection with Walt Disney Company's hiring and subsequent termination of Michael Ovitz has concluded. Both the Chancery Court and Delaware's Supreme Court found in favor of the defendant directors.

The conclusion of the "Disney case" has one exception—the continuing criticism of the Delaware courts' decisions. Immediately following the Chancery Court verdict and to the present day, these criticisms have continued. Critics charge that the courts failed to see important, highly visible facts, and that the "pro-business" inclinations of the Delaware courts drove their decisions, despite all the evidence to the contrary.

The Delaware courts have been unfairly maligned, and the inaccuracies of the criticisms should be addressed. The work of the Delaware courts as exemplified in these cases sends an important two-fold message: (1) plaintiffs' allegations must be supported by the facts; and (2) directors and officers must properly discharge

Reprinted from Directors Monthly with permission of the publisher.
© 2008 National Association of Corporate Directors (NACD)
1133 21st Street, NW, Suite 700, Washington, D.C. 20036
202-775-0509
www.nacdonline.org

(Continued on page 3.)

## Inside

**Getting Warmer in the Boardroom**
Everyone talks about global warming, but somebody's got to do something about it. Does your board have a plan? **11**

**The Art of the Deal**
Not all directors are good negotiators. Should they be? How can boards get what they want? **14**

**Offshore or Offsite, Oversight Needed**
Out of sight, out of mind just doesn't work when it comes to risk. Be prepared to ask even more questions. **19**

**Full Table of Contents on Page 2**



**NATIONAL ASSOCIATION OF CORPORATE DIRECTORS**

Two Lafayette Centre
1133 21st St. NW
Suite 700
Washington, DC 20036
202-775-0509
www.nacdonline.org

their responsibilities.

My familiarity with the Disney case—having served as a consultant to the primary D&O carrier and its counsel—aids my understanding of the courts' opinions. The ongoing criticisms basically represent a continued acceptance of the plaintiffs' charges (led by Milberg Weiss, LLP), with the critics failing to recognize the serious flaws in these allegations, which became clear during the trial.

## The Milberg Weiss Complaint

The plaintiffs' allegations were incendiary. The Plaintiffs' Second Amended Consolidated Derivative Complaint allegations included these charges:

- Paragraph 3 – Eisner recruited Ovitz as a result of their personal friendship.
- Paragraph 3 – The hiring of Ovitz was facilitated by Irwin Russell in his role as chair of the compensation committee.
- Paragraph 4 – The compensation committee "inadequately investigated the proposed terms of the Ovitz Employment Agreement (OEA)…" The compensation committee and the old board paid insufficient attention to the terms of the OEA.
- At the September 1995 meeting, more time was spent on Russell's additional compensation for handling the negotiations than on the terms of the OEA.
- Paragraph 5 – The compensation committee and the old board "indifferently and recklessly, failed to obtain and consider all material information reasonably available to them and evaluate whether the OEA was desirable from a corporate standpoint…"

The allegations continued throughout the complaint, all highly critical of the actions of Eisner and the Disney board.

## The Continuing Criticisms

The criticisms that followed the courts' opinions parallel the Milberg Weiss allegations. Examples of these criticisms are provided in an article written by Professor Lucian Bebchuk, director of the Program on Corporate Governance at Harvard Law School, and in a recent book by Professor Zabihollah Rezaee. The Bebchuk article appeared immediately after the Chancery Court decision in August 2005 ("The Disney Verdict and the Protection of Investors," *Financial Times*, August 12, 2005) and opens as follows:

The Delaware Chancery Court issued its long-awaited and important opinion in the Disney litigation earlier this week, absolving the defendant directors of any liability. The decision makes it clear that investors can-

**Critics charge that the courts failed to see important, highly visible facts, and that the "pro-business" inclinations of the Delaware courts drove their decisions, despite all the evidence to the contrary.**

not look to judicially imposed liability for protection from disastrous compensation decisions and other governance failures. What the decision leaves unclear, however, is where shareholders can look to for such protection under existing corporate arrangements.

Chancellor William Chandler's opinion vividly describes the governance failures at Disney: an imperial chief executive with "many lapses" and a board too willing to follow his whims; a critical report by a compensation consultant that is not circulated to all members of the compensation committee; directors that spend 25 minutes reviewing a compensation package whose problematic structure is now famous; and so forth.

