IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| IN RE SOUTHEASTERN MILK ANTITRUST LITIGATION | Master File No. 2:08-MD-1000 |
| | Judge J. Ronnie Greer |
| | Magistrate Judge Dennis H. Inman |
| THIS DOCUMENT RELATES TO: *Food Lion, LLC, et al. v. Dean Foods Company, et al.*, Case No. 2:07-CV-188. | |

**DEFENDANTS' SUPPLEMENTAL MOTION FOR
SUMMARY JUDGMENT AS TO COUNTS I AND V**

Defendants Dean Foods Company, Dairy Farmers of America, Inc., and National Dairy Holdings, LP hereby move for summary judgment as to Counts I and V. The grounds for this motion are explained in detail in the accompanying memorandum.

Respectfully submitted,

Dated: September 27, 2010

*/s/ Paul H. Friedman*
Paul T. Denis
Paul H. Friedman
Paul D. Frangie
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 20006
Tel: (202) 261-3300
paul.denis@dechert.com
paul.friedman@dechert.com
paul.frangie@dechert.com

Carolyn H. Feeney
David J. Stanoch
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000
carolyn.feeney@dechert.com
david. stanoch@dechert.com

William C. Bovender
Mark S. Dessauer
Hunter, Smith & Davis, LLP
1212 North Eastman Road
Kingsport, TN 37664
Tel: (423) 378-8840
bovender@hsdlaw.com
dessauer@hsdlaw.com

*Attorneys for Defendant
Dean Foods Company*

Steven R. Kuney
Kevin Hardy
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
skuney@wc.com
khardy@wc.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20037
Tel: (202) 663-7820
tmiller@bakerandmiller.com

G.P. Gaby
MILLIGAN & COLEMAN
P.O. Box 1060
Greeneville, TN 37744-1060
Tel: (423) 639-6811
sweems@milligancoleman.com

*Attorneys for Defendant*
*Dairy Farmers of America, Inc.*

Jerry L. Beane
Kay Lynn Brumbaugh
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, TX 75201
Tel: (214) 659-4400
jerrybeane@andrewskurth.com
kaylynnbrumbaugh@andrewskurth.com

Steven E. Kramer, Esq.
Thomas M. Hale, Esq.
KRAMER, RAYSON, LEAKE,
   RODGERS & MORGAN, LLP
P.O. Box 629
Knoxville, TN 37901-0629
skramer@kramer-rayson.com
tomhale@kramer-rayson.com

*Attorneys for Defendant*
*National Dairy Holdings, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2010, a copy of the foregoing Defendants' Supplemental Motion for Summary Judgment as to Counts I and V was filed and served on all counsel of record via operation of the CM/ECF system for the United States District Court for the Eastern District of Tennessee.

          */s/ Paul H. Friedman*
          Paul H. Friedman