IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| IN RE SOUTHEASTERN MILK ANTITRUST LITIGATION | Master File No. 2:08-MD-1000 |
| | Judge J. Ronnie Greer |
| | Magistrate Judge Dennis H. Inman |
| THIS DOCUMENT RELATES TO: *Food Lion, LLC, et al. v. Dean Foods Company, et al.*, Case No. 2:07-CV-188. | FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER AND THE COURT'S 9/22/09 STANDING ORDER |

**STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL
MOTION FOR SUMMARY JUDGMENT AS TO COUNTS I AND V**

**[COMPLETELY REDACTED]**

Respectfully submitted,

Dated:  September 27, 2010

Jerry L. Beane
Kay Lynn Brumbaugh
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, TX  75201
Tel:  (214) 659-4400
jerrybeane@andrewskurth.com
kaylynnbrumbaugh@andrewskurth.com

Steven E. Kramer, Esq.
Thomas M. Hale, Esq.
KRAMER, RAYSON, LEAKE,
   RODGERS & MORGAN, LLP
P.O. Box 629
Knoxville, TN  37901-0629
skramer@kramer-rayson.com
tomhale@kramer-rayson.com

*Attorneys for Defendant*
*National Dairy Holdings, LP*

/s/  Paul H. Friedman
Paul T. Denis
Paul H. Friedman
Paul D. Frangie
DECHERT LLP
1775 I Street, N.W.
Washington, D.C.  20006
Tel:  (202) 261-3300
paul.denis@dechert.com
paul.friedman@dechert.com
paul.frangie@dechert.com

Carolyn H. Feeney
David J. Stanoch
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:  (215) 994-4000
carolyn.feeney@dechert.com
david. stanoch@dechert.com

William C. Bovender
Mark S. Dessauer
HUNTER, SMITH & DAVIS, LLP
1212 North Eastman Road
Kingsport, TN  37664
Tel:  (423) 378-8840
bovender@hsdlaw.com
dessauer@hsdlaw.com

*Attorneys for Defendant*
*Dean Foods Company*

Steven R. Kuney
Kevin Hardy
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
skuney@wc.com
khardy@wc.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20037
Tel: (202) 663-7820
tmiller@bakerandmiller.com

G.P. Gaby
MILLIGAN & COLEMAN
P.O. Box 1060
Greeneville, TN 37744-1060
Tel: (423) 639-6811
sweems@milligancoleman.com

*Attorneys for Defendant*
*Dairy Farmers of America, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2010, a redacted version of the foregoing Statement of Undisputed Material Facts in Support of Defendants' Supplemental Motion for Summary Judgment as to Counts I and V was served by operation of the electronic filing system of the U.S. District Court for the Eastern District of Tennessee upon all counsel of record. In addition, unredacted versions of the foregoing, with all accompanying exhibits, were submitted to the Court pursuant to paragraph 3 of the Standing Order, and served by Federal Express and/or by electronic mail upon the following counsel of record:

| | |
|---|---|
| Robert G. Abrams<br>Terry L. Sullivan<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Tel: (202) 783-0800<br>abramsr@howrey.com<br>sullivant@howrey.com<br><br>*Attorneys for Baisley and Sweetwater Plaintiffs and Interim Co-Lead Counsel for Dairy Farmer Plaintiffs* | Gordon Ball<br>BALL & SCOTT<br>550 Main Street, Suite 601<br>Knoxville, TN 37902<br>Tel: (865) 525-7028<br>gball@ballandscott.com<br><br><br>Richard L. Wyatt, Jr.<br>Todd M. Stenerson<br>HUNTON & WILLIAMS LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Tel: (202) 955-1500<br>rwyatt@hunton.com<br>tstenerson@hunton.com<br><br>*Attorney for Breto Plaintiffs and Interim Co-Lead Counsel for Retailer Plaintiffs* |

and by Federal Express and/or electronic mail upon the following:

Steven R. Kuney
John E. Schmidtlein
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
skuney@wc.com
jschmidtlein@wc.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20037
Tel: (202) 663-7820
tmiller@bakerandmiller.com

G.P. Gaby
MILLIGAN & COLEMAN
109 South Main Street, Suite 301
P. O. Box 1060
Greeneville, TN 37744-1060
Tel: (423) 639-6811
sweems@milligancoleman.com

*Counsel for Defendants*
*Dairy Farmers of America,*
*Mid-Am Capital LLC, and*
*Dairy Marketing Services, LLC*

Jerry L. Beane
Kay Lynn Brumbaugh
ANDREWS KURTH LLP
1717 Main Street
Suite 3700
Dallas, TX 75201
Tel: 214-659-4400
jerrybeane@andrewskurth.com
kaylynnbrumbaugh@andrewskurth.com

Steven E. Kramer
Thomas M. Hale
KRAMER, RAYSON, LEAKE, RODGERS
& MORGAN, LLP
800 S. Gay Street, Suite 2500
P. O. Box 629
Knoxville, TN 37901-0629
Tel: 865-525-5134
skramer@kramer-rayson.com
tomhale@kramer-rayson.com

*Counsel for Defendant National Dairy Holdings, LP*

W. Gordon Dobie
Kari M. Rollins
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Tel: 312-558-5600
wdobie@winston.com
karollins@winston.com

Craig V. Gabbert, Jr.
J. David McDowell
HARWELL HOWARD FYNE GABBERT
& MANNER, P.C.
315 Deaderick Street, Suite 1800
Nashville, TN 37238-1800
Tel: 615-256-0500
cvg@h3gm.com
jdm@h3gm.com

*Counsel for Defendant Southern Marketing Agency, Inc.*

Andrew T. Wampler
Robert L. Arrington
WILSON WORLEY MOORE GAMBLE & STOUT, PC
2021 Meadowview Lane, 2nd Floor
Eastman Credit Union Building
P. O. Box 88
Kingsport, TN  37662
Tel:  423-723-0400
awampler@wwmgs.com
rarrington@wwmgs.com


Kelly B. Tidwell
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
Texarkana, TX  75503
Tel:  903-792-7080
kbt@texarkanalaw.com

*Counsel for Defendant James Baird*

Richard W. Pectol
PECTOL & MILES
202 East Unaka Avenue
Johnson City, TN  37601
Tel:  423-928-6106
rwpectol@earthlink.net

Daniel D. Crabtree
David E. Everson
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO  64106
Tel:  913-344-6750 (Crabtree)
Tel:  816-842-8600 (Everson)
dcrabtree@stinson.com
deverson@stinson.com

*Counsel for Defendant Gary Hanman*


Edward T. Brading
Bradley E. Griffith
HERNDON, COLEMAN, BRADING & McKEE
104 E. Main Street
Johnson City, TN  37604
Tel:  423-434-4700
ebrading@lawyerfirm.com
bgriffith@lawyerfirm.com

Charles W. German
Brandon J.B. Boulware
ROUSE HENDRICKS GERMAN MAY P.C.
1201 Walnut, Suite 2000
Kansas City, Missouri 64106
Tel:  816-471-7700
Charleyg@rhgm.com
brandonb@rhgm.com

*Counsel for Defendant Gerald Bos*


*/s/ Paul H. Friedman*
Paul H. Friedman