IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| IN RE: SOUTHEASTERN MILK ) | |
| ANTITRUST LITIGATION ) | |
| ) | Master File No. 2:08-MD-1000 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Judge J. Ronnie Greer |
| *Sweetwater Valley Farm, Inc., et al.* ) | |
| *v. Dean Foods Company, et al.*, No. 2:07-CV-208 ) | |

### ORDER

This multi-district antitrust case is before the Court to consider the plaintiffs' appeal of the Magistrate Judge's order dated December 8, 2010, which denied the plaintiffs' motion to exclude the testimony of defendants' experts James R. Peterson and Dr. Albert Ortego. [Doc. 1211]. After careful consideration of the Magistrate Judge's order, the Court finds that the Magistrate Judge's order is not clearly erroneous, an abuse of discretion, or contrary to law. Rule 72(a) of the Fed. R. Civ. P. 72(a). Accordingly, it is hereby **ORDERED** that the plaintiffs' appeal is **OVERRULED** and the Magistrate's order is **ADOPTED** and **AFFIRMED.** [Doc. 1195].

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE