IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| IN RE SOUTHEASTERN MILK ANTITRUST LITIGATION | ) ) ) ) | Master File No. 2:08-MD-1000 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Judge J. Ronnie Greer<br>Magistrate Judge Dennis H. Inman |
| *Sweetwater Valley Farm, Inc., et al. v. Dean Foods, et al.*, No. 2:07-CV-208 | ) ) ) ) | |

**AGREED MOTION, PURSUANT TO SECTION 2.1 OF THE DEAN SETTLEMENT AGREEMENT, TO SUBMIT ESCROW AGREEMENT FOR COURT APPROVAL**

Pursuant to Section 2.1(c) of the Settlement Agreement. (D.I. 1603-1), Plaintiffs Sweetwater Valley Farms Inc., et al. and Defendant Dean Foods Company ("Dean") hereby move for an order approving the terms of the Parties' escrow agreement. The Escrow Agreement, attached hereto as Exhibit A, was negotiated by Plaintiffs, Dean, the Escrow Agent, and Rust Consulting Inc., the Class Administrator, which all find this Agreement acceptable.

WHEREBY, the undersigned counsel hereby submits it for the Court's approval and request that the Court issue an Order approving the Escrow Agreement.

Dated: July 18, 2011  Respectfully submitted,

/s/Robert G. Abrams

Thomas C. Jessee, Esq.  Robert G. Abrams, Esq.
412 East Unaka Ave.  Robert J. Brookhiser, Esq.
Johnson City, TN 37601  Gregory J. Commins, Jr., Esq.
jjlaw@jesseeandjessee.com  Terry L. Sullivan, Esq.
*Liaison Counsel for Dairy Farmer Class*  Baker & Hostetler LLP
1050 Connecticut Ave., NW, Suite 1100
Washington, DC 20036
rabrams@bakerlaw.com
rbrookhiser@bakerlaw.com
gcommins@bakerlaw.com
tsullivan@bakerlaw.com
*Lead Counsel for Dairy Farmer Class*

**CERTIFICATE OF SERVICE**

   I certify that on the 18th day of July, 2011, a true and correct copy of ***Agreed Motion, Pursuant to Section 2.1 of the Dean Settlement Agreement, to Submit Escrow Agreement for Court Approval*** was served by operation of the electronic filing system of the U.S. District Court for the Eastern District of Tennessee upon all counsel who have consented to receive notice of filings in the matters styled *In re Southeastern Milk Antitrust Litigation*, MDL No. 1899.

             /s/ Danyll W. Foix
              Danyll W. Foix