IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: SOUTHEASTERN MILK ANTITRUST LITIGATION | ) ) ) ) | Master File No. 2:08-MD-1000 |
| THIS DOCUMENT RELATES TO: *Sweetwater Valley Farm, Inc., et al.* *v. Dean Foods Company, et al.*, No. 2:07-CV-208 | ) ) ) | Judge J. Ronnie Greer |

## JUDGMENT

This class action matter having come before the Honorable J. Ronnie Greer, United States District Judge, on the motion of the Plaintiffs for final approval of class action settlements, and the Court having rendered its decision by Memorandum Opinion, [Doc. 1889], and Order, [Doc. 1890], entered this same day, and having directed the Clerk to enter final judgment as to the Settling Defendants:

It is ordered that the Settlement Agreements are APPROVED in accordance with the terms of the Settlement Agreements pursuant to the Court's Memorandum Opinion and Order and the litigation as between the Settlement Class Members and Dean Foods Company, Southern Marketing Agency, Inc., and James Baird is DISMISSED on the merits WITH PREJUDICE and without costs to any party except as provided in the Settlement Agreement.

DATE: June 15, 2012.

ENTERED AS A JUDGMENT
s/*Debra C. Poplin*
CLERK OF COURT