# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

**If Your Farm Produced Grade A Milk in the Southeast Since 2001**

**You Could Get Money from Class Action Settlements**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- A settlement worth $158.6 million to members of the Class, plus certain conduct changes, has been reached with Dairy Farmers of America, Inc. ("DFA"), Dairy Marketing Services, LLC ("DMS"), Mid-Am Capital, LLC ("Mid-Am"), National Dairy Holdings, LP ("NDH"), and Gary Hanman ("Hanman"). These parties are called the "Settling Defendants" in this notice.

- The settlement resolves claims against the Settling Defendants in a lawsuit alleging anticompetitive conduct in the purchase, sale, and marketing of raw Grade A milk in Federal Milk Marketing Orders 5 and 7 and breach of the contractual terms of DFA's membership agreement and bylaws. The settlement is in addition to settlements with Dean Foods Company ("Dean"), Southern Marketing Agency ("SMA"), and James Baird ("Baird"). The settlement will result in dismissal of all claims against all Defendants remaining in this case.

- You may be eligible for a settlement payment. Under the settlement, dairy farmers who produced Grade A milk in Federal Milk Marketing Orders 5 or 7 and sold that milk directly or through an agent to Defendants or alleged Co-Conspirators in Orders 5 or 7 may be eligible for a payment.

    <u>Defendants</u>:  Dean, NDH, DFA, DMS, Mid-Am, SMA, Baird, and Hanman.

    <u>Alleged Co-Conspirators</u>:  Dairy.com, Inc., The Kroger Co., Prairie Farms Dairy, Inc., Robert W. Allen, Jay Bryant, Herman Brubaker, Gregg L. Engles, Michael J. McCloskey, Allen A. Meyer, and Pete Schenkel.

    <u>Orders 5 and 7</u>:  All of Alabama, Arkansas, Georgia, Mississippi, Louisiana, North Carolina, South Carolina, and Tennessee, and parts of Florida, Kentucky, Indiana, Missouri, Virginia, and West Virginia.

- You may be eligible for a settlement payment even if you previously asked to be excluded from the Class.

**Your legal rights are affected whether you act or don't act. Read this notice carefully.**

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS AT THIS TIME ||
|---|---|
| SUBMIT A CLAIM FORM | The only way to get a payment. |
| OPT BACK INTO THE CLASS | If you previously asked to be excluded from the Class, you may now ask the Court to reinstate you as a member of the Class for purposes of the settlement with the Settling Defendants. Reinstatement will not make you a part of the Class for purposes of any claims you may have against any other Defendants. |
| OBJECT | Write to the Court about what you don't like about the settlements. |
| GO TO A HEARING | Ask to speak in Court about the fairness of the settlements. |
| DO NOTHING | Get no payment. Give up rights to ever sue the Settling Defendants and Gerald Bos about legal claims in this case. |

- These rights and options - **and the deadlines to exercise them** - are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the settlement. Payments will be made if the Court approves the settlement and after any appeals are resolved. Please be patient.

**WHAT THIS NOTICE CONTAINS**

BASIC INFORMATION..................................................................................................................................PAGE 2
    1. Why is there a notice?
    2. Who are the Defendants and the alleged Co-Conspirators?
    3. What is this lawsuit about?
    4. Why is this a class action?
    5. Who is a member of the Class?
    6. Which Defendants are settling?
    7. Why is there a settlement with the Settling Defendants?
    8. Will the lawsuit continue?

WHO IS ELIGIBLE TO PARTICIPATE IN THE SETTLEMENT……………………………………………………………………………..PAGE 4
    9. How do I know if I'm part of the settlement?
    10. Are there any exceptions to being included in the settlement?
    11. If I previously asked to be excluded from the Class, can I change my mind now?
    12. If I previously did *not* ask to be excluded from the Class, can I change my mind now?
    13. I'm still not sure I'm included.

