# EXHIBIT D

Legal Notice

# If Your Farm Produced Grade A Milk
# In the Southeast Since 2001

### You Could Get Money from A Class Action Settlement.

A settlement worth $158.6 million to members of the Class, plus certain conduct changes, has been reached with Defendants Dairy Farmers of America, Inc. ("DFA"), Dairy Marketing Services, LLC ("DMS"), Mid-Am Capital, LLC ("Mid-Am"), National Dairy Holdings, LP ("NDH"), and Gary Hanman ("Hanman"). If approved by the Court, the settlement will provide payments to dairy farmers who submit valid claim forms and you may be eligible.

### What Is the Case About?

The lawsuit claims Defendants and alleged Co-Conspirators violated federal antitrust laws and DFA breached the contractual terms of its membership agreement and bylaws by failing to operate for the benefit and advantage of its members. As a result, the lawsuit claims prices paid to dairy farmers in Federal Milk Marketing Orders 5 and 7 ("Southeast") were lower than they otherwise would have been. Defendants deny that they did anything wrong. Orders 5 and 7 cover Alabama, Arkansas, Georgia, Mississippi, Louisiana, North Carolina, South Carolina, and Tennessee, and parts of Florida, Indiana, Kentucky, Missouri, Virginia, and West Virginia. Alleged Co-Conspirators are: Dairy.com, Inc., The Kroger Co., Prairie Farms Dairy, Inc., Robert W. Allen, Jay Bryant, Herman Brubaker, Gregg L. Engles, Michael J. McCloskey, Allen A. Meyer, and Pete Schenkel. The details of the claims are in the Complaint, available at www.southeastdairyclass.com or by calling 1-800-874-2297.

### Who Is in the Class?

In general, all dairy farmers, whether individuals or entities, who produced Grade A milk within Orders 5 or 7 and sold Grade A milk directly or through an agent to Defendants or Co-Conspirators in Orders 5 or 7 during any time from January 1, 2001 to the present are members of the Class. The Class has two parts: an "Independent Subclass" and a "DFA Subclass." These Subclasses are explained in Notices dated May 18, 2011 and June 8, 2012, available at www.southeastdairyclass.com or by calling 1-800-874-2297.

### Can I Exclude Myself from the Class Now?

You cannot exclude yourself from the Class at this time.

### What If I Asked to be Excluded from the Class?

If you previously asked to be excluded from, or "opted out" of, the Class, you may ask the Court to reinstate you to the Class for purposes of participating in the settlement, unless you filed a separate lawsuit against these Defendants involving the same conduct. Your application to the Court must contain the reasons for seeking reinstatement and must be mailed to the Claims Administrator so that it is received no later than March 20, 2013.

### Which Defendants are Settling?

The settlement is with DFA, DMS, Mid-Am, NDH, and Hanman. These parties are called the "Settling Defendants." The settlement is in addition to settlements with Defendants Dean Foods Co., Southern Marketing Agency, Inc., and James Baird described in a notice dated February 14, 2012. The Court dismissed claims against former Defendant Gerald Bos ("Bos") and as a result, the Plaintiffs and Bos agreed there would be no appeal or further litigation between them.

### What Does the Settlement Provide?

Settling Defendants agreed to pay $140,000,000 into a settlement fund within 15 days of the Court's preliminary approval of the settlement. In addition, Settling Defendants agreed to pay $9,300,000 into an escrow account in 2014 and 2015, and that money will be disbursed to the Class in proportion to the extent Class I utilization rates do not increase sufficiently to raise uniform prices in Orders 5 and 7 by at least $9,300,000 per year. Also, Settling Defendants agreed to implement changes to how they conduct their business in the Southeast. The details of the settlement are in the Settlement Agreement, available at www.southeastdairyclass.com. After deducting attorneys' fees and costs and expenses, and incentive awards, the net settlement funds will be distributed to Class Members who file valid claims.

### How to Get a Payment?

You must submit a Claim Form to get a payment from the settlement. You can get a Claim Form at www.southeastdairyclass.com or by calling 1-800-874-2297. Claim Forms must be received by March 20, 2013. The amount of money you may receive cannot be calculated at this time.

### Will the lawsuit continue?

If the Court approves the settlement, the lawsuit will be dismissed.

### What Else You Should Know?

If you are a Class Member and do nothing, you will be legally bound by the settlement, your rights will be affected and you will not be able to sue the Settling Defendants or Gerald Bos regarding legal claims in this case. If you object to the settlement, you must submit your objections by March 20, 2013. The Court will hold a hearing on April 3, 2013 to consider whether to approve the settlement and a request by the Class lawyers for one-third of the settlement amount in attorneys' fees, plus costs and expenses, and incentive payment of $10,000 for each of the dairy farmers who brought the lawsuit. You do not need to attend the hearing. If you wish, you or your own lawyer may ask to appear and speak at the hearing at your own cost.

For More Information and a Claim Form, visit www.southeastdairyclass.com or call 1-800-874-2297