March 28, 2013   12:30 PM

# SE Area Dairy Class

To:     Judge Greer

From:   Nathan K. Roth
        4499 Gravel Point Road
        Mountain Grove, Mo. 65711
        Phone 417 926 2676

Case:   2:08 -MD -01000

I have been excluded from the class by Rust Consulting and have been unable to resolve the issue with them. I haven't been able to get a definite answer from them as to why I have been excluded.

I do not meet any of the criteria given in the court notice for exclusion.

Rust told me that I was issued a settlement check and it was returned because of a post office issue. After the post office problem was resolved they told me repeatedly that a check was being reissued but it never arrived. Finally, after about 6 weeks of telling me that I would be getting my check they informed me that my case had been "reassessed" and I had been excluded from the class settlement. However, I could not get the "project manager" to give me any definite reason why I was excluded after I had originally been included.

Let me emphasize that I do not meet any of the criteria for being excluded from the class.

Most other dairy farmers in my area have had their money for over two months. I feel like an issue that should have been resolved in days has stretched into weeks and I have been treated unfairly and shabbily by Rust Consulting.

Nathan K Roth