August 8 2013

To: Judge Greer

From: Nathan K. Roth
4499 Gravel Point Road
Mountain Grove, Mo. 65711

Case # 2:08-MD-01000

Your Honor;

I would like to respectfully request that you would rule in favor of me to be included in the settlement of this case. Mr. Abrams has recommended that I be excluded because I was an alternate director of the SMA board. I contend that I was only approved to be an alternate director, but the fact that I never attended an SMA board meeting, never voted on any matter pertaining to SMA decisions, never received any compensation from SMA for anything means that I was not an alternate director. My research of what an alternate director is has found that to be an alternate director I would have had to attend an SMA board meeting in place of a regular director that was absent. Had I attended an SMA meeting I would have been there for David Hutsell, who never missed a meeting for the whole time that I was approved to be his alternate if needed. I am enclosing copies of all the SMA board meetings that occurred while I was on the approved alternate list and they verify my claim of never serving.

In Document 1962 PageID#:94156 Mr. Abrams states that "Alternate directors do attend the SMA board meetings, as reflected in the board minutes" I think that this statement supports my contention that I was not an alternate director. He then goes on to say that to "decide which board members should be excluded based on their board position title, attendance, or voting record would be unworkable" My answer to that is : How hard is it to look at these 23 pages of minutes and determine that I never attended a meeting?

In the initial court documents it stated that "you are not a Class Member if you are a current or former officer or director of DFA or SMA" The title "alternate director" does not appear anywhere in those documents.

In conclusion I want to say that I am an honest man with good moral principles and would never try to get something that I didn't believe I deserved. I will respect your decision if it goes against me, but I will always know in my heart that I'm right.

Respectfully Submitted;

Nathan K. Roth