# SOUTHERN MARKETING AGENCY, INC.

## General Information

| | |
|---|---|
| Organization Number | 0533081 |
| Name | SOUTHERN MARKETING AGENCY, INC. |
| Profit or Non-Profit | N - Non-profit |
| Company Type | KCP - Kentucky Cooperative Corporation |
| Status | A - Active |
| Standing | G - Good |
| State | KY |
| File Date | 3/15/2002 |
| Organization Date | 3/15/2002 |
| Last Annual Report | 6/17/2013 |
| Principal Office | 1812 WATERFRONT PLAZA<br>325 WEST MAIN STREET<br>LOUISVILLE, KY 402024251 |
| Registered Agent | JOSEPH M. DAY<br>1812 WATERFRONT PLAZA<br>325 WEST MAIN STREET<br>LOUISVILLE, KY 402024251 |

## Current Officers

| | |
|---|---|
| President | Dwayne Myers |
| Vice President | Joe Parsley |
| Secretary | Rick Strain |
| Treasurer | Rick Strain |
| Director | Joe Parsley |
| Director | Dwayne Myers |
| Director | Branson Coltrane |
| Director | Sam Smith |
| Director | Rick Strain |
| Director | Mark Freeman |
| Director | Pete Wright |
| Director | Kevin Satterwhite |
| Assistant Treasurer | Sonia Fabian |
| Assistant Treasurer | Tom Pittman |
| Assistant Treasurer | Jeffrey Sims |
| Assistant Secretary | Jeffrey Sims |

## Individuals / Entities listed at time of formation

| | |
|---|---|
| Director | WILLIAM SMITH |
| Director | BUCKEY M. JONES |
| Director | JOE PARSLEY |
| Director | JOHN D. HARDESTY |

Case 2:08-md-01000-JRG   Document 1967-2   Filed 09/24/13   Page 1 of 17   PageID #: 94406

| | |
|---|---|
| Director | JOHN D. HARDESTY |
| Director | P. JOSEPH WRIGHT |
| Incorporator | ARKANSAS DAIRY COOPERATIVE ASSOCIATION, INC. |
| Incorporator | DAIRY FARMERS OF AMERICA, INC. |
| Incorporator | LONE STAR MILK PRODUCERS, INC. |
| Incorporator | |
| Incorporator | MARYLAND & VIRGINIA MILK PRODUCERS COOPERATIVE ASSOCIATION, |
| Incorporator | SOUTHEAST MILK, INC. |

## Images available online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | | |
|---|---|---|---|---|
| Annual Report | 6/17/2013 | 1 page | PDF | |
| Annual Report | 6/26/2012 | 1 page | PDF | |
| Annual Report | 6/29/2011 | 1 page | PDF | |
| Annual Report | 6/25/2010 | 1 page | PDF | |
| Annual Report | 6/26/2009 | 1 page | PDF | |
| Annual Report | 6/30/2008 | 1 page | PDF | |
| Annual Report | 6/26/2007 | 1 page | PDF | |
| Annual Report | 3/1/2006 | 1 page | PDF | |
| Annual Report | 6/29/2005 | 1 page | PDF | |
| Annual Report | 10/8/2003 | 1 page | tiff | PDF |
| Articles of Incorporation | 3/15/2002 | 11 pages | tiff | PDF |

## Assumed Names

## Activity History

| Filing | File Date | Effective Date | Org. Referenced |
|---|---|---|---|
| Annual report | 6/17/2013 2:18:06 PM | 6/17/2013 2:18:06 PM | |
| Annual report | 6/26/2012 2:16:00 PM | 6/26/2012 2:16:00 PM | |
| Annual report | 6/29/2011 3:16:42 PM | 6/29/2011 3:16:42 PM | |
| Annual report | 6/25/2010 3:33:41 PM | 6/25/2010 3:33:41 PM | |
| Annual report | 6/26/2009 3:52:14 PM | 6/26/2009 3:52:14 PM | |
| Annual report | 6/30/2008 11:06:05 AM | 6/30/2008 11:06:05 AM | |
| Annual report | 6/26/2007 2:46:14 PM | 6/26/2007 2:46:14 PM | |
| Annual report | 3/1/2006 1:07:39 PM | 3/1/2006 1:07:39 PM | |
| Annual report | 6/29/2005 | 6/29/2005 | |
| Annual report | 6/28/2004 | 6/28/2004 | |
| Annual report | 6/24/2003 | 6/24/2003 | |
| | 3/15/2002 3:04:07 PM | 3/15/2002 | |

