

Case 2:08-md-01000-JRG   Document 1967-5   Filed 09/24/13   Page 1 of 1   PageID #: 94456