Professor Bebchuk concludes his article:

By making it clear that courts will not hold directors liable for governance failure, the Disney opinion highlights the need for reforms that will make directors otherwise accountable. Decisions such as this are acceptable only within a system that provides other mechanisms for protecting the interests of investors.

Professor Rezaee, in his book *Corporate Governance Post Sarbanes-Oxley: Regulations, Requirements, and*

**Director Summary:** A consultant for the defense in the well-known "Disney case," litigated in the Delaware Court of Chancery and the Delaware Supreme Court, shares his perspective on why the courts' decisions were the right ones. Both courts found that the termination package awarded by Disney's board to ousted CEO Michael Ovitz was within the bounds of the business judgement rule.

Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 97 of 100   PageID #: 20708

# Business investment decisions involve risk, whether the decisions involve mergers or acquisitions, systems development, sports and entertainment undertakings, or the hiring or termination of senior executives.

*Integrated Processes* (John Wiley & Sons, 2007), follows Bebchuk with his statement, "This court opinion of not holding directors liable for governance failure definitely underscores the need for reforms, such as majority shareholder voting, to enable shareholders to hold directors accountable."

## The Hiring and Termination of Michael Ovitz

Chancellor William B. Chandler's opinion, other trial-related information, and public documents point out the serious flaws in the Milberg Weiss allegations. These documents address the well-understood risks associated with business investment decisions, including the hiring of senior executives; the factors at work which may have influenced Disney's decision to seek the services of Michael Ovitz; the hiring process; the terms of the hiring; the performance of Ovitz; the termination process; and the terms of the termination.

Business investment decisions involve risk. Mergers or acquisitions, systems development, sports and entertainment undertakings, or the hiring or termination of senior executives all involve some degree of risk. Over the years, publicly available data has made clear the risks associated with these business investment decisions. Firms seek the services of capable CEOs, COOs, and other executives who often possess special talents. Large front-end, sign-on bonuses, stock and stock options, periodic bonuses, lucrative back-end payments, and other provisions are often components of the contracts entered into with these individuals. Both the hiring of a new executive and the promotion of a proven executive are fraught with risk.

For an example, one has only to examine the details of the hiring of Gary Wendt to lead Conseco Inc., where Wendt was paid a sign-on bonus of $45 million and received various other forms of compensation, including a back-end annual pension when he turned 65 years old. Conseco and Wendt separated only a few years after Wendt took over the leadership of Conseco.

In the case of terminations, even when a formal contract may not be in place, a company may elect to make a significant payment to a departing executive. The payout that Doug Ivestor, CEO of Coca Cola, received upon his severance from the company, is one example. When Coca Cola's board determined that Ivestor needed to step aside, Ivestor did not actually have an employment agreement that spoke to such an occurrence. Further, Ivestor was not seen as contributing in any significant ways to Coca Cola going forward. Despite that, the severance he received was estimated to be worth $166 million.

## The Decision to Hire Michael Ovitz

Chandler's opinion and the documents from the case speak to Disney's decision to seek the services of Michael Ovitz. The growth in the Disney share price from the time that Eisner and Frank Wells joined Disney in 1984 until the mid-1990s was outstanding. Ten thousand dollars invested in Disney stock in September 1984 was worth approximately $160,000 by July 1994. In an April 1995 *Fortune* article, John Huey said, "Disney has consistently reported annual increases in profits and return on equity of more than 20 percent, and Wall Street has rewarded it by driving its market value up from less than $2 billion in 1994 to more than $28 billion today—bigger than Ford, for example."

In 1994, Disney was hit with multiple significant personnel issues. Frank Wells's death in April 1994 in a helicopter accident was followed four months later by Eisner's quadruple bypass surgery. At nearly the same time, Jeff Katzenberg, who headed Walt Disney Studios, departed. There had been three capable executives who had worked together for a considerable period of time; now there was only one, and that one was in the process of recovering from surgery.

Further complications developed at this time with Disney's agreement to acquire CapCities, which would add 60 percent to Disney's size. Disney's decision to seek the services of Michael Ovitz was sound. Ovitz was widely recognized as the most powerful player in the content area.