THE SETTLEMENT'S BENEFITS………………………………………………………………………………………………………………..PAGE 5
    14. What does the settlement provide?
    15. How much money can I get from the settlement?
    16. What happens if the Court approves the settlement?

HOW TO GET A PAYMENT ...........................................................................................................................PAGE 6
    17. How can I get a payment?
    18. When will I get my payment?
    19. What I'm giving up if I submit a settlement claim?

THE LAWYERS REPRESENTING YOU ............................................................................................................PAGE 6
    20. Do I have a lawyer in the case?
    21. How will the lawyers be paid?

OBJECTING TO THE SETTLEMENT ...............................................................................................................PAGE 6
    22. How do I tell the Court that I don't like the settlement?

THE COURT'S FAIRNESS HEARING ..............................................................................................................PAGE 7
    23. When and where will the Court decide whether to approve the settlement?
    24. Do I have to come to the Fairness Hearing?
    25. May I ask to speak at the Fairness Hearing?

IF YOU DO NOTHING .................................................................................................................................PAGE 7
    26. What happens if I do nothing at all?

GETTING MORE INFORMATION .................................................................................................................PAGE 7
    27. How do I get more information?

---

**BASIC INFORMATION**

**1. Why is there a notice?**

You have a right to know about a proposed settlement in this class action lawsuit, and about your options, before the Court decides whether to approve the settlement.

The Court in charge of the case is the United States District Court for the Eastern District of Tennessee. The case is known as *Sweetwater Valley Farm, Inc., et al. v. Dean Foods Company, et al.*, No. 2:07-CV-208. The people who sued are called Plaintiffs. The people and companies they sued are called Defendants.

**2. Who are the Defendants and alleged Co-Conspirators?**

Plaintiffs brought this litigation against nine Defendants and 10 alleged Co-Conspirators involved in the marketing, sale, purchase, and processing of Grade A milk produced by dairy farmers in the Southeast.

<u>Defendants</u>: Dean Foods Co. ("Dean"), National Dairy Holdings, LP ("NDH"), Dairy Farmers of America, Inc. ("DFA"), Dairy Marketing Services, LLC ("DMS"), Mid-Am Capital LLC, ("Mid-Am"), Southern Marketing Agency, Inc., ("SMA"), James Baird, ("Baird"), Gary Haman ("Hanman"), and Gerald Bos ("Bos"). Three Defendants previously settled (Dean, SMA, and Baird). The Court dismissed claims against former Defendant Bos, and as a result Plaintiffs and Bos agreed there would be no appeal or further litigation between them.

<u>Alleged Co-Conspirators:</u> Dairy.Com, Inc., The Kroger Co., Prairie Farms Dairy, Inc., Robert W. Allen, Jay Bryant, Herman Brubaker, Gregg L. Engles, Michael J. McCloskey, Allen A. Meyer, and Pete Schenkel.

### 3. What is the lawsuit about?

The lawsuit claims Defendants and alleged Co-Conspirators violated federal antitrust laws in the purchase, sale, and marketing of raw Grade A milk in Orders 5 and 7. The lawsuit also claims DFA breached the contractual terms of its membership agreement and bylaws by failing to operate for the benefit and advantage of its members as farmers. As a result, the lawsuit claims prices paid to dairy farmers in Orders 5 and 7 for raw Grade A milk were lower than they otherwise would have been. Defendants deny that they did anything wrong. A jury has not yet heard or resolved the merits of Plaintiffs' claims, or determined whether Plaintiffs' or Defendants' claims are true. The details of the claims are in the Complaint, available at www.southeastdairyclass.com or by calling 1-800-874-2297.

### 4. Why is this a class action?

In a class action, one or more people called class representatives sue on behalf of persons who have similar claims. All these people are a Class or Class Members. One court resolves the issues common to all Class Members, except for those Class Members who exclude themselves from the Class. U.S. District Judge J. Ronnie Greer is in charge of this class action.

Judge Greer ruled that the antitrust claims in this lawsuit can go forward as a class action. Judge Greer did not certify a class for Plaintiffs' claim that DFA breached the contractual terms of its membership agreement and bylaws by failing to operate for the benefit and advantage of its members as farmers.