Case 2:08-md-01000-JRG Document 1967-2 Filed 09/24/13 Page 2 of 17 PageID #: 94407

## Microfilmed Images

**Microfilm images are not available online. They can be ordered by faxing a Request For Corporate Documents to the Corporate Records Branch at 502-564-5687.**

| | |
|---|---|
| Annual Report | 12/31/2004 2:11:27 PM 1 page |
| Annual Report | 10/8/2003 1 page |
| Articles of Incorporation | 3/15/2002 11 pages |

NARP
0533081
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
6/17/2013 2:18:06 PM
Fee receipt: $15.00

# Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary of State

Alison Lundergan Grimes
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

## Annual Report Online Filing

ARP

**Company:** SOUTHERN MARKETING AGENCY, INC.
**Company ID:** 0533081
**State of origin:** Kentucky
**Formation date:** 3/15/2002 12:00:00 AM
**Date filed:** 6/17/2013 2:18:06 PM
**Fee:** $15.00

### Principal Office
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

### Registered Agent Name/Address
JOSEPH M. DAY
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

### Current Officers

| Title | Name | Address |
|---|---|---|
| Assistant Treasurer | Sonia Fabian | 1211 State Highway 16, Windthorst, TX 76389 |
| Assistant Treasurer | Tom Pittman | 1531 SE 36th Ave, Suite D, Ocala, FL 34471 |
| Assistant Treasurer | Jeffrey Sims | 13011 West Highway 42, Suite 206, Prospect, KY 40059 |
| President | Dwayne Myers | 105 Westover Drive, Elkin, NC 28621 |
| Assistant Secretary | Jeffrey Sims | 13011 West Highway 42, Suite 206, Prospect, Ky 40059 |
| Secretary | Rick Strain | 3175 Rose Bud Road, Quitman, AR 72131 |
| Treasurer | Rick Strain | 3175 Rose Bud Road, Quitman, AR 72131 |
| Vice President | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |

### Directors

| Title | Name | Address |
|---|---|---|
| Director | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Director | Dwayne Myers | 105 Westover Drive, Elkin, NC 28621 |
| Director | Branson Coltrane | 7239 Branson Mill Road, Pleasant Garden, NC 27313 |
| Director | Sam Smith | 2220 Charlie Thomas Rd., Cornersville, TN 37047 |
| Director | Rick Strain | 3175 Rose Bud Road, Quitman, AR 72131 |
| Director | Mark Freeman | 6591 Hwy MM, Cabool, MO 65689 |
| Director | Pete Wright | 18 Holstein Lane, Baxley, GA 21513 |
| Director | Kevin Satterwhite | 8720 Bush River Road, Newberry, SC 29108 |

### Signatures
**Signature** Joseph M. Day
**Title** General Counsel

**Commonwealth of Kentucky**
**Alison Lundergan Grimes, Secretary o**

NARP
0533081
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
6/26/2012 2:16:00 PM
Fee receipt: $15.00

Alison Lundergan Grimes
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

# Annual Report Online Filing

ARP

**Company:** SOUTHERN MARKETING AGENCY, INC.
**Company ID:** 0533081
**State of origin:** Kentucky
**Formation date:** 3/15/2002 12:00:00 AM
**Date filed:** 6/26/2012 2:16:00 PM
**Fee:** $15.00