Further, Ovitz was "in play." Edgar Bronfman, chairman of Seagram's—which had acquired 80 percent of MCA from Matsushita—was estimated by *The Economist* to have placed an employment package of between $250 million and $300 million on the table to persuade Ovitz to become the entertainment group's new chairman. The MCA offer recognized both the power of Ovitz's position in running Creative Artists Agency (CAA) as well as his estimated income of $20-25 million earned annually in that position. When Ovitz declined the MCA

Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 98 of 100   PageID #: 20709

offer, *The Economist* speculated that "it is only a matter of time before he (Ovitz) is offered yet another, more tempting media giant to run—without a young proprietor to second-guess him all the time. One would be Time Warner… another could be Viacom…"

## The Hiring Process

The hiring process was well structured. An important element in Disney's search was Disney's "pay-for-performance" culture. The employment agreements of Eisner, Wells, Katzenberg, and others, all reflected a careful adherence to this culture of rewarding business success, which had been in place since Eisner and Wells arrived in the mid-1980s. There were no upfront signing bonuses, awards of stock, restricted stock, or guaranteed annual bonuses. Base salary compensation was seen as being reasonable; one stock option was awarded per multi-year employment contract and annual bonuses depended upon the achievement of defined performance criteria.

Marketplace acceptance of Disney's pay-for-performance culture is well established. Corporate governance observer Nell Minow, in a December 23, 2001, *Fortune* article on Eisner, said that prior to 1996 she "applauded Eisner not just for reviving Disney, but for taking a modest base salary of $750,000" in what she called a "truly credible pay plan based on escalated options." The compensation structure was recognized as creative, forward-thinking, and beneficial to shareholders.

Initial discussions with Ovitz involved Irwin Russell, Disney's compensation committee chair, Eisner, and later on, Raymond Watson, former Disney chairman and a member of the compensation committee. Having the chair of the compensation committee and another long-term board member head the negotiations ensured both compensation committee awareness and board awareness of the flow of these negotiations. Raymond Watson had been the chairman of Disney at the time Eisner and Wells joined.

A highly credible consultant, Graef Crystal, was quickly involved in assisting Russell and Watson. The negotiations were lengthy and contentious. Ovitz's contract terms changed during the course of these negotiations. The evidence indicates that these changes in the compensation terms favored Disney.

The Ovitz deal was arm's length. Ovitz's advisors were capable and independent of Disney, while the individuals leading the negotiations for Disney were "informed buyers of talent" who had a clear understanding of the compensation parameters within which a compensation package with Ovitz had to be structured.

## The Terms of Hiring

The investment community and the press both responded

**In the case of terminations, even when a formal contract may not be in place a company may elect to make a significant payment to a departing executive.**

in a strong, positive manner when the negotiations between Disney and Ovitz were revealed. The commentary was highly favorable, pointing out what many believed to be enormous synergies that could be achieved as a result of Ovitz joining Disney. While Eisner and Ovitz were friends, they had not been able to come to terms on any business arrangement over the many years during which both stood as powerhouses in the industry. Eisner was simply not willing to pay the prices Ovitz demanded.

Ovitz's compensation conformed to Disney's compensation structure. Ovitz received no front-end bonus, no stock awards, and no restricted stock awards. He received a stock-option grant basically equivalent to that held by Frank Wells, his COO predecessor. The no-fault termination provision was necessary to induce Ovitz to join Disney. Crystal stated that, without this provision, Ovitz almost certainly would have refused Disney's offer, and the board might have had to entice him by offering a "huge and very likely more costly front-end bonus."

Non-monetary considerations appear to have been a part of Disney's negotiations with Ovitz. In Ovitz's testimony at trial he said he found interesting the opportunity to participate on the "buy side" after having been on the "sell side" for many years. The terms and conditions of Ovitz's compensation structure were logical and consistent with those of Eisner, Wells, and Katzenberg, as well as his past position as CEO of CAA and the compensation offer by Seagrams.

Ovitz was strongly motivated to succeed. His employment agreement, as detailed above, was pay-for-performance. With no signing bonus, or similar guarantees, compensation was mostly option-based, and thus the contract created an incentive for Ovitz to succeed. Further, Ovitz had no incentive to fail, even though there was the cash-termination benefit and the fact that his options would vest in the case of a no-fault termination. In leaving CAA and declining the MCA offer, Ovitz left cash flows far larger than the Disney cash-termination benefit. Also, there was no assurance the vested options would have any value. Furthermore, Ovitz already had sub-

Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 99 of 100   PageID #: 20710

> **Ovitz's compensation conformed to Disney's compensation structure. Ovitz received no front-end bonus, no stock awards, and no restricted stock awards.**

stantial wealth.