### 5. Who is a member of the Class?

The Class includes:

> All dairy farmers, whether individuals or entities, who produced Grade A milk within Orders 5 or 7 and sold Grade A milk directly or through an agent to Defendants or Co-Conspirators in Orders 5 or 7 during any time from January 1, 2001 to the present are members of the Class.

There are two groups of farmers in the Class:

> **Independent Dairy Farmer and Independent Cooperative Member Subclass ("Independent Subclass")** - All independent dairy farmers and independent cooperative members (whether individuals or entities) who produced Grade A milk within Orders 5 or 7 and sold Grade A milk directly or through an agent to Defendants or Co-Conspirators in Orders 5 or 7 during any time from January 1, 2001 to the present. The terms "independent dairy farmer" and "independent cooperative member" refer to Southeast dairy farmers who were not members of DFA at the time of their Grade A milk sales.

> **DFA Member Dairy Farmer Subclass ("DFA Subclass")** - All DFA members (whether individuals or entities) who produced Grade A milk within Orders 5 or 7 and sold Grade A milk directly or through an agent to Defendants or Co-Conspirators in Orders 5 or 7 during any time from January 1, 2001 to the present. The term "DFA member dairy farmer" refers to Southeast dairy farmers who were members of DFA at the time of their Grade A milk sales.

The following persons are excluded from the Class: (a) Defendants; (b) Defendants' Co-Conspirators; and (c) former and current officers and directors of DFA and SMA.

The Class Representatives in this case for the Independent Subclass are Sweetwater Valley Farm, Inc., Barbara Arwood and Victor Arwood d/b/a VBA Dairy, Jeffrey P. Bender, Randel E. Davis, Farrar & Farrar Dairy, Inc., Fred Jaques, John M. Moore, D.L. Robey Farms, Robert D. Stoots, Virgil C. Willie, and Thomas R. Watson. The Class Representatives for the DFA Subclass are Payne Dairy, Inc., William C. Frazier and Branson C. McCain d/b/a McCain Dairy, and Jerry Holmes.

### 6. Which Defendants are settling?

The settlement is with DFA, DMS, Mid-Am, NDH, and Hanman. These parties are called the "Settling Defendants" in this notice. The settlement is in addition to settlements with Dean, SMA, and Baird described in a notice dated February 14, 2012.

### 7. Why is there a settlement with the Settling Defendants?

The Court has not decided in favor of Plaintiffs or the Settling Defendants. Plaintiffs think they would win against the Settling Defendants at a trial. The Settling Defendants think Plaintiffs would not win. But there will be no trial against the Settling

Defendants. Instead, Plaintiffs and the Settling Defendants agreed to a settlement. That way, they avoid the cost of a trial, and Class Members will get the benefits of the settlement.

**8. Will the lawsuit continue?**

If the Court approves the settlement, the lawsuit will be dismissed.

## WHO IS ELIGIBLE TO PARTICIPATE IN THE SETTLEMENT?

**9. How do I know if I'm part of the settlement?**

In general, all dairy farmers, whether individuals or entities, who produced Grade A milk within Orders 5 or 7 and sold Grade A milk directly or through an agent to Defendants or Co-Conspirators in Orders 5 or 7 during any time from January 1, 2001 to the present are eligible to participate in the settlement.

**10. Are there any exceptions to being included in the settlement?**

You are **not** a Class Member if you are a current or former officer or director of DFA or SMA.

You are **not** a Class Member if the complaint alleges you participated in the conspiracy that is the subject of the lawsuit. The complaint can be viewed at www.southeastdairyclass.com.

You are **not** a Class Member if you previously timely asked to be excluded from (opt out of) the Class, unless the Court reinstates you as part of the Class for purposes of the settlement with the Settling Defendants. See Question 11 below for instructions on how to seek reinstatement (opt back in).