### Principal Office

1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

### Registered Agent Name/Address

JOSEPH M. DAY
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

### Current Officers

| Title | Name | Address |
|---|---|---|
| Assistant Treasurer | Sonia Fabian | 1211 State Highway 16, Windthorst, TX 76389 |
| Assistant Treasurer | Pam Reese | 10411 Cogdill Road, Knoxville, TN 37932 |
| Assistant Treasurer | Jeffrey Sims | 13011 West Highway 42, Suite 206, Prospect, KY 40059 |
| President | Dwayne Myers | 105 Westover Drive, Elkin, NC 28621 |
| Assistant Secretary | Jeffrey Sims | 13011 West Highway 42, Suite 206, Prospect, Ky 40059 |
| Secretary | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Treasurer | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Vice President | Mickey Childers | 277 Blue Springs Road, Somerville, AL 35670 |

### Directors

| Title | Name | Address |
|---|---|---|
| Director | Bryant Fisher | 33 County Rd. 1441, Yantis, TX 75497 |
| Director | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Director | Dwayne Myers | 105 Westover Drive, Elkin, NC 28621 |
| Director | Branson Coltrane | 7239 Branson Mill Road, Pleasant Garden, NC 27313 |
| Director | Gerald Heatwole | 3943 Lawyer Road, McGaheysville, VA 22840 |
| Director | Sam Smith | 2220 Charlie Thomas Rd., Cornersville, TN 37047 |
| Director | Rick Strain | 3175 Rose Bud Road, Quitman, AR 72131 |
| Director | Mickey Childers | 277 Blue Springs Road, Somerville, AL 35670 |
| Director | Kent Herman | 311 Ned Herman Road, Taylorsville, NC 28681 |
| Director | David Hutsell | 4536 Indian Grove Road, Hartsville, MO 65667 |
| Director | Eugene Robertson | 1500 Highway 1041, Pine Grove, LA 70453 |
| Director | Mark Freeman | 6591 Hwy MM, Cabool, MO 65689 |
| Director | Pete Wright | 18 Holstein Lane, Baxley, GA 21513 |
| Director | Dale Fudge | 163 Fudge Road, Gamaliel, KY 42140 |

### Signatures

**Signature**     Joseph M. Day

# Commonwealth of Kentucky
# Alison Lundergan Grimes, Secretary of State

| Alison Lundergan Grimes<br>Secretary of State<br>P. O. Box 1150<br>Frankfort, KY 40602-1150<br>(502) 564-3490<br>http://www.sos.ky.gov | **Annual Report**<br>**Online Filing** | **ARP** |

**Title**  registered agent

Commonwealth of Kentucky
Elaine N. Walker, Secretary of Sta

NARP
0533081
Elaine N. Walker
Secretary of State
Received and Filed
6/29/2011 3:16:42 PM
Fee receipt: $15.00

Elaine N. Walker
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

# Annual Report Online Filing

ARP

**Company:** SOUTHERN MARKETING AGENCY, INC.
**Company ID:** 0533081
**State of origin:** Kentucky
**Formation date:** 3/15/2002 12:00:00 AM
**Date filed:** 6/29/2011 3:16:42 PM
**Fee:** $15.00

### Principal Office
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

### Registered Agent Name/Address
JOSEPH M. DAY
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

### Current Officers

| Title | Name | Address |
|---|---|---|
| Assistant Treasurer | Sonia Fabian | 10411 Cogdill Road, Knoxville, TN 37932 |
| Assistant Treasurer | Pam Reese | 10411 Cogdill Road, Knoxville, TN 37932 |
| Assistant Treasurer | Jeffrey Sims | 13011 West Highway 42, Suite 206, Prospect, KY 40059 |
| President | Dwayne Myers | 105 Westover Drive, Elkin, NC 28621 |
| Assistant Secretary | Jeffrey Sims | 13011 West Highway 42, Suite 206, Prospect, Ky 40059 |
| Secretary | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Treasurer | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Vice President | Mickey Childers | 277 Blue Springs Road, Somerville, AL 35670 |