In comparison with other high-profile, non-Disney executives, Ovitz's compensation could not be considered excessive. Proxy data for Michael Armstrong, CEO of AT&T; Carly Fiorina, CEO of Hewlett Packard; Gary Wendt, CEO of Conseco; Robert Nardelli, CEO of Home Depot; and Larry Johnston, CEO of Albertson's, demonstrate that Ovitz's termination payments were not excessive when compared with those referred to as "the Five Executives." Assuming all the executives were terminated within 15 months after hire and their respective share prices increased 25 percent, Michael Ovitz finished fourth in terms of total compensation received over the 15-month period.

### The Performance of Ovitz

Talent-driven businesses are often characterized by high personnel turnover. In many respects, the story of Ovitz at Disney is the story of a clash of operating styles. Much has been written about Ovitz's operating style; it simply did not fit with Disney's culture. Certainly, Ovitz was highly motivated to succeed. He had the opportunity to exercise potentially significant influence at Disney and personal failure was not, in his view, an option. Once the organizational problems at Disney were set out for Ovitz, he only doubled his resolve to be successful in his role, but the culture clash was too great.

### The Termination Process

Amongst the top leadership and the board, a broad-based awareness developed that Ovitz did not fit within the Disney operating structure. Yet, Ovitz appears to have been largely unaware of these fractures. He continued to be committed to succeeding in his role even after Eisner discussed with him the problems that were developing. His termination was apparently based on business considerations and contract driven. Disney made an effort to determine whether to effect a "for cause" termination and concluded that its only business option was to proceed along the lines set out in Ovitz's employment contract for a no-fault termination.

Eisner headed the separation negotiations. Such an arrangement is not unusual. Given that Ovitz was on the board, it was not possible to hold any discussions regarding his performance or his pending termination at a board meeting.

### The Terms of the Termination

The monetary terms of Ovitz's no-fault termination were set out in his employment contract. Ovitz was to receive, and did receive, a cash termination payment of $38.9 million. Ovitz's 3 million shares vested, and at the time of the vesting, Disney's price had risen to $71 a share (the strike price was $57 a share). At the $71 share price, Ovitz's 3 million shares had a value of $42 million (3 million shares times $14 per share). This total is consistent with Ovitz's statement to the press regarding his termination compensation, and contrasts with reported allegations that the termination compensation paid Ovitz was $140 million.

### Conclusion

Criticism of the Disney decision continues to this day, decrying the Delaware courts as excessively pro-business and the decision an affirmation of that culture. But those who would criticize the decision would do well to examine the evidence. The opinions of the Delaware courts point out the serious flaws in the Milberg Weiss allegations. Yet these same flawed allegations continue to be relied upon by the critics of the courts. A dose of reality is in order. ∎

**H. Stephen Grace, Jr., Ph.D.,** is president of H.S. Grace & Company, Inc. (HSG&Co.) (www.hsgraceco.com). He currently serves as a director for private company boards.

Mr. Grace was joined on the HSG&Co. Disney project team by Peter Howell, director (retired) DeutscheBank; S. Lawrence Prendergast, chairman and CEO (retired), AT&T Investment Management Corp.; Steven B. Lilien, Ph.D., Professor of Accounting, Baruch College; James F. Ott, director of operations (retired) HSG&Co.; and Allan Tepper, founder, CFO Consulting Partners LLC.

 **H.S. Grace & Company, Inc.**
www.hsgraceco.com

*Houston:* 4615 Southwest Freeway, Suite 625 • Houston, TX 77027
(713) 572-6800 • Fax (713) 572-6806 • Email: hsgrace@hsgraceco.com

*New York:* 300 East 57th Street, #18A • New York, NY 10022
(212) 644-8620 • Fax (212) 813-1779 • Email: hsgrace@hsgraceco.com

Case 2:08-md-01000-JRG   Document 741-6   Filed 04/02/10   Page 100 of 100   PageID #: 20711