**11. If I previously asked to be excluded from the Class, can I change my mind now?**

If you previously asked to be excluded from the Class in response to the Court's notice of class certification dated May 18, 2011 or the Court's notice of DFA Subclass certification dated June 8, 2012, you may ask the Court to reinstate you as part of the Class for purposes of the settlement with the Settling Defendants, unless you filed a separate lawsuit against these Defendants for the same conduct as described in the Complaint. You must deliver an application to SE Dairy Farm Class Reinstatements, c/o Rust Consulting, Inc., P.O. Box 2392, Faribault, MN 55021-9092 explaining your reasons for seeking reinstatement for purposes of the settlement with the Settling Defendants, so that it is **received** no later than **March 20, 2013**.

If you are reinstated, you may be eligible for a payment from the settlement with Settling Defendants, provided you file a claim form as described below in Question 17. Note that reinstatement for this settlement will not make you a part of any class for purposes of any claims you may have against any other Defendants. If you previously asked to be excluded from the Class and wish to pursue claims against any other Defendants, you must do so in a separate lawsuit. In evaluating whether to pursue any individual claim, you should consult your own attorney.

**12. If I previously did *not* ask to be excluded from the Class, can I change my mind now?**

You cannot exclude yourself from the Class at this time.

**13. I'm still not sure if I'm included.**

If you are still not sure whether you are eligible to participate in the settlement, you can ask for free help. For more information, visit www.southeastdairyclass.com, or call 1-800-874-2297.

## THE SETTLEMENT'S BENEFITS

**14. What does the settlement provide?**

The Settling Defendants agreed to pay $140,000,000 into a settlement fund within 15 days of the Court's preliminary approval of the settlement. In addition, the Settling Defendants agreed to pay $9,300,000 into an escrow account in 2014 and 2015, and that money will be disbursed to the Class in proportion to the extent Class I utilization rates do not increase sufficiently to raise uniform prices in Orders 5 and 7 by at least $9,300,000 per year. After deducting attorneys' fees, costs, and other fees and expenses (see Question 21), the net settlement funds will be distributed to Class Members who file valid claims.

The Settling Defendants also agreed to implement several changes to how they conduct their business in the Southeast, including:

- DFA will remove monetary penalties for cancellation of full-supply agreements for Country Delite in Nashville, TN and Ryan Foods in Murray, KY, and DFA will not, during the term of the Agreement, enter into any other full-supply agreements with Southeast bottling plants
- In addition to all discovery materials previously made public, the Settling Defendants will release the materials previously agreed in certain filings with the Court
- DFA will insert the language in membership agreements for members in the Southeast: "However, this Agreement may be terminated by either party during the ninety (90) day period immediately prior to the Anniversary Date by

giving at least thirty (30) days written notice to the other party. The termination will be effective on the Anniversary Date unless otherwise modified, at the request of the member, for a period not to exceed fifteen days after the Anniversary Date to accommodate members' particular milk marketing needs"

- DFA will reconfigure checks for members in the Southeast to reflect revenues received/proceeds available to pay, agency and cooperative deductions, applicable premiums and incentive payments, and average blend and member mailbox prices
- DFA will prepare financial reports in accordance with GAAP, and DFA will be audited by a nationally-recognized accounting firm
- DFA senior management and Audit Committee members will affirmatively represent they are responsible for the preparation, integrity, and accuracy of DFA's annual financial report
- DFA will post on its member-only website an annual disclosure of each material related-party transaction
- At its annual meeting, DFA will disclose to its delegates each material related-party transaction, as well as DFA's financial results from its participation in each of its material joint ventures and off-balance sheet transactions
- DFA will disclose the identity of the members of its board of directors and committees and their generally applicable *per diem* payment rate compensation
- DFA senior executive management and board members will execute annual conflict of interest certifications
- DFA will facilitate a vote by its delegates on resolutions considering whether: (1) DFA should annually disclose its top five senior executives' compensation and incentives; (2) DFA members should be allowed to opt out of DFA's block vote; and (3) delegates and candidates to be delegates may obtain a list of DFA members in their districts

The Settlement Agreement, available at the website www.southeastdairyclass.com, contains more details about the settlements.