### Directors

| Title | Name | Address |
|---|---|---|
| Director | Bryant Fisher | 33 County Rd. 1441, Yantis, TX 75497 |
| Director | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Director | Dwayne Myers | 105 Westover Drive, Elkin, NC 28621 |
| Director | Branson Coltrane | 7239 Branson Mill Road, Pleasant Garden, NC 27313 |
| Director | Gerald Heatwole | 3943 Lawyer Road, McGaheysville, VA 22840 |
| Director | Larry Jaggers | 567 Jaggers Road, Glendale, KY 42740 |
| Director | David Sumrall | 23343 NW CR 236, High Springs, FL 32643 |
| Director | Sam Smith | 2220 Charlie Thomas Rd., Cornersville, TN 37047 |
| Director | Rick Strain | 3000 Rose Bud Road, Quitman, AR 72131 |
| Director | Mickey Childers | 277 Blue Springs Road, Somerville, AL 35670 |
| Director | Kent Herman | 311 Ned Herman Road, Taylorsville, NC 28681 |
| Director | David Hutsell | 4536 Indian Grove Road, Hartsville, MO 65667 |
| Director | Eugene Robertson | 1500 Highway 1041, Pine Grove, LA 70453 |
| Director | Mark Freeman | 6591 Hwy MM, Cabool, MO 65689 |

### Signatures
**Signature** Joseph M. Day

# Commonwealth of Kentucky
# Elaine N. Walker, Secretary of State

| Elaine N. Walker<br>Secretary of State<br>P. O. Box 1150<br>Frankfort, KY 40602-1150<br>(502) 564-3490<br>http://www.sos.ky.gov | **Annual Report<br>Online Filing** | **ARP** |
|---|---|---|

**Title**  registered agent



NARP
0533081
Trey Grayson
Secretary of State
Received and Filed
6/25/2010 3:33:41 PM
Fee receipt: $4.00

# Commonwealth of Kentucky
# Trey Grayson, Secretary of State

Trey Grayson
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

## Annual Report
## Online Filing

**ARP**

| | |
|---|---|
| Company: | SOUTHERN MARKETING AGENCY, INC. |
| Company ID: | 0533081 |
| State of origin: | Kentucky |
| Formation date: | 3/15/2002 12:00:00 AM |
| Date filed: | 6/25/2010 3:33:41 PM |
| Fee: | $4.00 |

### Principal Office
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

### Registered Agent Name/Address
JOSEPH M. DAY
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

### Current Officers

| Title | Name | Address |
|---|---|---|
| Assistant Treasurer | Sonia Fabian | 10411 Cogdill Road, Knoxville, TN 37932 |
| Assistant Treasurer | Pam Reese | 10411 Cogdill Road, Knoxville, TN 37932 |
| Assistant Treasurer | Jeffrey Sims | 13011 West Highway 42, Suite 206, Prospect, KY 40059 |
| President | Dwayne Myers | 105 Westover Drive, Elkin, NC 28621 |
| Assistant Secretary | Jeffrey Sims | 13011 West Highway 42, Suite 206, Prospect, Ky 40059 |
| Treasurer | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Vice President | Randy Mooney | 7725 E. Farm Road 194, Rogersville, MO 65742 |
| Secretary | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Treasurer | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |

### Directors

| Title | Name | Address |
|---|---|---|
| Director | Bill Smith | 4791 Tippit Road, Carlisle, AR 72039 |
| Director | Bryant Fisher | 33 County Rd. 1441, Yantis, TX 75497 |
| Director | Randy Mooney | 7725 E. Farm Road 194, Rogersville, MO 65742 |
| Director | Tom Blackwell | 10066 Highway 95, Mountain Grove, MO 65711 |
| Director | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Director | Dwayne Myers | 105 Westover Drive, Elkin, NC 28621 |
| Director | Branson Coltrane | 7239 Branson Mill Road, Pleasant Garden, NC 27313 |
| Director | Gerald Heatwole | 3943 Lawyer Road, McGaheysville, VA 22840 |
| Director | Michael Ferguson | 2707 Country Club Road, Senatobia, MS 38668 |
| Director | Larry Jaggers | 567 Jaggers Road, Glendale, KY 42740 |
| Director | Carl Roberts | 3106 Highway 28, Hazelhurst, MS 39803 |
| Director | David Sumrall | 23343 NW CR 236, High Springs, FL 32643 |
| Director | Sam Smith | 2220 Charlie Thomas Rd., Cornersville, TN 37047 |