**15. How much money can I get from the settlement?**

The amount of money you may receive cannot be calculated at this time. Your share will depend on several factors. These factors include, but may not be limited to: (a) the amount of raw Grade A milk you produced in Orders 5 and/or 7 and sold directly or through an agent to Defendants or alleged Co-Conspirators in Orders 5 and/or 7 from January 1, 2001 to present; (b) the number of valid claims that are received; and (c) the fees, costs and expenses approved by the Court.

**16. What happens if the Court approves the settlement?**

If you are a member of the Class (or are reinstated as a member of the Class) and the Court approves the settlement, you can't sue, continue to sue, or be part of any other lawsuit against the Settling Defendants or Bos regarding the legal claims in this case. It also means that all of the decisions by the Court in this case will bind you. The "Release and Covenant Not to Sue" in Paragraph 6 of the Settlement Agreement describes the legal claims that you give up if the Court approves the settlement. The Settlement Agreement is available at www.southeastdairyclass.com.

## HOW TO GET A PAYMENT

**17. How can I get a payment?**

To ask for a payment, complete and submit the Settlement Claim Form enclosed with this Notice. Settlement Claim Forms are also available at www.southeastdairyclass.com or by calling 1-800-874-2297. Please read the Claim Form's instructions carefully, fill out the Claim Form, provide the required documentation and mail it so that it is **received** at the address below no later than **March 20, 2013**:

SE Dairy Farm Class Claims<br>
c/o Rust Consulting, Inc.<br>
P.O. Box 2392<br>
Faribault, MN 55021-9092

If you previously excluded yourself from the Class and are not reinstated, you will not be eligible for any payment. Only Class Members are eligible for payments.

**18. When will I get my payment?**

Payments will be mailed to Class Members who send in valid Claim Forms on time, after the Court grants "final approval" to the settlement and after any appeals are resolved. If the Court approves the settlement after the hearing on **April 3, 2013**, there may be appeals. It is always uncertain when any appeals will be resolved, and resolving them can take time.

**19. What I'm I giving up if I submit a settlement claim**

If you submit a settlement claim, and the Court approves the settlement, you will be releasing the Settling Defendants and Bos of any claims that have been asserted, or could have been asserted, arising out of or relating in any way to any conduct alleged in the Complaint. This means you will release your claims arising out of or relating to Settling Defendants' purchase, sale, or marketing of raw Grade A milk in Orders 5 and 7, including antitrust and individual breach of contract or other common law tort or contract claims against the Settling Defendants. The release is more fully explained in Paragraphs 1.17, 1.18, and 6 of the Settlement Agreement. The Complaint and Settlement Agreement are available at www.southeastdairyclass.com or by calling 1-800-874-2297.

## THE LAWYERS REPRESENTING YOU

**20. Do I have a lawyer in the case?**

The Court has appointed the following law firms as Class Counsel to represent the Class:

| **Independent Subclass** | **DFA Subclass** |
|---|---|
| Robert G. Abrams | Gary E. Brewer |
| BAKER & HOSTETLER LLP | BREWER & TERRY, P.C. |
| 1050 Connecticut Avenue, N.W. | 1702 W. Andrew Johnson Hwy. |
| Washington, D.C. 20036 | Morristown, TN 37814 |
| (202) 861-1500 | (423) 587-2730 |

You will not be charged for these lawyers. If you want a different another lawyer, you may hire one at your expense.

**21. How will the lawyers be paid?**

The Court will decide how much Class Counsel will be paid. Class Counsel will ask the Court for one-third of the settlement funds in attorneys' fees, plus reimbursement of the costs and expenses for investigating the facts, litigating the case, and negotiating and administering the settlement. It is within the Court's discretion, however, to determine whether the amount requested, or a smaller amount, is reasonable and should be awarded. Class Counsel also will request an incentive payment of $10,000 from the settlement funds for each Class Representative. All of these fees, costs and expenses will be deducted from the settlement funds, and will reduce the amounts available for Class Members.