### Signatures

| | |
|---|---|
| Signature | Joseph M. Day |

# Commonwealth of Kentucky
# Trey Grayson, Secretary of State

| Trey Grayson<br>Secretary of State<br>P. O. Box 1150<br>Frankfort, KY 40602-1150<br>(502) 564-3490<br>http://www.sos.ky.gov | **Annual Report**<br>**Online Filing** | **ARP** |
|---|---|---|

**Title**                    Registered Agent

# Commonwealth of Kentucky
# Trey Grayson, Secretary of State

| Trey Grayson<br>Secretary of State<br>P. O. Box 1150<br>Frankfort, KY 40602-1150<br>(502) 564-3490<br>http://www.sos.ky.gov | Annual Report<br>Web Filing | ARP |
|---|---|---|

**Company:** SOUTHERN MARKETING AGENCY, INC.
**Company ID:** 0533081
**State of origin:** Kentucky
**Formation date:** 3/15/2002 12:00:00 AM
**date filed:** 6/26/2009 3:52:14 PM
**Fee:** $4.00

### Principal Office
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

### Registered Agent Name/Address
JOSEPH M. DAY
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

### Current Officers

| Title | Name | Address |
|---|---|---|
| Assistant Treasurer | Jeffrey Sims | 13400 U.S. Highway 42, Suite 162, Prospect, KY 40059 |
| Assistant Treasurer | Sonia Fabian | 10411 Cogdill Road, Knoxville, TN 37932 |
| Assistant Treasurer | Pam Reese | 10411 Cogdill Road, Knoxville, TN 37932 |
| Assistant Treasurer | Jeffrey Sims | 13011 West Highway 42, Suite 206, Prospect, KY 40059 |
| President | Dwayne Myers | 105 Westover Drive, Elkin, NC 28621 |
| Treasurer | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Assistant Secretary | Jeffrey Sims | 13400 U.S. Highway 42, Suite 162, Prospect, KY 40059 |
| Vice President | Randy Mooney | 7725 E. Farm Road 194, Rogersville, MO 65742 |
| Secretary | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Assistant Secretary | Jeffrey Sims | 13011 West Highway 42, Suite 206, Prospect, Ky 40059 |
| Treasurer | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |

### Directors

| Title | Name | Address |
|---|---|---|
| Director | Bill Smith | 4791 Tippit Road, Carlisle, AR 72039 |
| Director | Bryant Fisher | 33 County Rd. 1441, Yantis, TX 75497 |
| Director | Randy Mooney | 7725 E. Farm Road 194, Rogersville, MO 65742 |
| Director | Joe T. Parker | 2200 Hams Creek Road, Pulaski, TN 38478 |
| Director | Tom Blackwell | 10066 Highway 95, Mountain Grove, MO 65711 |
| Director | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Director | Dwayne Myers | 105 Westover Drive, Elkin, NC 28621 |

NARP
0533081
Trey Grayson
Secretary of State
Received and Filed
6/26/2009 3:52:14 PM
Fee receipt: $4.00

# Commonwealth of Kentucky
# Trey Grayson, Secretary of State

Trey Grayson
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

# Annual Report
# Web Filing

**ARP**

| | | |
|---|---|---|
| Director | Branson Coltrane | 7239 Branson Mill Road, Pleasant Garden, NC 27313 |
| Director | Gerald Heatwole | 3943 Lawyer Road, McGaheysville, VA 22840 |
| Director | Michael Ferguson | 2707 Country Club Road, Senatobia, MS 38668 |

## Signatures

**Signature**      Joseph M. Day
**Title**          Registered Agent

# Kentucky Secretary of State
# Annual Report

## This Annual Report was submitted electronically

**Company**       SOUTHERN MARKETING AGENCY, INC.
**Company ID**    0533081.09.99999
**Date Filed**    6/30/2008 11:06:06 AM
**Fee**           $4.00