## OBJECTING TO THE SETTLEMENT

**22. How do I tell the Court that I don't like the settlement?**

If you are a Class Member, you can object to the settlement or to any request for fees and expenses by Class Counsel. To object, you must send a letter saying that you object. Your letter must also include the following:

- Your name, address, and telephone number,
- The name of the case (*Sweetwater Valley Farm, Inc., et al. v. Dean Foods Company, et al.*, No. 2:07-CV-208),
- The settlement you object to,
- The specific reasons you object to the settlement or to a request for fees and expenses by Class Counsel, and
- Your signature.

Your objection, along with any supporting material you wish to submit, must be **delivered** to the following six addresses, no later than **March 20, 2013**:

| **Court** | **Independent Subclass Counsel** | **DFA Subclass Counsel** |
|---|---|---|
| James H. Quillen | Robert G. Abrams | Gary E. Brewer |
| United States Courthouse | BAKER & HOSTETLER LLP | BREWER & TERRY, P.C. |
| 220 W. Depot Street, Ste. 200 | 1050 Connecticut Avenue, N.W. | 1702 W. Andrew Johnson Hwy. |
| Greeneville, TN 37743 | Washington, D.C. 20036 | Morristown, TN 37814 |
| **DFA, DMS, and Mid-Am Counsel** | **Hanman Counsel** | **NDH Counsel** |
| Steven R. Kuney | David E. Everson, Jr. | Jerry L. Beane |
| WILLIAMS & CONNOLLY LLP | STINSON MORRISON HECKLER LLP | ANDREWS KURTH LLP |
| 725 Twelfth Street N.W. | 1201 Walnut Street, Ste. 2900 | 1717 Main Street, Ste. 3700 |
| Washington, D.C. 20005 | Kansas City, MO 64106 | Dallas, TX 75201 |

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing ("Fairness Hearing") to decide whether to approve the settlement and whether to approve any requests for attorneys' fees and expenses. You may attend and you may ask to speak, but you don't have to.

**23. When and where will the Court decide whether to approve the settlement?**

The Court will hold the Fairness Hearing beginning on **April 3, 2013** at the James H. Quillen United States Courthouse, 220 West Depot Street, Greeneville, Tennessee in Courtroom 420. The Fairness Hearing may be moved to a different date without additional notice. Please check www.southeastdairyclass.com for any updates. At the Fairness Hearing, the Court will consider whether the proposed settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court may listen to people who asked to speak at the Fairness Hearing. The Court may also decide how much to pay Class Counsel. After the Fairness Hearing, the Court will decide whether to approve the settlement. It is not known how long these decisions will take.

**24. Do I have to come to the Fairness Hearing?**

No. Class Counsel will answer any questions Judge Greer may have. But you are welcome to attend the Fairness Hearing at your own expense. If you send a written objection, you do not have to come to the Court to discuss it. As long as you mailed your written objection on time, following the instructions in this notice, the Court will consider it. You may also pay your own lawyer to attend, if you wish, but it is not necessary.

**25. May I ask to speak at the Fairness Hearing?**

Yes. If you are a Class Member, you may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear at the DFA, DMS, Mid-Am, NDH, and Hanman Settlement Fairness Hearing." Be sure to include your name, address, telephone number, and your signature. You must mail your Notice of Intention to Appear, postmarked no later than **March 20, 2013,** to all of the addresses in Question 22.

You cannot speak at the Fairness Hearing if you previously excluded yourself from the Class and are not reinstated following the procedures described in Question 11.

**IF YOU DO NOTHING**

**26. What happens if I do nothing at all?**

If you do nothing, you will not get a payment from the settlement. In addition, if you are a Class Member your rights will be affected: you won't be able to start, continue, or be part of any other lawsuit against the Settling Defendants regarding legal claims in this case, ever again.