## Principal Office

1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

## Registered Agent

JOSEPH M. DAY
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

## Officers

| | | |
|---|---|---|
| Assistant Treasurer | Sonia Fabian | 10411 Cogdill Road, Knoxville, TN 37932 |
| Assistant Treasurer | Pam Reese | 10411 Cogdill Road, Knoxville, TN 37932 |
| Assistant Treasurer | Jeffrey Sims | 13400 U.S. Highway 42, Suite 162, Prospect, KY 40059 |
| President | Buckey Jones | 6755A Thompson Road, Smithdale, MS 39664 |
| Assistant Secretary | Jeffrey Sims | 13400 U.S. Highway 42, Suite 162, Prospect, KY 40059 |
| Secretary | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Treasurer | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Vice President | Dwayne Myers | 384 S. River Ridge Road, Jonesville, NC 28642 |

## Directors

| | | |
|---|---|---|
| Director | Bill Smith | 4791 Tippit Road, Carlisle, AR 72039 |
| Director | Buckey Jones | 6755A Thompson Road, Smithdale, MS 39664 |
| Director | Bryant Fisher | 33 County Rd. 1441, Yantis, TX 75497 |
| Director | Randy Mooney | 7725 E. Farm Road 194, Rogersville, MO 65742 |
| Director | Joe T. Parker | 2200 Hams Creek Road, Pulaski, TN 38478 |
| Director | Tom Blackwell | 10066 Highway 95, Mountain Grove, MO 65711 |
| Director | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Director | Dwayne Myers | 384 S. River Ridge Road, Jonesville, NC 28642 |
| Director | Branson Coltrane | 7239 Branson Mill Road, Pleasant Garden, NC 27313 |
| Director | Gerald Heatwole | 3943 Lawyer Road, McGaheysville, VA 22840 |

## Signatures

**Signature**    Joseph M. Day
**Title**        Registered Agent

# Kentucky Secretary of State
# Annual Report

## This Annual Report was submitted electronically

**Company** SOUTHERN MARKETING AGENCY, INC.
**Company ID** 0533081.09.99999
**Date Filed** 6/26/2007 2:46:14 PM
**Fee** $4.00

## Principal Office

1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

## Registered Agent

JOSEPH M. DAY
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

## Officers

| President | Buckey Jones | 6755A Thompson Road, Smithdale, MS 39664 |
|---|---|---|
| Secretary | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Treasurer | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Vice President | Dwayne Myers | 384 S. River Ridge Road, Jonesville, NC 28642 |

## Directors

| Director | Bill Smith | 4791 Tippit Road, Carlisle, AR 72039 |
|---|---|---|
| Director | Buckey Jones | 6755A Thompson Road, Smithdale, MS 39664 |
| Director | Gordon McCool | 1213 North Bradford, Gilmer, TX 75644 |
| Director | Randy Mooney | 7725 E. Farm Road 194, Rogersville, MO 65742 |
| Director | Joe T. Parker | 2200 Hams Creek Road, Pulaski, TN 38478 |
| Director | Tom Blackwell | 10066 Highway 95, Mountain Grove, MO 65711 |
| Director | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Director | Dwayne Myers | 384 S. River Ridge Road, Jonesville, NC 28642 |
| Director | Branson Coltrane | 7239 Branson Mill Road, Pleasant Garden, NC 27313 |
| Director | Gerald Heatwole | 3943 Lawyer Road, McGaheysville, VA 22840 |

## Signatures

**Signature** Joseph M. Day
**Title** Registered Agent

# Kentucky Secretary of State
# Annual Report

## This Annual Report was submitted electronically

**Company** SOUTHERN MARKETING AGENCY, INC.
**Company ID** 0533081.09.99999
**Date Filed** 3/1/2006 1:07:40 PM
**Fee** $4.00

## Principal Office

1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

## Registered Agent

JOSEPH M. DAY
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

## Officers

| President | Buckey Jones | 6755A Thompson Road, Smithdale, MS 39664 |
| Secretary | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Treasurer | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Vice President | Dwayne Myers | 384 S. River Ridge Road, Jonesville, NC 28642 |