**GETTING MORE INFORMATION**

**27. How do I get more information?**

This notice summarizes the proposed settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement at www.southeastdairyclass.com. You can also get a Claim Form at the website. You may ask questions by calling 1-800-874-2297, or by email to info@SoutheastDairyClass.com or by letter to SE Dairy Farm Class, c/o Rust Consulting, Inc., P.O. Box 2392, Faribault, MN 55021-9092.

Dated: MM, DD, 2013                                BY ORDER OF:
                                                   UNITED STATES DISTRICT COURT
                                                   EASTERN DISTRICT OF TENNESSEE

SE Dairy Farm Class Claims
c/o Rust Consulting, Inc.
P.O. Box 2392
Faribault, MN 55021-9092

## IMPORTANT COURT DOCUMENTS

| MUST BE RECEIVED NO LATER THAN MARCH 20, 2013 | **SETTLEMENT CLAIM FORM**<br>**You Must Complete this Form if You Want to Request Payment from DFA, DMS, Mid-Am, NDH, and Hanman Settlement**<br>*Sweetwater Valley Farm, Inc., et al. v. Dean Foods Company, et al.*<br>No. 2:07-CV-208 (E.D. Tenn.) | For Official Use Only<br><br>01 |
|---|---|---|

You may be eligible to receive a payment from a settlement reached with Dairy Farmers of America, Inc. ("DFA"), Dairy Marketing Services, LLC ("DMS"), Mid-Am Capital, LLC ("Mid-Am"), National Dairy Holdings, LP ("NDH"), and Gary Hanman ("Haman") if your farm produced Grade A milk in Federal Milk Market Orders 5 and/or 7 and sold that milk directly or through an agent to Defendants or Co-Conspirators in Orders 5 and/or 7.

### GENERAL INSTRUCTIONS

**A.** If you wish to receive a payment from the settlement with DFA, DMS, Mid-Am, NDH, and Hanman, you must complete and return this Claim Form. You must return your Claim Form so that it is **received** before **March 20, 2013** at the following address:

SE Dairy Farm Class Claims
c/o Rust Consulting, Inc.
P.O. Box 2392
Faribault, MN 55021-9092

**B.** **You may not be required to complete this Claim Form in full**. If you submitted a claim form for the settlements with Dean Foods Co. ("Dean"), Southern Marketing Agency, Inc. ("SMA"), and James Baird ("Baird"), the information you provided for those settlements can be used to process your claim for the settlement with DFA, DMS, Mid-Am, NDH, and Hanman. **If you choose to use the information you previously provided, you need only complete Sections 1 and 5 of this Claim Form.**

**C.** If you did not submit a claim form for the Dean, SMA, and Baird settlements, or if you want to supplement the information you provided for those settlements, you must complete this Claim Form in full. If you elect to complete this Claim Form in full, in Section 2 you must provide the total amount of raw Grade A milk your farm produced in Federal Milk Market Orders 5 and/or 7 and sold directly or through an agent to Defendants or alleged Co-Conspirators in Orders 5 and/or 7 from January 1, 2001 until the present. For completing Section 3, please note:

- Orders 5 and 7 cover Alabama, Arkansas, Georgia, Mississippi, Louisiana, North Carolina, South Carolina, and Tennessee, and parts of Florida, Kentucky, Indiana, Missouri, Virginia, and West Virginia.
- The Defendants are DFA, DMS, Mid-Am, NDH, Hanman, Dean, SMA, and Baird.
- The alleged Co-Conspirators are Dairy.com, Inc., The Kroger Co., Prairie Farms Dairy, Inc., Robert W. Allen, Jay Bryant, Herman Brubaker, Gregg L. Engles, Michael J. McCloskey, Allen A. Meyer, and Pete Schenkel.