## Directors

| Director | Bill Smith | 4791 Tippit Road, Carlisle, AR 72039 |
| Director | Buckey Jones | 6755A Thompson Road, Smithdale, MS 39664 |
| Director | Gordon McCool | 1213 North Bradford, Gilmer, TX 75644 |
| Director | Randy Mooney | 7725 E. Farm Road 194, Rogersville, MO 65742 |
| Director | Joe T. Parker | 2200 Hams Creek Road, Pulaski, TN 38478 |
| Director | Tom Blackwell | 10066 Highway 95, Mountain Grove, MO 65711 |
| Director | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Director | Dwayne Myers | 384 S. River Ridge Road, Jonesville, NC 28642 |
| Director | Branson Coltrane | 7239 Branson Mill Road, Pleasant Garden, NC 27313 |
| Director | Lloyd Phillips | 3078 Dry Valley Road, Radford, VA 24141 |

## Signatures

**Signature** Joseph M. Day
**Title** Registered Agent

# Kentucky Secretary of State
# Annual Report

## This Annual Report was submitted electronically

**Company** SOUTHERN MARKETING AGENCY, INC.
**Company ID** 0533081.09.99999
**Date Filed** 6/29/2005
**Fee** $4.00

## Principal Office

1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

## Registered Agent

JOSEPH M. DAY
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

## Officers

| President | Buckey Jones | 6755A Thompson Road, Smithdale, MS 39664 |
| --- | --- | --- |
| Vice President | Dwayne Myers | 384 S. River Ridge Road, Jonesville, NC 28642 |
| Secretary | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Treasurer | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |

## Directors

| Director | Bill Smith | 4791 Tippit Road, Carlisle, AR 72039 |
| --- | --- | --- |
| Director | Buckey Jones | 6755A Thompson Road, Smithdale, MS 39664 |
| Director | Gordon McCool | 1213 North Bradford, Gilmer, TX 75644 |
| Director | Randy Mooney | 7725 E. Farm Road 194, Rogersville, MO 65742 |
| Director | Joe T. Parker | 2200 Hams Creek Road, Pulaski, TN 38478 |
| Director | Kent Herman | 311 Ed Herman Road, Taylorsville, NC 28681 |
| Director | Tom Blackwell | 10066 Highway 95, Mountain Grove, MO 65711 |
| Director | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Director | Dwayne Myers | 384 S. River Ridge Road, Jonesville, NC 28642 |
| Director | Branson Coltrane | 7239 Branson Mill Road, Pleasant Garden, NC 27313 |

## Signatures

**Signature** Joseph M. Day
**Title** Process Agent

# Kentucky Secretary of State
# Annual Report

## This Annual Report was submitted electronically

**Company**      SOUTHERN MARKETING AGENCY, INC.
**Company ID**      0533081.09.99999
**Date Filed**      6/24/2003
**Fee**      $4.00

## Principal Office

1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

## Registered Agent

JOSEPH M. DAY
1812 WATERFRONT PLAZA
325 WEST MAIN STREET
LOUISVILLE, KY 402024251

## Officers

| | | |
|---|---|---|
| President | Buckey Jones | 6755A Thompson Road, Smithdale, MS 39664 |
| Vice President | Jack Hardesty | 1458 Longmarsh Road, Berryville, VA 22611 |
| Secretary | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Treasurer | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |

## Directors

| | | |
|---|---|---|
| Director | Bill Smith | 4791 Tippit Road, Carlisle, AR 72039 |
| Director | Buckey Jones | 6755A Thompson Road, Smithdale, MS 39664 |
| Director | Gordon McCool | 1213 North Bradford, Gilmer, TX 75644 |
| Director | Randy Mooney | 7725 E. Farm Road 194, Rogersville, MO 65742 |
| Director | Joe T. Parker | 2200 Hams Creek Road, Pulaski, TN 38478 |
| Director | James Townsend | 1006 Dabneys Mill Road, Manquin, VA 23106 |
| Director | Tom Blackwell | 10066 Highway 95, Mountain Grove, MO 65711 |
| Director | Joe Parsley | Route 3, Box 915, Troup, TX 75789 |
| Director | Dwayne Myers | 384 S. River Ridge Road, Jonesville, NC 28642 |
| Director | Jack Hardesty | 1458 Longmarsh Road, Berryville, VA 22611 |

## Signatures

**Signature**      Joseph M. Day
**Title**      Registered Agent