**D.** You must sign your completed Claim Form.

**E.** Claim Forms **received** after **March 20, 2013** may be rejected and you may not receive a payment.

**F.** Submission of a Claim Form does not guarantee you will receive a payment from the settlement.

**1. CLASS MEMBER INFORMATION —** Please type or neatly print all information.

Last Name

First Name

Address Number or P.O. Box

Street or Road

City

State

Zip Code

Telephone (Day)

Email

**FARM INFORMATION**

Farm Name:

Specify one of the following: ☐ Individual(s)   ☐ Corporation   ☐ Cooperative   ☐ Other:

Name of County in Which Farm is Located

*8249*          *CF*          *1-2*

**FARM ADDRESS —** ☐ Check if Farm Address is the same as address above

Farm Address Number or P.O. Box    Farm Street or Road

City    State    Zip Code

**PRIOR INFORMATION —** ☐ Check box if you submitted a claim form for the settlements with Dean, SMA, and Baird, and the information you provided for those settlements can be used to process your claim for the settlement with DFA, DMS, Mid-Am, NDH, and Hanman.

**2.    TOTAL AMOUNT OF RAW GRADE A MILK**

In the table below, indicate the total number of pounds of raw Grade A milk your farm produced in Federal Milk Market Orders 5 and/or 7 and sold directly or through an agent to Defendants or alleged Co-Conspirators in Orders 5 and/or 7 from January 1, 2001 until the present:

*NOTE: Amount of raw Grade A milk should be claimed in pounds <u>not in hundredweight</u>.* (Example: 12,345/cwt of raw Grade A milk should be entered as 1,234,500 pounds below.)

Total Number of **POUNDS** of Raw Grade A Milk: ☐☐☐☐ , ☐☐☐☐ , ☐☐☐☐ , ☐☐☐☐

Note: The amount you indicate above may be cross-checked against a database to confirm accuracy.

**3.    REQUEST FOR FEDERAL TAXPAYER IDENTIFICATION NUMBER**

Enter Taxpayer Identification Number ("TIN") on the appropriate line.

- For individuals, this is your Social Security Number ("SSN")
- For sole proprietors, you must show your individual name, but you may also enter your business or "doing business as" name. You may enter either your SSN or your Employer Identification Number ("EIN")
- For other entities, it is your EIN

Social Security Number (for individuals)    OR    Employer Identification Number

☐☐☐ – ☐☐ – ☐☐☐☐        ☐☐ – ☐☐☐☐☐☐☐

If you are exempt from backup withholding, enter your current TIN above and write "exempt" on the following line: _____.

UNDER THE PENALTY OF PERJURY, I (WE) CERTIFY THAT

    1. The number shown on this form is my current TIN; and

    2. I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Service because: (a) I am (we are) exempt from backup withholding; or (b) I (we) have not been notified by the Internal Revenue Service that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the Internal Revenue Service has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above. The Internal Revenue Service does not require your consent to any provision other than the certification required to avoid backup withholding.

**4.    RELEASE OF CLAIMS AND COVENANT NOT TO SUE**

I understand that, if the proposed settlements are approved, I am giving up any rights I might have to bring a lawsuit based on or in any way related to the allegations in the Consolidated Amended Complaint against National Dairy Holdings. LP, Dairy Farmers of America, Inc., Dairy Marketing Services, LLC, Mid-Am Capital LLC, Gary Hanman, and Gerald Bos. The "Release and Covenant Not to Sue" in Paragraph 6 of the Settlement Agreement describes the legal claims that you give up if the Court approves the settlement.

**5.    CERTIFICATION**

I certify under penalty of perjury that the information above is true and correct, the submission of false information may subject me to civil and/or criminal penalties, and I release my claims and covenant not to sue National Dairy Holdings, LP, Dairy Farmers of America, Inc., Dairy Marketing Services, LLC, Mid-Am Capital LLC, Gary Hanman, and Gerald Bos.

Signature    Print Name/Capacity of person signing

Farm Name    Date

***Please note:*** *all information provided on this Claim Form will be used solely for the administration of this Settlement and will remain confidential.*

If you have any questions, please call 800-874-2297